PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov

Attorneys for United States of America

**FILED**

Jan 17 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 25-CR-0003-YGR |
|     Plaintiff, | UNITED STATES' NOTICE RE UNSEALING |
|     v. | AND [PROPOSED] ORDER |
| SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, AND ANDY HUNG DUONG, | |
|     Defendants. | |

UNITED STATES' NOTICE RE UNSEALING AND [PROPOSED] ORDER
25-CR-0003-YGR

The sealing order in the above-captioned case states that the indictment and arrest warrants shall be unsealed after the United States has filed a notice with the Court confirming that defense counsel for one or more of the defendants have been notified of the pending charging.  The United States hereby notifies the Court that counsel for one or more of the defendants have been so notified.  Accordingly, per the sealing order, the indictment and arrest warrants are now unsealed.  The United States respectfully requests that the Clerk unseal the indictment and have it appear on the public docket.

PATRICK D. ROBBINS
Attorney for the United States
Acting under Authority Conferred by 28
U.S.C. § 515

Dated:  January 16, 2025

___/s/_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys

### [~~PROPOSED~~] ORDER

For the reasons set forth above, the Clerk shall please unseal the indictment in the above-captioned case.  The name of the grand jury foreperson will be redacted for privacy protection purposes.

Dated:  January 17, 2025

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

UNITED STATES' NOTICE RE UNSEALING AND [PROPOSED] ORDER
25-CR-0003-YGR