LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
420 3rd St., Suite 250
Oakland CA 94607
Tel:  (510) 452-8400
Fax:  (510) 201-2084
erik@babcocklawoffice.com

Attorney for Defendant
ANDY DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHENG THAO, ) <br> ANDRE JONES, ) <br> DAVID DUONG, and ) <br> ANDY DUONG. ) <br> ) <br> Defendants. ) | CASE NO. 25-CR-0003-YGR <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE CLERK OF THE COURT, COUNSEL AND PARTIES**:

PLEASE TAKE NOTICE that Erik Babcock, 420 3rd Street, Suite 250, Oakland, California 94607, telephone: (510) 452-8400, email: erik@babcocklawoffice.com, hereby enters his appearance as co-counsel of record in the above-captioned matter for Defendant Andy Duong.

The undersigned is duly admitted to practice in this court.

The Clerk of the Court is requested to update the docket accordingly.

DATED: February 5, 2025                    Respectfully submitted,


By:        /s/
    ERIK BABCOCK
    Attorney for Defendant
    ANDY DUONG