PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID TRUNG DUONG, <br><br> Defendant. | Case No. 25-CR-0003-YGR <br><br> STIPULATION RE BRIEFING SCHEDULE ON MOTION TO MODIFY FILTER PROTOCOL AND [PROPOSED] ORDER |

On March 19, 2025, Defendant David Duong filed a motion to modify the government's filter protocol (Dkt. No. 49). Counsel for Defendant and the government have conferred and agree to the following briefing schedule on the pending motion:

- April 3, 2025 – Government's response due
- April 10, 2025 – Defendant's reply due
- April 24 at 10:30am – Motion hearing

**IT IS SO STIPULATED.**

PATRICK D. ROBBINS
Acting United States Attorney

Dated: March 20, 2025

\_\_\_/s/_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys


\_\_\_\_/s/_____
NEAL STEPHENS
JEFFREY SCHENK
ED SWANSON
AUGUST GUGELMANN
Counsel for Defendant David Duong

**IT IS SO ORDERED.**

Dated:

_____
YVONNE GONZALEZ ROGERS
United States District Judge