# EXHIBIT A

Legend     121 Embarcadero, Oakland, CA Suite 300
SA Peter Kolokotronis

ROOM A    —    RECEPTION AREA
ROOM B    —    SERVER ROOM
ROOM C    —    TV ROOM
ROOM D    —    SNACK AREA
ROOM E    —    CONFERENCE ROOM 2
ROOM F    —    CONFERENCE ROOM 1
ROOM G    —    DAVID DUONG
ROOM H    —    STORAGE ROOM
ROOM I    —    JOHNNY DUONG
ROOM J    —    SMALL MEETING ROOM
ROOM K    —    BATHROOM
ROOM L    —    ANDY DUONG
ROOM M    —    STORAGE
ROOM N    —    Bathroom
ROOM O    —    Hallway
ROOM P    —    BATHROOM
ROOM Q    —    BATHROOM
ROOM R    —    MASSAGE CHAIR ROOM
ROOM S    —    KITCHEN
ROOM T    —    CUBICLES
ROOM T1   —    ISIS CHOTO DESK
ROOM T2   —    ISIS CHOTO DESK
ROOM T3   —    JAYLA RICHARDSON DESK
ROOM T4   —    PHUONG TRIAN'S DESK
ROOM T5   —    ANA TRINH'S DESK
ROOM T6   —    BASIC DESK
ROOM T7-12 — FILE CABINETS
ROOM U    —    KRISTINA DUONG's DESK office
ROOM V    —    SOOIAH SOHR'S OFFICE
ROOM W    —    DAVID KENNEDY'S OFFICE

ROOM X    —    JOEL CORONA (BUS. DEVELOPMENT)
ROOM Y    —    MICHAEL DUONG
ROOM Z    —    MI NGUYEN?
ROOM AA    —    Controller's office