**EXHIBIT B**

# Inventory Listing of Warrant Items Seized at Search Warrant Site

**Site Name:**
1211 Embarcadero Suite 300, Oakland, California
California Waste Solutions

**Investigation Number:** 1000325794
**Starting Date and Time:** 06/20/2024 06:36 AM
**Ending Date and Time:** 06/20/2024 08:05 PM

**Report Date:** Thursday, June 20, 2024

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | 1 |
| **Location:** | Lobby | **Locator Code:** | Room A |
| **Found:** | Middle Filing Cabinet (File 1) | | |
| **Description:** | Seized Per Warrant   Folder of Thank You and Appreciation | | |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | 1 |
| **Location:** | Lobby | **Locator Code:** | Room A |
| **Found:** | Room A - Reception Desk | | |
| **Description:** | Seized Per Warrant   Business Records | | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 1 |
| **Location:** | Lobby | **Locator Code:** | Room A |
| **Found:** | Room A - Reception Desk | | |
| **Description:** | Seized Per Warrant   Visitors Registry | | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | 1 |
| **Location:** | Room T | **Locator Code:** | Room T |
| **Found:** | T1- On desk in metal basket | | |
| **Description:** | Seized Per Warrant   Paypal transactions for May 2024 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 1 |
| **Location:** | Lobby | **Locator Code:** | Room A |
| **Found:** | Room A - Brown Filing Cabinet | | |
| **Description:** | Seized Per Warrant   Financial Documents (Expense Reports, A/P check Logs, A/P Completed, Wire Transfers, Employee Roster, 2018 Holiday Cards/Basket, Outgoing Shipment Receipts) | | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 1 |
| **Location:** | Lobby | **Locator Code:** | Room A |
| **Found:** | Room A - Brown Filing Cabinet | | |
| **Description:** | Seized Per Warrant   2019 Project Sponsorships | | |

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 1 |
| **Location:** | Lobby | **Locator Code:** | Room A |
| **Found:** | Room A - Brown Filing Cabinet | | |
| **Description:** | Seized Per Warrant | Envelope containing information related to Oakland police Department report | |

| | | | |
|---|---|---|---|
| **Control #:** | 8 | **Evidence Box:** | 1 |
| **Location:** | Lobby | **Locator Code:** | Room A |
| **Found:** | Middle FIling Cabinet (File 1) | | |
| **Description:** | Seized Per Warrant | Trust paperworks, copies of checks, Bank Statement, Emails with US Consulate Ho Chi Minh City | |

| | | | |
|---|---|---|---|
| **Control #:** | 9 | **Evidence Box:** | 1 |
| **Location:** | Room T | **Locator Code:** | Room T |
| **Found:** | T9 - Drawer | | |
| **Description:** | Seized Per Warrant | Check Request Form Package | |

| | | | |
|---|---|---|---|
| **Control #:** | 10 | **Evidence Box:** | 2 |
| **Location:** | Room G | **Locator Code:** | Room G |
| **Found:** | Top of G2 in David Duong Outbox | | |
| **Description:** | Seized Per Warrant | Payments to Victor Duong, David Duong, Kristina DUong (email). Letter from embassy of Vietnam to secure payments 2022 Federal Tax Return | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | 2 |
| **Location:** | Room G | **Locator Code:** | Room G |
| **Found:** | G1 - Desk | | |
| **Description:** | Seized Per Warrant | Financial records, expense reports, handwritten notes, records of political contributions | |

| | | | |
|---|---|---|---|
| **Control #:** | 12 | **Evidence Box:** | 2 |
| **Location:** | Room G | **Locator Code:** | Room G |
| **Found:** | G-5 Cabinet | | |
| **Description:** | Seized Per Warrant | Gala attendees, VIP lists, delegation to Vietnam, Daily tasks lists | |

