Neal J. Stephens (State Bar No. 152071)
Jeffrey B. Schenk (State Bar No. 234355)
Thao Donnelly (State Bar No. 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesda.com
Email: tdonnelly@jonesday.com

Edward W. Swanson (State Bar No. 159859)
August P. Gugelmann (State Bar No. 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: +1.415.477.3800
Facsimile: +1.415.477.9100
Email: ed@smllp.law
Email: august@smllp.law

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:25-CR-00003-YGR |
| Plaintiff, | **REPLY DECLARATION OF SOOAH SOHR IN SUPPORT OF DAVID DUONG'S MOTION TO MODIFY FILTER TEAM PROTOCOL** |
| v. | |
| SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG, | Hearing Date: April 24, 2025<br>Hearing Time: 10:30 a.m.<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1, 4th Floor |
| Defendants. | |

I submit this Declaration in support of Defendant David Duong's Reply Motion to Modify Filter Team Protocol. I am over 21 years of age and am competent to testify to the following facts and opinions, all of which are true and correct to the best of my knowledge, information, and belief.

1. I am In-house Counsel for California Waste Solutions ("CWS") and have served in that capacity since 2015.

2. In the early morning on June 20, 2024, I was notified that law enforcement agents were inside our office. I accessed our office and saw law enforcement agents working inside our network server room and in other locations in our office.

3. I spoke with IRS agent Christine Stegner, who I understood to be the lead agent at our office that morning. I told Agent Stegner that I was in-house counsel for CWS and had privileged information stored in several locations inside CWS's office space—including my office, David Duong's office, our CFO's office (Kristina Duong), and our HR manager's office (David Kennedy). I asked that the agents not seize our privileged information.

4. When I first met Agent Stegner that morning in our office, my office door was closed and locked. Agent Stegner instructed me to open my office door. After I opened my office for her, Agent Stegner asked me to leave CWS's office. I followed her instruction and left the building. When I returned after the agents completed their search, I noticed that documents inside my personal office had been moved.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 8, 2025 at Oakland, California.

Sooah Sohr

# CERTIFICATE OF SERVICE

I, Trudy Carney, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Silicon Valley Office, 1755 Embarcadero Road, Palo Alto, California 94303. On April 10, 2025, I served a copy Reply Declaration of Sooah Sohr in Support of David Duong's Motion to Modify Filter Team Protocol by electronic transmission.

I am familiar with the USDC Northern District's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

Executed on April 10, 2025, Palo Alto, California.

_____
Trudy Carney

NAI-5000366188v1