Neal J. Stephens (State Bar No. 152071)
Jeffrey B. Schenk (State Bar No. 234355)
Thao Donnelly (State Bar No. 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Edward W. Swanson (State Bar No. 159859)
August P. Gugelmann (State Bar No. 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: +1.415.477.3800
Facsimile: +1.415.477.9100
Email: ed@smllp.law
Email: august@smllp.law

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,<br><br>Defendants. | Case No. 4:25-CR-00003-YGR<br><br>**RESPONSE TO UNITED STATES' NOTICE OF ERRATA IN OPPOSITION TO DAVID DUONG'S MOTION TO MODIFY FILTER TEAM PROTOCOL**<br><br>Hearing Date: April 24, 2025<br>Hearing Time: 10:30 am<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1, 4th Floor |

On April 10, 2025, the government filed an errata stating that it meant to cite *In re Sealed Search Warrant and Application for a Warrant ...*, 11 F. 4th 1235, 1249 (11th Cir. 2021), not *United States v. Jarman*, 847 F.3d 259 (5th Cir. 2017), for the proposition that the "[t]he Second, Third, Fourth, Seventh, Eighth, Ninth and Tenth Circuits, in at least some cases, have also either approved of or recognized and declined to criticize the use of government filter teams to screen materials for privilege before items are released to the investigators in the case." ECF 62 at 2.

A review of the opinion demonstrates that the 11th Circuit endorses the proposed relief that Mr. Duong seeks. In *In re Sealed Search Warrant*, the Magistrate Judge modified the government's filter protocol in a way that eliminated the "no oversight" provision – by having the privilege holders, not the filter team, conduct the initial review of the relevant material. *Id.* at 1243. The District Court approved. *Id.* at 1244. The privilege holders—not the government— appealed because they sought a preliminary injunction to prohibit the filter team from reviewing any documents the privilege holders had identified as privileged. *Id.* at 1248. The Eleventh Circuit affirmed, in part, because the Magistrate Judge designed the Modified Filter-Team Protocol so that "the filter team cannot inadvertently provide the investigation team with any privileged materials." *Id.* at 1249.

DATED: April 11, 2025

Respectfully Submitted,

JONES DAY

/s/ Neal J. Stephens
NEAL J. STEPHENS
JEFFREY SCHENK
THAO DONNELLY

SWANSON & McNAMARA LLP

/s/ Edward w. Swanson
EDWARD W. SWANSON
AUGUST P. GUGELMANN

Attorneys for Defendant
David Trung Duong

# CERTIFICATE OF SERVICE

I, Trudy Carney, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Silicon Valley Office, 1755 Embarcadero Road, Palo Alto, California 94303. On April 11, 2025, I served a copy of the Response to Notice United States' Notice of Errata in Opposition to David Duong's Motion to Modify Filter Team Protocol by electronic transmission.

I am familiar with the USDC Northern District's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on April 11, 2025, Palo Alto, California.

_____
Trudy Carney

NAI-5000427837v1