| | |
|---|---|
| JEFFREY E. TSAI (SBN 226081)<br>DLA PIPER LLP (US)<br>555 Mission Street, Suite 2400<br>San Francisco, California 94105-2933<br>Tel: 415.836.2500<br>jeff.tsai@dlapiper.com<br><br>*Attorneys for Defendant*<br>*Sheng Thao* | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>ABRAHAM FINE (CABN 292647)<br>MOLLY PRIEDEMAN (CABN 302096)<br>LLOYD FARNHAM (CABN 202231)<br>Assistant United States Attorneys<br><br>1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Tel: 510.637.3717<br>abraham.fine@usdoj.gov<br>molly.priedeman@usdoj.gov<br>lloyd.farnham@usdoj.gov<br><br>*Attorneys for the United States of America* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>SHENG THAO,<br><br>  Defendant. | Case No. **4:25-cr-00003-YGR-1**(KAW)<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE**<br><br>**and**<br><br>**ORDER** |

Defendant Sheng Thao and the United States, by and through their counsel of record, hereby stipulate as follows

1. Sheng Thao made her initial appearance before the Court on January 17, 2025. The Court entered an order setting a personal-recognizance appearance bond in the amount of $50,000 and set conditions of release (including, in relevant part, a no-travel location restriction outside of the Northern and Eastern Districts of California). *See* DE-14.

2. The parties agree on the following conditions-of-release modification: Ms. Thao will be permitted to travel to the Central District of California during the periods of June 27, 2025, through June 29, 2025, and July 15, 2025, through July 22, 2025, in order for Ms. Thao to visit her sister.

3. Pretrial Services Officer Reanna Agah has no objection to the stipulated location/travel modification of Ms. Thao's conditions of release.

IT IS SO STIPULATED.

Dated: June 4, 2025                                    DLA PIPER LLP (US)

By: */s/Jeffrey E. Tsai*
         JEFFREY E. TSAI

*Attorneys for Defendant*
*SHENG THAO*

Dated: June 4, 2025                                    UNITED STATES OF AMERICA

By: */s/Abraham Fine*
         ABRAHAM FINE
         MOLLY K. PRIEDEMAN
         LLOYD FARNHAM

*Assistant United States Attorneys*

**ORDER**

Pursuant to the stipulation of the parties, Defendant Sheng Thao's conditions of release are modified as follows:

Ms. Thao is permitted to travel to/from the Central District of California during the periods of June 27, 2025, through June 29, 2025, and July 15, 2025, through July 22, 2025, in order for Ms. Thao to visit her sister.

IT IS SO ORDERED.

Dated: June 4, 2025

_____
THE HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE