UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 14, 2025        **Time:** 27 Minutes        **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 25-cr-00003-YGR-1        **Case Name:** UNITED STATES v. Sheng Thao et al
25-cr-00003-YGR-2
25-cr-00003-YGR-3
25-cr-00003-YGR-4

**Attorney for Plaintiff:** Molly Priedeman, Abraham Fine, and Lloyd Farnham
**Attorney for Defendant:** Jeffrey Tsai (Thao); Mark Goldrosen, Shawn Halbert (Jones); Edward Swanson, and Neal Stephens, Jeff Schenk (D. Duong); William Sprague, Erik Babcock, Winston Chan (A. Duong)

**Defendant: ShengThao;** Present
**Andre Jones;** Present
**David Trung Duong;** Present
**Andy Hung Duong;** Present

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Reported by:** Kendra Steppler; via Zoom

## PROCEEDINGS

Status Conference – Held.

Parties are working on reviewing discovery matters as follows;
Investigative reports, interview memoranda, information seized from witness accounts, cloud accounts, audio/video recordings, and photographs.

The following deadlines are set;
- Motion to change venue to be filed by September 11, 2025
- Opposition due by September 25, 2025
- Reply due by October 9, 2025

The Court orders that security protocols to protect transcripts and key witnesses are the responsible of Lead Counsel.

**CASE CONTINUED TO: November 20, 2025, at 11:00 a.m. for Status Conference. Time is excluded from August 14, 2025 to November 20, 2025 for effective preparation of counsel.**