Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email:  ed@smllp.law
Email:  august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email:  nstephens@jonesday.com
Email:  jbschenk@jonesday.com
Email:  tdonnelly@jonesday.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>DAVID DUONG,<br><br>                Defendant. | Case No. CR 25-0003 YGR<br><br>**JOINDER IN DEFENDANT SHENG THAO'S MOTION FOR 90-DAY EXTENSION OF TIME TO FILE MOTION FOR TRANSFER OF VENUE (Dkt. 99)** |

      Defendant David Duong shares Sheng Thao's interest that the schedule in this case include sufficient time for relevant evidence to be obtained prior to the filing of any venue-transfer motion. He therefore JOINS in her Motion for 90-Day Extension of Time to File Motion for Transfer of Venue, filed on August 21, 2025.

Dated: August 22, 2025

Respectfully submitted,

             /s/
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for David Duong