Winston Y Chan (SBN 214884)
Hannah Erin Stone (SBN 339612)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
Telephone: 415-393-8362
Email: wchan@gibsondunn.com
Email: hstone@gibsondunn.com

Attorneys for Defendant
ANDY HUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,<br><br>          Defendants. | Case No. 4:25-CR-00003-YGR<br><br>**DEFENDANT ANDY HUNG DUONG'S JOINDER IN DEFENDANT SHENG THAO'S MOTION FOR 90-DAY EXTENSION OF TIME TO FILE MOTION FOR TRANSFER OF VENUE (DKT. 99)**<br><br>Hearing Date:   September 11, 2025<br>Hearing Time:   2:00 p.m.<br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1, 4th Floor |

     Defendant Andy Hung Duong hereby joins in Defendant Sheng Thao's Motion for 90-Day Extension of Time to File Motion for Transfer of Venue (Dkt. 99).

     For the reasons provided in Sheng Thao's Motion, an extension of the current briefing schedule is supported by good cause.  As outlined in the Motion, Defendants need more time to gather the requisite data required to properly evaluate and, if warranted, file a change in venue motion.  Andy Hung Duong therefore respectfully requests that the Court grant Defendant Sheng Thao's Motion for 90-Day Extension.

DATED: August 22, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Winston Y. Chan*
      Winston Y. Chan