MARK GOLDROSEN
255 Kansas St Ste 340
San Francisco, CA 94103-5154
Phone: 415-565-9600 | Fax: 415-565-9601
Email: markgoldro@aol.com

SHAWN HALBERT
California SBN 179023
217 Leidesdorff Street
San Francisco, California 94111
Telephone: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorney for Defendant
ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG<br><br>    Defendant. | CASE NO. 25-CR-0003-YGR<br><br>DEFENDANT ANDRE JONES'S JOINDER IN DEFENDANT SHENG THAO'S MOTION FOR 90-DAY EXTENSION OF TIME TO FILE MOTION FOR TRANSFER OF VENUE (DKT. 99)<br><br>Courtroom: Courtroom 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Hearing Date: September 11, 2025<br>Hearing Time: 2:00 p.m. |

Defendant Andre Jones hereby joins in Defendant Sheng Thao's Motion for 90-Day Extension of Time to File Motion for Transfer of Venue (Dkt. 99).

For the reasons provided in Sheng Thao's Motion, an extension of the current briefing schedule is supported by good cause. As outlined in the Motion, Defendants need more time to gather the requisite data required to properly evaluate and, if warranted, file a change in venue motion. Mr. Jones therefore respectfully requests that the Court grant Defendant Sheng Thao's Motion for 90-Day Extension.

Dated: August 22, 2025

/s/
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Andre Jones

DEFENDANT ANDRE JONES'S JOINDER IN DEFENDANT SHENG THAO'S MOTION FOR 90-DAY EXTENSION OF TIME TO FILE MOTION FOR TRANSFER OF VENUE
25-CR-0003-YGR