Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email:  ed@smllp.law
Email:  august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email:  nstephens@jonesday.com
Email:  jbschenk@jonesday.com
Email:  tdonnelly@jonesday.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>vs.<br><br>DAVID DUONG,<br><br>                       Defendant. | Case No. CR 25-0003 YGR (KAW)<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

Defendant David Duong and the United States hereby stipulate and agree as follows:

Mr. Duong made his initial appearance on January 17, 2025. The Court set conditions of release, including that Mr. Duong not travel outside the Northern and Eastern Districts of California. By stipulation, the Court subsequently increased the amount of Mr. Duong's bond to $1,000,000 and permitted him to travel to Vietnam. The purpose of that trip was to participate in mediation related to ongoing litigation involving Vietnam Waste Solutions.

The parties now stipulate and agree that Mr. Duong's release conditions should be modified to permit travel out of the district on the following dates:

- September 21 – September 23 to New York (for meetings related to the ongoing litigation in Vietnam)
- September 26 – September 28 to Los Angeles/Orange County (for meetings related to the Vietnamese-American Business Association)

The parties agree that Mr. Duong is to provide flight and hotel information to his assigned pretrial services officer prior to departure.

Pretrial Services Officer Jessica Portillo has no objection to the proposed modifications to Mr. Duong's release conditions.

IT IS SO STIPULATED.

Dated: September 17, 2025

                                              /s/
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for David Duong

                                              /s/
Abraham Fine
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, Mr. Duong's conditions of release are modified to permit travel to New York (9/21/25-9/23/25) and to Southern California (9/26/25-9/28/25). Mr. Duong is ordered to provide hotel and flight information to his assigned pretrial officer prior to departure.

IT IS SO ORDERED.

Dated: September 18, 2025

_____
Hon. Kandis A. Westmore
United States Magistrate Court