# EXHIBIT 4
# (redacted)

 # Superior Court of Alameda County Public Portal

# Name Search

## Search Account

User: ▮▮▮▮▮▮▮▮
Available Credits: **13**

[🔍 My Search History]  [+ Add Credits]

[✉ Get 30 days Subscription]

## Search by Name

**Case Type** *
[ Civil - Unlimited ▼ ]

**Participant Type** *
[ Person ▼ ]

**Last Name** *
[ ▮▮▮▮ ]

**First Name**
[ ▮▮▮▮ ]

**Middle Name**
[ ]

[Submit]  [Clear]

Show [100 ▼] entries                                              Search: [          ]

| Last Name | First Name | Middle Name | Case Name | | |
|---|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ | ▮▮▮▮ | CU | 08/27/2025 |

| ■ | ■ | | ■ | ■ | CU | 11/09/2021 |
|---|---|---|---|---|---|---|
| ■ | ■ | | ■ | ■ | CU | 03/12/2020 |
| ■ | ■ | | ■ | ■ | CU | 03/09/2020 |
| ■ | ■ | | ■ | ■ | CU | 02/13/2018 |
| ■ | ■ | | ■ | ■ | CU | 02/13/2018 |
| ■ | ■ | | ■ | ■ | CU | 10/31/2016 |
| ■ | ■ | | ■ | ■ | CU | 05/19/2016 |
| ■ | ■ | | ■ | ■ | CU | 05/19/2016 |
| ■ | ■ | | ■ | ■ | CU | 10/02/2012 |
| ■ | ■ | | ■ | ■ | CU | 10/02/2012 |
| ■ | ■ | | ■ | ■ | CU | 10/02/2012 |
| ■ | ■ | | ■ | ■ | CU | 09/17/2012 |
| ■ | ■ | | ■ | ■ | CU | 08/26/2011 |
| ■ | ■ | | ■ | ■ | CU | 09/22/2010 |
| ■ | ■ | ■ | ■ | ■ | CU | 09/22/2010 |
| ■ | ■ | | ■ | ■ | CU | 02/05/2010 |
| ■ | ■ | | ■ | ■ | CU | 02/05/2010 |
| ■ | ■ | | ■ | ■ | CU | 02/05/2010 |
| ■ | ■ | | ■ | ■ | CU | 02/05/2010 |
| ■ | ■ | | ■ | ■ | CU | 08/12/2008 |
| ■ | ■ | | ■ | ■ | CU | 04/12/2007 |
| ■ | ■ | ■ | ■ | ■ | CU | 12/04/2006 |

| | | | | | CU | 11/16/2006 |
|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | CU | 06/22/2006 |
| ■ | ■ | | ■ | ■ | CU | 04/12/2006 |
| ■ | ■ | | ■ | ■ | CU | 04/12/2006 |
| ■ | ■ | | ■ | ■ | CU | 04/12/2006 |
| ■ | ■ | | ■ | ■ | CU | 04/12/2006 |
| ■ | ■ | | ■ | ■ | CU | 04/12/2006 |
| ■ | ■ | | ■ | ■ | CU | 04/10/2002 |
| ■ | ■ | | ■ | ■ | CU | 02/20/2001 |
| ■ | ■ | ■ | ■ | ■ | CU | 05/17/1996 |
| ■ | ■ | | ■ | ■ | CU | 09/17/1992 |

Showing 1 to 34 of 34 entries

Terms of Service

Contact Us
About this Site

Copyright © Journal Technologies, USA. All rights reserved.

 # Superior Court of Alameda County Public Portal

# Name Search

## Search Account

User: ▓▓▓▓▓▓▓▓▓▓▓▓
Available Credits: **15**

[🔍 My Search History]  [➕ Add Credits]

[✉ Get 30 days Subscription]

## Search by Name

**Case Type** *

[ Civil - Limited ▼ ]

**Participant Type** *

[ Person ▼ ]

**Last Name** *

[ ▓▓▓▓▓▓ ]

**First Name**

[ ▓▓▓▓ ]

**Middle Name**

[ ]

[Submit]  [Clear]

Show [10 ▼] entries                                         Search: [           ]

| Last Name | First Name | Middle Name | Case Name |
|---|---|---|---|

| | | | | | LC | 12/28/2022 |
|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | LC | 03/13/2019 |
| ■ | ■ | | ■ | ■ | LC | 12/02/2015 |
| ■ | ■ | | ■ | ■ | LC | 11/21/2011 |
| ■ | ■ | | ■ | ■ | LC | 06/24/1997 |
| ■ | ■ | ■ | ■ | ■ | LC | 04/23/1996 |

Showing 1 to 6 of 6 entries

Terms of Service

Contact Us
About this Site

Copyright © Journal Technologies, USA. All rights reserved.

 **Superior Court of Alameda County Public Portal**

# Name Search

## Search Account

User: ▆▆▆▆▆▆▆▆▆▆▆▆
Available Credits: **12**

[🔍 My Search History]  [➕ Add Credits]

[✉ Get 30 days Subscription]

## Search by Name

**Case Type** *
[ Small Claims ▼ ]

**Participant Type** *
[ Person ▼ ]

**Last Name** *
[ ▆▆▆▆ ]

**First Name**
[ ▆▆▆▆ ]

**Middle Name**
[ ]

[Submit]  [Clear]

Show [100 ▼] entries                                    Search: [            ]

| Last Name | First Name | Middle Name | Case Name | | |
|-----------|-----------|-------------|-----------|---|---|
| ▆▆▆▆ | ▆▆▆▆ | ▆▆▆▆▆▆▆▆▆▆▆▆ | ▆▆▆▆▆▆ | SC | 07/17/2019 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ▮ | ▮ | | ▮ | ▮ | SC | 08/29/2012 |
| ▮ | ▮ | | ▮ | ▮ | SC | 08/09/2012 |
| ▮ | ▮ | | ▮ | ▮ | SC | 02/16/2012 |
| ▮ | ▮ | | ▮ | ▮ | SC | 02/02/2010 |
| ▮ | ▮ | | ▮ | ▮ | SC | 07/23/2008 |
| ▮ | ▮ | | ▮ | ▮ | SC | 05/25/2007 |
| ▮ | ▮ | ▮ | ▮ | ▮ | SC | 05/25/2007 |
| ▮ | ▮ | | ▮ | ▮ | SC | 03/23/2006 |
| ▮ | ▮ | | ▮ | ▮ | SC | 01/07/2004 |
| ▮ | ▮ | ▮ | ▮ | ▮ | SC | 04/23/2003 |
| ▮ | ▮ | | ▮ | ▮ | SC | 10/14/1998 |
| ▮ | ▮ | | ▮ | ▮ | SC | 10/20/1994 |

Showing 1 to 13 of 13 entries

---

Terms of Service

Contact Us
About this Site

Copyright © Journal Technologies, USA. All rights reserved.