Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DAVID DUONG,<br><br>                Defendant. | Case No. CR 25-0003 YGR<br><br>**JOINDER IN DEFENDANT ANDY DUONG'S MOTION TO SUPPRESS (Dkt. 138)** |

     Defendant David Duong hereby JOINS in certain arguments in Defendant Andy Duong's motion to suppress (Dkt. 138) related to the February 23, 2024 and May 7, 2024 warrants.

     Andy Duong argues that these warrants are overbroad in two respects. First, they authorize seizure of material dating from January 1, 2020, even though the affidavits set forth facts supporting probable cause going back no earlier than December 2021. Dkt. 138, 23. Second, they authorize seizure of materials related to interactions with "any" state or local official, even though the affidavits only allege facts regarding the defendants' interactions with a limited number of enumerated public officials. *Id.* at 23 and n.14.

The arguments raised by Andy Duong apply equally to David Duong. These two warrants authorize the same seizure of evidence related to David Duong and rely on the same allegations to support those seizures. Accordingly, they are overbroad as to David Duong for the same reasons they are overbroad as to Andy Duong.

Dated: December 7, 2025

Respectfully submitted,

    /s/
Edward W. Swanson
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for David Duong