| | |
|---|---|
| 1 | JEFFREY E. TSAI (SBN 226081) |
| 2 | DLA PIPER LLP (US) |
|   | 555 Mission Street, Suite 2400 |
| 3 | San Francisco, California 94105-2933 |
|   | Tel: 415.836.2500 |
| 4 | jeff.tsai@dlapiper.com |
| 5 | DARRYL L. TARVER (admitted *pro hac vice*) |
| 6 | DLA PIPER LLP (US) |
|   | 650 S. Exeter Street, Suite 1100 |
| 7 | Baltimore, Maryland 21202 |
|   | Tel: 410.580.4123 |
| 8 | darryl.tarver@dlapiper.com |

*Attorneys for Defendant
Sheng Thao*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  | Case No. 25-cr-00003-YGR-1 (KAW) |
|         Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
|     v. | |
| SHENG THAO, | **and** |
|         Defendant. | **ORDER** |

STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDER
CASE NO. 25-CR-0003-YGR (KAW)

Defendant Sheng Thao and the United States, by and through their counsel of record, hereby stipulate as follows:

1. Sheng Thao made her initial appearance before the Court on January 17, 2025. The Court entered an order setting an unsecured bond in the amount of $50,000 and set conditions of release (including, in relevant part, a no-travel restriction outside of the Northern and Eastern Districts of California). See Dkt. No. 14.

2. The parties agree on the following conditions-of-release modification: Ms. Thao will be permitted to travel to the Central District of California during the period of January 29, 2026, through February 3, 2026, in order for Ms. Thao to visit her sister.

3. Pretrial Services Officer Jessica Portillo has no objection to the stipulated location or travel modification of Ms. Thao's conditions of release.

IT IS SO STIPULATED.

Dated: January 13, 2026                DLA PIPER LLP (US)

                                       By: */s/ Jeffrey E. Tsai*
                                           JEFFREY E. TSAI

                                       *Attorneys for Defendant*
                                       *SHENG THAO*

Dated: January 13, 2026

                                           CRAIG H. MISSAKIAN
                                           United States Attorney

                                       By: */s/ Abraham Fine*
                                           ABRAHAM FINE
                                           MOLLY K. PRIEDEMAN
                                           LLOYD FARNHAM

                                       *Assistant United States Attorneys*

**ORDER**

Pursuant to the stipulation of the parties, Defendant Sheng Thao's conditions of release are modified as follows:

Ms. Thao is permitted to travel to/from the Central District of California during the period of January 29, 2026, through February 3, 2026 in order for Ms. Thao to visit her sister.

IT IS SO ORDERED.

Dated: January 20, 2026

THE HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE