**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG,** and **ANDY HUNG DUONG**, <br><br> Defendants. | **Case No.: 4:25-cr-00003-YGR** <br><br> **ORDER SETTING PRETRIAL SCHEDULE** |

For the reasons stated more fully on the record on February 5, 2026, the Court hereby sets the pretrial schedule in this case as follows.  The parties are reminded to comply with this Court's Standing Order in Criminal Cases.

| Event | Deadline/Date |
|---|---|
| File Joint Statement re Use of Transcripts in Trial (if applicable) | Friday, March 6, 2026 |
| Preliminary Government Exhibit Lists and Witness Lists Due | Tuesday, May 19, 2026 |
| Rule 404(b) and Co-Conspirator Statement Disclosures | Tuesday, May 19, 2026 |
| Affirmative Expert Disclosures | Friday, May 29, 2026 |
| Government Rule 16 Discovery Cutoff | Thursday, June 18, 2026 |
| *Brady/Giglio* Disclosures | Thursday, June 18, 2026 |
| Rebuttal Expert Disclosures | Tuesday, June 30, 2026 |

United States District Court
Northern District of California

| Event | Deadline/Date |
|---|---|
| File Motions Re Rule 404(b) and Co-Conspirator Statement Disclosures and any other trial-related Motions other than those listed below[1] | Friday, July 10, 2026 |
| File Oppositions to July 10 Motions | Friday, July 24, 2026 |
| File Replies ISO July 10 Motions | Friday, July 31, 2026 |
| Motions Hearing and First Pretrial Conference | Friday, August 14, 2026 at 9:00 a.m. |
| Reply Expert Disclosures (if necessary) | Tuesday, July 14, 2026 |
| File Daubert Motions | Tuesday, July 21, 2026 |
| Final Government Exhibit Lists and Witness Lists Due | Friday, July 31, 2026 |
| Provide Notice to the Court re Transcript Request | Monday, August 3, 2026 |
| File Proposed Additions to Standard Survey Monkey Questions[2] | Thursday, August 6, 2026 |
| Exchange of Motions in Limine ("MIL") per Court's Criminal Standing Order | Wednesday, August 12, 2026 |
| Jencks Disclosures and AEO | Friday, August 14, 2026 |
| File Unresolved MILs[3] | Wednesday, August 26, 2026 |
| File Oppositions to MILs per Court's Criminal Standing Order | Wednesday, September 2, 2026 |
| File Joint Pretrial Conference Statement; Verdict Form; Trial Memorandum; Jury Instructions | Wednesday, September 2, 2026 |
| Deliver Chambers Copies to the Court[4] | Thursday, September 3, 2026 |

[1] The parties are reminded that they are required to meet and confer prior to filing these motions to identify any areas of agreement.

[2] The parties are limited to ten questions total.  The parties are ordered to meet and confer prior to this deadline to determine whether they can agree on any questions or will present five questions each.  If the parties cannot narrow to five questions, they must identify their top five questions.

[3] Each party may file no more than five MILs as to all defendants.  Defendants may each file two additional MILs *only if* the motion applies solely to one independent defendant.  The government may file one additional MIL per defendant *only if* the motion applies solely to one independent defendant.

[4] Parties shall deliver to the Court binders of their exhibits and pending motions by noon on September 3, 2026.  The copies provided must include ECF numbers.

United States District Court
Northern District of California

2

| Event | Deadline/Date |
|---|---|
| Second Pretrial Conference; Hearing on MILs/Daubert Motions | Friday, September 11, 2026 at 9:00 a.m. |
| Defense Rule 16 Discovery Cutoff | Friday, September 18, 2026 |
| Third Pretrial Conference | Wednesday, September 30, 2026 at 9:00 a.m. |
| Jury Selection | Tuesday, October 13, 2026 at 8:00 a.m. |
| Opening Statements and Evidence Begins | Monday, October 19, 2026 at 8:00 a.m. |

The parties shall provide notice to the Court by August 3, 2026 whether the parties will be requesting daily transcripts. Arrangements must be made with the Court Reporter Coordinator (Telephone No. 510-637-3534) at least one week prior to the commencement of the trial.

The parties shall meet and confer on the preparation and use of any transcripts during trial, if any, and file a joint statement for any relevant deadlines by March 6, 2026.

**IT IS SO ORDERED**.

Date:   February 9, 2026

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California