CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>      Defendants. | Case No. 25-CR-0003-YGR<br><br>STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR EXCHANGING TRANSCRIPTS AND FOR DAUBERT OPPOSITIONS |

At the status conference held on February 20, 2026, the Court instructed the parties to meet-and-confer and file a stipulation regarding a schedule for exchanging proposed transcripts of recordings to be used at trial as well as for *Daubert* opposition briefs. Accordingly, the parties hereby stipulate as follows:

- The parties have conferred regarding the production of transcripts of relevant audio and video files. The parties will compile a joint list of files to be transcribed and will share the costs of making such transcripts. Once the transcripts have been made, the parties will meet and confer to resolve any objections to the accuracy of the transcripts. If the parties are unable to resolve objections to the accuracy of any portions the transcripts through a meet-and-confer process, the parties shall file their objections by September 2, 2026, with those issues to be addressed at the pretrial conference set for September 11, 2026.

- Oppositions to any *Daubert* motions are due by August 4, 2026.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.


**IT IS SO STIPULATED**                    CRAIG H. MISSAKIAN
                                            United States Attorney


Dated: March 9, 2026                       ___/s/_____
                                            ABRAHAM FINE
                                            MOLLY K. PRIEDEMAN
                                            LLOYD FARNHAM
                                            Assistant United States Attorneys


                                            ___/s/_____
                                            JEFFREY TSAI
                                            DARRYL TARVER
                                            Counsel for Defendant Sheng Thao

_/s/_____
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones


__/s/_____
ED SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
Counsel for Defendant David Duong

__/s/_____
WINSTON CHAN
DOGULAS SPRAGUE
ERIK BABCOCK
Counsel for Defendant Andy Duong

_____

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR EXCHANGING TRANSCRIPTS AND FOR
DAUBERT OPPOSITIONS
25-CR-0003 YGR

3

**[PROPOSED] ORDER**

The parties shall engage in the meet-and-confer process regarding production of transcripts outlined in the above stipulation.  If the parties are unable to resolve objections to the accuracy of any portions of the transcripts through a meet-and-confer process, the parties shall file their specific objections on the docket by September 2, 2026, with those issues to be addressed at the pretrial conference set for September 11, 2026.

Oppositions to any *Daubert* motions are due by August 4, 2026.


IT IS SO ORDERED.


DATED: _____        _____
                                    YVONNE GONZALEZ ROGERS
                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR EXCHANGING TRANSCRIPTS AND FOR DAUBERT OPPOSITIONS
25-CR-0003 YGR

4