UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 5, 2026   **Time:** 1 Hour 41 Minutes   **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 25-cr-00003-YGR-1   **Case Name:** UNITED STATES v. Sheng Thao et al
25-cr-00003-YGR-2
25-cr-00003-YGR-3
25-cr-00003-YGR-4

**Attorney for Plaintiff:** Molly Priedeman, Abraham Fine, and Lloyd Farnham
**Attorney for Defendant:** Jeffrey Tsai and Darryl Tarver (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann, Neal James Stephens, and Jeff Schenk (D. Duong); William Sprague, Winston Y Chan, and Erik Babcock (A. Duong)

**Defendant: ShengThao;** Present
  **Andre Jones;** Present
  **David Trung Duong;** Present
  **Andy Hung Duong;** Present

**Deputy Clerk:** Edwin Angelo A. Cuenco   **Reported by:** Stephen Franklin; via Zoom

## PROCEEDINGS

Motion to Suppress – Held.
Motion for Franks Hearing – Held.

The Court heard argument on the defendants' motion to suppress and motion for Franks hearing. Arguments were taken under submission.

Parties are ordered to meet and confer and file a proposed form of order on which filings need to be sealed.

Written order to issue.