Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email:  ed@smllp.law
Email:  august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email:  nstephens@jonesday.com
Email:  jbschenk@jonesday.com
Email:  tdonnelly@jonesday.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                      Plaintiff, <br><br>     vs. <br><br> DAVID DUONG, <br><br>                      Defendant. | Case No. CR 25-0003 YGR (KAW) <br><br> **REQUEST AND ORDER AS MODIED TO MODIFY CONDITIONS OF RELEASE** |

Defendant David Duong hereby moves the Court to modify the dates for his previously-approved travel to Vietnam and Singapore.

On February 5, 2026, the Court issued an order temporarily modifying the conditions of Mr. Duong's release to permit travel to Vietnam and Singapore from March 7 to March 17, 2026. Dkt. 170. The purpose of that trip was to conclude matters related to the litigation between his company, Vietnam Waste Solutions, and the local government of Ho Chi Minh City, Vietnam. Due to changes in the schedules for the ongoing mediation, Mr. Duong did not travel at

that time; undersigned counsel instead notified Pretrial Services and the government that Mr. Duong would be seeking to modify the dates of the trip once the scheduling issues were resolved.

Mr. Duong now seeks permission to make the same trip from April 8 to April 24. Due to the time difference, arriving in Vietnam on April 8 requires him to leave California on Monday, April 6.[1] As before, he will be participating in mediations sessions in Vietnam and, assuming the matter is resolved in mediation, he may be required to travel to Singapore, where the arbitration is pending. Accordingly, as before, Mr. Duong requests permission to travel to Singapore from Vietnam if required.

Undersigned counsel has conferred with Pretrial Services and government counsel. Pretrial Servies has no objection to this request. The government continues to object to international travel based on the reasons it previously presented to the Court.

Dated: March 25, 2026

Respectfully submitted,

/s/
Edward W. Swanson
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for David Duong

---

[1] Undersigned counsel has provided to the government and Pretrial Services a letter from Mr. Duong's counsel in Vietnam outlining the dates for the meetings related to the mediation in Vietnam and the arbitration in Singapore and can provide this letter to the Court if required.

**Application and Order as Modified to Modify Conditions of Release**
*United States v. Duong*, CR 25-0003 YGR (KAW)

**ORDER AS MODIFIED**

The court has reviewed the government's opposition to the defendant's request to travel internationally filed by the government reiterating the arguments it previously made at the September 22, 2025 hearing. Pretrial Services having no objection to the travel request, Defendant having complied with court orders when previously permitted to travel internationally, and good cause appearing, David Duong's conditions of release are modified to permit travel to Vietnam and Singapore from April 6 to April 24, 2026. Mr. Duong is permitted to retrieve his passport from Pretrial Services on or after Thursday April 2, 2026, and is ordered to surrender his passport to Pretrial Services within 48 hours of his return to the United States.

Mr. Duong is ordered to provide hotel and flight information to his assigned Pretrial Services officer prior to departure. Should Mr. Duong be required to travel to Singapore from Vietnam between April 6 to April 24, 2026, as permitted by this order, he is to provide itinerary information for such travel.

IT IS SO ORDERED.

Dated: <u>March 25, 2026</u>

_____
Hon. Kandis A. Westmore
United States Magistrate Court

3

**Application and Order as Modified to Modify Conditions of Release**
*United States v. Duong*, CR 25-0003 YGR (KAW)