CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
ABRAHAM FINE (CABN 292647)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   FAX: (510) 637-3724
   Molly.priedeman@usdoj.gov
   Abraham.fine@usdoj.gov
   Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>        Defendants. | Case No. 25-CR-0003-YGR<br><br>STIPULATION AND [PROPOSED] ORDER RE SEALING |

STIPULATION AND [PROPOSED] ORDER REGARDING SEALING
25-CR-0003 YGR

1

At the hearing held on March 5, 2026, the Court instructed the parties to meet-and-confer regarding the sealing of briefing and exhibits related to the defendants' motions to suppress and motion for a Franks hearing, and if the parties can agree to submit a stipulation regarding any materials or information that should remain under seal.

The parties agree that all but one of the briefs that were initially filed with redactions, with unredacted versions submitted under seal, can be publicly filed without redactions.  The following redacted versions of briefs (referred to by the public/redacted docket numbers) should be refiled unredacted:[1]

- Sheng Thao's Motion to Suppress (Dkt. 136)
- Andre Jones' Motion to Suppress (Dkt. 141) and Reply (Dkt. 167)
- Andy Duong's Motion to Suppress (Dkt. 138) and Reply (Dkt. 163)
- United States' Consolidated Opposition (Dkt. 151)

As to other documents that the parties originally sought to be filed under seal, namely certain declarations and certain exhibits attached to those declarations, the parties have agreed that certain of those documents no longer need to remain sealed, and other documents should remain sealed.  The parties agree that the remaining documents will remain sealed at this time either because they were produced pursuant to the protective order and/or because it is the government's position that the documents contain sensitive law enforcement information that is the subject of ongoing investigations and contains information about uncharged individuals, or constitute search warrant affidavits reviewed by magistrates in the district and remain under seal.

Accordingly, the parties request that the Court grant the motions to seal submitted by each party, but order **unsealed** the following declarations and exhibits:

- Declaration of Darryl Tarver in Support of Sheng Thao's Motion to Suppress, and Exhibits 4-12 to that Declaration
- Declaration of Shawn Halbert in Support of Andre Jones' Motion to Suppress, and

---

[1] The parties agree that the portion of Andy Duong's Motion to Suppress brief and Reply brief containing references to uncharged individuals will remain redacted, specifically footnote 14 on page 23 of the Motion to Suppress and Page 9 of the Reply brief.

STIPULATION AND [PROPOSED] ORDER REGARDING SEALING
25-CR-0003 YGR

2

Exhibit A to that Declaration

- Declaration of Neal Stephens in Support of David Duong's Motion to Suppress, and Exhibits 4-14, 16, 17 to that Declaration

- Exhibits 3, 4, 8-11, 16 to the Declaration of Winston Chan in Support of Andy Duong's Motion to Suppress

The declaration and exhibits submitted under seal by the United States, which attaches search warrant affidavits submitted to magistrate judges in the district that remain under seal, would remain under seal.

If the Court agrees with this proposal, and orders sealing subject to the unsealing of the above declarations and exhibits, the respective parties would each file on the public docket those documents.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: April 9, 2026

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____

MOLLY K. PRIEDEMAN
ABRAHAM FINE
LLOYD FARNHAM
Assistant United States Attorneys

_____/s/_____
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao

_____/s/_____
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones

STIPULATION AND [PROPOSED] ORDER REGARDING SEALING
25-CR-0003 YGR

3

_____/s/_____
ED SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
Counsel for Defendant David Duong

_____/s/_____
WINSTON CHAN
DOGULAS SPRAGUE
ERIK BABCOCK
Counsel for Defendant Andy Duong

_____

# [PROPOSED] ORDER

At the hearing held on March 5, 2026, the Court instructed the parties to meet-and-confer and file a stipulation and proposed order regarding the sealing of briefing and exhibits related to the defendants' motions to suppress and motion for a Franks hearing.

Based on the parties' representations, the following redacted versions of briefs (referred to by the public/redacted docket numbers) should be refiled unredacted:[2]

- Sheng Thao's Motion to Suppress (Dkt. 136)
- Andre Jones' Motion to Suppress (Dkt. 141) and Reply (Dkt. 167)
- Andy Duong's Motion to Suppress (Dkt. 138) and Reply (Dkt. 163)
- United States' Consolidated Opposition (Dkt. 151)

As to other documents that the parties originally sought to be filed under seal, namely certain declarations and certain exhibits attached to those declarations, the parties have agreed that certain of those documents no longer need to remain sealed, and other documents should remain sealed.  The parties have represented that the documents that the parties agree should remain sealed contain sensitive law enforcement information that is the subject of ongoing investigations and contains information about uncharged individuals, or constitute search warrant affidavits reviewed by magistrates in the district and remain under seal.

Accordingly, the Court grants the motions to seal submitted by each party, but orders **unsealed** the following declarations and exhibits:

- Declaration of Darryl Tarver in Support of Sheng Thao's Motion to Suppress, and Exhibits 4-12 to that Declaration
- Declaration of Shawn Halbert in Support of Andre Jones' Motion to Suppress, and Exhibit A to that Declaration
- Declaration of Neal Stephens in Support of David Duong's Motion to Suppress, and Exhibits 4-14, 16, 17 to that Declaration

---

[2] The portion of Andy Duong's Motion to Suppress brief containing references to uncharged individuals can remain redacted, specifically footnote 14 on page 23 of the Motion to Suppress and Page 9 of the Reply brief.

- Exhibits 3, 4, 8-11, 16 to the Declaration of Winston Chan in Support of Andy Duong's Motion to Suppress

The parties are ordered to file the above declarations and exhibits on the public docket.

IT IS SO ORDERED.

DATED: _____

                                            _____
                                            YVONNE GONZALEZ ROGERS
                                            United States District Judge