Winston Y. Chan (SBN 214884)
Hannah Erin Stone (SBN 339612)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, California 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,<br><br>Defendants. | CASE NO. 4:25-CR-00003-YGR<br><br>**DECLARATION OF WINSTON Y. CHAN IN SUPPORT OF DEFENDANT ANDY DUONG'S JOINDER AND ADDITIONAL MOTION TO SUPPRESS AND FOR *FRANKS* HEARING**<br><br>Date:          February 19, 2026<br>Time:          9:00 a.m.<br>Courtroom:   1, 4th Floor |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF WINSTON Y. CHAN IN SUPPORT OF DEFENDANT ANDY DUONG'S JOINDER AND
ADDITIONAL MOTION TO SUPPRESS AND FOR *FRANKS* HEARING
CASE NO. 4:25-CR-00003-YGR

I, Winston Y. Chan, declare and state as follows:

I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendant Andy Duong in the above-captioned case. I make this Declaration in support of Mr. Duong's Joinder and Additional Motion to Suppress and for *Franks* Hearing. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the FBI's evidence entry dated June 23, 2024 for the search and seizure conducted of Andy Duong's home at ███████████ ███████████, on June 20, 2024, produced by the government pursuant to the Protective Order in this case and bearing Bates number OAK-0011952.

2. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpted text message exchange between the government's key witness ("CC1") and Andy Duong in September 2023, produced by the government pursuant to the Protective Order in this case and bearing Bates number OAK-0123392.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the case information for *The People of the State of California v. Ramosramos*, Case No. 25-CR-003284, filed on March 14, 2025. This record was obtained by searching for the associated case number on the County of Alameda Superior Court Criminal Case Portal website: https://publicportal.alameda.courts.ca.gov/publicportal/.

4. Attached hereto as **Exhibit 4** is a true and correct copy of a news article titled "EXCLUSIVE: Suspect in Oakland shootout with witness in Sheng Thao corruption probe speaks out," written by Dan Noyes and published by ABC7 on March 26, 2025. The article is available at: https://abc7news.com/post/exclusive-suspect-oakland-shootout-witness-former-mayor-sheng-thao-corruption-probe-speaks/16082231/.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the warrant affidavit that Agent Duncan Haunold presented to Magistrate Judge Kandis A. Westmore on February 23, 2024, produced by the government pursuant to the Protective Order in this case and bearing Bates number OAK-0007737.

Gibson, Dunn & Crutcher LLP

DECLARATION OF WINSTON Y. CHAN IN SUPPORT OF DEFENDANT ANDY DUONG'S JOINDER AND ADDITIONAL MOTION TO SUPPRESS AND FOR *FRANKS* HEARING
CASE NO. 4:25-CR-00003-YGR

6.      Attached hereto as **Exhibit 6** is a true and correct copy of the warrant affidavit that Agent Duncan Haunold presented to Magistrate Judge Donna M. Ryu on May 7, 2024, produced by the government pursuant to the Protective Order in this case and bearing Bates number OAK-0009375.

7.      Attached hereto as **Exhibit 7** is a true and correct copy of a letter sent to Andy Duong's counsel from the United States Attorney's Office for the Northern District of California, dated November 10, 2025, regarding discovery requests and enclosing an email exchange between FBI personnel with its corresponding attachment.

8.      Attached hereto as **Exhibit 8** is a true and correct copy of the first page excerpted from the Bureau of Alcohol, Tobacco, Firearms, and Explosives' ("ATF") Annual Firearms Manufacturing and Export Report for 2020.  The full report is available at: https://www.atf.gov/resource-center/docs/report/afmer2020finalreport508cpdf/download.

9.      Attached hereto as **Exhibit 9** is a true and correct copy of the first page excerpted from the ATF's Annual Firearms Manufacturing and Export Report for 2021.  The full report is available at: https://www.atf.gov/resource-center/docs/report/afmer2021finalreport508cpdf/download.

10.      Attached hereto as **Exhibit 10** is a true and correct copy of the first page excerpted from the ATF's Annual Firearms Manufacturing and Export Report for 2022.  The full report is available at: https://www.atf.gov/resource-center/docs/report/afmer2022finalreport508cpdf/download.

11.      Attached hereto as **Exhibit 11** is a true and correct copy of the first page excerpted from the ATF's Annual Firearms Manufacturing and Export Report for 2023.  The full report is available at: https://www.atf.gov/resource-center/docs/report/afmer2023finalreport508cpdf/download.

12.      **Exhibit 12** is a true and correct copy of the recording of the Oakland Police Department interview of CC1 on May 15, 2024, produced by the government pursuant to the Protective Order in this case and bearing Bates number OAK-0011052.  The digital version of Exhibit 12 is available and will be provided to the Court upon request.

13.      **Exhibit 13** is a true and correct copy of the body camera footage of the Oakland Police Department interview of CC1 on May 5, 2024, produced by the government pursuant to the Protective Order in this case and bearing Bates number OAK-0010939.  The digital version of Exhibit 13 is

2

Gibson, Dunn & Crutcher LLP

available and will be provided to the Court upon request.

14.    Attached hereto as **Exhibit 14** is a true and correct copy of a report created by FBI Agent ███████ on July 2, 2024, describing the consensually recorded meeting between a confidential human source ("CHS") and CC1 on May 23, 2024, produced by the government pursuant to the Protective Order in this case and bearing Bates number OAK-0012513.

15.    Attached hereto as **Exhibit 15** is a true and correct copy of an ████████ ████████████████████████████████████████████████████████████ ████████████████████████████ , produced by the government pursuant to the Protective Order in this case and bearing Bates number OAK-0127988.

16.    Attached hereto as **Exhibit 16** is a true and correct copy of a news article titled "Ex-Oakland council candidate charged with check fraud alleges DA Pamela Price asked him for $25,000," written by Megan Cassidy and Sarah Ravani and published by the San Francisco Chronicle on October 11, 2024.   The article is available at: https://www.sfchronicle.com/crime/article/oakland-council-juarez-price-donation-allegation-19831847.php.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 4th day of December 2025, at San Francisco, California.

/s/ Winston Y. Chan
Winston Y. Chan

Gibson, Dunn & Crutcher LLP

DECLARATION OF WINSTON Y. CHAN IN SUPPORT OF DEFENDANT ANDY DUONG'S JOINDER AND ADDITIONAL MOTION TO SUPPRESS AND FOR *FRANKS* HEARING
CASE NO. 4:25-CR-00003-YGR