# EXHIBIT 3

## Case Information

25-CR-003284 | The People of the State of California vs. RAMOSRAMOS, HERMELINDO OLBER

Case Number
25-CR-003284

Court
Criminal Manager-Oakland
WWM

File Date
03/14/2025

Case Type
Felony

Case Status
Active

## Party

Plaintiff
The People of the State of California

Defendant
RAMOSRAMOS, HERMELINDO OLBER

DOB
XX/XX/XXXX

## Charge

Charges
RAMOSRAMOS, HERMELINDO OLBER

| | | Description | Statute | Level | Date |
|---|---|---|---|---|---|
| | 001 | PC246-F: SHOOTING AT AN INHABITED DWELLING | 246 | Felony | 06/09/2024 |
| | 001 | PC1203.06(a)(1)-F: SPECIAL ALLEGATION-USE OF FIREARM | 1203.06(a)(1) | Felony | 06/09/2024 |
| | 001 | PC1170(b)-F: VIOLENCE OR BODILY HARM - 4.421(A)(1) | 1170(b) | Felony | 06/09/2024 |
| | 001 | PC1170(b)-F: DEFENDANT ARMED OR USED A WEAPON - 4.421(A)(2) | 1170(b) | Felony | 06/09/2024 |
| | 001 | PC1170(b)-F: VIOLENT CONDUCT OF DEFENDANT - 4.421(B)(1) | 1170(b) | Felony | 06/09/2024 |
| | 002 | PC247(b)-F: SHOOTING AT AN UNOCCUPIED VEHICLE | 247(b) | Felony | 06/09/2024 |
| | 002 | PC1203.06(a)(1)-F: SPECIAL ALLEGATION-USE OF FIREARM | 1203.06(a)(1) | Felony | 06/09/2024 |
| | 002 | PC1170(b)-F: VIOLENCE OR BODILY HARM - 4.421(A)(1) | 1170(b) | Felony | 06/09/2024 |
| | 002 | PC1170(b)-F: DEFENDANT ARMED OR USED A WEAPON - 4.421(A)(2) | 1170(b) | Felony | 06/09/2024 |
| | 002 | PC1170(b)-F: VIOLENT CONDUCT OF DEFENDANT - 4.421(B)(1) | 1170(b) | Felony | 06/09/2024 |

## Disposition Events

04/18/2025 Plea ▾

Judicial Officer
Condes, Elena

| | | | |
|---|---|---|---|
| 001 | PC246-F: SHOOTING AT AN INHABITED DWELLING | | Not Guilty |
| 001 | PC1203.06(a)(1)-F: SPECIAL ALLEGATION-USE OF FIREARM | | Deny |
| 001 | PC1170(b)-F: VIOLENCE OR BODILY HARM - 4.421(A)(1) | | Deny |
| 001 | PC1170(b)-F: DEFENDANT ARMED OR USED A WEAPON - 4.421(A)(2) | | Deny |

| 001 | PC1170(b)-F: VIOLENT CONDUCT OF DEFENDANT - 4.421(B)(1) | Deny |
| 002 | PC247(b)-F: SHOOTING AT AN UNOCCUPIED VEHICLE | Not Guilty |
| 002 | PC1203.06(a)(1)-F: SPECIAL ALLEGATION-USE OF FIREARM | Deny |
| 002 | PC1170(b)-F: VIOLENCE OR BODILY HARM - 4.421(A)(1) | Deny |
| 002 | PC1170(b)-F: DEFENDANT ARMED OR USED A WEAPON - 4.421(A)(2) | Deny |
| 002 | PC1170(b)-F: VIOLENT CONDUCT OF DEFENDANT - 4.421(B)(1) | Deny |