# EXHIBIT 9

# ANNUAL FIREARMS MANUFACTURING AND EXPORT REPORT



**YEAR 2021**

**MANUFACTURED**



| *PISTOLS* | | *REVOLVERS* | |
|---|---|---|---|
| TO .22 | 737,374 | TO .22 | 781,246 |
| TO .25 | 183,390 | TO .32 | 3,641 |
| TO .32 | 56,226 | TO .357 MAG | 153,737 |
| TO .380 | 790,323 | TO .38 SPEC | 167,901 |
| TO 9MM | 4,301,814 | TO .44 MAG | 28,927 |
| TO .50 | 682,779 | TO .50 | 24,456 |
| **TOTAL** | **6,751,919** | **TOTAL** | **1,159,918** |

| | |
|---|---|
| *RIFLES* | 3,934374 |
| *SHOTGUNS* | 675,426 |
| *MISC. FIREARMS* | 1,283,282 |

**EXPORTED**

| | |
|---|---|
| *PISTOLS* | 237,194 |
| *REVOLVERS* | 25,367 |
| *RIFLES* | 160,294 |
| *SHOTGUNS* | 27,487 |
| *MISC. FIREARMS* | 8,342 |

\* FOR  PURPOSES OF THIS REPORT ONLY, "PRODUCTION" IS DEFINED AS:
FIREARMS, INCLUDING SEPARATE FRAMES OR RECEIVERS, ACTIONS OR
BARRELED ACTIONS, MANUFACTURED AND DISPOSED OF IN COMMERCE
DURING THE CALENDAR YEAR.

PREPARED BY LED 1/20/2023
REPORT DATA AS OF 1/20/2023