# EXHIBIT 10

# ANNUAL FIREARMS MANUFACTURING AND EXPORT REPORT





### YEAR 2022 Final*

### MANUFACTURED

| *PISTOLS* | | *REVOLVERS* | |
|---|---|---|---|
| TO .22 | 816,802 | TO .22 | 450,158 |
| TO .25 | 128,269 | TO .32 | 459 |
| TO .32 | 115,382 | TO .357 MAG | 196,228 |
| TO .380 | 563,003 | TO .38 SPEC | 120,712 |
| TO 9MM | 3,796,945 | TO .44 MAG | 44,112 |
| TO .50 | 763,106 | TO .50 | 31,678 |
| **TOTAL** | **6,183,507** | **TOTAL** | **843,347** |

| | |
|---|---|
| *RIFLES* | 3,658,523 |
| *SHOTGUNS* | 662,510 |
| *MISC. FIREARMS* | 2,172,540 |

### EXPORTED

| | |
|---|---|
| *PISTOLS* | 338,538 |
| *REVOLVERS* | 24,756 |
| *RIFLES* | 227,762 |
| *SHOTGUNS* | 43,312 |
| *MISC. FIREARMS* | 5,534 |

\* FOR PURPOSES OF THIS REPORT ONLY, "MANUFACTURED" IS DEFINED AS: FIREARMS, INCLUDING SEPARATE FRAMES OR RECEIVERS, ACTIONS OR BARRELED ACTIONS, MANUFACTURED AND DISPOSED OF IN COMMERCE DURING THE CALENDAR YEAR.

PREPARED BY MLG 06/12/2024
REVISED REPORT DATA AS OF 06/12/2024