# EXHIBIT 11

# ANNUAL FIREARMS MANUFACTURING AND EXPORT REPORT




### YEAR 2023 Final

### *MANUFACTURED

| *PISTOLS* | | *REVOLVERS* | |
|---|---|---|---|
| TO .22 | 517,262 | TO .22 | 375,749 |
| TO .25 | 133,643 | TO .32 | 1,840 |
| TO .32 | 46,189 | TO .357 MAG | 228,977 |
| TO .380 | 441,824 | TO .38 SPEC | 93,385 |
| TO 9MM | 2,375,628 | TO .44 MAG | 75,902 |
| TO .50 | 424,971 | TO .50 | 29,201 |
| **TOTAL** | **3,939,517** | **TOTAL** | **805,054** |

| | |
|---|---|
| *RIFLES* | 3,119,376 |
| *SHOTGUNS* | 602,782 |
| *MISC. FIREARMS* | 1,305,530 |

### EXPORTED

| | |
|---|---|
| *PISTOLS* | 217,691 |
| *REVOLVERS* | 12,112 |
| *RIFLES* | 198,768 |
| *SHOTGUNS* | 45,067 |
| *MISC. FIREARMS* | 5,395 |

\* FOR PURPOSES OF THIS REPORT ONLY, "MANUFACTURED" IS DEFINED AS: FIREARMS, INCLUDING SEPARATE FRAMES OR RECEIVERS, ACTIONS OR BARRELED ACTIONS, MANUFACTURED AND DISPOSED OF IN COMMERCE DURING THE CALENDAR YEAR.

PREPARED BY LED 02/03/2025
REPORT DATA AS OF 02/03/2025