# EXHIBIT 16

# Ex-Oakland candidate facing fraud charge claims DA asked for money

sfchronicle.com/crime/article/oakland-council-juarez-price-donation-allegation-19831847.php

Megan Cassidy, Sarah Ravani                                    October 11, 2024

[Bay Area](#)//[East Bay](#)

## Ex-Oakland council candidate charged with check fraud alleges DA Pamela Price asked him for $25,000



An Oakland businessman is alleging Alameda County District Attorney Pamela Price charged him with writing bad checks after he declined her request that he donate $25,000 to her anti-recall campaign.
Scott Strazzante/The Chronicle

An Oakland businessman and former city council candidate currently facing check fraud charges has accused Alameda County District Attorney Pamela Price of vindictive prosecution. Mario Juarez alleges Price charged him with writing bad checks after he declined her request that he donate $25,000 to her anti-recall campaign.

The allegation, made in a motion to dismiss the case, was immediately refuted by a witness named in the filing. A spokesperson for Price declined to comment, citing the pending prosecution.

Juarez is a key figure in the FBI's Oakland corruption probe. A federal subpoena sent to the city of Oakland this summer asked for documents associated with several people and entities including Juarez. The subpoena was sent days after federal agents raided the home of Mayor Sheng Thao and several entities related to the city's powerful Duong family, who run the recycling firm California Waste Solutions.

Article continues below this ad

In January, Juarez was charged for allegedly passing bad checks that were supposed to cover postage fees for flyers attacking Thao's opponents in the November 2022 mayoral election. Juarez pleaded not guilty, and the case is still pending.

On Thursday, Juarez's attorney Ernie Castillo filed a motion to dismiss the case, alleging that it had been filed in retaliation for Juarez's vocal criticism of Price as a district attorney and after he refused, a little more than two weeks earlier, to contribute to her campaign against a recall effort.

In the motion, Castillo said Juarez had been a longtime critic of Price, creating a website called BadPam.com that, among other things, described her as "a loser with shady history."

In the filings, Juarez alleges that he and Price had been attending the funeral services for Oakland Police officer Tuan Le on Jan. 7 — public services for Le were held on Jan. 10; it was not clear whether the filing referred to private services — and that they, the Duongs and a few others met up later at Juarez's business at 1211 Embarcadero Drive. During this time, David Duong, his son Andy Duong and Juarez had been working together on a business called Evolutionary Homes, which would create and sell container homes for unhoused people.

Article continues below this ad

Juarez claimed that, at this time, Price pulled Juarez aside and asked to speak to him privately, the motion states. According to Juarez, Price said she wanted to change the relationship between the two of them, it says in the motion.

"She explained that as the District Attorney for Alameda County she could help Mr. Juarez, but that to get her help he would 'need to show love and support her,'" the motion states. "Specifically, she wanted $25,000 in cash from him to support her campaign against the ongoing recall effort against her."

Juarez said he refused, that he didn't need help from her, and that he would continue his "quest" against her political efforts, the motion states. Price said that was too bad, that he would be hearing from her office soon, and that "it will not be pretty," Juarez alleged in the motion.

The check fraud case was filed Jan. 23, according to court records.

In June, the Chronicle asked Price's office about the meeting that occurred after officer Le's funeral. Her spokesperson said that after the services, she "was asked to meet with Mr. David Duong to discuss officer Le's family's concerns about the case."

According to Juarez's motion, Oakland Chinatown Improvement Council President Stewart Chen was at the Jan. 7, meeting at Evolutionary Homes. Chen said he recalled the visit to the Embarcadero business, but cast doubt on Juarez's version of events.

"I was there, if that was the time he claimed that Pam asked for money, that didn't happen," Chen said. "I'm not trying to protect Pam in any way shape or form. I heard the conversation, it was more talking about container homes. It wasn't even near campaign contribution. There was no discussion along that line at all."

Juarez's motion, however, includes signed declarations from two witnesses whose statements were said to support Juarez's version of events. The first witness, Pedro Jimenez, said he had been hired by Juarez to install surveillance cameras at 1211 Embarcadero and was present at the meeting on Jan. 7.

Jimenez said he saw Juarez and an African American woman talking separately from the group and that he heard the woman tell Juarez that she needed money. The second declarant, Cecilia Mendez, an employee for Evolutionary Homes, said she witnessed Price and Juarez speaking near the front door. Mendez said she recalled Price asking Juarez for $25,000.

The motion additionally included a declaration from Castillo, the attorney, who stated that an assistant district attorney previously assigned to Juarez's check fraud case had told him that she believed there was insufficient evidence to prove his guilt. The prosecutor, Angelina Clay, had planned to dismiss the case but was blocked by her superiors from doing so, and was later removed from the case, Castillo stated.

Clay is responsible for evaluating the validity of some felony cases and potentially negotiating plea deals prior to a preliminary hearing, sources said.

However, her notes on the case, which were reviewed by the Chronicle, support portions of Castillo's affidavit.

The notes, dated June 12, and contained in an internal document, were apparently entered by Clay. They state that she reviewed the case and didn't believe the office could prove that a crime had been committed beyond a reasonable doubt based on the facts in the case.

The notes state it was possible that Juarez didn't know that the bank account connected to the checks lacked sufficient funds, and therefore may not have intended to defraud the victim.

The notes cited a statement from the CFO of Juarez's business, which stated that the chief financial officer, not Juarez, was the one who was in charge of the bank accounts. Further, the bank accounts had money flowing in and out of them every day, according to the notes.

"Overall it appears to me that what we can prove is that Mr. Juarez is a sloppy business man, which is not a crime," Clay's notes stated. "Proving ALL of the elements of a (writing a bad check offense) appears to be impossible given the facts of this case." Clay did not immediately respond to a request for comment.

Four months after the FBI executed search warrants in Oakland, the agency has not commented on the purpose of its raids or made any arrests.

Rachel Swan contributed to this report.

Reach Megan Cassidy: megan.cassidy@sfchronicle.com. Reach Sarah Ravani: sravani@sfchronicle.com; X: @SarRavani.
|Updated
Megan Cassidy
Crime Reporter

Megan Cassidy is a crime reporter with The Chronicle, also covering cops, criminal justice issues and mayhem. Previously, Cassidy worked for the Arizona Republic covering Phoenix police, Sheriff Joe Arpaio and desert-area crime and mayhem. She is a two-time graduate of the University of Missouri, and has additionally worked at the Casper Star-Tribune, National Geographic and an online publication in Buenos Aires. Cassidy can be reached on twitter at @meganrcassidy, and will talk about true crime as long as you'll let her.

Sarah Ravani
Tri-Valley Reporter

Sarah Ravani covers the East Bay's Interstate 680 corridor, which includes the booming Tri-Valley region, focusing on growth and transformation.

She joined the Chronicle in 2016 and previously covered the cities of Oakland and Berkeley. Ravani was part of the team that investigated the political corruption case that led to former Oakland Mayor Sheng Thao's recall and eventual federal indictment. She has covered news stories and features about housing, public safety, homelessness and local elections.

 Prior to covering the East Bay, Ravani was a breaking news reporter, covering shootings and wildfires. She's a graduate of Columbia University's Graduate School of Journalism. Ravani teaches a reporting class at UC Berkeley's Graduate School of Journalism.