Winston Y. Chan (SBN 214884)
Hannah Erin Stone (SBN 339612)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, CA 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,<br><br>    Defendants. | Case No. 4:25-CR-00003-YGR<br><br>**DECLARATION OF WINSTON Y. CHAN IN SUPPORT OF DEFENDANT ANDY HUNG DUONG'S REPLY IN SUPPORT OF JOINDER AND ADDITIONAL MOTION TO SUPPRESS AND FOR *FRANKS* HEARING**<br><br>Hearing Date:  March 5, 2026<br><br>Hearing Time: 10:00 a.m.<br>Judge:          Hon. Yvonne Gonzalez Rogers<br>Courtroom:    1, 4th Floor |

DECLARATION OF WINSTON Y. CHAN IN SUPPORT OF DEFENDANT ANDY DUONG'S REPLY IN SUPPORT OF JOINDER AND ADDITIONAL MOTION TO SUPPRESS AND FOR *FRANKS* HEARING
CASE NO. 4:25-CR-00003-YGR

I, Winston Y. Chan, declare and state as follows:

I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendant Andy Duong in the above-captioned case. I make this Declaration in support of Mr. Duong's Reply in Support of Joinder and Additional Motion to Suppress and for *Franks* Hearing. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

1. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from the United States Attorney's Office, Northern District of California, sent to Andy Duong's counsel, dated November 19, 2025, regarding discovery.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the plea agreement entered into between the government and Co-Conspirator 1, produced by the government pursuant to the Protective Order in this case and bearing Bates number OAK-0093393.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of January 2026, at San Francisco, California.

/s/ Winston Y. Chan
Winston Y. Chan

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF WINSTON Y. CHAN IN SUPPORT OF DEFENDANT ANDY DUONG'S REPLY IN SUPPORT OF JOINDER AND ADDITIONAL MOTION TO SUPPRESS AND FOR *FRANKS* HEARING
CASE NO. 4:25-CR-00003-YGR