AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:25-cr-00003-YGR |
| Sheng Thao, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andy Duong

Date: 06/10/2026

*Attorney's signature*

Christine Bonomo, 364178
*Printed name and bar number*

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
*Address*

CBonomo@gibsondunn.com
*E-mail address*

(415) 393-8200
*Telephone number*

(415) 374-8400
*FAX number*