W. Douglas Sprague (SBN 202121)
COVINGTON & BURLING LLP
415 Mission St., Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Winston Y. Chan (SBN 214884)
Christine A. Bonomo (SBN 364178)
GIBSON, DUNN & CRUTCHER
One Embarcadero Center, 2600
San Francisco, California 94111
Telephone: (415) 393-8200
Facsimile: (415) 374-8460
Email: wchan@gibsondunn.com

Erik Babcock (SBN 172517)
LAW OFFICES OF ERIK BABCOCK
420 3rd Street, Suite 250
Oakland, California 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Duong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDY DUONG,<br><br>    Defendant. | Case No. 25-CR-0003-YGR [KAW]<br><br>**STIPULATION AND ORDER TO TEMPORARILY MODIFY CONDITIONS OF RELEASE** |

Defendant Andy Duong and the United States hereby stipulate and agree as follows:

1)      Mr. Duong made his initial appearance on January 17, 2025.  The Court set conditions of release, including that Mr. Duong not travel outside the Northern and Eastern Districts of California.

The Court subsequently modified Mr. Duong's conditions of release on March 5, 2026, to expand his permitted travel area to include the Central District of California.

2)    The parties now stipulate and agree that Mr. Duong's release conditions should be temporarily modified to permit travel to Las Vegas, Nevada, leaving July 16, 2026, and returning July 20, 2026.  The purpose of this trip is for Mr. Duong to celebrate his birthday with family and friends.

3)    Mr. Duong will provide travel and accommodation logistics for these trips to his assigned Pretrial Services Officer prior to departure.

4)    Pretrial Services Officer Jessica Portillo has no objection to the proposed modifications to Mr. Duong's release conditions.

**IT IS SO STIPULATED**.

Dated: July 8, 2026

_____/s/_*W. Douglas Sprague*_____
W. Douglas Sprague
COVINGTON & BURLING
Winston Y. Chan
GIBSON, DUNN, & CRUTCHER
Erik Babcock
LAW OFFICES OF ERIK BABCOKC
Attorneys for Andy Duong


_____/s/_*Abraham Fine*_____
Abraham Fine
Assistant United States Attorney

**Stipulation and Order to Temporarily Modify Conditions of Release**
*United States v. Duong*, CR 25-0003 YGR (KAW)

**ORDER**

Pursuant to stipulation, Mr. Andy Duong's conditions of release are temporarily modified to permit him to travel to Las Vegas, Nevada, from July 16–20, 2026.  Mr. Duong is ordered to provide travel and accommodation information to his assigned Pretrial Services Officer prior to departure.

**IT IS SO ORDERED.**


Dated: July 9, 2026

_____
Honorable Kandis A. Westmore
United States Magistrate Judge

**Stipulation and Order to Temporarily Modify Conditions of Release**
*United States v. Duong*, CR 25-0003 YGR (KAW)