MARK GOLDROSEN (CSBN 101731)
255 Kansas Street, Ste 340
San Francisco, CA 94103-5154
Tel: 415-565-9600 | Fax: 415-565-9601
Email: markgoldro@aol.com

SHAWN HALBERT (CSBN 179023)
217 Leidesdorff Street
San Francisco, California 94111
Tel: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorneys for Defendant ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br>ANDRE JONES,<br>Defendant. | Case No. 25-cr-0003 YGR<br><br>DECLARATION OF MARK GOLDROSEN IN SUPPORT OF JONES' MOTION FOR SEVERANCE FROM CO-DEFENDANTS ANDY DUONG AND DAVID DUONG PURSUANT TO F.R.CRIM.P. RULES 8(b) AND 14(a)<br><br>DATE: August 14, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Yvonne Gonzalez Rogers |

**REDACTED VERSION OF MATERIAL SOUGHT TO BE SEALED**

I, Mark Goldrosen, hereby declare as follows:

1. I am an attorney licensed to practice law by the State of California and counsel of record for Andre Jones in *United States v. Sheng Thao, et al.,* Case NO. 4:25-CR-00003-YGR. I submit this declaration in support of the Motion for Severance From Co-Defendants Andy Duong and David Duong Pursuant to FRCP, Rules 8(b) and 14(a).

2. Attached as Exhibit A is a true and correct copy of the Government letter, entitled "Disclosures pursuant to Federal Rule of Evidence 404(b)," received by the defense on May 19, 2026.

3. Manually filed as Exhibit B are true and correct copies of video recordings included in the Government's Preliminary Exhibit List.

4. On June 10, 2026, the Government provided the defense with an Excel spread

sheet entitled Amended Coconspirator Disclosures. [redacted]

5. As ordered by this Court, defense counsel and the Government met and conferred prior to the filing of this motion. The Government did not agree to severing Andre Jones from co-defendants Andy Duong and David Duong.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July 2026, in San Francisco, California.

/s/ Mark Goldrosen
Mark Goldrosen

PROOF OF SERVICE

I, the undersigned, declare that I am over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 255 Kansas Street, Suite 340, San Francisco, CA 94103. My electronic service address is markgoldro@aol.com.

On July 10, 2026, I served a true copy Defendant Andre Jones's Notice of Motion and Motion for Severance From Co-Defendants Andy Duong and David Duong Pursuant to FRCP, Rules 8(b) and 14(a), Declaration of Mark Goldrosen in Support of Motion and Exhibits, Administrative Motion for Under Seal Filing, Declaration in Support of Under Seal Filing, and Proposed Order for Under Seal Filing via email to the following parties:

AUSA Abraham Fine - abraham.fine@doj.gov

AUSA Molly K. Priedeman - molly.priedeman@doj.gov

AUSA Lloyd Farnham - lloyd.farnham@doj.gov

AUSA Brandon Moore - brandon.moore@doj.gov

Jeffrey Tsai - jeff.tsai@us.dlapiper.com
Counsel for Defendant Sheng Thao

Winston Chan - wchan@gibsondunn.com
Counsel for Defendant Andy Duong

Ed Swanson - ed@smllp.law
Counsel for Defendant David Duong

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 10, 2026, at San Francisco, California.

/s/ Mark Goldroen
Mark Goldrosen