Winston Y. Chan (SBN 214884)
Christine A. Bonomo (SBN 364178)
Hannah Erin Stone (SBN 339612)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, CA 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:25-CR-00003-YGR |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned Hannah Erin Stone of Gibson, Dunn and Crutcher LLP hereby withdraws as counsel of record for Defendant Andy Hung Duong ("Defendant") in the above-captioned case, and respectfully requests that her name be removed from all applicable service lists, including Notices of Electronic Filing.  All other counsel of record for Defendant remain unchanged.

DATED:  July 13, 2026                                                    Respectfully submitted,

By: */s/ Hannah Erin Stone*
    Winston Y. Chan
    Christine A. Bonomo
    Hannah Erin Stone
    GIBSON, DUNN & CRUTCHER LLP

    W. Douglas Sprague
    COVINGTON & BURLING LLP

    Erik Babcock
    LAW OFFICES OF ERIK BABCOCK

    Attorneys for Defendant Andy Hung Duong