MARK GOLDROSEN (CSBN 101731)
255 Kansas Street, Ste 340
San Francisco, CA 94103-5154
Tel: 415-565-9600 | Fax: 415-565-9601
Email: markgoldro@aol.com

SHAWN HALBERT  (CSBN 179023)
217 Leidesdorff Street
San Francisco, California 94111
Tel: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorneys for Defendant ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>vs.<br><br>ANDRE JONES,<br><br><br>　　　　Defendant. | Case No. 25-cr-0003 YGR<br><br>DEFENDANT ANDRE JONES'S JOINDER IN CO-DEFENDANTS' MOTIONS (DKT. 216, 218, 219)<br><br><br><br>DATE: August 14, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Yvonne Gonzalez Rogers |

Defendant Andre Jones hereby joins the following motions filed on July 10, 2026 by co-defendants David Duong, Sheng Thao, and Andy Duong.

David Duong filed an Opposition to Admission of Certain Coconspirator Statements. Dkt. 216. The pleading was filed on behalf of all defendants. However, to make sure that the record is clear Andre Jones joins in the Opposition filed by David Duong.

Mr. Jones also joins Andy Duong's motion to exclude four matters. Dkt. 219 (submitted partially under seal). To the extent the government is seeking to admit these matters pursuant to Federal Rules of Evidence, Rule 404(b), they are not admissible against Mr. Jones. *United States v. Erickson*, 75 F.3d 470, 479 (9th Cir. 1996) (noting that under Rule 404(b), "evidence of a defendant's prior bad acts is admissible only against that defendant") (citing *Huddleston v. United States*, 485 U.S. 681, 689 (1988)). These matters are also not inextricably intertwined with the charged conspiracy for the reasons stated in Andy Duong's motion.

DEFENDANT JONES'S JOINDER IN CO-DEFENDANTS' MOTIONS
Case No. 25-CR-0003 YGR

Mr. Jones also joins in Sheng Thao's motion to exclude three items of evidence. Dkt. 218 (submitted under seal). Two of these items are the same as those Mr. Jones sought to exclude in his motion. Dkt. 221 (submitted partially under seal). Ms. Thao additionally moved to exclude a third matter, which does not relate to Mr. Jones and which the government seeks to introduce under Rule 404(b). Mr. Jones joins this portion of Ms. Thao's motion because the evidence, even if introduced at trial, would not be admissible as to him. *Erickson*, *supra*.

DATED: July 21, 2026                                      Respectfully submitted,


                                                           /s/ Mark Goldrosen
                                                          MARK GOLDROSEN
                                                          SHAWN HALBERT
                                                          Attorneys for Defendant
                                                          Andre Jones

DEFENDANT JONES'S JOINDER IN CO-DEFENDANTS' MOTIONS
Case No. 25-CR-0003 YGR