United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES,**<br><br>Plaintiff,<br><br>v.<br><br>**SHENG THAO ET AL.,**<br><br>Defendants. | **Case No.: 4:25-CR-00003-YGR**<br><br>**ORDER RE PUBLIC ACCESS TO THE CASE DOCKET**<br><br>Re: Dkt. Nos. 214, 218, 219, 220, 221, 222 |

As the Court explained more fully on the record at the March 5, 2026 hearing, defense counsel must follow the sealing procedures of this Court to ensure that the public has access to any non-sealed materials. For many of the latest round of pre-trial motions filed (Dkt. Nos. 214, 218, 219, 220, 221, 222), defendants' counsel failed to comply with the sealing protocol explained on the record at the March 5, 2026 hearing. The Court will discuss this further with the parties.

Counsel for Sheng Thao are hereby **ORDERED** to file a redacted version of any filings related to Thao's Motion to Exclude Evidence Pursuant to Rule 404(b) (Dkt. No. 218) [1] on the public docket by no later than July 24, 2026.

Further, given the continuing problems with filings, each defense team shall identify one lawyer who shall be principally responsible for the filings. The identification can be sent to the Court's chambers email by July 24, 2026.

**IT IS SO ORDERED.**

Date: July 23, 2026

**YVONNE GONZALEZ ROGERS**
**CHIEF UNITED STATES DISTRICT COURT JUDGE**

[1] The entries labeled "Redacted" (Dkt. Nos. 218-3 & 218-4) were filed under seal. There is no reason for redacted entries to be filed under seal.