CRAIG MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov
    Brandon.moore@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 25-CR-0003-YGR |
|     Plaintiff, | UNITED STATES' PROPOSED ADDITIONS TO STANDARD SURVEY MONKEY QUESTIONS |
|     v. | Hon. Yvonne Gonzalez Rogers |
| SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG, | Trial Date: October 13, 2026 |
|     Defendants. | |

Pursuant to the Court's scheduling order (Dkt. No. 173), the parties have met and conferred and decided to separately submit proposed additions to the Court's standard Survey Monkey questions. Accordingly, the government respectfully submits the below proposed additional questions.

1. Do you have strong opinions about the credibility of a witness who has entered a plea agreement?

2. Would you be able to weigh a cooperating witness's testimony fairly when evaluated alongside corroborating evidence such as financial records, text messages, or audio/video recordings?

3. Do you believe that elected officials accepting money or benefits from people with business before those officials is a common and acceptable practice in politics?

4. If two people make an unlawful bribery agreement, would you expect them to write it down or explicitly describe the agreement in texts or phone calls?  Why or why not?

5. Have you ever worked for an elected official or worked for a political campaign?  If yes, describe the campaign (e.g. "candidate for state senate"), your role and involvement (but do not identify the candidate or political party).

DATED:  August 6, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


___/s/_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
BRANDON MOORE
Assistant United States Attorneys

UNITED STATES' ADDITIONAL QUESTIONS         2
CR 25-CR-0003-YGR