UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** August 14, 2026 **Time:** 3 Hours 1 Minute **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 25-cr-00003-YGR-1
25-cr-00003-YGR-2
25-cr-00003-YGR-3
25-cr-00003-YGR-4

**Case Name:** UNITED STATES v. Sheng Thao et al

**Attorney for Plaintiff:** Molly Priedeman, Abraham Fine, Lloyd Farnham and Brandon Moore
**Attorney for Defendant:** Jeffrey Tsai and Darryl Tarver (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann, Neal James Stephens, and Jeff Schenk (D. Duong); William Sprague, Winston Y Chan, Erik Babcock, Bryanna Walker and Christine Bonomo (A. Duong)

**Defendant: ShengThao;** Present
**Andre Jones;** Present
**David Trung Duong;** Present
**Andy Hung Duong;** Present

**Deputy Clerk:** Edwin Angelo A. Cuenco **Reported by:** Kelly Shainline

## PROCEEDINGS

Pretrial Conference – Held.
Motion to Exclude – Held.
Motion to Sever – Held.
Motion for Joinder – Held.

The Court heard argument on the defendants' motion to exclude, motion to sever and motion for joinder. Arguments were taken under submission.

Parties are ordered to provide courtesy copies of all sealed filings to Chambers and to meet and confer and identify their 300 most important trial exhibits, file an exhibit protocol and any resulting modifications.

Pretrial deadlines are set.

Written order to issue.