United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, AND ANDY HUNG DUONG,<br>Defendants. | Case No. 4:25-cr-00003-YGR<br>**ORDER AMENDING PRETRIAL SCHEDULE**<br>Re Dkt. No. 280 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of the stipulation filed at Dkt. No. 280, the pretrial schedule in this case is hereby **AMENDED** as follows:

| Event | Deadline/Date |
|---|---|
| The government identifies the top 500 exhibits it currently anticipates introducing in its case-in-chief. For the text message chains and recordings included on the government's list of 500 exhibits, the government will specify whether it intends to offer the entirety of a text message chain or recording, or whether it intends to admit only excerpts (and will identify those excerpts). Where the government intends to offer the entire text chain or recording, it will indicate whether it will later propose appropriate redactions for those text chains or recordings. | August 20, 2026 |

| | |
|---|---|
| The parties exchange motions in limine.[1] | August 25, 2026 |
| The parties meet and confer re motions in limine. | August 26, 2026 |
| The parties file any unresolved motions in limine. | August 27, 2026 |
| The parties file oppositions to motions in limine. | September 3, 2026 |
| The parties deliver chambers copies of all motion in limine materials *and all pretrial submissions* to the Court.[2] | September 4, 2026 |
| For text chains or recordings where the government has indicated redactions are appropriate, it will specify those proposed redactions. | September 9, 2026 |
| Pretrial conference and hearing on motions in limine. | September 11, 2026 at 9:00 a.m. |
| Defense to propose counter redactions to the government's proposed redactions. | September 16, 2026 |
| Parties to meet and confer regarding redaction issues related to text chains and recordings and attempt to narrow any disagreements. | Between September 16, 2026, and September 23, 2026 |
| For any disputed redaction issues, the parties will each file a brief describing their identified excerpts, proposed redactions, or objections to the admissibility of any text message chains and recordings. | September 23, 2026 |
| Pretrial conference and hearing on parties' disputed redaction issues related to text message chains and recordings. | September 30, 2026 at 9:00 a.m. |

[1] To the extent the defense is on notice of a specific text exchange or portion of an audio/video recording that the government intends to introduce, any defense MILs regarding that specific excerpt should be exchanged on August 25, 2026.

Each party may file no more than five MILs as to all defendants. Defendants may each file two additional MILs ***only if*** the motion applies solely to one independent defendant. The government may file one additional MIL per defendant ***only if*** the motion applies solely to one independent defendant.

[2] Parties shall deliver binders, including their exhibits and pending motions, by noon on September 4, 2026 pursuant to the Court's instruction. The copies provided must include ECF numbers.



United States District Court
Northern District of California

Additionally, in light of the Court's current administrative responsibilities, the trial calendar for this action will not follow the normal schedule. This Order revises previously set trial dates and provides advance notice to the parties for purposes of preparation and professional courtesy. Thus, trial, including jury selection, shall occur on the following days:

- **Week of October 13:** Tuesday, October 13 through Friday, October 16
- **Week of October 19:** Monday, October 19; Thursday, October 22 and Friday, October 23
- **Week of October 26:** Monday, October 26 through Friday, October 30
- **Week of November 2:** Thursday, November 5 and Friday, November 6
- **Week of November 9:** Monday, November 9; Tuesday, November 10; Thursday, November 12 and Friday, November 13
- **Week of November 16:** Monday, November 16 through Thursday, November 19, stopping early on November 18 at 12:45 p.m.
- **Week of November 23:** Monday, November 23 and Tuesday, November 24

This Order terminates Dkt. No. 280.

**IT IS SO ORDERED.**

Dated: August 19, 2026

YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE