MARK GOLDROSEN (CSBN 101731)
255 Kansas St Ste 340
San Francisco, CA 94103-5154
Tel: 415-565-9600 | Fax: 415-565-9601
Email: markgoldro@aol.com

SHAWN HALBERT (CSBN 179023)
217 Leidesdorff Street
San Francisco, California 94111
Tel: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorneys for Defendant
ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG<br><br>Defendants. | CASE NO. 25-CR-0003-YGR<br><br>SUPPLEMENT AND CORRECTION TO DEFENDANTS' MOTION IN LIMINE NO. 3 [DOCKET 297]<br><br>Hearing Date: September 11, 2026<br>Hearing Time: 9:00 a.m.<br>Court: Hon. Yvonne Gonzalez Rogers |

Defendants previously moved in limine to exclude evidence of Andre Jones's financial condition and related exhibits. *See* Dkt. 297. Since filing and upon further investigation and review, the defense supplements and corrects its earlier filing to note that Mr. Jones received payment for consulting work for an educational association from May 2022 to July 2022. This does not change the defense's position in the motion, as the defense argued that Mr. Jones's financial condition months prior to his Kearns & West employment (beginning in late July 2022) was irrelevant to the government's case (alleging a scheme beginning in October 2022 with the first payment in December 2022), as well as that the return of Mr. Jones's rent checks in May, June and July 2022 was not due to Jones not having

sufficient monthly funds for rent but to poor management and balancing of his bank account, with rent being paid almost immediately after the check at issue was returned. (Mr. Jones also argued separately that all dates concerning Mr. Jones's financial condition should be excluded for the reasons stated in Dkt. 297).

Dated: September 1, 2026

/s/_______________________
SHAWN HALBERT
MARK GOLDROSEN
Counsel for Andre Jones