CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov
Brandon.moore@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHENG THAO,
ANDRE JONES,
DAVID TRUNG DUONG, and
ANDY HUNG DUONG,

Defendants.

Case No. 25-CR-0003-YGR

STIPULATION AND [PROPOSED] ORDER RE SEALING OF FILED MATERIALS RELATING TO RULE 404(b), CO-CONSPIRATOR STATEMENTS, AND SEVERANCE MOTIONS

The parties stipulate and agree to the following regarding materials previously filed under seal in connection with Defendants' motions to exclude Rule 404(b) evidence, Co-Conspirator Statements, and Andre Jones' motion for a severance.

First, the parties agree that the defense motions (Dkt. Nos. 216, 219, 221, 222, 233), which had previously been filed in redacted form, shall be re-filed with no redactions.

Defense counsel's separate statement: The defense previously stated that it was seeking to file these briefs under seal in order to prevent certain information from being publicly disclosed that might affect the jury pool, among other reasons; without waiving any prior objections and in light of the materials sought to be sealed having been discussed in the government's responsive filings, the defense agrees that its prior motions to seal were moot.

Second, the parties agree that the materials in the following chart (which had previously been filed under seal) should remain under seal for the reasons set forth in the chart below. All other exhibits that had been previously-filed under seal in connection with those motions and oppositions (that are not listed on the below chart) shall be re-filed on the public docket and not under seal.

| **Dkt. No.** | **Portion to be Sealed** | **Description/Title** | **Basis for Sealing** | **Previously Sealed** |
|---|---|---|---|---|
| 222-3 (filed 7/11/2026) | Goldrosen Declaration Exhibits 1-7 (video recordings) | Video recordings attached to the Goldrosen Declaration. | These materials have been designated as "Protected Information" under the Protective Order (Dkt. No. 39). Moreover, these materials consist of videos several people (include many third parties) engaging in drinking and dancing of a sexual nature. | Yes |
| 236 (filed 7/24/2026) | Fine Declaration Exhibits 1, 4, 7, 8, 9, 10, 11 | Exhibits attached to the Fine Declaration including emails, text messages containing PII, a police report containing PII, videos describing sexual activity, | These materials have been designated as "Protected Information" under the Protective Order (Dkt. No. 39). Exhibits 1, 4, 8, and 11 are emails, text messages, and a police report containing a significant amount of PII. Exhibit 7 is a video of four | Yes |

| | | | | |
|---|---|---|---|---|
| | | and two sensitive recordings involving third-party politicians. | people, including two third parties, engaging in a vivid description of sexual activity. Exhibits 9 and 10 are sensitive recordings with uncharged politicians. | |
| 238 (filed 7/24/2026) | Priedeman Declaration Exhibits. D, E, F, H, I, J | Exhibits attached to the Priedeman Declaration including text messages containing PII, and a sensitive recording involving a third-party politician. | These materials have been designated as "Protected Information" under the Protective Order (Dkt. No. 39). Exhibits D, E, F, H, and J are text messages containing a significant amount of PII. Exhibit I is a sensitive recording with an uncharged politician. | Yes |

**IT IS SO STIPULATED**

Dated: September 1, 2026

CRAIG H. MISSAKIAN
United States Attorney

__/s/______________________________
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
BRANDON MOORE
Assistant United States Attorneys

__/s/______________________________
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao

____/s/____________________________
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones

__/s/________________________________
ED SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
Counsel for Defendant David Duong

__/s/_______________________
WINSTON CHAN
DOGULAS SPRAGUE
ERIK BABCOCK
Counsel for Defendant Andy Duong

**[PROPOSED] ORDER**

For the reasons set forth above, Defendants' motions to exclude Rule 404(b) evidence, Co-Conspirator Statements, and Andre Jones' motion for a severance (Dkt. Nos. 216, 219, 221, 222, 233), which had previously been filed in redacted form, shall be re-filed with no redactions. The exhibits set forth in the parties' stipulated chart shall remain under seal. All other exhibits that had been previously-filed under seal in connection with those motions and oppositions (that are not listed on the above chart) shall be re-filed on the public docket and not under seal.

DATED: ___________________

_________________________
YVONNE GONZALEZ ROGERS
Chief United States District Judge