CRAIG MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
BRANDON MOORE (MDBN 1312180261)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
abraham.fine@usdoj.gov
molly.priedeman@usdoj.gov
lloyd.farnham@usdoj.gov
brandon.moore@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>Defendants. | CASE NO. 25-CR-0003 YGR<br><br>UNITED STATES' PROPOSED VERDICT FORM |

The United States, by and through undersigned counsel, hereby respectfully submits the attached proposed verdict form for use in the above-captioned case.

DATED: September 2, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
MOLLY K. PRIEDEMAN
Assistant United States Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>Defendants. | CASE NO. 25-CR-0003 YGR<br><br>VERDICT |

WE, THE JURY IN THIS CASE, UNANIMOUSLY FIND THE FOLLOWING:

1. For the offense of conspiracy to commit bribery as charged in Count 1,

a. Sheng Thao: GUILTY __________ NOT GUILTY ___________

b. Andre Jones: GUILTY __________ NOT GUILTY ___________

c. David Duong: GUILTY __________ NOT GUILTY ___________

d. Andy Duong: GUILTY __________ NOT GUILTY ___________

2. For the offense of bribery concerning programs receiving federal funds as charged in Count 2,

a. Sheng Thao: GUILTY __________ NOT GUILTY ___________

b. Andre Jones: GUILTY __________ NOT GUILTY ___________

**3.** for the crime of bribery concerning programs receiving federal funds as charged in Count 3,

a. David Duong: GUILTY __________ NOT GUILTY ___________

b. Andy Duong: GUILTY __________ NOT GUILTY ___________

4. For the crime of conspiracy to commit honest services mail fraud and honest services wire fraud as charged in Count 4,

a. Sheng Thao: GUILTY __________ NOT GUILTY __________

b. Andre Jones: GUILTY __________ NOT GUILTY __________

c. David Duong: GUILTY __________ NOT GUILTY __________

d. Andy Duong: GUILTY __________ NOT GUILTY __________

5. For the crime of honest services mail fraud as charged in Count 5,

a. Sheng Thao: GUILTY __________ NOT GUILTY __________

b. Andre Jones: GUILTY __________ NOT GUILTY __________

c. David Duong: GUILTY __________ NOT GUILTY __________

d. Andy Duong: GUILTY __________ NOT GUILTY __________

6. For the crime of theft of honest services wire fraud as charged in Count 6,

a. Sheng Thao: GUILTY __________ NOT GUILTY __________

b. Andre Jones: GUILTY __________ NOT GUILTY __________

c. David Duong: GUILTY __________ NOT GUILTY __________

d. Andy Duong: GUILTY __________ NOT GUILTY __________

7. For the crime of honest services wire fraud as charged in Count 7,

a. Sheng Thao: GUILTY __________ NOT GUILTY __________

b. Andre Jones: GUILTY __________ NOT GUILTY __________

c. David Duong: GUILTY __________ NOT GUILTY __________

d. Andy Duong: GUILTY __________ NOT GUILTY __________

8. For the crime of false statements to a government agency as charged in Count 8,

a. Andy Duong: GUILTY __________ NOT GUILTY __________

DATED: ____________________, 2026

____________________________
FOREPERSON