MARK GOLDROSEN (CSBN 101731)
255 Kansas Street, Ste 340
San Francisco, CA 94103-5154
Tel: 415-565-9600 | Fax: 415-565-9601
Email: markgoldro@aol.com

SHAWN HALBERT (CSBN 179023)
217 Leidesdorff Street
San Francisco, California 94111
Tel: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorneys for Defendant ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>SHENG THAO, et al.<br><br>Defendant. | Case No. 25-cr-0003 YGR<br><br>PROPOSED ADDITIONAL QUESTIONS FOR VOIR DIRE BY THE COURT<br><br>DATE: September 11, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's Criminal Standing Order, the United States and the Defendants respectfully submit the following proposed voir dire questions to be posed by the Court in the above-captioned case.

**ADDITIONAL REQUESTED VOIR DIRE QUESTIONS AGREED UPON BY THE PARTIES**

1. This is a prosecution brought by the United States government against the defendants. Do you have any feelings or opinions about the United States government, in general, that you believe would affect your ability to be fair and impartial toward the government or toward the defendants in this case?

   a. If so, please tell us about your feelings and opinions and why you believe they might affect your ability to be fair and impartial.

2. You may hear testimony in this case from officers, agents, and employees of the FBI,

IRS, United States Postal Inspection Service, and the Oakland Police Department. Is there anything you may have experienced, seen, heard, or read that would prevent you from fairly assessing the credibility of the agents or employees of those agencies who may testify in this case?

3. The defendants in this case have been charged with crimes in an indictment. The fact that a defendant has been charged with a crime by indictment is entitled to no weight in your analysis. Does anyone think that because the defendants have been charged here they must have done something wrong?

4. The defendants are presumed innocent until proven guilty by the prosecution beyond a reasonable doubt. Does the fact that the defendants have been charged with crimes and are now standing trial affect your view now about whether or not the defendants are presumed innocent?

5. Do you have any strong feelings, either positive or negative, about public officials in general or specifically about public officials in Oakland or elsewhere in Alameda County? If yes, please explain:[1]

6. Have you or anyone close to you ever been employed by or applied to work for the City of Oakland, other cities in Alameda County, Alameda County, or California Waste Solutions? If yes, what were the positions and approximate dates of employment:

7. Have you or has anyone close to you worked in politics, political campaigns, or political lobbying? If yes, please explain:

8. Have you or has anyone close to you ever run for political office? If yes, please explain:

**GOVERNMENT'S ADDITIONAL REQUESTED VOIR DIRE QUESTIONS**

1. In this case, the United States may call as witnesses one or more individuals who have pled guilty to criminal charges and are testifying in the hope of receiving a reduced sentence in

---

[1]The defense previously requested that Questions 5, 6, 7, and 8 be included in the Questionnaire to be completed by the jurors. See Dkt# 265. If these questions are added to the Questionnaire, there will be no need to repeat them during the Court's voir dire.

return for their cooperation.

a. Based on the fact of such a plea agreement alone, would anyone automatically disbelieve such a witness under most circumstances regardless of the witness's testimony or without comparing it with the other witnesses and evidence in the case?

b. Do you have strong opinions about the credibility of a witness who has entered a plea agreement?

2. Do you believe that elected officials accepting money or benefits from people with business before those officials is a common and acceptable practice in politics?

3. If two people make an unlawful bribery agreement, would you expect them to write it down or explicitly describe the agreement in texts or phone calls? Why or why not?

4. Does anything you may have read about this case affect your ability to be a fair and impartial juror?

5. Do you understand that the Court will instruct you on the law, but that you, as jurors, are the exclusive judges of the facts?

6. Do you understand that as a juror you must accept and apply the law as it is explained to you by the Court, even if you believe the law should be different?

a. Does anyone believe that they will be unable follow this instruction? If so, please explain.

