CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Abraham.Fine@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG<br><br>Defendants. | Case No. 25-CR-00003 YGR<br><br>**DECLARATION OF MOLLY K. PRIEDEMAN IN SUPPORT OF UNITED STATES' OPPOSITION TO ANDY DUONG'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE IRRELEVANT AND PREJUDICIAL EVIDENCE AND NON-NOTICED EVIDENCE OF OTHER CRIMES, WRONGS, OR ACTS** |

I, Molly K. Priedeman, declare as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Northern District of California. I am counsel of record for the United States in the above-captioned case. I submit this Declaration in Support of the United States' Opposition to Andy Duong's Motion *in Limine* No. 1 to Exclude Irrelevant and Prejudicial Evidence and Non-Noticed Evidence of Other Crimes, Wrongs, or Acts.

2. Exhibit A attached hereto is a copy of the government's proposed transcript for the recording of a January 19, 2024 recording between Andy Duong and an Oakland City Councilmember. The government has replaced the Oakland City Councilmember's and Local Prosecutor's name in this version of the transcript.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: September 3, 2026

Respectfully submitted,

*/s/ Molly K. Priedeman*
MOLLY K. PRIEDEMAN
Assistant United States Attorney