# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

\- - - - - - - - - - - - - - - - -

UNITED STATES, )
Plaintiff, ) CASE NO.
v. ) 2023R00333
THAO, )
Defendant. )

\- - - - - - - - - - - - - - - - -

AUDIO TRANSCRIPTION OF
RECORDING
FILE: 20240119 133055
FRIDAY, JANUARY 19, 2024

BEHMKE REPORTING AND VIDEO SERVICES, INC.
BY: JILL BAIONI, CSR NO. 8812
550 CALIFORNIA STREET, SUITE 820
SAN FRANCISCO, CALIFORNIA 94104
(415) 597-5600



(Begin transcription 00:00 - 08:20)

(Telephone ringing.)

**OAKLAND CITY COUNCILMEMBER:** Andy, what's up, brother?

**ANDY DUONG:** More bitches, more bitches, brother.

**OAKLAND CITY COUNCILMEMBER:** More bitches. Bring 'em all here.

**ANDY DUONG:** What's up, brother? How you doing? You out of town?

**OAKLAND CITY COUNCILMEMBER:** Nah. I'm here. I'm at City Hall right now.

What you up to?

**ANDY DUONG:** Just, you know, been busy. Back to back meeting all night and stuff. Yesterday they, uh -- followed by yesterday, too. Just trying to wrap up the week.

But, umm, I just want to give you a call, if you got my text about the, uh, the cruise tomorrow.

**OAKLAND CITY COUNCILMEMBER:** Yeah, I got it. I can't make it tomorrow. I'm supposed to, like, be in Sacramento and be with my girlfriend at the same time.

**ANDY DUONG:** Oh.

**OAKLAND CITY COUNCILMEMBER:** It's crazy.

**ANDY DUONG:** Oh, shit. Okay, okay. Yeah,



it's all good.

**OAKLAND CITY COUNCILMEMBER:** Yeah.

**ANDY DUONG:** But, yeah, but it would have been a, you know, a good event. Just want to, you know, make sure that you get the invitation. If you can roll then we can party up up in the yacht.

But, uh, yeah. I'll keep you posted on another one. Next them we do a -- a private one for us only.

**OAKLAND CITY COUNCILMEMBER:** Okay. For sure.

What's up? Uh, are these recalls gonna go through?

**ANDY DUONG:** Uh, what's that?

**OAKLAND CITY COUNCILMEMBER:** Are these recalls gonna go through?

**ANDY DUONG:** Oh, the recall? Nah. We -- we put a stop to it. We -- I met up with, uh, with Nikki. Uh, and you know, of course Nikki's working, you know, close with, uh, with Sheng. So, uh, we temporary put a stop.

But in terms of [local elected prosecutor], I give her, you know -- umm, I confronted her, give her the opportunity to, you know, take the lead on prosecuting all the criminals that, you know, kill the officer, you know, Tuan Le. So --



**OAKLAND CITY COUNCILMEMBER:** (Unintelligible.)

**ANDY DUONG:** -- uh, she said that, you know, she's going after them, pushing for, you know, 50 years and possibility no parole. But she needs more evidence to do the enhancement on proving that, you know, the criminal knew that it was, you know, a cop. So --

**OAKLAND CITY COUNCILMEMBER:** Yeah.

**ANDY DUONG:** Yep. We -- we -- we waiting. We giving her, you know, the opportunity to, you know, to take the action. If not, then, you know, the community gonna continue on their path, which is the recall. And a lot of folks is hitting us up to fund the recall.

So, you know, we just, uh, uh, trying to confront and give the opportunity to [local elected prosecutor] first to see what -- what will she do.

But we did the Unity healing last Saturday. Carol, Nikki was there, [local elected prosecutor] was there. And then now we're gonna do a forum for all of the questionnaire.

But, yeah, I think right now is okay in terms of, you know, uh, umm, the API community. Uh, but, you know, we got a lot of folks together, uh, like, you know, from church, all of, you know, the African American community, and they -- they gonna

work with us, uh, patrolling, somewhat volunteering in downtown, too. So we united stronger than ever. So that's a good thing.

**OAKLAND CITY COUNCILMEMBER:** Okay. I mean, you gotta tell [local elected prosecutor] to keep people in jail. Don't let them right out.

**ANDY DUONG:** Yeah. I mean, that's -- 'cause -- you know, that's why she's running around. She ain't afraid that anybody gonna, you know, assassinate her because the fact that she know that she ain't gonna keep nobody in jail, you know.

**OAKLAND CITY COUNCILMEMBER:** Yeah. They all love her, man.

**ANDY DUONG:** Yeah. Catch, release, catch, release.

But it's about time.

**OAKLAND CITY COUNCILMEMBER:** That’s right.

**ANDY DUONG:** I mean, she -- she's got to do something 'cause, you know, there's a lot of, you know, folks that, you know, committed, you know, a crime that she's trying to match peace with that kill, you know, an officer, uh, the same life sentence. Which is, you know, is only 25 years, so.

**OAKLAND CITY COUNCILMEMBER:** Yeah.

**ANDY DUONG:** But she got to step up because if she don't then, you know, it's gonna jeopardize



her -- pretty much her, you know, her office. And people already, you know, gather a lot of, you know, petition. And -- and now they just wrap up the fund. So if she don't take the action on it right, on the right path, then, yeah, she's -- she's gonna get fucked big time.

