UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - -
UNITED STATES, )
Plaintiff, ) CASE NO.
v. ) 2023R00333
THAO, )
Defendant. )
- - - - - - - - - - - - - - - -

AUDIO TRANSCRIPTION OF
VIDEO RECORDING
FILE: IMG_9241
WEDNESDAY, OCTOBER 5, 2022

BEHMKE REPORTING AND VIDEO SERVICES, INC.
BY: JILL BAIONI, CSR NO. 8812
550 CALIFORNIA STREET, SUITE 820
SAN FRANCISCO, CALIFORNIA 94104
(415) 597-5600



(Begin transcription 00:00 - 01:30)

**DAVID DUONG:** After we sign, yeah, (unintelligible).

**MARIO JUAREZ:** Yeah. After we sign this venture.

But, you know, I -- I remind people, you know, the story and I tell your sons before. I said, you know, the day after you won the city of Oakland contract, you were there paying everybody. Everybody was like fucking piranhas after you, right? And I remember because I was there. I was -- I was in your office. 50,000, 100,000, whatever it was.

And you said, what do you want? I said, I just want to do business with you.

And it's true. Because I just want to do right business with you. I don't want to get anything that I don't value.

And I defended your family, I defend CWS. I defend them physically. Uh, we advocate for CWS every time we have a problem. If anyone fucks with CWS I have stepped up to the plate. And I think I've proven that time and time again.

When we had issues with the city attorney, we called them out. When we had issues with this mayor, we want to fuck her up. When we had issues with anyone who messes with CWS, we talk about that.



And also when we see mayors we tell them that we do recycling at CWS because I believe in our friendship is a long, long-term strategy. So that's the best way that I can explain.

So we are starting this, this project. Hopefully this is many, many -- one of many projects that we do together that we make a lot of money.

So to that, I toast to you guys.

(End of transcription.)