CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Abraham.Fine@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG<br><br>Defendants. | Case No. 25-CR-00003 YGR<br><br>UNITED STATES' OPPOSITION TO DEFENDANT SHENG THAO'S MOTION *IN LIMINE* NUMBER 1 TO EXCLUDE EVIDENCE OF UNCHARGED ETHICS CONDUCT |

## I. INTRODUCTION

Defendant Sheng Thao moves *in limine* to preclude the government from offering what she refers to as "uncharged ethics conduct." In fact, the exhibits and testimony referenced in the motion consists of the applicable rules and training materials regarding Thao's ethical obligations to the City of Oaland, and the confirmations that she completed these mandatory trainings as a city council member and later mayor. In addition, the evidence related to these trainings and ethical obligations will also include Thao's annual Form 700 filings—publicly-filed documents in which Thao was required to disclose certain gifts and benefits from outside sources (though these exhibits and documents are not referenced in Thao's motion).

The motion should be denied because the evidence is highly relevant to key issues at the trial that will undoubtedly be disputed by Thao: (1) Thao's criminal intent, (2) her knowledge of the illegal nature of the corrupt bribery arrangement, (2) her awareness of the fiduciary duty she owed to the City and its residents, and (4) her deception, and the steps she took to conceal the bribes and benefits she and defendant Andre Jones received from the Duongs. Thao does not provide a sufficient justification for excluding this relevant evidence.

The other objections raised by Thao to this evidence should be rejected, including that the evidence of the ethical rules and Thao's knowledge of them is hearsay, and that allegations of violations of these ethical and disclosure rules are barred by Rule 404(b). The evidence is probative of key questions related to Thao's guilt and should be allowed under Rules 401 and 403.

## I. DISCUSSION

### A. Proffered Evidence at Issue

The exhibits referenced in Thao's motion are documents that show that Thao received training on ethics and conflict of interest rules that applied to her while she was a council member and mayor, and that show the substance and topics of the training she received.

Exhibit 1141 sets forth the training requirements applicable to City employees and elected officials. (Tarver Decl. Ex. 2). Exhibits 1142, 1143, 1144, 1145, 1147, and 1152 are training slide decks, copies of a City ethics binder, and a record of the contents of a training module, all either presented to or distributed to Thao. (Tarver Decl. Exs. 3, 4, 5, 6, 8, 12).

Exhibits 1145, 1146, 1147, 1148, 1149, and 1150 contain communications, confirmations, and certificates that show Thao was required to receive and certify completion of certain training, or that document her completion or receipt of training or documents. (Tarver Decl. Exs. 6, 7, 8, 9, 10, 11).

In addition, the government intends to offer Thao's Form 700 disclosure forms that she filed each year from 2019 to 2024. They will be marked as Exhibits 1237 to 1243, and are attached hereto as Ex. A to this opposition.[1]

**B. Thao's Training on and Knowledge of Ethics Rules and Laws is Relevant**

It's hard to imagine a situation in which governing ethics rules regarding bribery, conflicts of interest, and disclosures—coupled with proof that a defendant was made aware of those rules—would be more relevant. This case involves charges against a former mayor, alleging she solicited and accepted bribes in exchange for promised official acts, and alleging that she intentionally breached her fiduciary duty to City of Oakland residents to provide honest services. The rules and trainings, together with the certificates and records of completion, put in her head the knowledge that she owed a duty to the City and its residents to be free of conflicts compromised by bribes, that bribery involving official acts is illegal, and that payments and gifts from outside sources must be reported on disclosure forms.

First, the City ethics rules and state disclosure laws contained in these presentations, all of which applied to Thao during the criminal conduct, are relevant and admissible. These materials are relevant to show Thao knew that a corrupt quid pro quo and payment of bribes in exchange for a promise of official acts were illegal. For example, one set of training materials includes an explicit directive on bribery:

> A person may not offer or make, and a public servant may not solicit or accept, anything of value in exchange for the performance of any official act, such as a vote, opinion, or action on a matter brought before the official in his or her official capacity.

