United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**SHENG THAO, ET AL.,**
Defendants.

**PROCEDURAL STIPULATIONS (ATTACHMENT A TO PRETRIAL ORDER NO. 1)**

Case No. 25-cr-003-YGR-1
Case No. 25-cr-003-YGR-2
Case No. 25-cr-003-YGR-3
Case No. 25-cr-003-YGR-4

PLEASE INITIAL AND SIGN as acceptable:

It is stipulated that the Defendant will be deemed present with counsel, and each of the jurors will be deemed present, upon reconvening after each adjournment or recess, unless the contrary is noted for the record.

For the Plaintiff ______________ For the Defendant ______________
______________
______________
______________

It is stipulated that the Jury Instructions and the Exhibits may go into the Jury Room during deliberations.

For the Plaintiff ______________ For the Defendant ______________
______________
______________
______________

It is stipulated that the parties need not be present when, during jury deliberations, the jurors are excused for lunch, return for lunch, and/or are discharged in the evening and resume in the morning.

For the Plaintiff ______________ For the Defendant ______________
______________
______________
______________

It is stipulated that, during jury deliberations, the jury may recess without further admonition and without assembling in the jury box, and that they may resume their deliberations upon the Deputy Clerk's determination that all jurors are present.

For the Plaintiff ______________ For the Defendant ______________
______________
______________
______________

In the absence of the trial judge, any judge of this court may receive the verdict.

For the Plaintiff ______________ For the Defendant ________________

______________

______________

______________

(Party Name) ________________________ (Party Name) ___________________________

____________________________________ ________________________________________

Signature (Plaintiff's Attorney) Signature (Defense Attorney)

(Party Name)

________________________________________

Signature (Defense Attorney)

(Party Name)

________________________________________

Signature (Defense Attorney)

(Party Name)

________________________________________

Signature (Defense Attorney)

United States District Court
Northern District of California