UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**
Plaintiff,
v.

**SHENG THAO, ET AL.,**
Defendants.

**PARTY CERTIFICATION RE EXHIBITS DELIVERED TO JURY (ATTACHMENT B TO PRETRIAL ORDER NO. 1)**

Case No. 25-cr-003-YGR-1
Case No. 25-cr-003-YGR-2
Case No. 25-cr-003-YGR-3
Case No. 25-cr-003-YGR-4

I have reviewed the exhibits which will be submitted to the jury and confirm that they represent only those exhibits admitted into evidence during the course of the trial.

(Party Name) ______________________

______________________
Signature (Plaintiff's Attorney)

(Party Name) ______________________

______________________
Signature (Defense Attorney)

(Party Name) ______________________

______________________
Signature (Defense Attorney)

(Party Name) ______________________

______________________
Signature (Defense Attorney)

(Party Name) ______________________

______________________
Signature (Defense Attorney)

United States District Court
Northern District of California