CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, AND<br>ANDY HUNG DUONG,<br><br>Defendants. | CASE NO. 4:25-cr-0003-YGR<br><br>**UNITED STATES' SUPPLEMENTAL PROFFER RE RELEVANCE OF RECORDED CALL BETWEEN ANDY DUONG AND NIKKI FORTUNATO BAS** |

As part of its investigation, the government seized from Andy Duong's cell phone an audio recording of a March 1, 2024, phone call between Andy Duong ("A. Duong") and then Oakland City Councilperson Nikki Fortunato Bas. The phone call lasted four minutes and 20 seconds. A transcript of that recorded phone call is attached hereto as Exhibit A to the Fine Declaration. In the recording, A. Duong and Bas discussed the status CWS's project at the North Gateway of the former Oakland Army Base, specifically discussing a no-fee extension for the project that CWS was then seeking from Sheng Thao and the Oakland City Council. During the recorded call, A. Duong stated that he had discussed the matter with "Sheng" and that she supported their requested extension, including the following dialogue:

> **ANDY DUONG:** And then -- and then second thing real quick. I -- I spoke with Sheng earlier, and she was wondering and see -- she asked me to check in to see if you can help put one of the item on the agenda, since you're the Rules Committee and you're president of council, before the 21st --
>
> **NIKKI FORTUNATO BAS:** Uh-huh.
>
> **ANDY DUONG:** -- regarding the -- they call it – we should title it like "North Gateway Extension Without Fee." So we're working on getting the -- because right now we're talking with the City in regarding about, you know, the North Gateway. But --
>
> **NIKKI FORTUNATO BAS:** Uh-huh.
>
> **ANDY DUONG:** -- the time is coming up to be expired soon, which is the 21st of March. So, you know, Sheng -- we spoke, and she agree and in support of getting the extension. But, however, we got to get into, you know, the agenda. So I wanted to check in –
>
> **NIKKI FORTUNATO BAS:** Yeah.
>
> **ANDY DUONG:** -- if you can help on putting that, you know, into the agenda before the 21st.
>
> **NIKKI FORTUNATO BAS:** Yeah, let me -- I think David e-mailed me about this.
>
> **ANDY DUONG:** David, my father?
>
> **NIKKI FORTUNATO BAS:** Your dad, yeah.
>
> **ANDY DUONG:** Oh, okay.
>
> **NIKKI FORTUNATO BAS:** Okay.
>
> **ANDY DUONG:** Right, right, yeah, I think they sent out the -- yeah, the e-mail.

> **NIKKI FORTUNATO BAS:** Yeah, the DDA, the LDDA extension, yup. Okay. I'll follow up on this right now.
>
> **ANDY DUONG:** Yes, please. We appreciate. Yeah, and then, you know -- and then, you know, we can -- I can have, like, you know, your colleagues, or whoever, can carry, or whatever. But the thing is, yeah, Sheng was like, you know, you got to get the Rules Committee to put it on to the agenda.
>
> **NIKKI FORTUNATO BAS:** Uh-huh.

Fine Decl., Ex. A at 2.

This phone call recording is relevant to the government's case for multiple reasons. Primarily, CWS's project at the former Oakland Army base, which A. Duong and Bas explicitly discussed in the recorded call, was part of the corrupt agreement between Thao, Jones, D. Duong, A. Duong, and Juarez. At the time, CWS was working with the City of Oakland to relocate its recycling facility to the North Gateway portion of the former Oakland Army base, but needed to hit specific benchmarks to keep its deal with the City alive. Juarez's March 2023 Apple Note, which he shared with A. Duong, listed the "land deal at Army base" as one of the items CWS expected to get help with from Thao. Accordingly, this phone call was in furtherance of the conspiracy because it was intended to help achieve one of its goals, namely helping CWS with its land deal. In addition, on the phone call recording, A. Duong describes his discussions with Thao, and describes Thao's support for the requested no-fee extension. To obtain the extension, however, CWS needed signoff from the Oakland City Council. Accordingly, A. Duong reached out to Bas (the sitting Council President) and told her that Thao supported the extension request. A. Duong's invocation of his relationship with then-Mayor Thao and his expression of her support, when attempting to persuade another elected official to help CWS, is also relevant to the nature of the relationship between A. Duong and Thao because it demonstrates that A. Duong viewed their connection as a source of political influence and was willing to leverage it to advance CWS's interests.

DATED: September 18, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/

ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys