CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, AND<br>ANDY HUNG DUONG,<br><br>Defendants. | CASE NO. CR 25-CR-0003-YGR<br><br>**DECLARATION OF AUSA ABRAHAM FINE IN SUPPORT OF UNITED STATES' SUPPLEMENTAL PROFFER** |

I, Abraham Fine, declare and state as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Northern District of California. I am counsel of record for the United States in the above-captioned case. I respectfully submit this Declaration in Support of the United States' Supplemental Proffer re Relevance of Recorded Call Between Andy Duong and Nikki Fortunato Bas.

2. Attached as Exhibit A to the Fine Declaration is a true and correct copy of a transcript of a March 1, 2024, recording of a phone call between Andy Duong and Nikki Fortunato Bas, which recording the government recovered from Andy Duong's cell phone.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 18th day of September 2026, in Oakland, California.

*/s/ Abraham Fine*
ABRAHAM FINE
Assistant United States Attorney