# EXHIBIT A

**In The Matter Of:**

*United States of America v.*

*Sheng Thao, Andre Jones, David Duong, and Andy Duong*

---

*Audio Transcription of File: 20240301 151627*

*March 1, 2024*

---

*Behmke Reporting and Video Services, Inc.*

*550 California Street, Suite 820*

*San Francisco, California 94104*

*(415) 597-5600*

Original File 45710FBAudioTranscription_NL.txt

**Min-U-Script® with Word Index**

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - -
UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) CASE NO.
SHENG THAO, ANDRE JONES, ) 25-CR-0003-YGR
DAVID DUONG, AND ANDY DUONG, )
Defendants. )
- - - - - - - - - - - - - - - -

AUDIO TRANSCRIPTION OF
RECORDED PHONE CALL
FILE: 20240301 151627
FRIDAY, MARCH 1, 2024

BEHMKE REPORTING AND VIDEO SERVICES, INC.
BY: HE SUK JONG, CSR NO. 12918
550 CALIFORNIA STREET, SUITE 820
SAN FRANCISCO, CALIFORNIA 94104
(415) 597-5600

Page 2

(Begin transcription 00:00 - 04:20.)
**ANDY DUONG:** Hi, Nikki.
**NIKKI FORTUNATO BAS:** Hi, Andy.
**ANDY DUONG:** Yeah, I just want to check in with you two things: First, is did you get a hold of Danny [phonetic]?
**NIKKI FORTUNATO BAS:** Yeah, we talked, and I processed his donation. I think it went through. It -- it -- it says pending right now, but I think it went through. I used another payment processer to do it.
**ANDY DUONG:** Right, I think something wrong with your -- your merchant link, the link that you sent, the original one. So probably --
**NIKKI FORTUNATO BAS:** Uh-huh.
**ANDY DUONG:** -- that's something, yeah, you might have to check on that.
**NIKKI FORTUNATO BAS:** Okay. I'll -- I will check on it. A few -- a few donations have been able to go through.
**ANDY DUONG:** Right, because that happened to John Curtis [phonetic] too. He mentioned it.
**NIKKI FORTUNATO BAS:** It did?
**ANDY DUONG:** Yeah, so it's, like, a couple posters [phonetic] say something is not right. It's like even though it went through, pending, and then sometime it get

Page 3

return.
**NIKKI FORTUNATO BAS:** Oh, okay.
**ANDY DUONG:** Yeah, so -- that usually the merchant problem. They have like the processing, the back end, something wrong with their, you know -- behind their panel or something that they have to go probably, you know, some bug or something that they have to fix or something.
**NIKKI FORTUNATO BAS:** Yeah. Okay. I'll have my treasurer and my tech person look at it.
**ANDY DUONG:** Okay. Awesome.
**NIKKI FORTUNATO BAS:** Yeah.
**ANDY DUONG:** And then -- and then second thing real quick. I -- I spoke with Sheng earlier, and she was wondering and see -- she asked me to check in to see if you can help put one of the item on the agenda, since you're the Rules Committee and you're president of council, before the 21st --
**NIKKI FORTUNATO BAS:** Uh-huh.
**ANDY DUONG:** -- regarding the -- they call it -- we should title it like "North Gateway Extension Without Fee." So we're working on getting the -- because right now we're talking with the City in regarding about, you know, the North Gateway. But --
**NIKKI FORTUNATO BAS:** Uh-huh.
**ANDY DUONG:** -- the time is coming up to be expired

Page 4

soon, which is the 21st of March.
So, you know, Sheng -- we spoke, and she agree and in support of getting the extension. But, however, we got to get into, you know, the agenda. So I wanted to check in --
**NIKKI FORTUNATO BAS:** Yeah.
**ANDY DUONG:** -- if you can help on putting that, you know, into the agenda before the 21st.
**NIKKI FORTUNATO BAS:** Yeah, let me -- I think David e-mailed me about this.
**ANDY DUONG:** David, my father?
**NIKKI FORTUNATO BAS:** Your dad, yeah.
**ANDY DUONG:** Oh, okay.
**NIKKI FORTUNATO BAS:** Okay.
**ANDY DUONG:** Right, right, yeah, I think they sent out the -- yeah, the e-mail.
**NIKKI FORTUNATO BAS:** Yeah, the DDA, the LDDA extension, yup. Okay. I'll follow up on this right now.
**ANDY DUONG:** Yes, please. We appreciate.
Yeah, and then, you know -- and then, you know, we can -- I can have, like, you know, your colleagues, or whoever, can carry, or whatever. But the thing is, yeah, Sheng was like, you know, you got to get the Rules Committee to put it on to the agenda.
**NIKKI FORTUNATO BAS:** Uh-huh.

