CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>Defendants. | Case No. 25-CR-0003-YGR<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER RE SEALING OF FILED MATERIALS RELATING TO MOTION IN LIMINE FILINGS; AS AMENDED BY THE COURT |

The parties stipulate and agree to the following regarding materials previously filed under seal in connection with parties' motion in limine filings. Specifically, the parties agree that the materials in the following chart (which had previously been filed under seal) should remain under seal for the reasons set forth in the chart below. All other exhibits that had been previously-filed under seal in connection with those motions and oppositions (that are not listed on the below chart) shall be re-filed on the public docket and not under seal.

| **Dkt. No.** | **Portion to be Sealed** | **Description/Title** | **Basis for Sealing** | **Previously Sealed** |
|---|---|---|---|---|
| 288 (filed 8/27/2026) | Priedeman Declaration Exhibit A (timeline summary exhibit) | Timeline summary exhibit containing bank account numbers, phone numbers, email addresses, and other PII. | Some of the materials pictured and quoted in the timeline have been designated as "Protected Information" under the Protective Order (Dkt. No. 39). Moreover, some of the materials pictured and quoted in the timeline include bank records and bank account numbers, phone numbers, email addresses, tax forms, and other materials containing PII. | Yes |
| 291 (filed 8/27/2026) | Fine Declaration Exhibits 1 and 2 | Exhibits attached to the Fine Declaration including Mario Juarez's criminal history report and an Alameda County search warrant affidavit containing bank account numbers, social security numbers, and other PII. | These materials have been designated as "Protected Information" under the Protective Order (Dkt. No. 39). Exhibit 1 is Mario Juarez's criminal history report, which contains a significant amount of PII as well as sensitive law enforcement records. Exhibit 2 is an Alameda County search warrant affidavit containing bank account numbers, social security numbers, and other PII. | Yes |

| | | | | |
|---|---|---|---|---|
| 293 (filed 8/27/2026) | Farnham Declaration Exhibits 1-8 | Exhibits attached to the Farnham Declaration including text messages, emails, and attachments containing PII. | These materials have been designated as "Protected Information" under the Protective Order (Dkt. No. 39). Exhibits 1-8 are text messages, emails, and attachments containing a significant amount of PII, including phone numbers, email accounts, and financial records. | Yes |
| 301 (filed 8/27/2026) | Chan Declaration Exhibit 1 | Exhibit attached to the Chan Declaration that was stamped "CONFIDENTIAL" pursuant to the Protective Order. | This document has been designated as "Protected Information" under the Protective Order (Dkt. No. 39). | Yes |
| 305 (filed 8/27/2026) | AMFUS and Exhibits B, C, and D to Halbert Declaration, Dkt. 297 | Exhibits B, C, and D, to Halbert Decl. in Support of Defs' MIL 3, Texts between Sheng Thao and Andre Jones | These materials have been designated as "Protected Information" under the Protective Order. Additional potential pretrial prejudice to defendants. | |
| 307 (filed 8/27/2026) | Tarver Declaration Exhibits 2-4 (fully sealed), Exhibits 8-11 (redacted) | Exhibits attached to the Tarver Declaration that were stamped "CONFIDENTIAL" pursuant to the Protective Order and/or contain PII. | These materials have been designated as "Protected Information" under the Protective Order (Dkt. No. 39). Exhibits 2-4 were stamped as "CONFIDENTIAL" upon production by the government to the defense. Exhibits 8-11 should remain redacted because they contain PII, specifically addresses, phone numbers and email addresses. | Yes |
| 309 (filed 8/28/2026) | Tarver Declaration Exhibits 2-4 | Exhibits attached to the Tarver Declaration that were stamped "CONFIDENTIAL" pursuant to the Protective Order and/or contain PII. | These materials have been designated as "Protected Information" under the Protective Order (Dkt. No. 39). | Yes |

| | | | | |
|---|---|---|---|---|
| 311 (filed 8/28/2026) | Sprague Declaration Exhibits 1-3 | Exhibits attached to the Sprague Declaration that were stamped "CONFIDENTIAL" pursuant to the Protective Order. | These materials have been designated as "Protected Information" under the Protective Order (Dkt. No. 39). | Yes |

In addition to the above, Defendants' Supplemental Submission Regarding Impeachment Evidence (Dkt. 349) and the exhibits thereto were filed ex parte and under seal. The government does not stipulate to the under seal and ex parte filing for the reasons stated in its Response to Defendants' Supplemental Filing Re: Cross of Mario Juarez (Dkt. 352).

**IT IS SO STIPULATED**

Dated: September 18, 2026

CRAIG H. MISSAKIAN
United States Attorney

___/s/___________________________
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
BRANDON MOORE
Assistant United States Attorneys

__/s/____________________________
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao

__/s/____________________________
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones

__/s/____________________________
ED SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
Counsel for Defendant David Duong

___/s/______________________
WINSTON CHAN
DOGULAS SPRAGUE
ERIK BABCOCK
Counsel for Defendant Andy Duong

**~~[PROPOSED]~~ ORDER**

For the reasons set forth above, the exhibits set forth in the parties' stipulated chart shall remain under seal. All other exhibits that had been previously-filed under seal in connection with those motions and oppositions (that are not listed on the above chart) shall be re-filed on the public docket and not under seal.

This Order terminates Dkt. Nos. 288, 291, 293, 301, 305, 307, 309, 311, 356.

DATED: September 21, 2026

______________________________
YVONNE GONZALEZ ROGERS
Chief United States District Judge