CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov
Brandon.moore@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, AND<br>ANDY HUNG DUONG,<br><br>Defendants. | CASE NO. CR 25-CR-0003-YGR<br><br>DECLARATION OF AUSA ABRAHAM FINE IN SUPPORT OF UNITED STATES' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO EXCLUDE EVIDENCE<br><br>FILED UNDER SEAL |

I, Abraham Fine, declare and state as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Northern District of California. I am counsel of record for the United States in the above-captioned case. I respectfully submit this Declaration in Support of the United States' Consolidated Opposition to Defendants' Motions to Exclude Evidence.

2. Attached as Exhibit 1 is a true and correct copy of an email sent by Mario Juarez to Andy Duong, David Duong, Victor Duong, Michael Duong, and Ceclia Mendez on April 24, 2024, along with previous emails sent by others in the email chain.

3. Attached as Exhibit 2 is a true and correct copy of a picture of a watch and chain seized from Andy Duong's residence on June 20, 2024, which Mario Juarez has positively identified as the watch and chain taken from him on May 3, 2024.

4. Attached as Exhibit 3 is a true and correct copy of the government's "Disclosures pursuant to Federal Rule of Evidence 404(b)" which was sent to all defense counsel on May 19, 2026.

5. Attached as Exhibit 4 is a true and correct copy of text messages sent between Sheng Thao and her sister, Phua Gilman (nee Penney), between October 6, 2021 and October 13, 2021.

6. Attached as Exhibit 5 is a true and correct copy of a letter the government obtained from Phua Gilman purporting to offer a job to Andre Jones from Gilman's company, Vantage Solutions. While the letter is dated October 1, 2021, Gilman told the government that she wrote and backdated the letter after speaking with Thao on October 6, 2021.

7. Attached as Exhibit 6 is a true and correct copy of an audio recording of a conversation between Andy Duong and Sheng Thao, dated April 24, 2019, which was seized from Andy Duong's iphone. This exhibit will be provided to the Court as a digital file and manually filed in the case.

8. Attached as Exhibit 7 is a true and correct copy of a video seized from Andy Duong's iphone, depicting Andy Duong, Bryan Azevedo, and others, dated August 5, 2023. This exhibit will be provided to the Court as a digital file and manually filed in the case.

9. Attached as Exhibit 8 is a true and correct copy of an Oakland Police Report, dated May 4, 2024, describing the report Andy Duong made regarding the May 3, 2024, altercation with Mario Juarez.

10. Attached as Exhibit 9 is a true and correct copy of an audio recording that captures a January 20, 2024 phone call between Andy Duong and Oakland City Councilmember Kevin Jenkins. The recording was obtained from Andy Duong's iphone. This exhibit will be provided to the Court as a digital file and manually filed in the case.

11. Attached as Exhibit 10 is a true and correct copy of an audio recording that captures a March 1, 2024 phone call between Andy Duong and former Oakland City Councilmember Nikki Fortunado Bas. The recording was obtained from Andy Duong's iphone. This exhibit will be provided to the Court as a digital file and manually filed in the case.

12. Attached as Exhibit 11 is a true and correct copy of an email from Phua Gilman to Sheng Thao and Andre Jones attaching the Andre Jones job offer letter from Vantage Solutions, dated October 6, 2021.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 24th day of July 2026, in Oakland, California.

*/s/ Abraham Fine*
ABRAHAM FINE
Assistant United States Attorney