# Exhibit A

| Bates Number | Bates Range | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|---|
| OAK-0195985 | OAK-0196348-OAK-0196351 | Mario Juarez ("Juarez")/Andy Duong (A. Duong) | 10/7/2022 | Juarez messages A. Duong and states that he spoke with Thao and she will purchase 100 housing units if she becomes mayor, in exchange for money | The statement discusses the roles and responsibilities of coconspirators, reports on progress of the conspiracy, and discusses future actions to be taken to achieve the objectives of the conspiracy |
| OAK-0193902 | OAK-0193990 | Juarez | 10/12/2022 | Juarez messages Samari Johnson to initiate negative mailer campaign | These statements represent an effort to facilitate the negative mailer campaign, a key part of the bribery scheme |
| OAK-0160939 | OAK-0163415 | Sheng Thao ("Thao") | 10/12/2022 | Thao messages Andre Jones ("Jones") and asks him to send information to Juarez | These statements represent an effort to facilitate the negative mailer campaign, a key part of the bribery scheme, and show one co-conspirator asking another co-conspirator to take steps to further the objectives of the conspiracy by sending key materials to an additional co-conspirator |
| OAK-0190862 | OAK-0190879-OAK-0190887 | Juarez/A. Duong | 10/13/2022 | Juarez and A. Duong message about creating a falsified invoice for the 75,000 check for the Thao mailers | The statements represent an effort to faciliate the payment of a part of the bribe and conceal the conspiracy by creating false records about payments in furtherance of the conspiracy |
| OAK-0224542 | OAK-0224571-OAK-224572 | Juarez/A. Duong | 10/18/2022 | Juarez and A. Duong discussing whether the 75k check for the mailers had cleared | The statements represent an effort to report on the progress of the bribe and conceal the conspiracy |
| OAK-0198514 | OAK-0198571 | Juarez | 10/24/2022 | Juarez sends message to Chris Wedge ("C. Wedge") and Julie Wedge ("J. Wedge") directing them to take A. Duong off emails relating to the independent expenditure (IE) | The statements represent an effort to facilitate the goals of the conspiracy by hiding A. Duong's involvement in the IE mailer and concealing A. Duong's role the conspiracy for the purpose of obscuring the ultimate source of some of the bribe payments |
| OAK-0190862 | OAK-0190934-OAK-0190944 | Juarez/A. Duong | 11/19/2022 | Juarez and A. Duong discuss outcome of mayoral election and summarize part of the deal, including the agreement that CWS would get a 10 year extension to their contract | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, report on progress of the conspiracy, and discuss execution of the conspiracy after Thao appeared to have won the mayoral election |
| OAK-0195985 | OAK-196365-OAK-0196368 | Juarez/A. Duong | 11/18/2022 | Juarez and A. Duong discuss outcome of mayoral election and how they have votes on all matters, including the mayors office | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, report on progress of the conspiracy, and discuss execution of the conspiracy after Thao appeared to have won the mayoral election |
| OAK-0201635 | OAK-201637-OAK-201638 | A. Duong | 11/19/2022 | A. Duong messages Duong family chat and said Sheng is winning, he gambled "big" and they "have it all" | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, report on progress of the conspiracy, and discuss execution of the conspiracy after Thao appeared to have won the mayoral election |

| Bates Number | Bates Range | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|---|
| OAK-0189636 | OAK-0189665 | Juarez | 11/22/2022 | Juarez messages Jones and says "we won" | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, report on progress of the conspiracy, and discuss execution of the conspiracy after Thao appeared to have won the mayoral election |
| OAK-0188873 | OAK-0188960 | A. Duong/David Duong (D. Duong) | 12/7/2022 | D. Duong and A. Duong discuss meeting with Thao | These statements represent efforts to plan and execute the conspiracy, keep coconspirators abreast of the status of the conspiracy, and facilitate meetings in furtherance of the conspiracy |
| OAK-0160894 | N/A | Juarez | 12/7/2022 | Juarez emails A. Duong and states that they have a meeting at 2 pm | These statements represent efforts to plan and execute the conspiracy, keep coconspirators abreast of the status of the conspiracy, and facilitate meetings in furtherance of the conspiracy |
| OAK-0186085 | OAK-0186107-OAK-0186110 | Juarez | 12/7/2022 | Juarez messages A. Duong and says we need a new Public Works Director and attaches Gallegos's information | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, plan and execute the conspiracy, and also to prompt action i.e. appointment of Gallegos to a Director level position within the administration |
| OAK-0189636 | OAK00189667-OAK-0189668 | Juarez | 12/7/2022 | Juarez messages Jones and discusses that he had reached out to Thao to figure out location of meeting | These statements represent efforts to plan and execute the conspiracy, keep coconspirators abreast of the status of the conspiracy, and facilitate meetings in furtherance of the conspiracy |
| OAK-0185578 | OAK-0185651-OAK-0185657 | Juarez/Thao | 12/7/2022 | Juarez and Thao discuss meeting at Bonchon | These statements represent efforts to plan and execute the conspiracy, keep coconspirators abreast of the status of the conspiracy, and facilitate meetings in furtherance of the conspiracy |
| OAK-0188873 | OAK-0188962 | A. Duong | 12/13/2022 | A. Duong messages D. Duong and says they are in the main conference waiting for D. Duong for final steps | |
| OAK-0190862 | OAK-0190953 | Juarez | 12/14/2022 | Juarez messages A. Duong and says he gave Andre the $20k as a loan | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, report on progress of the conspiracy, and conceal the bribe by characterizing it as a loan |
| OAK-0186085 | OAK-0186115 | Juarez | 12/14/2022 | Juarez messages A. Duong and says they need a referral for appointments, including Housing | The statements represent an effort to prompt further action by A. Duong (a coconspirator), specifically to determine who they wanted Thao to appoint to the Housing division, and serve to report on the progress of the conspiracy |