| | | | |
|---|---|---|---|
| **Control #:** | 13 | **Evidence Box:** | 2 |
| **Location:** | Room T | **Locator Code:** | Room T-12 |
| **Found:** | Top of account payable cabinet | | |
| **Description:** | Seized Per Warrant | Invoice for payment to Louansee Moua for consulting. $6,250.00 for 4/1/24 to 4/30/24, and payment for 2024. | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 14 | | **Evidence Box:** | 2 |
| **Location:** | Room T | | **Locator Code:** | Room T-12 |
| **Found:** | Cabinet drawer label "D-E" | | | |
| **Description:** | Seized Per Warrant | Invoice and payment history to Gemtech surveillance for 2023 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 15 | | **Evidence Box:** | 2 |
| **Location:** | Room T | | **Locator Code:** | T-11 |
| **Found:** | Inside file cabinet | | | |
| **Description:** | Seized Per Warrant | Invoice and payment history for San Jose New Bureau, San Jose Spotlight, API Caucus, Richard de la Rosa Consulting, and Nothing Wasted Consulting. | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 16 | | **Evidence Box:** | 2 |
| **Location:** | Room T | | **Locator Code:** | T-10 |
| **Found:** | T-10 | | | |
| **Description:** | Seized Per Warrant | Folder labeled "Louansee Moua" containing invoices and contract | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 17 | | **Evidence Box:** | 2 |
| **Location:** | Room T | | **Locator Code:** | Room T |
| **Found:** | T-10 | | | |
| **Description:** | Seized Per Warrant | Folders labeled "Tran & Company", "Tran Vo Consulting", "Nothing Wasted Consulting", and "National Drive" containing financial records | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 18 | | **Evidence Box:** | 2 |
| **Location:** | Room T | | **Locator Code:** | Room T |
| **Found:** | Desk T-5 filing folders, left side | | | |
| **Description:** | Seized Per Warrant | Tran & Company payment invoice | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 19 | | **Evidence Box:** | 2 |
| **Location:** | Room T | | **Locator Code:** | Room T |
| **Found:** | Cabinet on top of desk T-2 | | | |
| **Description:** | Seized Per Warrant | Chart of accounts, Loan information, USBank | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 20 | | **Evidence Box:** | 2 |
| **Location:** | Room T | | **Locator Code:** | Room T |
| **Found:** | Cabinet Drawers - Taped to drawers | | | |
| **Description:** | Seized Per Warrant | Bank account information | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 21 | | **Evidence Box:** | 2 |
| **Location:** | Room T | | **Locator Code:** | Room T |
| **Found:** | T-2 Top of desk | | | |
| **Description:** | Seized Per Warrant | Bank account information | | |

| Control #: | 22 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Room T | Locator Code: | Room T |
| Found: | T-2 - Cabinets above desk, right side | | |
| Description: | Seized Per Warrant   Duong Estuary Cove tenant statements | | |

| Control #: | 23 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Room T | Locator Code: | Room T |
| Found: | T-2, cabinet above desk, right side | | |
| Description: | Seized Per Warrant   Recycling contracts - Residential 07/01/2015 | | |

| Control #: | 24 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Room G | Locator Code: | Room G |
| Found: | G-6 Filing cabinet | | |
| Description: | Seized Per Warrant   Political contributions, cancelled checks, "check run" lists, notepad with handwritten notes, Rio Vista Marina LLC ownership info, Oakley Land Project records, Era Homes Financial records. | | |

| Control #: | 25 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Room T | Locator Code: | Room T-2 |
| Found: | T-2, Cabinets above desk, right side | | |
| Description: | Seized Per Warrant   Contract 07/01/2015 Waste management | | |

| Control #: | 26 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Room T | Locator Code: | Room T |
| Found: | T-4 on desk and filing cabinet | | |
| Description: | Seized Per Warrant   Vendor lists, various vendor files, 2022-2023 Forms 1099-NEC, VABA 2023 customers, VABA bank account records, Evolutionary homes vendor files, Duong Estuary Cove accounting records | | |

| Control #: | 27 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Room G | Locator Code: | Room G-3 |
| Found: | Top of cabinets | | |
| Description: | Seized Per Warrant   Copy of check with handwritten notes | | |

| Control #: | 28 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Room G | Locator Code: | G-1 |
| Found: | Top of table | | |
| Description: | Seized Per Warrant   Notebook "Mr. David Duong 2024" | | |

| Control #: | 29 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Room T | Locator Code: | T-10 |
| Found: | T-10 | | |
| Description: | Seized Per Warrant   Folder labeled "Phu Tai" containing financial records | | |

| Control #: | 30 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Room T | Locator Code: | T-10 |
| Found: | T-10 | | |
| Description: | Seized Per Warrant | Invoices for "Capital Hill & Friends LLC", "Cuidad Holdings LLC" | |

| Control #: | 31 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Room T | Locator Code: | T-10 |
| Found: | T-10 | | |
| Description: | Seized Per Warrant | Forms W-9 | |

| Control #: | 32 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Room G | Locator Code: | G-10 |
| Found: | G-10, safe in right side of cabinet | | |
| Description: | Seized Per Warrant | Check copies | |

| Control #: | 33 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Room U | Locator Code: | U-1 |
| Found: | U-1 Desk | | |
| Description: | Seized Per Warrant | Documents related to Evolutionary Homes, check run summaries, event attendance list | |

| Control #: | 34 | Evidence Box: | 5 |
|---|---|---|---|
| Location: | Room U | Locator Code: | Room U |
| Found: | Top of dresser and inside U2 and U3 | | |
| Description: | Seized Per Warrant | Lawsuit related documents, Oakland Army base, notebooks, letters to Oakland regarding ongoing lawsuit | |