**DEFENDANTS' ADDITIONAL REQUESTED VOIR DIRE QUESTIONS**[2]

1. Based on anything you have heard, read, or seen in the press, online, or elsewhere, have you personally formed any opinion about the guilt or innocence of Sheng Thao, Andre Jones, David Duong, or Andy Duong for the crimes charged in this case? If yes or unsure, please explain your opinion and how strong it is:

2. Did you follow the recall of Sheng Thao when she was mayor of Oakland? If yes

[2]The defense previously requested that Questions 1 through 9 be included in the Questionnaire to be completed by the jurors. See Dkt# 265. If these questions are added to the Questionnaire, there will be no need to repeat them during the Court's voir dire.

please share your thoughts on the recall of Sheng Thao:

3. Do you have any feelings, either positive or negative, about people gaining access to politicians as a result of their political donations or campaign contributions? If yes, please explain:

4. How ethical in your opinion are people and companies involved in the garbage and recycling business, including California Waste Solutions?

5. How concerned are you about corruption influencing local elected officials? Please explain your opinion:

6. What are your main sources of news/current events?

7. Have you commented on, "liked," posted or tweeted anything on social media about any of the defendants or this case? If yes, please explain:

8. In your opinion, how ethical are public officials in the City of Oakland or elsewhere in Alameda County? Please explain

9. Do you or to your knowledge do your friends or family members have strong opinions or feelings about any of the defendants or this case, that would influence your ability to be a fair and impartial juror in this case? If yes, please explain:

10. Do you think there is something wrong with companies and individuals cultivating relationships with local politicians? If yes, please explain:

11. What are your feelings and opinions about the profession of lobbying, meaning for a person to have as his/her job helping companies and individuals to cultivate relationships with local politicians in order to reach something that financially benefits the individual or company?

12. Do you have feelings one way or the other about whether homelessness is a problem that requires government-provided funding and resources for unhoused people? If so, please explain:

13. Do you believe that people of color are treated less fairly than white people in the criminal justice system? If yes, please explain:

14. What is your opinion about whether Diversity and Equity Inclusion programs are a

fair way to address past racial discrimination?

15. If you have any familiarity with the 2022 Oakland mayoral candidates before today, did you have a preference for or against any candidate in the 2022 Oakland mayoral election or otherwise participate in any way in the election or any campaign (including voting)? If so, please explain.

16. If you have any familiarity with the 2024 campaign or ballot measure to recall Sheng Thao as mayor of the City of Oakland, did you have a preference for or against the campaign or ballot measure or otherwise participate in any way (including voting)? If so, please explain.

17. Have you lived in a household where expenses-such as rent, mortgage payments, utility bills, or other household costs-are split or divided between romantic partners or spouses? If so, please describe that arrangement in general terms.

18. What are your opinions about whether a politician's romantic partner should be able to have business or employment related to lobbying?

19. Do you have any strong feelings, either positive or negative, about prostitution or those who patronize it? If so, please explain:

20. Are you familiar with ephemeral messaging applications, where messages can be set to disappear within a short time, such as Signal or Telegram? If so, do you have any strong feelings about those applications? Please explain any strong feelings.

DATED: September 3, 2026

Respectfully submitted,

/s/ Mark Goldrosen
MARK GOLDROSEN
SHAWN HALBERT
Attorneys for Defendant Andre Jones

DATED: September 3, 2026

CRAIG H. MISSAKIAN
United States Attorney

______________________
ABRAHAM FINE
MOLLY K. PRIEDEMAN

LLOYD FARNHAM
BRANDON MOORE
Assistant United States Attorneys

DATED: September 3, 2026

_______________________
JEFFREY TSAI
DARRYL LOUIS TARVER
Attorneys for Defendant Sheng Thao

DATED: September 3, 2026

__________________________
EDWARD W. SWANSON
AUGUST GUGELMANN
NEAL J. STEPHENS
JEFFREY B. SCHENK
THAO DONNELLY
Attorneys for Defendant David Trung Duong

DATED: September 3, 2026

_________________________
W. DOUGLAS SPRAGUE
CHRISTINE A. BONOMO
WINSTON Y. CHAN
ERIK BABCOCK
Attorneys for Defendant Andy Hung Duong