**OAKLAND CITY COUNCILMEMBER:** So what's up with -- so Sheng's got people?

**ANDY DUONG:** Yeah. Well, Sheng is part of it, right?

So what happened was, uh, there was some other folks in the Vietnamese community that was teaming up with, you know, Carl Chan, too, that was trying to, you know, recall, you know. And, you know, Greg McConnell, all that group, they're trying to unite and recall Sheng and Nikki and [local elected prosecutor].

So I pull -- uh, when Nikki was there, I pull the folks that was participating with, you know, Carl Chan and them and I say, aye, you know, just back off and don't attend those event and do not involve. Because now you involve, you bring in the Vietnamese community in there.

So, uh, she, you know, admitted and committed that they will back off, uh, you know, on that part or participating with, you know, Carl and Greg McConnell



so that way, you know, they can, uh, uh, we can avoid and mitigate the recall on Nikki and Sheng. So we -- we helped them on that already.

But, you know, uh, Carl, he has that personal, you know, hatred and also Greg McConnell got that personal hatred against, you know, Nikki and Sheng.

**OAKLAND CITY COUNCILMEMBER:** Okay.

**ANDY DUONG:** Yeah. Big time. Big time. So they trying to, you know, wrap it up. 'Cause you know, Greg always supported Ignacio before. And, you know, Carl, he was, you know, with Loren and plus he never a fan of, you know, of Sheng and Nikki. So they always disrespecting on Nikki and Sheng.

**OAKLAND CITY COUNCILMEMBER:** Okay. You know, as long as they're good and everything.

**ANDY DUONG:** I mean, yeah, right now be good. But they still got to do something.

And, you know, umm, met up with, you know, with Nikki, too, and then with, uh, Sheng. I say -- you know, and Jestin, he finally stopped by, uh, after all that time. I know that, you know, uh, Sheng is the one that leading him what to do.

But they got to start taking action because Carol hit me up and she wanted to place, you know,



couple of the units on her West Oakland to do all the press release, umm, you know, and regarding. 'Cause she was pissed off how Sheng make the statement like, you know, uh, “Officer Tuan Le, this -- this -- you know, this death, this tragedy, cut us deep.” And then Carol was hella mad. Carol's like, ”Man, what -- what -- what the fuck about, you know, all these other women that lost their life? You didn't say shit about it.”

**OAKLAND CITY COUNCILMEMBER:** Yeah.

**ANDY DUONG:** You know, she was hella mad. So she's like: “ I'ma call out the mayor. I'ma call out city admin. We approve this, you know, $85 million funds back in -- you know, before we went to recess break, and then she haven't done shit. She haven't bought unit from you guys, she haven't done anything. I mean, this ridiculous.”

So she wanted us to move one of the unit to the West Oakland so that way she can do all press release and call them out.

But then I call Sheng. I say, “Aye, you got to get your shit together. Like, what the hell you doing? Like, I understand that, you know, sometime you want to hold that fund and maybe you're cooking something else that you trying to see where you're

gonna spend the fund. But you want to -- you know, you want to save your race or -- or, you know, you know, you want to end it because you got to be straight.

If you want to -- you know, probably that you felt that there's too much pressure for you, this ain't right for you, then let us know. Then we will, you know, know what to do. But then if you really want to continue for another term, then you better start acting right."

So, uh, yeah, that's when she called Jestin. And Jestin, you know, he showed up and, you know, he's looking at understanding everything and we trying to -- you know, this -- this is a win-win, right?

This is a win-win. This will help with, you know, getting people off the street and this is a good move and this will, you know, pretty much save their next election and the recall.

So that's where we left it at. And, you know, we'll see where -- where -- where the city of Oakland goes.

But other than that, everybody else, you know, is waiting to be on board. I mean, the county, other cities taking action right now, so. But we want Oakland to be the first 'cause this is where, you



know, the business is. Oakland need the most --

**OAKLAND CITY COUNCILMEMBER:** Yeah.

**ANDY DUONG:** -- help and we want to, you know, help out Oakland.

**OAKLAND CITY COUNCILMEMBER:** Yeah.

Okay. So I might need your help. We're gonna do a -- we're going to do a RV policy and get the RVs out of the way --

**ANDY DUONG:** Okay.

**OAKLAND CITY COUNCILMEMBER:** -- and everything. But you know, a lot of the activists are gonna come. But what we need is like the business owners saying like, yeah, this is killing our business with these RVs in front -- front of your --

**ANDY DUONG:** Right, right. Okay.

What -- what is -- in your district?

**OAKLAND CITY COUNCILMEMBER:** Yeah, yeah, my district. The -- they're all over Oakland. RVs are just coming into Oakland.

**ANDY DUONG:** Oh, yeah, yeah. It's -- it is -- it is killing our business big time. They're just parking, you know, illegally on, you know, just curbside, anywhere. And, you know, just parking



**OAKLAND CITY COUNCILMEMBER:** Yeah. It's just junk.

**ANDY DUONG:** Yeah.

**OAKLAND CITY COUNCILMEMBER:** Okay.

**ANDY DUONG:** Yep.

So just let me know. Let me know whenever you need help, bro.

And then whenever you get a chance, just stop by and take a tour of the units at the office, Embarcadero, down- -- downstair on Suite A.

**OAKLAND CITY COUNCILMEMBER:** Okay. Just shoot me some dates and I'll come over.

**ANDY DUONG:** Okay. For sure.

All right, bro.

**OAKLAND CITY COUNCILMEMBER:** All right. Appreciate you.

**ANDY DUONG:** All right, bro. All right. Stay safe and bless. Talk to you soon. All right, bye.

(End of transcription.)

there. And sometime they move here and there,
sometime they just leave it there as junk.