(Exhibit 1145, Tarver Decl. Ex. 6 at 13). Another training slide deck includes reference to the illegality and prohibition against soliciting or accepting a thing of value in exchange for an "office or appointment"—showing that Thao knew her agreement to appoint a person selected by the Duongs and

[1] Exhibit 1151 referenced by Thao in her motion is not relevant to the ethics rules or the anticipated testimony of Jelani Killings. In the government's exhibit list provided to the defense it was mistakenly described as "Killings Documents"; Exhibit 1151 is a set of documents obtained from a computer used by David Duong.

Mario Juarez was improper. (Exhibit 1144, Tarver Decl. Ex. 5 at 37).

Likewise, evidence of violations of applicable ethics and disclosure rules is relevant. *See, e.g., United States v. Kelly*, 2023 U.S. Dist. LEXIS 103882, *14 (NDCA, No. 21-CR-00402 RS) (evidence defendant public official violated ethics rules is "probative of lack of mistake and lack of accident" and "would also speak to intent and motive of the crimes charged"). The Ninth Circuit affirmed Kelly's conviction and approved of an instruction stating the jury could consider Kelly's "knowledge of, and compliance with[,] city ethics rules in deciding whether [he] knowingly violated his fiduciary duty as a public official." *United States v. Kelly*, No. 24-1825, 2025 WL 2375215, at *2 (9th Cir. Aug. 15, 2025), *cert. denied*, 146 S. Ct. 1863 (2026). In approving the instruction, the Ninth Circuit also noted that whether Kelly knowingly violated his fiduciary duty is relevant to determining whether he acted with the intent to defraud or knowing participated in a scheme to deprive the city of his honest services. *Id.*

Cases from other circuits have concluded that evidence of violations of ethical rules can establish corrupt intent and are admissible if relevant to the charged conduct. *See United States v. Stefan*, 784 F.2d 1093, 1098 (11th Cir. 1986) (violations of a civil statute admissible to show the defendant's knowledge he was violating the criminal statute); *United States v. Macrina*, 109 F.4th 1341, 1349–50 (11th Cir. 2024) ("Because her failure to comply with the [City] code makes Macrina's intent to accept a bribe more probable, the code is relevant evidence."); *United States v. Grubb*, 11 F.3d 426, 433 (4th Cir. 1993) (the judicial canon of ethics was admissible and relevant to prove intent and absence of mistake).[2]

The Form 700 disclosures signed and filed by Thao for the years 2022 and 2023 indicate "nothing to report," and by doing so Thao is failing to report significant and reportable gifts, payments, and income she and her family members received from the Duongs during those years. For example, evidence shows that after the 2023 Vietnam trip, a close family member of Thao flew to Thailand to meet Thao, and they traveled in Thailand and then flew home, and the trip was at least partly paid for by entities controlled by David Duong. This benefit to Thao should have been disclosed on her Form 700;

[2] Thao's motion seeks to exclude all the referenced evidence and testimony, not just in the government's case-in-chief, but also as cross-examination or in any rebuttal case. Such a blanket exclusion of this type of evidence is unwarranted, and evidence of Thao's knowledge of ethics rules and the content of the trainings and materials should be permitted on cross-examination should Thao testify in her defense.

her failure to do so proves both her intent and steps she took to keep her true relationship with the Duongs secret. Any other instance of Thao failing to report gifts or income from the Duongs as required by the Form 700 rules is also evidence of her intent, deception, and consciousness of guilt. As noted by Thao in this motion, the indictment specifically alleges that Thao concealed the scheme to defraud the public of honest services by "failing to disclose benefits received on California Form 700s." Dkt 1 (Indictment at ¶ 15).

**C. The Offered Evidence is Not Hearsay**

The evidence of the ethics rules, the proof that Thao knew these rules and completed training, and the instances of violations or intentional failures to disclose payments or benefits, are not hearsay because these are not offered for a hearsay purpose. Thus, no hearsay exception is necessary. Because the violations of ethics rules themselves are not the charged conduct here, this evidence of the existence of the rules and the confirmations that the rules were communicated to Thao is necessarily offered primarily to show the effect they had on Thao and to shed light on her subsequent actions—or lack of action in the case of her failure to disclose or act in the best interest of the City. These records and this evidence are also being used to prove something other than the contents of the ethics rules or training materials, namely that Thao knew of those rules and prohibitions, and knew her actions were illegal.

Even if portions of the records are relevant for their truth—e.g., "Attached is [Council Member] Thao's Form 700 certification of ethics training completion"—the records are classic business records, kept by Oakland ethics officials in the normal course. Exhibit 1147 (Tarver Decl. Ex. 8).