Page 5

**ANDY DUONG:** Yeah.
**NIKKI FORTUNATO BAS:** Okay.
**ANDY DUONG:** Yeah, so --
**NIKKI FORTUNATO BAS:** Got it.
**ANDY DUONG:** Yeah, so please --
**NIKKI FORTUNATO BAS:** Okay.
**ANDY DUONG:** -- yeah, please let me know once you got it on the agenda so that way I can keep, you know, everyone informed, on the loop.
**NIKKI FORTUNATO BAS:** Uh-huh.
Okay. So right now it -- it expires on March 21?
**ANDY DUONG:** Yes, that will be, you know, the expiration date.
**NIKKI FORTUNATO BAS:** Uh-huh.
**ANDY DUONG:** So then we just have to get it, you know, on the -- you know, the agenda before then. So probably, you know --
**NIKKI FORTUNATO BAS:** Yeah.
**ANDY DUONG:** -- you know, the week after or something, how -- however, you know, their -- their -- usually, you know, it works.
**NIKKI FORTUNATO BAS:** Yeah. Okay. I will -- I will work on that, and I will keep you posted.
**ANDY DUONG:** Awesome. Perfect. Thanks, Nikki.

Page 6

**NIKKI FORTUNATO BAS:** Okay.
**ANDY DUONG:** And then one last thing is I just got a table for the Lions Club.
**NIKKI FORTUNATO BAS:** Yeah.
**ANDY DUONG:** And then I sent you the flyer. If you're free, you know, I would love to have you and, you know, Brad to come and join us.
**NIKKI FORTUNATO BAS:** Yeah, thank you for that. You know what? My daughter and I are going to be there because Stuart [phonetic] invited us. Let me see if Brad is interested. And if he wants to come, too, then we -- we split up and he sits at your table, or we figure something else. But right now, my daughter and I will be there.
**ANDY DUONG:** Okay. Just tell him we have a -- a bottle of -- of gin, and then he will -- he will be there.
**NIKKI FORTUNATO BAS:** Yeah. I know, right?
**ANDY DUONG:** Yeah, yeah.
**NIKKI FORTUNATO BAS:** It will be better because it's, like, dinnertime versus lunchtime.
**ANDY DUONG:** That's [inaudible].
**NIKKI FORTUNATO BAS:** Yeah, let me see if he wants to join us.
**ANDY DUONG:** Okay. Awesome. Yeah, please let me, and I will save a seat for him.

Page 7

**NIKKI FORTUNATO BAS:** Okay. Great.
**ANDY DUONG:** Okay.
**NIKKI FORTUNATO BAS:** I'm going to let you know today.
**ANDY DUONG:** Okay. Awesome, Nikki. All right. I'll see you soon.
**NIKKI FORTUNATO BAS:** Great.
**ANDY DUONG:** Take care.
**NIKKI FORTUNATO BAS:** Sounds good. Bye-bye.
**ANDY DUONG:** See you. All right. Bye-bye.
**NIKKI FORTUNATO BAS:** Thank you. Bye-bye.
(End of transcription. See next page.)

**[**

**[inaudible] (1)** 6:21
**[indiscernible] (1)** 3:16
**[phonetic] (4)** 2:6,21,24;6:10

**A**

**able (1)** 2:18
**agenda (6)** 3:15;4:4,8,24;5:8,17
**agree (1)** 4:2
**ANDY (35)** 2:2,3,4,11,15,20,23;3:3,10,12,19,25;4:7,11,13,15,19;5:1,3,5,7,13,16,20,25;6:2,5,15,18,21,24;7:2,5,8,10
**appreciate (1)** 4:19
**Awesome (4)** 3:10;5:25;6:24;7:5

**B**

**back (1)** 3:4
**BAS (34)** 2:3,7,14,17,22;3:2,8,11,18,24;4:6,9,12,14,17,25;5:2,4,6,10,15,19,23;6:1,4,8,17,19,22;7:1,3,7,9,11
**Begin (1)** 2:1
**behind (1)** 3:5
**better (1)** 6:19
**bottle (1)** 6:16
**Brad (2)** 6:7,10
**bug (1)** 3:7
**Bye-bye (3)** 7:9,10,11

**C**

**call (1)** 3:19
**can (6)** 3:15;4:7,21,21,22;5:8
**care (1)** 7:8
**carry (1)** 4:22
**check (5)** 2:4,16,17;3:14;4:5
**City (1)** 3:22
**Club (1)** 6:3
**colleagues (1)** 4:21
**coming (1)** 3:25
**Committee (2)** 3:16;4:24
**council (1)** 3:17
**couple (1)** 2:23
**Curtis (1)** 2:21

**D**

**dad (1)** 4:12
**Danny (1)** 2:5
**date (1)** 5:14
**daughter (2)** 6:9,13
**David (2)** 4:9,11
**DDA (1)** 4:17
**dinnertime (1)** 6:20
**donation (1)** 2:8
**donations (1)** 2:18
**DUONG (34)** 2:2,4,11,15,20,23;3:3,10,12,19,25;4:7,11,13,15,19;5:1,3,5,7,13,16,20,25;6:2,5,15,18,21,24;7:2,5,8,10