| Bates Number | Bates Range | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|---|
| OAK-0209737, OAK-0209738 | | Juarez | 12/18/2022 | Juarez emails himself spreedsheet calculating investments he has received and subtracting payments to Jones | These statements are a report on the progress of the bribe paid to Jones for the purposing of helping a co-conspirator facilitate future action in furtherance of the conspiracy, and document bribes made in furtherance of the conspiracy |
| OAK-0189636 | OAK-0189670 | Juarez | 12/22/2022 | Juarez messages Jones and tells him to "think about the ask... I will execute" | The statements represent an effort to prompt action by Jones, so that Juarez can deliver on the objectives of the conspiracy |
| OAK-0186085 | OAK-0186128-OAK-0186165 | Juarez/A. Duong | 2/6/2023 | Juarez and A. Duong discuss having Larry Gallegos appointed and his ability to further the bribery deal, including that he knows that the CWS extension and Army Base are priorities | The statements further efforts by conconspirators to select a high level appointment to further the goals of the conspiracy, report on the progress of the conspiracy, and plan and execute the goals of the conspiracy |
| OAK-0173844 | OAK-0173862 | A. Duong/Thao | 2/7/2023 | A. Duong and Thao discuss meeting | These statements represent efforts to plan and execute the conspiracy and keep coconspirators abreast of the status of the conspiracy |
| OAK-0201635 | OAK-0201639 | A. Duong | 2/8/2023 | A. Duong messages Duong family and says "New soon to be City Admin or Director Larry Gallegos" | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy and report on progress of the conspiracy in regards to the appointment of an Oakland official, a key part of the conspiracy |
| OAK-0198809 | OAK-0198829 | Juarez | 2/23/2023 | Juarez messages Larry Gallegos ("Gallegos") and states that he had a good meeting with Jones about him and he is "circulating the wagons" | The statements are designed to encourage Larry Gallegos that he will be appointed to a Director level position by Thao, which was a key objective of the conspiracy |
| OAK-0363296 | | A. Duong/D. Duong | 3/3/2023 | A. Duong and D. Duong discuss request to sponspor a women's history event and D. Duong says they will only do it through "Sheng" | These statements are designed to facilitate the relationship between the Duongs and Thao by prioritizing her over her the former mayor, and curry favor with Thao in furtherance of the conspiracy's objectives |
| OAK-0189636 | OAK-0189689-OAK-0189695 | Juarez | 3/7/2023 | Juarez messages Jones and requests assistance getting Thao to sign a nonbinding committal letter to purchase housing units | The statements further the conspiracy by facilitating the bribe, by pushing forward Thao's promise to purchase housing units from Evolutionary Homes |
| OAK-0198809 | OAK-0198835 | Juarez | 3/8/2023 | Juarez messages Gallegos and says that he is meeting with Jones at 3 pm | The statements are designed to encourage Larry Gallegos that he will be appointed to a Director level position by Thao, which was a key objective of the conspiracy |
| OAK-0189636 | OAK-0189691-OAK-0189693 | Juarez and Jones | 3/8/2023 | Juarez and Jones discuss meeting | These statements represent efforts to plan and execute the conspiracy and keep coconspirators abreast of the status of the conspiracy |

| Bates Number | Bates Range | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|---|
| OAK-0188791 | OAK-0188791 | D. Duong/Jones | 3/9/2023 | D. Duong and Jones discuss meeting, and Jones requests $5000 for Niagara foundation | These statements represent efforts to plan and execute the conspiracy and encourage continued participation of coconspirators |
| OAK-0190862 | OAK-0190994-OAK-0191004 | Juarez/A. Duong | 3/9/2023 | Juarez  states that he met with Jones, discuss reservation at Skates by the Bay, and he and A. Duong discuss preparing for meeting at Skates by the Bay and how to get a renewed commitment for the purpose of housing units | The statements are in preparation for a meeting with all coconspirators, represent an effort to plan and execute the conspiracy, ensure continuing participation in the conspiracy, as well as report on the progress of the conspiracy |
| OAK-0188791 | OAK-0188791 | D. Duong/Jones | 3/9/2023 | D. Duong messages Jones the link to Skates by the Bay and says it is a good place to meet | These statements represent efforts to plan and execute the conspiracy and keep coconspirators abreast of the status of the conspiracy |
| OAK-0189636 | OAK-0189696 | Juarez | 3/13/2023 | Juarez messaged Jones and stated that he wanted to meet with him because Larry Gallegos was appointed as Deputy Director of Housing which was different than the original deal | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, plan and execute the conspiracy, and also to prompt action by Jones re: appointment of Gallegos to a Director level position within the administration |
| OAK-0195985 | OAK-0196408 | Juarez | 3/13/2023 | Juarez messaged A. Duong updating him that Larry Gallegos was appointed as Deputy Director of Housing which was different than the original deal | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, prompt further action, and report on progress of the conspiracy |
| OAK-0190862 | OAK-0191033 | Juarez | 3/16/2023 | Juarez messages A. Duong and states that Jones is asking for money | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, facilitate part of the bribe, report on progress, and further action by a coconspirator |
| OAK-0188791 | OAK-0188792 | D. Duong/Jones | 3/17/2023 | D. Duong and Jones message about Niagara Movement Foundation check | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, facilitate a payment in furtherance of the conspiracy, report on progress, and further action by a coconspirator |
| OAK-0190862 | OAK-0191034-OAK-0191045 | Juarez/A. Duong | 3/17/2023-3/18/2023 | Juarez and A. Duong message about check for Jones and A. Duong states that the check was given to A. Duong | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy and report on progress of the conspiracy, including ensuring the continued participation of coconspirators |