| Control #: | 35 | Evidence Box: | 5 |
|---|---|---|---|
| Location: | Room U | Locator Code: | Room U |
| Found: | Room U | | |
| Description: | Seized Per Warrant | Political donor list, city building email, city claims, mario juarez "House in the Box" brochure, P&L | |

| Control #: | 36 | Evidence Box: | 5 |
|---|---|---|---|
| Location: | Room T | Locator Code: | T-8 |
| Found: | T-8 Inside cabinet | | |
| Description: | Seized Per Warrant | Financial documents for Duong Family Investments, Evolutionary Homes, AP Check Run 20-21, Duong Investment Group | |

| Control #: | 37 | Evidence Box: | 5 |
|---|---|---|---|
| Location: | Room AA | Locator Code: | Room AA |
| Found: | Inside desk drawer | | |
| Description: | Seized Per Warrant | List of 1099 payments, Evolutionary Homes guidance budget | |

| | | | |
|---|---|---|---|
| **Control #:** | 38 | **Evidence Box:** | 5 |
| **Location:** | Room Z | **Locator Code:** | Room Z |
| **Found:** | Inside desk drawer | | |
| **Description:** | Seized Per Warrant | Evolutionary Homes documents | |

| | | | |
|---|---|---|---|
| **Control #:** | 39 | **Evidence Box:** | 5 |
| **Location:** | Room Z | **Locator Code:** | Room Z |
| **Found:** | Top of computer desk | | |
| **Description:** | Seized Per Warrant | Evolutionary Homes expenses and banking slip | |

| | | | |
|---|---|---|---|
| **Control #:** | 40 | **Evidence Box:** | 5 |
| **Location:** | Room Y | **Locator Code:** | Room Y |
| **Found:** | Desk (Center) | | |
| **Description:** | Seized Per Warrant | County payments, checks, Mario Juarez operating statements, VIP lists & sponsors, Evolutionary Homes reports | |

| | | | |
|---|---|---|---|
| **Control #:** | 41 | **Evidence Box:** | 5 |
| **Location:** | Room X | **Locator Code:** | Room X |
| **Found:** | On Desk | | |
| **Description:** | Seized Per Warrant | IT/Computer network documentation | |

| | | | |
|---|---|---|---|
| **Control #:** | 42 | **Evidence Box:** | 5 |
| **Location:** | Room X | **Locator Code:** | Room X |
| **Found:** | On desk | | |
| **Description:** | Seized Per Warrant | Documents related to waste treatment in Vietnam, including agreements, letters from politicians, letters to ambassador, email correspondence | |

| | | | |
|---|---|---|---|
| **Control #:** | 43 | **Evidence Box:** | 5 |
| **Location:** | Room X | **Locator Code:** | Room X |
| **Found:** | On desk | | |
| **Description:** | Seized Per Warrant | Employee roster, email correspondence regarding Oakland proposals, bullet points regarding extending CWS-Oakland agreements | |

| | | | |
|---|---|---|---|
| **Control #:** | 44 | **Evidence Box:** | 5 |
| **Location:** | Room X | **Locator Code:** | Room X |
| **Found:** | On desk | | |
| **Description:** | Seized Per Warrant | Documents relating to Capital Hill & Friends LLC | |

| | | | |
|---|---|---|---|
| **Control #:** | 45 | **Evidence Box:** | 5 |
| **Location:** | Room Y | **Locator Code:** | Room Y |
| **Found:** | Closet | | |
| **Description:** | Seized Per Warrant | Evolutionary Homes expenses budget, Capital, Brochure & Designs | |

| Control #: | 46 | | Evidence Box: | 6 |
|---|---|---|---|---|
| Location: | Room Y | | Locator Code: | Room Y |
| Found: | Credenza by desk | | | |
| Description: | Seized Per Warrant | Handwritten notes, Mario Juarez financials, 2020-2023 check receipts | | |

| Control #: | 47 | | Evidence Box: | 6 |
|---|---|---|---|---|
| Location: | Room M | | Locator Code: | Room M |
| Found: | On shelf in box labeled "2018/2019 Buy Back" | | | |
| Description: | Seized Per Warrant | Sponsorship/Support payment records for Phong La, Jue Chan, bccc | | |

| Control #: | 48 | | Evidence Box: | 6 |
|---|---|---|---|---|
| Location: | Room M | | Locator Code: | Room M |
| Found: | Storage rack in box "2021" | | | |
| Description: | Seized Per Warrant | Bank of the Orient statements | | |

| Control #: | 49 | | Evidence Box: | 6 |
|---|---|---|---|---|
| Location: | Room M | | Locator Code: | Room M |
| Found: | Storage rack in box "2021" | | | |
| Description: | Seized Per Warrant | Consult/:obbery Services invoices | | |