**D. Rule 404 Does not Prevent the Use of this Relevant Evidence**

Thao also argues that the evidence should be excluded in its entirety because it was not included in the government's notice of intent to offer evidence under Evidence Rule 404(b). One problem with this argument is that the government, out of an abundance of caution and without conceding that it is only admissible under Rule 404(b), did provide notice that it would present evidence regarding Thao's failure to disclose benefits from the Duongs. The government's May 19, 2026 letter stated, referring to the Vietnam trip: "Evidence will also show that Thao did not disclose, in required public disclosure forms and processes or otherwise, that she, her son, Jones, or Jones' children obtained any benefit or gifts related to the trip." Tarver Decl. Ex. 1 at 5.

But the proffered evidence does not fall under Rule 404 at all. First, the ethics rules and disclosure requirements applicable and known to Thao while she served as a public official are not prior acts and are barred by the rule. *See Kelly*, 2023 U.S. Dist. LEXIS 103882, *14-15 ("The ethics rules and certifications and acknowledgements of those rules are not "prior acts" barred by Rule 404(b).")

For potential violations, as discussed above this evidence is not being used to prove or argue that because Thao violated an ethics rule in the past, she is of the character to do it again, or of the character to accept or solicit bribes in the charged conduct. Instead, it is evidence that relates directly and inextricably to the crimes charged, including proving her knowledge of the illegality of her conduct, and steps she took to cover up the scheme.

**E. The Evidence is Probative and not Unduly Prejudicial**

Thao also argues that this evidence should be excluded because it is overly and unduly prejudicial and will cause a "trial within a trial." Motion at 6-7. Just because evidence is potentially incriminating, or material to a defendant's guilt, does not mean it must be excluded as prejudicial. Under Rule 403, evidence is only excluded if the probative value is outweighed by any prejudicial effect. *See United States v. Hankey*, 203 F.3d 1160, 1172 (9th Cir. 2000) (explaining that the "major function [of Rule 403] is limited to excluding matter of scant or cumulative probative force, dragged in by the heels for the sake of its prejudicial effect"); *United States v. Caraway*, 534 F.3d 1290, 1301 (10th Cir. 2008) ("Evidence is not unfairly prejudicial simply because it is damaging to an opponent's case.").

The "trial within a trial" risk is overblown and does not warrant complete exclusion of the evidence about the ethical rules and trainings, or her failure to disclose gifts and payments relevant in this case. The government would not argue that Thao was generally noncompliant with her ethical obligations, or present evidence of any violations that are not directly relevant to the crime charged. Therefore it is hard to see why a "trial within a trial" is necessary, an under no circumstances would Thao be entitled to introduce "evidence of the numerous occasions on which she closely followed ethics rules"—such evidence would be irrelevant to the issues at trial. See Motion at 7.

## II. CONCLUSION

For the reasons above, the motion *in limine* to preclude evidence regarding the ethics rules and Thao's violation of certain rules, should be denied.

DATED: September 3, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/

ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
BRANDON MOORE
Assistant United States Attorney

# EXHIBIT A

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
A PUBLIC DOCUMENT

# STATEMENT OF ECONOMIC INTERESTS
## COVER PAGE

Date Initial Filing Received
Official Use Only
FILED
OFFICE OF THE CITY CLERK
OAKLAND
19 JAN -8 PM 4:18

*Please type or print in ink.*

NAME OF FILER (LAST) THAO (FIRST) SHENG (MIDDLE)

**1. Office, Agency, or Court**

Agency Name *(Do not use acronyms)*
City of Oakland

Division, Board, Department, District, if applicable: COUNCIL DISTRICT 4
Your Position: COUNCILMEMBER

► If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: ______ Position: ______

RECEIVED
FAIR POLITICAL PRACTICES COMMISSION
2019 JUL 15 PM 4:31

**2. Jurisdiction of Office** *(Check at least one box)*

- ☐ State
- ☐ Multi-County ______
- ☒ City of Oakland
- ☐ Judge or Court Commissioner (Statewide Jurisdiction)
- ☐ County of ______
- ☐ Other ______

**3. Type of Statement** *(Check at least one box)*

- ☐ **Annual:** The period covered is January 1, 2017, through December 31, 2017.
  -or-
  The period covered is ___/___/___, through December 31, 2017.
- ☒ **Assuming Office:** Date assumed 01/07/19
- ☐ **Candidate:** Date of Election ______ and office sought, if different than Part 1: ______
- ☐ **Leaving Office:** Date Left ___/___/___
  *(Check one)*
  ○ The period covered is January 1, 2017, through the date of leaving office.
  -or-
  ○ The period covered is ___/___/___, through the date of leaving office.