**E**

**earlier (1)** 3:13
**else (1)** 6:13
**e-mail (1)** 4:16
**e-mailed (1)** 4:10
**end (2)** 3:4;7:12
**even (1)** 2:24
**everyone (1)** 5:9
**expiration (1)** 5:14
**expired (1)** 3:25
**expires (1)** 5:11
**Extension (3)** 3:20;4:3,18

**F**

**father (1)** 4:11
**Fee (1)** 3:21
**few (2)** 2:18,18
**figure (1)** 6:12
**First (1)** 2:5
**fix (1)** 3:7
**flyer (1)** 6:5
**follow (1)** 4:18
**FORTUNATO (34)** 2:3,7,14,17,22;3:2,8,11,18,24;4:6,9,12,14,17,25;5:2,4,6,10,15,19,23;6:1,4,8,17,19,22;7:1,3,7,9,11
**free (1)** 6:6

**G**

**Gateway (2)** 3:20,23
**gin (1)** 6:16
**good (1)** 7:9
**Great (2)** 7:1,7

**H**

**happened (1)** 2:20
**help (2)** 3:15;4:7
**Hi (2)** 2:2,3
**hold (1)** 2:5

**I**

**informed (1)** 5:9
**interested (1)** 6:11
**into (2)** 4:4,8
**invited (1)** 6:10
**item (1)** 3:15

**J**

**John (1)** 2:20
**join (2)** 6:7,23

**K**

**keep (2)** 5:8,24

**L**

**last (1)** 6:2
**LDDA (1)** 4:17
**link (2)** 2:12,12
**Lions (1)** 6:3
**look (1)** 3:9
**loop (1)** 5:9
**love (1)** 6:6
**lunchtime (1)** 6:20

**M**

**March (2)** 4:1;5:12
**mentioned (1)** 2:21
**merchant (2)** 2:12;3:3
**might (1)** 2:15

**N**

**next (1)** 7:12
**Nikki (37)** 2:2,3,7,14,17,22;3:2,8,11,18,24;4:6,9,12,14,17,25;5:2,4,6,10,15,19,23,25;6:1,4,8,17,19,22;7:1,3,5,7,9,11
**North (2)** 3:20,23

**O**

**once (1)** 5:7
**one (3)** 2:13;3:15;6:2
**original (1)** 2:13
**out (1)** 4:16

**P**

**page (1)** 7:12
**panel (1)** 3:5
**payment (1)** 2:10
**pending (2)** 2:9,25
**Perfect (1)** 5:25
**person (1)** 3:9
**please (4)** 4:19;5:5,7;6:24
**posted (1)** 5:24
**posters (1)** 2:23
**probably (3)** 2:13;3:6;5:18
**problem (1)** 3:4
**processed (1)** 2:8
**processer (1)** 2:10
**processing (1)** 3:4
**put (2)** 3:15;4:24
**putting (1)** 4:7

**Q**

**quick (1)** 3:13

**R**

**real (1)** 3:12
**regarding (2)** 3:19,22
**return (1)** 3:1
**right (13)** 2:9,11,20,24;3:21;4:15,15,18;5:11;6:13,

17;7:5,10
**Rules (2)**
3:16;4:23

**S**

**save (1)**
6:25
**seat (1)**
6:25
**second (1)**
3:12
**sent (3)**
2:12;4:15;6:5
**Sheng (3)**
3:13;4:2,23
**sits (1)**
6:12
**sometime (1)**
2:25
**soon (2)**
4:1;7:6
**Sounds (1)**
7:9
**split (1)**
6:12
**spoke (2)**
3:13;4:2
**Stuart (1)**
6:10
**support (1)**
4:3

**T**

**table (2)**
6:3,12
**talked (1)**
2:7
**talking (1)**
3:22
**tech (1)**
3:9
**Thanks (1)**
5:25
**though (1)**
2:25
**title (1)**
3:20
**today (1)**
7:4
**transcription (2)**
2:1;7:12
**treasurer (1)**
3:9
**two (1)**
2:5

**U**

**up (3)**
3:25;4:18;6:12
**used (1)**
2:10
**usually (2)**
3:3;5:22

**V**

**versus (1)**
6:20

**W**

**wants (2)**
6:11,22
**way (1)**
5:8
**week (1)**
5:20
**Without (1)**
3:20
**wondering (1)**
3:14
**work (1)**
5:24
**working (1)**
3:21
**works (1)**
5:22
**wrong (2)**
2:11;3:5

**Y**

**yup (1)**
4:18

**0**

**00:00 (1)**
2:1
**04:20 (1)**
2:1

**2**

**21 (1)**
5:12
**21st (3)**
3:17;4:1,8