| Bates Number | Bates Range | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|---|
| OAK-0186085 | OAK-0186199-OAK-0186243 | Juarez/A. Duong | 3/26/2023 | Juarez and A. Duong discuss the bribery deal and discuss whether they should send the deal points to D. Duong | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, discuss responsibilities and roles, document the goals of the conspiracy, discuss planning and execution of future aspects of the conspiracy, and prompt action by other coconspirators by summarizing the prior deal |
| OAK-0191230 | OAK-0191244 | Juarez | 3/27/2023 | Juarez discusses presenting Evolutionary Homes to Thao with Cesley Frost and confirms that it is a formality | The statements further the objectives of the conspiracy by conveying to Frost how she should behave in conversation with Thao regarding Evolutionary Homes |
| OAK-0186085 | OAK-0186255-OAK-0186264 | Juarez | 4/3/2023 | Juarez and A. Duong discuss Jones's request for more money and Juarez says he met with Jones | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy and report on progress of the conspiracy |
| OAK-0186085 | OAK-0186265-OAK-01826272 | Juarez/A. Duong | 4/4/2023 | Juarez asks A. Duong if there is an update on Jones's request and A. Duong says everyone is meeting now | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, report on progress of the conspiracy, and describe in real time a meeting taking place about the planning and execution of the conspiracy |
| OAK-0189636 | OAK-0189714-OAK-0189717 | Juarez/Jones | 4/4/2023 | Juarez and Jones discuss meeting | These statements represent efforts to plan and execute the conspiracy by meeting to keep coconspirators abreast of the status of the conspiracy, plan and execute the conspiracy, and prompt action on behalf of coconspirators conconspirators |
| OAK-0186085 | OAK-0186280-OAK-0186285 | Juarez | 4/11/2023 | Juarez tells A. Duong that Jones called him | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy and report on progress of the conspiracy |
| OAK-0191230 | OAK-0191260-OAK-0191265 | Juarez | 4/12/2023 | Juarez tells Cesley Frost that Thao knows they are going to ask to meet with her and it's just a formality, and not to bring up Juarez's name around other staff | The statements further the objectives of the conspiracy by conveying to Frost how she should behave in conversation with Thao regarding Evolutionary Homes and specifically discussing strategy for how to handle a key meeting in furtherance of the conspiracy |
| OAK-0186085 | OAK-0186289 | A. Duong | 4/12/2023 | A. Duong tells Juarez that draft independent contactor agreements for Jones looks good and D. Duong needs to approve it | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, prompt further action by a coconspirator, and report on progress, and discuss responsibilities and roles |

| Bates Number | Bates Range | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|---|
| OAK-0186085 | OAK-0186291-OAK-0186293 | Juarez | 4/13/2023 | Juarez tells A. Duong that he told David that they requested a meeting with Thao, and that Jones is meeting with D. Duong | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy and report on progress of the conspiracy |
| COO_0000678 | | Thao | 4/15/2023 | Thao emails her scheduler asking her to schedule a meeting ASAP with EH | The statements further the conspiracy by facilitating the bribe and action undertaken in exchange for the bribe, by pushing forward Thao's promise to purchase housing units from Evolutionary Homes |
| OAK-0189074 | OAK-0189076-OAK-0189077 | D. Duong | 4/18/2023 | D. Duong messages Juarez and A. Duong and tells Juarez to call Jones to tell them they decided to give him the funding he asked for | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, prompt further action by co-conspirators to inform other of material aspects and developments in the conspiracy, and report on progress of the conspiracy |
| OAK-0189636 | OAK-0189718-OAK-0189722 | Juarez | 4/18/2023 | Juarez messages Jones and tells him that the Duongs will give him the payment, but he needs to sign the contract | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, facilitate part of the bribe, prompt further action, and report on progress of the conspiracy, and conceal the conspiracy |
| OAK-0160477 | | Juarez | 4/24/2023 | Juarez emails Duongs stating that he needs the $35k check for Jones | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, report progress, facilitate part of the bribe, and prompt further action in furtherance of the conspiracy |
| OAK-0198794 | OAK-0198801 | Juarez | 4/25/2023 | Juarez messages K. Duong and requests that she write a check for Jones for $35k | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, report progress, facilitate part of the bribe, and prompt further action |
| OAK-0197280 | OAK-0197289-OAK-0197295 | Juarez | 4/26/2023 | Juarez messages D. Duong and states that Jones signed the agreement, looked happy, and said he would deliver on the agreement | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, including another co-conspirator's statements and actions in furtherance of the conspiracy |
| OAK-0192071 | OAK-0192577-OAK-0192602 | Juarez | 5/2/2023 | Juarez messages J. Wedge and states that Thao was working closley with CWS, all deals were cut, and that Gallegos was assigned to work on the proposal | The statements represent an effort to recruit J. Wedge to work on Evolutionary Homes, in furtherance of the conspiracy's goals |
| OAK-0189153 | OAK-0189165-OAK-0189167 | Thao/D. Duong | 5/21/2023 | Thao and D. Duong discuss meeting | These statements represent efforts to plan and execute the conspiracy by meeting in person |
| OAK-0188873 | OAK-0188986 | A. Duong | 5/21/2023 | A. Duong messages D. Duong and says "Larry Gallegos . . Housing . . Jestin Johnson soon new city admin" | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy and report progress |

| Bates Number | Bates Range | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|---|
| OAK-0189153 | OAK-0189167-68 | Thao/D. Duong | 6/7/2023 | D. Duong and Thao discuss meeting | These statements represent efforts to plan and execute the conspiracy by meeting in person |
| OAK-0191978 | OAK-0192029 | A. Duong | 7/7/2023 | A. Duong states that Andre Jones will have to participate in San Jose meetings | The statements represent an effort to facilitate the bribe by making the payments to Jones look more legitimate, and conceal the conspiracy by making it appear as if the payments to Jones were for actual work |
| OAK-0197323 | OAK-0197413 | A. Duong | 7/24/2023 | A. Duong messages Juarez and J. Wedge and says he he is at the office putting the Mayor "in check." | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, ensure continuing particpation in conspiracy, and report on the progress of the conspiracy |
| OAK-0198809 | OAK-0198838 | Juarez | 8/13/2023 | Juarez messages Gallegos and asks when he is placing the purchase order for 300 untes | These statements represent an effort to prompt action in furtherance of the conspiracy's goals by having Gallegos push forward the purchase of housing units from Evolutionary Homes |
| OAK-0198273 | OAK-0198273 | Juarez | 10/10/2023 | Juarez messages J. Wedge and tells her to push A. Duong to assign Gallegos | These statements represent an effort to prompt action in furtherance of the conspiracy's goals by having Gallegos assigned to help purchase housing units from Evolutionary Homes |
| OAK-0269336 | OAK-0269336-OAK-0269338 | Thao | 9/13/2023 | Thao messages Latonda Simmons after touring EH and states that the units look "amazing" and they should pilot a site | The statements further the conspiracy by facilitating the bribe, by pushing forward Thao's promise to purchase housing units from Evolutionary Homes, and represent an action taken by Thao for the purpose of promoting Evolutionary Homes |
| OAK-0201878 | OAK-0201944 | Juarez | 9/14/2023 | Juarez messages D. Duong and asks if he is around, and that Jones came by to say hello | These statements represent efforts to plan and execute the conspiracy by meeting |
| OAK-0189127 | OAK-0189130 | Juarez | 9/25/2023 | Juarez messages D. Duong and asks him to make time for a meeting with Gallegos so they can have him push internally | These statements represent an effort to prompt action in furtherance of the conspiracy's goals by having Gallegos assist in the purchase housing units from Evolutionary Homes |
| OAK-0195985 | OAK-0196507-OAK-0196513 | Juarez | 9/25/2023 | Juarez messages A. Duong and says he wants to meet with him and Gallegos | These statements represent an effort to plan and execute the goals of the conspiracy and to prompt action in furtherance of the conspiracy's goals |
| OAK-0189153 | OAK-0189197-98 | D. Duong Thao | 10/31/2023 | D. Duong and Thao discuss meeting in the CWS parking lot | These statements represent efforts to plan and execute the conspiracy by meeting in person to discuss the conspiracy |