| Control #: | 50 | | Evidence Box: | 6 |
|---|---|---|---|---|
| Location: | Room M | | Locator Code: | Room M |
| Found: | Storage rack/box "W-Y 2020" | | | |
| Description: | Seized Per Warrant | Wires/Fund transfer records | | |

| Control #: | 51 | | Evidence Box: | 6 |
|---|---|---|---|---|
| Location: | Room L | | Locator Code: | Room L |
| Found: | On cabinet | | | |
| Description: | Seized Per Warrant | Mail/Letter from public figures, government agencies, and phot with politician | | |

| Control #: | 52 | | Evidence Box: | 6 |
|---|---|---|---|---|
| Location: | Room X | | Locator Code: | Room X |
| Found: | On floor | | | |
| Description: | Seized Per Warrant | Communications with private officials | | |

| Control #: | 53 | | Evidence Box: | 6 |
|---|---|---|---|---|
| Location: | Room X | | Locator Code: | Room X |
| Found: | On floor | | | |
| Description: | Seized Per Warrant | Vietnam travel records with public officials | | |

| | | | |
|---|---|---|---|
| **Control #:** | 54 | **Evidence Box:** | 6 |
| **Location:** | Room X | **Locator Code:** | Room X |
| **Found:** | On floor | | |
| **Description:** | Seized Per Warrant | Contracts w/ state and local gov. | |

| | | | |
|---|---|---|---|
| **Control #:** | 55 | **Evidence Box:** | 6 |
| **Location:** | Room L | **Locator Code:** | Room L |
| **Found:** | Desk | | |
| **Description:** | Seized Per Warrant | Bank checks/docs, donation docs, misc. docs, campaign docs | |

| | | | |
|---|---|---|---|
| **Control #:** | 56 | **Evidence Box:** | 6 |
| **Location:** | Room L | **Locator Code:** | Room L |
| **Found:** | Top drawer of file cabinet across from desk | | |
| **Description:** | Seized Per Warrant | Copies of checks to various political campaigns from different donors | |

| | | | |
|---|---|---|---|
| **Control #:** | 57 | **Evidence Box:** | 7 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On Shelf | | |
| **Description:** | Seized Per Warrant | Accounts payable D-E 2021 | |

| | | | |
|---|---|---|---|
| **Control #:** | 58 | **Evidence Box:** | 8 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | 2021 accounts payable all letter mixed | |

| | | | |
|---|---|---|---|
| **Control #:** | 59 | **Evidence Box:** | 9 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | Accounts payable P-T 2021 | |

| | | | |
|---|---|---|---|
| **Control #:** | 60 | **Evidence Box:** | 10 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | Accounts payable 2021 box 4 of 4 | |

| | | | |
|---|---|---|---|
| **Control #:** | 61 | **Evidence Box:** | 11 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | Accounts payable A-B 2021 files | |

| | | | |
|---|---|---|---|
| **Control #:** | 62 | **Evidence Box:** | 12 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | Accounts payable C-D 2021 files | |

| | | | |
|---|---|---|---|
| **Control #:** | 63 | **Evidence Box:** | 13 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | Accounts payable B-C 2021 | |

| | | | |
|---|---|---|---|
| **Control #:** | 64 | **Evidence Box:** | 14 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | Accounts payable, E-K, 2021 files | |

| | | | |
|---|---|---|---|
| **Control #:** | 65 | **Evidence Box:** | 15 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | K-P, accounts payable 2021 | |

| | | | |
|---|---|---|---|
| **Control #:** | 66 | **Evidence Box:** | 16 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | Checks, wirres, ACH & CC, - Oct. 2022-April 2023 | |

| | | | |
|---|---|---|---|
| **Control #:** | 67 | **Evidence Box:** | 17 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On Shelf | | |
| **Description:** | Seized Per Warrant | Checks, Wires, ACH & CC, - Jan 2020 - April 2020 | |

| | | | |
|---|---|---|---|
| **Control #:** | 68 | **Evidence Box:** | 18 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | Checks, Wires, and ACH November 2023 on | |

| | | | |
|---|---|---|---|
| **Control #:** | 69 | **Evidence Box:** | 19 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On Shelf | | |
| **Description:** | Seized Per Warrant | Checks, wires, ACH & CC - May 2023-Oct 2023 | |

| | | | |
|---|---|---|---|
| **Control #:** | 70 | **Evidence Box:** | 20 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On Shelf | | |
| **Description:** | Seized Per Warrant | Monthly commercial invoices, 8/2021-6/2023 | |

| | | | |
|---|---|---|---|
| **Control #:** | 71 | **Evidence Box:** | 21 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On Shelf | | |
| **Description:** | Seized Per Warrant | Oct 2019 to June 2021, commercial invoices | |