**4. Schedule Summary (must complete)** ► ***Total number of pages including this cover page:*** ______

***Schedules attached***

- ☐ **Schedule A-1** - *Investments* – schedule attached
- ☐ **Schedule A-2** - *Investments* – schedule attached
- ☐ **Schedule B** - *Real Property* – schedule attached
- ☐ **Schedule C** - *Income, Loans, & Business Positions* – schedule attached
- ☐ **Schedule D** - *Income – Gifts* – schedule attached
- ☐ **Schedule E** - *Income – Gifts – Travel Payments* – schedule attached

**-or-**

☒ ***None*** - *No reportable interests on any schedule*

**5. Verification**

MAILING ADDRESS STREET CITY STATE ZIP CODE

[redacted]

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

**Date Signed** 1/8/19 *(month, day, year)*

**Signature** [redacted]

021300008-NFH-0008

**CALIFORNIA FORM 700**
**FAIR POLITICAL PRACTICES COMMISSION**
**A PUBLIC DOCUMENT**

# STATEMENT OF ECONOMIC INTERESTS
# COVER PAGE

Date Initial Filing Received
*Filing Official Use Only*
E-Filed
12/03/2020
15:41:44
Filing ID:
194790930

*Please type or print in ink.*

**NAME OF FILER** (LAST) (FIRST) (MIDDLE)

Thao, Sheng

## 1. Office, Agency, or Court

Agency Name (Do not use acronyms)

CITY OF OAKLAND

Division, Board, Department, District, if applicable: 00411 - District Four Unit

Your Position: City Councilmember

► If filing for multiple positions, list below or on an attachment. (Do not use acronyms)

Agency: *SEE ATTACHED FOR ADDITIONAL POSITIONS Position: ______

## 2. Jurisdiction of Office *(Check at least one box)*

- [ ] State
- [ ] Multi-County ______
- [x] City of Oakland
- [ ] Judge, Retired Judge, Pro Tem Judge, or Court Commissioner (Statewide Jurisdiction)
- [ ] County of ______
- [ ] Other ______

## 3. Type of Statement *(Check at least one box)*

- [x] **Annual:** The period covered is January 1, 2019 through December 31, 2019
  -or-
  The period covered is ___/___/___, through December 31, 2019
- [ ] **Assuming Office:** Date assumed ___/___/___
- [ ] **Leaving Office:** Date Left ___/___/___
  (Check one circle)
  - ○ The period covered is January 1, 2019 through the date of leaving office.
  - ○ The period covered is ___/___/___, through the date of leaving office.
- [ ] **Candidate:** Date of Election ______ and office sought, if different than Part 1: ______

## 4. Schedule Summary (must complete) ► Total number of pages including this cover page: 2

**Schedules attached**

- [ ] **Schedule A-1 -** *Investments* – schedule attached
- [ ] **Schedule A-2 -** *Investments* – schedule attached
- [ ] **Schedule B -** *Real Property* – schedule attached
- [ ] **Schedule C -** *Income, Loans, & Business Positions* – schedule attached
- [ ] **Schedule D -** *Income – Gifts* – schedule attached
- [ ] **Schedule E -** *Income – Gifts – Travel Payments* – schedule attached

**-or-**

- [x] **None -** *No reportable interests on any schedule*

## 5. Verification

| MAILING ADDRESS STREET (Business or Agency Address Recommended - Public Document) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | Oakland | CA | 94612 |

DAYTIME TELEPHONE NUMBER ( ) E-MAIL ADDRESS

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

**Date Signed** 12/03/2020 *(month, day, year)*

**Signature** Sheng Thao *(File the originally signed paper statement with your filing official.)*

021300008-NFH-0008

# STATEMENT OF ECONOMIC INTERESTS
# COVER PAGE
## Expanded Statement Attachment

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name
Sheng Thao

* This table lists all positions including the primary position listed in the Office, Agency, or Court section of the Cover Page.