| Bates Number | Bates Range | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|---|
| OAK-0195985 | OAK-0196574 | Juarez | 11/1/2023 | Juarez messages A. Duong and states that he is having dinner with Jones | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy and report on the goals of the conspiracy |
| OAK-0225718 | OAK-0225726 | Juarez | 11/10/2023 | Juarez message Jones and stated that he was asked to refer him to D. Duong | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, facilitate and execute the goals of the conspiracy, and prompt further action |
| OAK-0188791 | OAK-0188794-95 | D. Duong/Jones | 11/17/2023 | Jones and D. Duong discuss meeting | These statements represent efforts to plan and execute the conspiracy by meeting |
| OAK-0188791 | OAK-0188794-95 | D. Duong/Jones | 11/28/2023 | Jones and D. Duong discuss meeting | These statements represent efforts to plan and execute the conspiracy by meeting |
| OAK-0199286 | OAK-0199288-OAK-0199305 | Juarez | 12/12/2023 | Juarez messages Shawn Wilson and offers to pay him | These statements represent an effort to protect the reputation of coconspirators by preventing the story about Azevedo and Vietnam from being published, in furtherance of a continued relationship to achieve the conspiracy's desired goals and to ensure Thao's continued participation in the conspiracy |
| OAK-0197280 | OAK-0197310-OAK-0197315 | Juarez/D. Duong | 12/13/2023 | Juarez and D. Duong coordinate meeting Wilson in Livermore | These statements represent efforts to plan and coordinat the payment to Wilson, designed to protect the reputation of a coconspirator by preventing the story about Azevedo and Vietnam from being published, in furtherance of a continued relationship to achieve the conspiracy's desired goals and to ensure Thao's continued participation in the conspiracy |
| OAK-0185349 | OAK-0185434-OAK-0185436 | Thao | 1/4/2024 | Thao messages Jestin Johnson and tells him to visit EH | These statements further the conspiracy by facilitating the bribe, by pushing forward Thao's promise to purchase housing units from Evolutionary Homes |
| OAK-0197323 | OAK-0197950-OAK-0197954 | Juarez/A. Duong | 1/4/2024 | Juarez and A. Duong message regarding Jestin Johnson's plan to visit EH | These statements facilitate the conspiracy by informing EH members that Jestin Johnson will be visiting EH, and ensuring that everyone is ready to show him the units, which furthers the goals of the conspiracy by encouraging Oakland to purchase the units, a key goal of the conspiracy |

| Bates Number | Bates Range | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|---|
| OAK-0201878 | OAK-0201908-OAK-0201918 | D. Duong | 1/7/2024 | D. Duong messages A. Duong and Juarez about Jestin Johnson's visit to EH | These statements facilitate the conspiracy by informing EH members that Jestin Johnson will be visiting EH, and ensuring that everyone is ready to show him the units, which furthers the goals of the conspiracy by encouraging Oakland to purchase the units, a key goal of the conspiracy |
| OAK-0200256 | OAK-02002601 | Juarez | 1/9/2024 | Juarez messages A. Duong and D. Duong and says that he will resolve the meeting with Nate Miley and Jestin Johnson on a three way call and will get confirmation that Miley and the County is on board, and says Miley is ready to tell Johnson he is on board | The statements represent efforts to keep coconspirators abreast of the status of the conspiracy, plan and execute the conspiracy, and prompt further action |
| OAK-0185349 | OAK-0185443 | Thao | 1/19/2024 | Thao messages Jestin Johnson about Larry Gallegos and says "I totally forgot he is actually great" | These statements represent an effort to prompt action in furtherance of the conspiracy's goals by promoting Gallegos and assist in the ultimate purchase of housing units from Evolutionary Homes |
| COO_0000601 | | D. Duong | 2/20/2024 | D. Duong emails Thao and other coconspirators asking for extension for the North Gateway Project | The statements further the conspiracy by facilitating the bribe, by taking steps to push forward a key goal of the conspiracy i.e. Thao's promise to help with the Army Base |
| OAK-0188837 | OAK-0188855 | A. Duong | 2/23/2024 | A. Duong messages D. Duong and said that Sheng called and asked if they can pay for a bus for a her team for a parade | These statements represent a request by Thao for additional funds in furtherance of the conspiracy and to ensure Thao's continued participation in the conspiracy |
| OAK-0160813 | | Juarez | 4/4/2024 | Juarez emails Duong family stating that he can provide a narrative for why his legal costs are covered but it would showcase items that should not be discussed in writing | The statements represent an effort to conceal and facilitate a portion of the bribe, to report on progress, and to conceal the conspiracy |
| OAK-0201812 | OAK-0201840-OAK-0201841 | A. Duong | 5/3/2024 | A. Duong messages Duong family chat and says that one of his "personal OPD" officers will contact him the next day to make a report | The statements represent an effort to plan and execute and the conspiracy, as well as to conceal and preserve the conspiracy by ensuring that Juarez did not report the illegal activity, and by attempting to discredit his future recitation of criminal activity |
| CWS 00004765-66 | | D. Duong | 5/14/2024 | D. Duong sends letter to Thao and other city councilmembers asking for CWS contract extension | The statements further the conspiracy by facilitating the bribe, by taking steps to push forward a key goal of the conspiracy i.e. Thao's promise to assist with the CWS contract extension |