| | | | |
|---|---|---|---|
| **Control #:** | 72 | **Evidence Box:** | 22 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | Accounts payable 2021 files | |

| | | | |
|---|---|---|---|
| **Control #:** | 73 | **Evidence Box:** | 23 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On Shelf | | |
| **Description:** | Seized Per Warrant | Accounts payable 2021 Box 1 of 4 | |

| | | | |
|---|---|---|---|
| **Control #:** | 74 | **Evidence Box:** | 24 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | Accounts payable 2021, box 3 of 4 | |

| | | | |
|---|---|---|---|
| **Control #:** | 75 | **Evidence Box:** | 25 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | Accounts payable 2021, box 2 of 4 | |

| | | | |
|---|---|---|---|
| **Control #:** | 76 | **Evidence Box:** | 26 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On Shelf | | |
| **Description:** | Seized Per Warrant | Checks, wires, ACH and CC, June 20 ro Oct 2020 | |

| | | | |
|---|---|---|---|
| **Control #:** | 77 | **Evidence Box:** | 27 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On Shelf | | |
| **Description:** | Seized Per Warrant | Checks, wires, ACH & CC deposits - December 2021-September 2022 | |

| | | | |
|---|---|---|---|
| **Control #:** | 78 | **Evidence Box:** | 28 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On Shelf | | |
| **Description:** | Seized Per Warrant | Checks, Wires, ACH&CC- November 2020-April 2021 | |

| | | | |
|---|---|---|---|
| **Control #:** | 79 | **Evidence Box:** | 29 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | Wires, ACH, Checks and CC, May 2021-Nov 2021 | |

| | | | |
|---|---|---|---|
| **Control #:** | 80 | **Evidence Box:** | 30 |
| **Location:** | Room M | **Locator Code:** | Room M |
| **Found:** | On shelf | | |
| **Description:** | Seized Per Warrant | Monthlly Commercial invoices July 2023-present | |

| | | | |
|---|---|---|---|
| Control #: | 81 | Evidence Box: | 31 |
| Location: | Room H | Locator Code: | Room H |
| Found: | Blueprint rack | | |
| Description: | Seized Per Warrant   Marketing materials for Evolutionary Homes | | |

| | | | |
|---|---|---|---|
| Control #: | 82 | Evidence Box: | 31 |
| Location: | Room W | Locator Code: | Room W |
| Found: | Top Desk Drawer | | |
| Description: | Seized Per Warrant   Folder containing NLRB compalint and documents | | |

| | | | |
|---|---|---|---|
| Control #: | 83 | Evidence Box: | 31 |
| Location: | Room W | Locator Code: | Room W |
| Found: | On desk, below monitor | | |
| Description: | Seized Per Warrant   Organization chart | | |

| | | | |
|---|---|---|---|
| Control #: | 84 | Evidence Box: | 31 |
| Location: | Room W | Locator Code: | Room W |
| Found: | On desk, below monitor | | |
| Description: | Seized Per Warrant   Oakland Waste Solutions, Position Titles, and phone numbers | | |

| | | | |
|---|---|---|---|
| Control #: | 85 | Evidence Box: | 31 |
| Location: | Room I | Locator Code: | Room I |
| Found: | On top of desk | | |
| Description: | Seized Per Warrant   Proposals, communications, handwritten notes, Financial records for J. Duong | | |

| | | | |
|---|---|---|---|
| Control #: | 86 | Evidence Box: | 0 |
| Location: | Room L | Locator Code: | Room L |
| Found: | On desk | | |
| Description: | Seized Per Warrant   Dell Vostro Laptop ST: 1J7PX93 | | |

| | | | |
|---|---|---|---|
| Control #: | 87 | Evidence Box: | 0 |
| Location: | Room L | Locator Code: | Room L |
| Found: | On floor in white garvage bag | | |
| Description: | Seized Per Warrant   Nikon Coolpix camera SN: 31028038 | | |

| | | | |
|---|---|---|---|
| Control #: | 88 | Evidence Box: | 0 |
| Location: | Room L | Locator Code: | Room L |
| Found: | Top drawer on right side of desk | | |
| Description: | Seized Per Warrant   Black iphone (Broken) | | |

| | | | |
|---|---|---|---|
| Control #: | 89 | Evidence Box: | 0 |
| Location: | Room L | Locator Code: | Room L |
| Found: | TOP DRAWER ON RIGHT SIDE OF DESK | | |
| Description: | Seized Per Warrant   GOLD IPHONE IMEI: 354389064224685 | | |

| Control #: | 90 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room L | Locator Code: | ROOM L |
| Found: | UNDERNEATH DESK | | |
| Description: | Seized Per Warrant   APPLE IPAD MINI 4 SN: F9FWKMKNGHKJ | | |