| Agency | Division/Board/Dept/District | Position | Type of Statement |
|---|---|---|---|
| CITY OF OAKLAND | 00911 - Council At Large Unit | City Council PSE 14 | Annual 1/1/2019 - 12/31/2019 |
| CITY OF OAKLAND | 00411 - District Four Unit | City Councilmember | Annual 1/1/2019 - 12/31/2019 |
| Alameda County Transportation | County Commission | Commissioner | Annual 1/1/2019 - 12/31/2019 |

021300008-NFH-0008

**CALIFORNIA FORM 700**
**FAIR POLITICAL PRACTICES COMMISSION**
**A PUBLIC DOCUMENT**

# STATEMENT OF ECONOMIC INTERESTS
# COVER PAGE

Date Initial Filing Received
*Filing Official Use Only*

E-Filed
03/22/2021
18:18:29

Filing ID:
200038380

*Please type or print in ink.*

**NAME OF FILER** (LAST) (FIRST) (MIDDLE)

Thao, Sheng

## 1. Office, Agency, or Court

Agency Name (Do not use acronyms)

CITY OF OAKLAND

Division, Board, Department, District, if applicable: 00411 - District Four Unit

Your Position: City Councilmember

► If filing for multiple positions, list below or on an attachment. (Do not use acronyms)

Agency: *SEE ATTACHED FOR ADDITIONAL POSITIONS

Position:

## 2. Jurisdiction of Office *(Check at least one box)*

☐ State

☐ Multi-County

☒ City of Oakland

☐ Judge, Retired Judge, Pro Tem Judge, or Court Commissioner (Statewide Jurisdiction)

☒ County of ALAMEDA

☐ Other

## 3. Type of Statement *(Check at least one box)*

☒ **Annual:** The period covered is January 1, 2020 through December 31, 2020

-or-

The period covered is ___/___/___, through December 31, 2020

☐ **Assuming Office:** Date assumed ___/___/___

☐ **Leaving Office:** Date Left ___/___/___

(Check one circle)

○ The period covered is January 1, 2020 through the date of leaving office.

○ The period covered is ___/___/___, through the date of leaving office.

☐ **Candidate:** Date of Election ___ and office sought, if different than Part 1: ___

## 4. Schedule Summary (must complete)

► **Total number of pages including this cover page:** 2

**Schedules attached**

☐ **Schedule A-1 -** *Investments* – schedule attached

☐ **Schedule A-2 -** *Investments* – schedule attached

☐ **Schedule B -** *Real Property* – schedule attached

☐ **Schedule C -** *Income, Loans, & Business Positions* – schedule attached

☐ **Schedule D -** *Income – Gifts* – schedule attached

☐ **Schedule E -** *Income – Gifts – Travel Payments* – schedule attached

**-or-**

☒ **None -** *No reportable interests on any schedule*

## 5. Verification

| MAILING ADDRESS STREET *(Business or Agency Address Recommended - Public Document)* | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | Oakland | CA | 94612 |

DAYTIME TELEPHONE NUMBER: ( )

E-MAIL ADDRESS:

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

**Date Signed** 03/22/2021 *(month, day, year)*

**Signature** Sheng Thao *(File the originally signed paper statement with your filing official.)*

021300008-NFH-0008

# STATEMENT OF ECONOMIC INTERESTS
# COVER PAGE
## Expanded Statement Attachment

CALIFORNIA FORM 700
FAIR POLITICAL PRACTICES COMMISSION

Name
Sheng Thao

* This table lists all positions including the primary position listed in the Office, Agency, or Court section of the Cover Page.

| Agency | Division/Board/Dept/District | Position | Type of Statement |
|---|---|---|---|
| CITY OF OAKLAND | 00411 - District Four Unit | City Councilmember | Annual 1/1/2020 - 12/31/2020 |
| CHABOT SPACE & SCIENCE CENTER | BOARD | DIRECTOR | Annual 1/1/2020 - 12/31/2020 |
| ALAMEDA COUNTY TRANSPORTATION | COMMISSION | COMMISSIONER | Annual 1/1/2020 - 12/31/2020 |