| Bates Number | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|
| OAK-0186487 | A. Duong | 10/12/2022-11/23/2022 | Apple note containing key aspects of the bribery deal, framed as questions | This note is a record of the actions discussed as part of the core conspiracy, reflect a guide for future conduct, and discusses the roles ansd responsibilities of coconspirators. It also reflects Andy Duong's preparations and/or notes for an 11/23/22 meeting with Thao in furtherance of the conspiracy and also furthers the conspiracy by allowing Andy Duong to track and facilitate key aspects of the bribery deal |
| OAK-0225151, OAK-0224626 | A. Duong/Juarez | 4/3/2023 | Photograph of Apple note containing key aspects of the bribery deal | This note is a record of the actions discussed as part of the core conspiracy, reflects a guide for planning and executing future conduct relatind to the conspiracy, and discusses the roles and responsibilities of coconspirators in the past and going forward |
| OAK-0269256 | Juarez | 4/11/2023 | Notes regarding the contract for Jones's "no show" job with Evolutionary Homes | This note documents a draft of the "independent contractor" agreement between Evolutionary Homes and Jones designed to facilitate the bribe and conceal the conspiracy |
| OAK-0269260 | Juarez | 4/3/2023 | Note regarding $300k payment that Jones would receive after Oakland's purchase of housing units | This note is a record of the agreed upon bribe discussed as part of the conspiracy and furthers the conspiracy by helping Juarez execute key elements of the conspiracy |
| OAK-0269264 | Juarez | 4/26/2023 | Notes regarding lunch with Jones and payment of $35k check | This note is a report on the progress of the bribe paid to Jones and furthers the conspiracy by helping Juarez execute key elements of the conspiracy |
| OAK-0269272 | Juarez | 3/5/2023 | Notes regarding calling Jones and Gallegos | This note is a record meant to prompt action in furtherance of the conspiracy and furthers the conspiracy by helping Juarez execute and record key elements of the conspiracy |
| OAK-0269277 | Juarez | 3/26/2023 | Note containing key aspects of bribery deal | This note is a record of the actions discussed as part of the core conspiracy and reflect a guide for future conduct and furthers the conspiracy by helping Juarez execute key elements of the conspiracy |

| Bates Number | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|
| OAK-0269290 | Juarez | 4/25/2023 | Notes regarding the contract for Jones's "no show" job with Evolutionary Homes | This note documents a draft of the "independent contractor" agreement between Evolutinoary Homes and Jones designed to facilitate the bribe and conceal the conspiracy and furthers the conspiracy by helping Juarez execute key elements of the conspiracy |
| OAK-0269315 | Juarez | 9/30/2022-11/6/2022 | Summary of meeting with Thao regarding the bribery deal | This note is a record of the actions discussed as part of the core conspiracy, reflect a guide for future conduct, and disucsses the roles ansd responsibilities of coconspirators and furthers the conspiracy by helping Juarez execute key elements of the conspiracy |
| OAK-0269320 | Juarez | 10/13/2022-7/3/2023 | Summary of Evolutionary Homes expenses | This note documents expenses related to the conspiracy |
| OAK-0269327 | Juarez | 10/14/2022 | Notes regarding falsified consulting invoice submitted by Juarez to CWS | This note documents the falsified consulting invoice submitted by Juarez to CWS at A. Duong's request designed to facilitate the bribe and conceal the conspiracy and furthers the conspiracy by helping Juarez execute key elements of the conspiracy |
| OAK-0269331 | Juarez | 11/7/2022-12/13/2022 | Notes regarding "Sheng Thao Strategy Memo," including "execut[ing] on first 300 units of emergency housing" | This note is a record of the actions discussed as part of the core conspiracy, reflect a guide for future conduct, and discusses the roles ansd responsibilities of coconspirators and furthers the conspiracy by helping Juarez execute key elements of the conspiracy |
| OAK-0269268 | Juarez | 10/11/2022 | Notes regarding negative mailer campaign | This note is a record of the actions discussed as part of the core conspiracy, reflect a guide for future conduct, and discusses the roles and responsibilities of coconspirators and furthers the conspiracy by helping Juarez execute key elements of the conspiracy |