| Control #: | 91 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room L | Locator Code: | ROOM L |
| Found: | On floor in white garbage bag | | |
| Description: | Seized Per Warrant   CELL PHONE AT&T ZTE SN: 321731940052 | | |

| Control #: | 92 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room L | Locator Code: | ROOM L |
| Found: | On floor in white garbage bag | | |
| Description: | Seized Per Warrant   CELL PHONE T-MOBILE IMEI: 013379000915598 | | |

| Control #: | 93 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room L | Locator Code: | ROOM L |
| Found: | INSIDE WHITE GARBAGE ON THE FLOOR | | |
| Description: | Seized Per Warrant   LOOSE HDD 320GB SN: WX51AC0T4104 | | |

| Control #: | 94 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room L | Locator Code: | ROOM L |
| Found: | ON TOP OF DESK | | |
| Description: | Seized Per Warrant   DELL LATITUDE E6410 ST: 6QJFYN1 | | |

| Control #: | 95 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room I | Locator Code: | Room I |
| Found: | TOP DESK DRAWER | | |
| Description: | Seized Per Warrant   APPLE IPHONE GRAY | | |

| Control #: | 96 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room U | Locator Code: | ROOM U |
| Found: | ON DESK | | |
| Description: | Seized Per Warrant   DELL LAPTOP LATITUDE 5550 "KRISTINA DUONG" ST: FBNR824 | | |

| Control #: | 97 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room U | Locator Code: | ROOM U |
| Found: | IN DRAWER OF DESK | | |
| Description: | Seized Per Warrant   SAMSUNG T7 SSD SN: S5KENS0W200578P | | |

| Control #: | 98 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room U | Locator Code: | ROOM U |
| Found: | ON COUCH | | |
| Description: | Seized Per Warrant   DELL LAPTOP LATITUDE 5500 ST: 8Q489Y2 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 99 | **Evidence Box:** | 0 |
| **Location:** | Room G | **Locator Code:** | ROOM G |
| **Found:** | G5 - BACKPACK BY CABINET | | |
| **Description:** | Seized Per Warrant   SAMSUNG T7 4TB SN: S6SFNJ0W506540M | | |
| **Control #:** | 100 | **Evidence Box:** | 0 |
| **Location:** | Room G | **Locator Code:** | ROOM G |
| **Found:** | ON COFFEE TABLE BY CABINET G14 | | |
| **Description:** | Seized Per Warrant   IPAD SN: F4KP20G1G54K | | |
| **Control #:** | 101 | **Evidence Box:** | 0 |
| **Location:** | Room G | **Locator Code:** | ROOM G |
| **Found:** | ON TOP OF CABINET G3 | | |
| **Description:** | Seized Per Warrant   SONY VAIO LAPTOP | | |
| **Control #:** | 102 | **Evidence Box:** | 0 |
| **Location:** | Room G | **Locator Code:** | ROOM G |
| **Found:** | IN CABINET G4 | | |
| **Description:** | Seized Per Warrant   2TB SANDISK PORTABLE SSD SN: 2306CT404835; SILVER THONI USB DRIVE | | |
| **Control #:** | 103 | **Evidence Box:** | 0 |
| **Location:** | Room G | **Locator Code:** | ROOM G |
| **Found:** | SAFE LOCATED IN RIGHT SIDE OF G10 CABINET | | |
| **Description:** | Seized Per Warrant   WESTERN DIGITAL 80GB SN: WXE505081040 | | |
| **Control #:** | 104 | **Evidence Box:** | 0 |
| **Location:** | Room G | **Locator Code:** | ROOM G |
| **Found:** | SAFE IN RIGHT SIDE OF G10 CABINET | | |
| **Description:** | Seized Per Warrant   SEAGATE 500 GB SN: 2GHW5GXA | | |
| **Control #:** | 105 | **Evidence Box:** | 0 |
| **Location:** | Room G | **Locator Code:** | ROOM G |
| **Found:** | SAFE IN RIGHT SIDE OF G10 CABINET | | |
| **Description:** | Seized Per Warrant   WESTERN DIGITAL 80GB SN: WXE605002867 | | |
| **Control #:** | 106 | **Evidence Box:** | 0 |
| **Location:** | Room G | **Locator Code:** | ROOM G |
| **Found:** | ON TOP OF CABINET G3 | | |
| **Description:** | Seized Per Warrant   XPS LAPTOP | | |
| **Control #:** | 107 | **Evidence Box:** | 0 |
| **Location:** | Room G | **Locator Code:** | ROOM G |
| **Found:** | ON DESK G1 | | |
| **Description:** | Seized Per Warrant   INTEL NUC COMPUTER SN: BTWS25000BN2 | | |

| Control #: | 108 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | IN DESK DRAWERS G1 | | |
| Description: | Seized Per Warrant    (9) USB THUMBDRIVES OF VARIOUS SIZES | | |