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

# STATEMENT OF ECONOMIC INTERESTS
## COVER PAGE
*A Public Document*

Date Initial Filing Received
*Filing Official Use Only*

E-Filed
05/26/2022
11:42:52
Filing ID:
203880759

*Please type or print in ink.*

NAME OF FILER (LAST) (FIRST) (MIDDLE)

Thao, Sheng

## 1. Office, Agency, or Court

Agency Name (Do not use acronyms)

CITY OF OAKLAND

Division, Board, Department, District, if applicable: 00411 - District Four Unit

Your Position: City Councilmember

► If filing for multiple positions, list below or on an attachment. (Do not use acronyms)

Agency: *SEE ATTACHED FOR ADDITIONAL POSITIONS

Position:

## 2. Jurisdiction of Office *(Check at least one box)*

- ☐ State
- ☐ Judge, Retired Judge, Pro Tem Judge, or Court Commissioner (Statewide Jurisdiction)
- ☐ Multi-County
- ☒ County of ALAMEDA
- ☒ City of Oakland
- ☐ Other

## 3. Type of Statement *(Check at least one box)*

☒ **Annual:** The period covered is January 1, 2021 through December 31, 2021.

-or-

The period covered is ___/___/___, through December 31, 2021.

☐ **Assuming Office:** Date assumed ___/___/___

☐ **Leaving Office:** Date Left ___/___/___

(Check one circle)

○ The period covered is January 1, 2021 through the date of leaving office.

○ The period covered is ___/___/___, through the date of leaving office.

☐ **Candidate:** Date of Election ______ and office sought, if different than Part 1: ______

## 4. Schedule Summary (must complete)

► **Total number of pages including this cover page:** 2

**Schedules attached**

- ☐ **Schedule A-1 -** *Investments* – schedule attached
- ☐ **Schedule A-2 -** *Investments* – schedule attached
- ☐ **Schedule B -** *Real Property* – schedule attached
- ☐ **Schedule C -** *Income, Loans, & Business Positions* – schedule attached
- ☐ **Schedule D -** *Income – Gifts* – schedule attached
- ☐ **Schedule E -** *Income – Gifts – Travel Payments* – schedule attached

**-or-**

☒ **None -** *No reportable interests on any schedule*

## 5. Verification

| MAILING ADDRESS STREET (Business or Agency Address Recommended - Public Document) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | Oakland | CA | 94612 |

DAYTIME TELEPHONE NUMBER ( )

E-MAIL ADDRESS

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

**Date Signed** 05/26/2022 *(month, day, year)*

**Signature** Sheng Thao *(File the originally signed paper statement with your filing official.)*

# STATEMENT OF ECONOMIC INTERESTS
## COVER PAGE
## Expanded Statement Attachment

**CALIFORNIA FORM 700**
**FAIR POLITICAL PRACTICES COMMISSION**

Name
Sheng Thao

* This table lists all positions including the primary position listed in the Office, Agency, or Court section of the Cover Page.

| Agency | Div/Board/Dept/District | Position | Type of Statement | SAN # |
|---|---|---|---|---|
| CITY OF OAKLAND | 00411 - District Four Unit | City Councilmember | Annual 1/1/2021 - 12/31/2021 | 021300008-NFH-0008 |
| CHABOT SPACE & SCIENCE CENTER | BOARD | DIRECTOR | Annual 1/1/2021 - 12/31/2021 | 021300008-NFH-0008 |
| ALAMEDA COUNTY TRANSPORTATION COMMISSION | COMMISSION | COMMISSIONER | Annual 1/1/2021 - 12/31/2021 | 021300008-NFH-0008 |

021300008-NFH-0008

**CALIFORNIA FORM 700**
**FAIR POLITICAL PRACTICES COMMISSION**

# STATEMENT OF ECONOMIC INTERESTS COVER PAGE

*A Public Document*

Date Initial Filing Received
*Filing Official Use Only*

E-Filed
04/14/2023
16:31:02

Filing ID:
207751537

*Please type or print in ink.*

**NAME OF FILER** (LAST) (FIRST) (MIDDLE)

Thao, Sheng

## 1. Office, Agency, or Court

Agency Name (Do not use acronyms)

CITY OF OAKLAND

Division, Board, Department, District, if applicable: 01111 - Mayor - Administration Unit

Your Position: Mayor

► If filing for multiple positions, list below or on an attachment. (Do not use acronyms)

Agency: ______ Position: ______

## 2. Jurisdiction of Office *(Check at least one box)*

- ☐ State
- ☐ Multi-County ______
- ☒ City of Oakland
- ☐ Judge, Retired Judge, Pro Tem Judge, or Court Commissioner (Statewide Jurisdiction)
- ☐ County of ______
- ☐ Other ______

## 3. Type of Statement *(Check at least one box)*

☒ **Annual:** The period covered is January 1, 2022 through December 31, 2022.