| Bates Number | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|
| OAK-0115827 | D. Duong, A. Duong, Juarez | 10/25/2023 | Transcript at 26:7 - 32:25 - Juarez, A. Duong, and D. Duong are discussing the status of their corrupt deals in Oakland and San Leandro. They also discuss items not to put in writing, that the Duongs don't want to know certain things Juarez does, and how to conduct future meetings. | The statements facilitate the management of the conspiracy by keeping coconspirators abreast of the ongoing deals, direction on how to communicate, as well as how to conduct future meetings. |
| OAK-0115831 | D. Duong, Juarez | 11/6/2023 | Transcript at 12:15 - 20:15 - discussing Juarez's recent meeting with Jones during which Jones asked for more money and Juarez responded that Jones had not yet come through on his promise regarding the City of Oakland. D. Duong responds that they can probably do it but there has to be something in it for them. | The statements facilitate the management of the conspiracy by keeping coconspirators abreast of recent meetings with co-conspirators, discussing portions of the previously-agreed to deal, as well as discussions about whether to provide additional money to co-conspirator Jones. |
| OAK-0115831 | D. Duong, Juarez | 11/6/2023 | Transcript at 26:19 - 27:19 - discussing status of deal with City of Oakland and D. Duong's recent meeting with Jestin Johnson. | The statements facilitate the management of the conspiracy by keeping coconspirators abreast of the ongoing discussions with important players in the conspiracy. |
| OAK-0115834 | D. Duong, A. Duong, Juarez | 11/8/2023 | Transcript at 21:2 - 21:25 - discussing additional money requested by Jones, that he needs to do more with the City of Oakland, and agreeing that Jones should call D. Duong to discuss. | The statements facilitate the management of the conspiracy by keeping coconspirators abreast of recent meetings with co-conspirators, discussing portions of the previously-agreed to deal, as well as discussions about whether to provide additional money to co-conspirator Jones. |
| OAK-0115836 | D. Duong, Juarez | 11/28/2023 | Transcript at 15:17 - 16:17 - D. Duong discussing how Evolutionary Homes needs to be successful because he's involved in it and things need to be done the way he wants. | The statements facilitate the management of the conspiracy by keeping coconspirators abreast of everyone's role in the conspiracy and D. Duong's need for it to be a success. |
| OAK-0115836 | D. Duong, Juarez | 11/28/2023 | Transcript at 24:8 - 25:14 - D. Duong admonishing Juarez that he needs to be more careful to protect people, that he throws things out there without a plan, and describes an incident where Juarez was describing Thao's promise openly at a Starbucks. | The statements facilitate the management of the conspiracy by discussing how to make sure their co-conspirators do not get scared, how to conceal the conspiracy and not get in trouble, and admonishments to refrain from discussing the conspiracy in public. |

| **Bates Number** | **Declarant** | **Approximate Date** | **Summary of Statement** | **Co-conspirator Explanation** |
|---|---|---|---|---|
| OAK-0115836 | D. Duong, A. Duong, Juarez | 11/28/2023 | Transcript at 30:1 - 39:15 - discussing D. Duong's recent discussion with Thao, that politicians are still scared to put orders in because Evolutionary Homes is new, and that they need to help the politicians so they don't have liability later. D. Duong, Juarez, and A. Duong talk about the promiseThao made to them and that they expected her to keep the promise, but that she wasn't going to promise and then go to jail because of her promise. | The statements facilitate the management of the conspiracy by discussing the previous agreement Thao made and how her recent statements are not consistent with that previous promise, and by keeping coconspirators abreast of recent meetings with co-conspirators. D. Duong then essentially describes how bribery is done, that they have to help and protect the politicians so they don't have any liability for engaging with them, and so nobody goes to jail for participating in their corrupt agreement. |
| OAK-0115836 | D. Duong | 11/28/2023 | Transcript at 62:5 - 62:23 - discussing D. Duong's recent meeting with Thao confirming she's ready and that she will keep her promise, but only after Alameda County, and confirming that Thao told D. Duong that she will send Jestin Johnson to EH. | The statements facilitate the management of the conspiracy by keeping coconspirators abreast of discussiong with other coconspirators and discussing the previous agreement Thao made, confirming that she will keep her promise, and discussing next steps for having Jestin Johnson come to Evolutionary Homes. |
| OAK-0115838 | D. Duong, Juarez | 1/9/2024 | Transcript at 2:2 - 5:11 - discussing setting up a three-way call with Jestin Johnson and Nate Miley | The statements facilitate the management of the conspiracy by discussing a call with public officials regarding purchasing of units from Evolutionary Homes. |
| OAK-0115838 | D. Duong, A. Duong, Juarez | 1/9/2024 | Transcript at 175:8 - 181:22 - discussing recent meeting with Jestin Johnson, status with Thao, and status with Nate Miley | The statements facilitate the management of the conspiracy by discussing the status of discussions with three public officials who could facilitate purchase of units from Evolutionary Homes. |
| OAK-0115838 | D. Duong, A. Duong, Juarez | 1/9/2024 | Transcript at 184:7 - 188:18 - discussing proposal to Santa Clara and that Jones' name should be listed (because he is being paid) but that Jones' phone number should not be listed on the proposal because he won't know what he is talking about | The statements facilitate the management of the conspiracy by discussing the best way to conceal the fact that Andre Jones is receiving bribe payments by virtue of a no show job while making sure everything looks good from a paper perspective. |
| OAK-0115839 | D. Duong, Juarez | 1/23/2024 | Transcript at 115:1 - 117:7 - D. Duong discussing how he needs to maintain his credibility by finalizing sales only when ready and after they have permits and an actual product to sell. | The statements facilitate the management of the conspiracy by discussing that they cannot finalize their corrupt sales until they get their own house in order from a permitting and product perspective. |

| Bates Number | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|
| OAK-0115842 | D. Duong, Juarez | 2/13/2024 | Transcript at 38:23 - 41:7 - Discussing strategy for City of Oakland bidding on their product and that Oakland officials may want to do a bidding deal (rather than a no-bid deal) so it will look better from a public-relations perspective when they order from Evolutionary Homes. D. Duong confirms that even if other companies bid lower, public officials will still buy from Evolutionary Homes and the bidding will help it look legitimate even though it is not legitimate. Juarez responds that he will take direction from D. Duong on this subject. | The statements facilitate the management of the conspiracy by discussing strategies for concealing their corrupt agreements with public officials by allowing a bidding process so that the public officials will have an better explanation for eventually choosing Evolutionary Homes. |
| OAK-0188750 | Thao, A. Duong | 9/18/2023 | Discussing which Oakland councilmembers should be invited to future Duong events and how the Duongs can do things to Thao's liking going forward. | The statements facilitate the management of the conspiracy by discussing how Thao would like to be with other public officials going forward and also by facilitating the relationship between Sheng Thao and Andy Duong. |
| OAK-0188756 | A. Duong | 12/18/2023 | Discussing payment A. Duong made to prevent story from coming out about Azevedo and Vietnam trip and discussing how Azevedo should not tell anyone that the "garbage people" are protecting him. | The statements facilitate the concealment of the conspiracy and the cocealment of the corrupt payment the Duongs made at Thao's direction regarding nefarious conduct on the summer 2023 Vietnam trip. In addition, this furthers the conspiracy by protecting the repulations of the participants in the conspiracy which is necessary to serve the objects of the conspiracy. |
| OAK-0188763 | A. Duong | 3/1/2024 | Discussing Thao's request that A. Duong contact Bas regarding waiving the fee for CWS's Army Base contract extension. They also discuss donations the Duongs have bundled for Bas and A. Duong offers to buy her a ticket to a charity dinner. | The statements facilitate the conspiracy by showing Andy Duong attempting to achieve legislative action regarding a key CWS priority (the Army Base) as well as his recitation of a conversation he had with co-conspirator Thao. |
| OAK-0226311 | Juarez | 10/5/2022 | Juarez discusses the formation of Evolutionary Homes, and the history of his relationship with the Duongs and CWS, including his involvement and knowledge of their payments related to the recycling contract | These statements serve to convey the purpose of the conspiracy and serve to reassure the other coconspirators that Juarez will defend the Duongs and act in their best interest in furtherance of the conspiracy |