| Control #: | 109 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | IN DESK DRAWERS G1 | | |
| Description: | Seized Per Warrant    (5) SD MEMORY CARDS OF VARIOUS SIZES | | |

| Control #: | 110 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | G12 BOTTOM SHELF | | |
| Description: | Seized Per Warrant    INMARSAT PHONE IMEI: 353032044666507 | | |

| Control #: | 111 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | IN MINI WHITE FILE CABINET BETWEEN G2 & G10 | | |
| Description: | Seized Per Warrant    WESTERN DIGITAL 12TB MYBOOK SN: 5PG5NHXF | | |

| Control #: | 112 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | IN DESK G1 DRAWER | | |
| Description: | Seized Per Warrant    IMAGE OF SANDISK 4GB CRUZER EDGE USB THUMBDRIVE | | |

| Control #: | 113 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | SAFE IN RIGHT SIDE OF G10 CABINET | | |
| Description: | Seized Per Warrant    CANON 2R960 CAMCORDER SN: 05289000570X1 & (5) TDK MINI DIGITAL VIDEO CASSETTES | | |

| Control #: | 114 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | ON TOP OF CABINET G4 | | |
| Description: | Seized Per Warrant    BLACK IPHONE 11 PRO MAX | | |

| Control #: | 115 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | ON TOP OF CABINET G4 | | |
| Description: | Seized Per Warrant    SAMSUNG TABLET SN: R9TR50G1K2J | | |

| Control #: | 116 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | ON TOP OF CABINET G4 | | |
| Description: | Seized Per Warrant   BLUE APPLE IPHONE 14 PRO MAX | | |

| Control #: | 117 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | ON TOP OF CABINET G4 | | |
| Description: | Seized Per Warrant   IPAD PRO SN: RGDLP6T7NH | | |

| Control #: | 118 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | ON TOP OF CABINET G4 | | |
| Description: | Seized Per Warrant   WHITE IPHONE | | |

| Control #: | 119 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | ON TOP OF CABINET G4 | | |
| Description: | Seized Per Warrant   GREEN APPLE IPHONE | | |

| Control #: | 120 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | ON TOP OF CABINET G4 | | |
| Description: | Seized Per Warrant   IPAD SN: DLXVK05GHP34 | | |

| Control #: | 121 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room Y | Locator Code: | ROOM Y |
| Found: | IN CLOSET | | |
| Description: | Seized Per Warrant   DELL LATITUDE LAPTOP ST: 7PPD1N2 | | |

| Control #: | 122 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room Y | Locator Code: | ROOM Y |
| Found: | ON DESK | | |
| Description: | Seized Per Warrant   (3) USB THUMBDRIVES VARIOUS SIZES | | |

| Control #: | 123 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room Y | Locator Code: | ROOM Y |
| Found: | ON DESK | | |
| Description: | Seized Per Warrant   DELL XPS SN: DTRHSV3 | | |

| Control #: | 124 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room G | Locator Code: | ROOM G |
| Found: | UNDER DESK G1 | | |
| Description: | Seized Per Warrant   DELL PRECISION T3600 DESKTOP ST: HR05WV1 | | |

| Control #: | 125 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Server Room | Locator Code: | ROOM B |
| Found: | ON FLOOR | | |
| Description: | Seized Per Warrant | DELL OPTIPLEX 3020 (PLUGGED INTO SLOT 47 ON HP SWITCH); ST: F0WG632 | |

| Control #: | 126 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Server Room | Locator Code: | ROOM B |
| Found: | FRONT OF SERVER | | |
| Description: | Seized Per Warrant | SEAGATE EXTERNAL 5TB HDD (FINANCE QB BACKUP) SN: NABNYW49 | |

| Control #: | 127 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Server Room | Locator Code: | ROOM B |
| Found: | BACK OF SERVER | | |
| Description: | Seized Per Warrant | SEAGATE EXTERNAL 2TB HDD (IRIDIUM) SN: NA9J36CJ | |

| Control #: | 128 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Server Room | Locator Code: | ROOM B |
| Found: | IN SERVER RACK | | |
| Description: | Seized Per Warrant | DVR SN: 8401612Z7X00179 | |

| Control #: | 129 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Server Room | Locator Code: | ROOM B |
| Found: | IN SERVER RACK | | |
| Description: | Seized Per Warrant | LTS DVR SN: 8402308768X00326 | |

| Control #: | 130 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room T | Locator Code: | ROOM T |
| Found: | IN ROOM T2 | | |
| Description: | Seized Per Warrant | IMAGE OF DELL OPTIPLEX "ISIS CHOTO" ST: D9SK704 | |