-or-

The period covered is ___/___/___, through December 31, 2022.

☐ **Assuming Office:** Date assumed ___/___/___

☐ **Leaving Office:** Date Left ___/___/___

(Check one circle)

○ The period covered is January 1, 2022 through the date of leaving office.

○ The period covered is ___/___/___, through the date of leaving office.

☐ **Candidate:** Date of Election ______ and office sought, if different than Part 1: ______

## 4. Schedule Summary (required)

► **Total number of pages including this cover page:** 1

**Schedules attached**

- ☐ **Schedule A-1 -** *Investments* – schedule attached
- ☐ **Schedule A-2 -** *Investments* – schedule attached
- ☐ **Schedule B -** *Real Property* – schedule attached
- ☐ **Schedule C -** *Income, Loans, & Business Positions* – schedule attached
- ☐ **Schedule D -** *Income – Gifts* – schedule attached
- ☐ **Schedule E -** *Income – Gifts – Travel Payments* – schedule attached

**-or-**

☒ **None -** *No reportable interests on any schedule*

## 5. Verification

| MAILING ADDRESS STREET *(Business or Agency Address Recommended - Public Document)* | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | Oakland | CA | 94612 |

| DAYTIME TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|
| ( ) | |

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

**Date Signed** 04/14/2023 *(month, day, year)*

**Signature** Sheng Thao *(File the originally signed paper statement with your filing official.)*



OAK-0260029

021300008-NFH-0008

**CALIFORNIA FORM 700**
**FAIR POLITICAL PRACTICES COMMISSION**

# STATEMENT OF ECONOMIC INTERESTS
## COVER PAGE
*A Public Document*

Date Initial Filing Received
*Filing Official Use Only*

E-Filed
04/12/2024
13:37:06

Filing ID:
211434724

*Please type or print in ink.*

NAME OF FILER (LAST) (FIRST) (MIDDLE)

Thao, Sheng

## 1. Office, Agency, or Court

Agency Name (Do not use acronyms)

City of Oakland

Division, Board, Department, District, if applicable: Mayor

Your Position: Mayor

► If filing for multiple positions, list below or on an attachment. (Do not use acronyms)

Agency: *SEE ATTACHED FOR ADDITIONAL POSITIONS    Position:

## 2. Jurisdiction of Office *(Check at least one box)*

☐ State

☐ Multi-County

☒ City of Oakland

☐ Judge, Retired Judge, Pro Tem Judge, or Court Commissioner (Statewide Jurisdiction)

☐ County of

☐ Other

## 3. Type of Statement *(Check at least one box)*

☒ **Annual:** The period covered is January 1, 2023 through December 31, 2023.

-or-

The period covered is ___/___/___, through December 31, 2023.

☐ **Assuming Office:** Date assumed ___/___/___

☐ **Leaving Office:** Date Left ___/___/___

(Check one circle)

○ The period covered is January 1, 2023 through the date of leaving office.

○ The period covered is ___/___/___, through the date of leaving office.

☐ **Candidate:** Date of Election ______ and office sought, if different than Part 1: ______

## 4. Schedule Summary (required)

► **Total number of pages including this cover page:** 2

### Schedules attached

☐ **Schedule A-1 -** *Investments* – schedule attached

☐ **Schedule A-2 -** *Investments* – schedule attached

☐ **Schedule B -** *Real Property* – schedule attached

☐ **Schedule C -** *Income, Loans, & Business Positions* – schedule attached

☐ **Schedule D -** *Income – Gifts* – schedule attached

☐ **Schedule E -** *Income – Gifts – Travel Payments* – schedule attached

**-or-**

☒ **None -** *No reportable interests on any schedule*

## 5. Verification

| MAILING ADDRESS STREET *(Business or Agency Address Recommended - Public Document)* | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | Oakland | CA | 94619 |