| Bates Number | Declarant | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|---|
| OAK-0188750 | Thao | 9/18/2023 | Thao calls A. Duong and tells him not to invite certain councilmembers to events, and that instead he and David have to "pick and choose" who they are going to invite | These statements are made in furtherance of the conspiracy by telling A. Duong that he has to "pick and choose" who they invite to events, Thao is relaying that if they want her to take actions in furtherance of the conspiracy, they need to prioritize her demands over other councilmembers |
| OAK-0188757 | A. Duong | 1/20/2024 | A. Duong discusses the recall attempts against Thao and others as well as Evolutionary Homes. A. Duong tells Kevin Jenkins that he directed Thao to send Jestin Johnson to view Evolutionary Homes if she wanted to win another election. | These statements further the purpose of the conspiracy by encouraging Jenkins to support Evolutionary Homes, as directed by Thao. |
| OAK-0188787 | Juarez, Jones | 3/30/2023 | Juarez and Jones discuss City budget and communicating with city council members | The statements facilitate the management of the conspiracy by discussing the progress of the conpiracy and plans going forward with the goal of the ulmate purchase of Evolutionary Homes housing units by the City of Oakland |
| OAK-0188756 | A. Duong | 12/18/2023 | A. Duong calls Azevedo and asks if he told anyone that they paid of Steven Tavares | The statements facilitate the concealment of the conspiracy and the cocealment of the corrupt payment the Duongs made at Thao's direction regarding nefarious conduct on the summer 2023 Vietnam trip. In addition, this furthers the conspiracy by protecting the reputations of the participants in the conspiracy which is necessary to serve the objects of the conspiracy. |

| Bates Number | Approximate Date | Summary of Statement | Co-conspirator Explanation |
|---|---|---|---|
| OAK-0225233, OAK-0225235 | 12/13/2022 | Notes written on whiteboard in CWS conference room reflecting plan for Thao to purchase housing units and further other objectives of the conspiracy | This note is a record of the actions discussed as part of the core conspiracy, reflect a guide for future conduct, and discusses the roles ansd responsibilities of coconspirators |

| Source/Witness | Declarant | Approximate Date | Summary of Statement | Co-Conspirator Explanation |
|---|---|---|---|---|
| Leigh Hanson | Thao | Fall 2022/Spring 2023 | Thao's statements to Hanson about Gallegos, including that that she wanted to appoint Gallegos to a director-level position within the city and invite him on the Vietnam delegation | The statements further the conspiracy by facilitating the bribe, by pushing forward Thao's promise to appoint a director-level official chosen by Juarez and the Duongs, with the ultimate goal to promote Evolutionary Homes in the City of Oakland |
| Leigh Hanson | Thao | Spring 2023 | Thao's statements to Hanson that she wanted to set up a introductory meeting with Evolutionary Homes | The statements further the objectives of the conspiracy by facilitating the bribe, including by pushing forward Thao's promise to promote Evolutionary Homes and take steps for Oakland to purchase housing units from Evolutionary Homes |
| Leigh Hanson | Thao | Oct-23 | Thao's request to Hanson to introduce Jestin Johnson to Andy Duong | The statements further the conspiracy by facilitating the bribe, by pushing forward Thao's promise to promote Evolutionary Homes and take steps for Oakland to purchase housing units from Evolutionary Homes |
| Zach Goldman | Thao | Fall 2022/Spring 2023 | Thao's statements to Goldman that she wanted to appoint Gallegos to a director-level position within the city | The statements further the conspiracy by facilitating the bribe, by pushing forward Thao's promise to promote Evolutionary Homes and take steps for Oakland to purchase housing units from Evolutionary Homes |
| Jestin Johnson | Thao | October and November 2023 | Thao's requests to Johnson to meet D. Duong | The statements further the conspiracy by facilitating the bribe, by pushing forward Thao's promise to promote Evolutionary Homes and take steps for Oakland to purchase housing units from Evolutionary Homes |
| Brandon Harami/Francis Zamora | Thao | Fall/Winter 2023 | Thao's statement to D. Duong regarding the rumors about Bryan Azevedo from the Vietnam trip, and the fact that if these types of things happen, she can't be associated with the Duongs | The statements further the conspiracy because they were made to induce D. Duong to take action to preserve the conspiracy's continued existence |
| Harold Duffey | Thao | January-March 2023 | Thao's statements to Duffey that she wanted to appoint Gallegos | The statements further the conspiracy by facilitating the bribe by pushing forward Thao's promise to appoint a director-level official chosen by Juarez and the Duongs |