| Control #: | 131 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room T | Locator Code: | ROOM T |
| Found: | IN RM T6 | | |
| Description: | Seized Per Warrant | IMAGE OF DELL PC ST: JPCTNK3 | |

| Control #: | 132 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Server Room | Locator Code: | ROOM B |
| Found: | ON SHELVES | | |
| Description: | Seized Per Warrant | IMAGE OF DELL LAPTOP ST: 6GRZL12 | |

| Control #: | 133 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Server Room | Locator Code: | ROOM B |
| Found: | ON CABINET TO LEFT OF ENTRANCE | | |
| Description: | Seized Per Warrant   IMAGE OF DELL LAPTOP - STICKY NOTE "KYLE OLD LAPTOP" ST: GVH0WB2 | | |

| Control #: | 134 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Server Room | Locator Code: | ROOM B |
| Found: | ON SHELVES | | |
| Description: | Seized Per Warrant   IMAGE OF DELL OPTIPLEX DESKTOP ST: F95VHK2 | | |

| Control #: | 135 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room W | Locator Code: | ROOM W |
| Found: | ON DESK | | |
| Description: | Seized Per Warrant   IMAGE OF DELL LATITUDE 5530 ST: 6X0M9S3 | | |

| Control #: | 136 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Room W | Locator Code: | ROOM W |
| Found: | ON DESK | | |
| Description: | Seized Per Warrant   IMAGE OF PURPLE USB SN: 920C010110A0; WHITE & TEAL LEXAR USB SN: AA3MSWGRVWW42Y6S; WHITE/ORANGE USB SN: 04QKRE6I5JS2AL2L | | |

| Control #: | 137 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Server Room | Locator Code: | Room B |
| Found: | In server rack | | |
| Description: | Seized Per Warrant   Image of NEC server express5800-No. 6x00344-"C" Drive-logical | | |

| Control #: | 138 | Evidence Box: | 32 |
|---|---|---|---|
| Location: | Room T | Locator Code: | Room T |
| Found: | On Floor between T3 and T41 | | |
| Description: | Seized Per Warrant   2022 Vendor U-2 | | |

| Control #: | 139 | Evidence Box: | 33 |
|---|---|---|---|
| Location: | Room T | Locator Code: | Room T |
| Found: | On floor between T3 and T4 | | |
| Description: | Seized Per Warrant   2022 Vendor Bay Alarm-Citi Bank Card | | |

| Control #: | 140 | Evidence Box: | 34 |
|---|---|---|---|
| Location: | Room T | Locator Code: | Room T |
| Found: | On floor between T3 and T4 | | |
| Description: | Seized Per Warrant   2022 Vendor K-N | | |

| | | | |
|---|---|---|---|
| **Control #:** | 141 | **Evidence Box:** | 35 |
| **Location:** | Room T | **Locator Code:** | Room T |
| **Found:** | On floor between T3 and T4 | | |
| **Description:** | Seized Per Warrant   2022 Vendor O-P | | |

| | | | |
|---|---|---|---|
| **Control #:** | 142 | **Evidence Box:** | 36 |
| **Location:** | Room T | **Locator Code:** | Room T |
| **Found:** | On floor between T3 and T4 | | |
| **Description:** | Seized Per Warrant   2022 Vendor continental casualty; all of E's | | |

| | | | |
|---|---|---|---|
| **Control #:** | 143 | **Evidence Box:** | 37 |
| **Location:** | Room T | **Locator Code:** | Room T |
| **Found:** | On the floor between T3 and T4 | | |
| **Description:** | Seized Per Warrant   2022 Vendors A-Bay Area Propane | | |

| | | | |
|---|---|---|---|
| **Control #:** | 144 | **Evidence Box:** | 38 |
| **Location:** | Room T | **Locator Code:** | Room T |
| **Found:** | On floor between T3 and T4 | | |
| **Description:** | Seized Per Warrant   2022 Vendor Pacific-R | | |

| | | | |
|---|---|---|---|
| **Control #:** | 145 | **Evidence Box:** | 39 |
| **Location:** | Room T | **Locator Code:** | Room T |
| **Found:** | On floor between T3 and T4 | | |
| **Description:** | Seized Per Warrant   2022 Vendors F-J | | |

| | | | |
|---|---|---|---|
| **Control #:** | 146 | **Evidence Box:** | 40 |
| **Location:** | Room T | **Locator Code:** | Room T |
| **Found:** | On floor between T3 and T4 | | |
| **Description:** | Seized Per Warrant   2022 Vendor Clean Energy & Conservation Management | | |

| | | | |
|---|---|---|---|
| **Control #:** | 147 | **Evidence Box:** | 41 |
| **Location:** | Room T | **Locator Code:** | Room T |
| **Found:** | On floor between T3 and T4 | | |
| **Description:** | Seized Per Warrant   2022 Vendor S-T | | |