DAYTIME TELEPHONE NUMBER ( )

E-MAIL ADDRESS

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

**Date Signed** 04/12/2024 *(month, day, year)*

**Signature** Sheng Thao *(File the originally signed paper statement with your filing official.)*



OAK-0260030

# STATEMENT OF ECONOMIC INTERESTS
## COVER PAGE
## Expanded Statement Attachment

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name Sheng Thao

* This table lists all positions including the primary position listed in the Office, Agency, or Court section of the Cover Page.

| Agency | Div/Board/Dept/District | Position | Type of Statement | SAN # |
|---|---|---|---|---|
| CITY OF OAKLAND | 01111 - Mayor - Administration Unit | Mayor | Annual 1/3/2023 - 12/31/2023 | 021300008-NFH-0008 |
| City of Oakland | Mayor | Mayor | Annual 1/9/2023 - 12/31/2023 | |
| City of Oakland | 00411 - District Four Unit | City Councilmember | Annual 1/1/2023 - 12/31/2023 | 021300008-NFH-0008 |

**CALIFORNIA FORM 700**
**FAIR POLITICAL PRACTICES COMMISSION**

# STATEMENT OF ECONOMIC INTERESTS
## COVER PAGE
*A PUBLIC DOCUMENT*

Date Initial Filing Received
*Filing Official Use Only*

Filed Date: 04/22/2025 03:44 PM
SAN: FPPC

*Please type or print in ink.*

NAME OF FILER (LAST) (FIRST) (MIDDLE)

Thao Sheng

### 1. Office, Agency, or Court

Agency Name *(Do not use acronyms)*

City of Oakland

Division, Board, Department, District, if applicable

Your Position: Mayor

► If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: SEE ATTACHED LIST Position:

### 2. Jurisdiction of Office *(Check at least one box)*

- ☐ State
- ☐ Judge, Retired Judge, Pro Tem Judge, or Court Commissioner (Statewide Jurisdiction)
- ☐ Multi-County
- ☐ County of
- ☒ City of Oakland
- ☐ Other

### 3. Type of Statement *(Check at least one box)*

☐ **Annual:** The period covered is January 1, 2023, through December 31, 2023.

**-or-**

The period covered is ____/____/________, through December 31, 2023.

☐ **Assuming Office:** Date assumed ____/____/________

☒ **Leaving Office:** Date Left 12 / 17 / 2024

*(Check one circle.)*

○ The period covered is January 1, 2023, through the date of leaving office.

**-or-**

⊗ The period covered is 01 / 01 / 2024, through the date of leaving office.

☐ **Candidate:** Date of Election ____________ and office sought, if different than Part 1: ____________

### 4. Schedule Summary (required)

► ***Total number of pages including this cover page:*** 2

***Schedules attached***

- ☐ **Schedule A-1 -** *Investments* – schedule attached
- ☐ **Schedule A-2 -** *Investments* – schedule attached
- ☐ **Schedule B -** *Real Property* – schedule attached
- ☐ **Schedule C -** *Income, Loans, & Business Positions* – schedule attached
- ☐ **Schedule D -** *Income – Gifts* – schedule attached
- ☐ **Schedule E -** *Income – Gifts – Travel Payments* – schedule attached

**-or-** ☒ ***None*** **-** *No reportable interests on any schedule*

### 5. Verification

MAILING ADDRESS STREET CITY STATE ZIP CODE
*(Business or Agency Address Recommended - Public Document)*

[redacted]

DAYTIME TELEPHONE NUMBER: [redacted]

EMAIL ADDRESS: [redacted]

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

**Date Signed** 04/22/2025 03:44 PM
*(month, day, year)*

**Signature** [redacted]
*(File the originally signed paper statement with your filing official.)*

# STATEMENT OF ECONOMIC INTERESTS

## COVER PAGE ATTACHMENT

CALIFORNIA FORM 700
FAIR POLITICAL PRACTICES COMMISSION

Name
Sheng Thao

## EXPANDED STATEMENT LIST

| Agency Name | Division, Board, Department, District | Position or Title | Jurisdiction | Type of Statement | Period Covered |
|---|---|---|---|---|---|
| MTC | | Commissioner | City of Oakland, CA | Leaving | 01/01/24 - 12/17/24 |