| Source/Witness | Declarant | Approximate Date | Summary of Statement | Co-Conspirator Explanation |
|---|---|---|---|---|
| Larry Gallegos | Juarez | Dec-22 | Juarez's statements to Gallegos regarding his potential appointment to a Director level position within the Thao administration | The statements further the conspiracy by facilitating the bribe by taking steps to facilitate Thao's promise to appoint a director-level official chosen by Juarez and the Duongs |
| Larry Gallegos | Thao | January-March 2023 | Thao's statements to Gallegos about her interest in appointing him to a Director level position | The statements further the conspiracy by facilitating the bribe by pushing forward Thao's promise to appoint a director-level official chosen by Juarez and the Duongs |
| Larry Gallegos | Juarez | 2022-2023 | Juarez's statements to Gallegos about Thao's agreement to purchase 300 housing units from Evolutionary Homes | The statements further the conspiracy by inducing Gallegos to further the goals of the conspiracy, namely by encouraging him to facilitate the purchase of housing units from Evolutionary Homes |
| Larry Gallegos | Juarez | 2023 | Juarez's statements to Gallegos about the Vietnam trip, including that he would hear from the Mayor's Office about an invitation | The statements further the conspiracy by inducing Gallegos to further the goals of the conspiracy, namely by encouraging him to facilitate the purchase of housing units from Evolutionary Homes |
| Juarez | A. Duong | September-October 2022 | A. Duong's statements to Juarez that they needed to negotiate a deal with Thao if CWS paid for the IE mailer campaign | The statements further the conspiracy by planning and executing key aspects of the conspiracy and inducing further action by co-conspirators |
| Juarez | Thao | 10/7/2022 | Thao's statements regarding the bribery scheme to Juarez | The statements further the conspiracy by prompting further action on the part of the conspirators and planning and executing aspects of the conspiracy |
| Juarez | A. Duong, Thao | 11-Oct-22 | Juarez, A. Duong, and Thao's statements establishing the agreement whereby CWS would pay for the IE mailer campaign and provide cash payments to Thao and Jones in exchange for Thao's commitment to purchase housing units, appoint Director-level appointees, and take other actions for CWS | The statements further the conspiracy by planning and executing the goals of the conspiracy, prompting further action on the part of the conspirators, and establishing the roles and responsibilities of the coconspirators |
| Juarez | A. Duong, D. Duong | Approx. October 2022 | D. Duong's agreement to fund the IE mailer | The statements further the conspiracy by prompting further action on the part of the conspirators and taking steps to execute the goals of the conspiracy specifically including financing key aspects of the conspiracy |

| Source/Witness | Declarant | Approximate Date | Summary of Statement | Co-Conspirator Explanation |
|---|---|---|---|---|
| Juarez | A. Duong, Thao, Jones | 7-Dec-22 | Thao and Jones's statements regarding the bribery scheme to Juarez and Andy Duong | The statements further the conspiracy by prompting further action on the part of the conspirators and planning and executing aspects of the conspiracy |
| Juarez | A. Duong, D. Duong, Thao, Jones | 3/9/2023 | A. Duong, D. Duong, Thao, Jones and Juarez's statements regarding the bribery deal at the Skates by the Bay dinner | The statements further the conspiracy by prompting further action on the part of the conspirators, facilitating the bribe, planning and executing the conspiracy, and establishing the roles and responsibilities of the coconspirators |
| Juarez | Juarez, D. Duong, A. Duong | 1-Dec-23 | D. Duong's statements to Thao regarding the reporter investigating the Vietnam/Azevedo story, including D. Duong's statement that she shouldn't worry, because he had fixed it, as well as statements made regarding payments to Shawn Wilson | The statements further the conspiracy by protecting the reputation of a coconspirator, enabling the coconspirator to further execute on the goals of the conspiracy in the future and ensuring continuing participation in the conspiracy |
| Juarez | Thao | 2022-2023 | Thao's statements about her intention to appoint Larry Gallegos to different City-level positions | The statements further the conspiracy by facilitating the bribe and pushing forward Thao's promise to appoint a director-level official chosen by Juarez and the Duongs |
| Juarez | D. Duong | Apr-23 | D. Duong's statements about providing cover for Thao by submitting proposal to the City | The statements further the conspiracy by faciliating the bribe, planning and executing the conspiracy, and pushing forward Thao's promise to purchase housing units from Evolutionary Homes and conceal aspects of the conspiracy |
| Juarez | Thao | Feb-23 | Thao's statements to Juarez that Gallegos would be able to help Evolutionary Homes in the Economic Development Director position | The statements further the conspiracy by faciliating the bribe, planning and executing the conspiracy, and pushing forward Thao's promise to purchase housing units from Evolutionary Homes and conceal aspects of the conspiracy |
| Juarez | D. Duong | Mar-23 | D. Duong's statements to Juarez that Thao needed to make Gallegos a Deputy Directror for six months before justifying moving him to a Director position | The statements further the conspiracy by faciliating the bribe, planning and executing the conspiracy, and pushing forward Thao's promise to purchase housing units from Evolutionary Homes and conceal aspects of the conspiracy |

| Source/Witness | Declarant | Approximate Date | Summary of Statement | Co-Conspirator Explanation |
|---|---|---|---|---|
| Juarez | A. Duong | 2022-2024 | A. Duong's statements to Juarez that he records politicians in case he needs to use it for leverage later on | The statements further the conspiracy by faciliating the bribe, planning and executing the conspiracy, and ensuring continued participation of the coconspirators |
| Cecilia Mendez | D. Duong | 2023-2024 | D. Duong's statements regarding the bribery deal with Thao | The statements further the conspiracy by apprising other co-conspirators about the status of the conspiracy, facilitating the bribe, discuss roles and responsibilities, and planning and executing the conspiracy |
| Julie Wedge | Juarez | 2023-2024 | Juarez's statements to Wedge about Thao's agreement to buy housing units from Evolutionary Homes | The statements represent an effort to recruit Julie Wedge to work on Evolutionary Homes, in furtherance of the conspiracy's goals |
| Cesley Frost | Juarez | 2023-2024 | Juarez's statements to Frost about Thao's agreement to buy housing units from Evolutionary Homes | The statements represent an effort to recruit Cesley Frost to work on Evolutionary Homes, in furtherance of the conspiracy's goals |

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov
Brandon.moore@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, AND<br>ANDY HUNG DUONG,<br><br>Defendant. | Case No. 25-CR-0003-YGR<br><br>MANUAL FILING NOTIFICATION |

MANUAL FILING NOTIFICATION

Regarding: EXHIBITS B, C, G, I

This filing is in paper or physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons(s):

___ Voluminous Document (PDF file size larger than e-filing system allowances)

___ Unable to Scan Documents

___ Physical Object (description)

_X_ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description)

DATED: September 22, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

/s/
MOLLY PRIEDEMAN
Assistant United States Attorney