CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>Defendants. | Case No. 25-CR-0003-YGR<br><br>STIPULATIONS REGARDING AUTHENTICITY OF EXHIBITS FROM THIRD PARTY RECORDS |

**STIPULATIONS REGARDING AUTHENTICITY OF EXHIBITS**

The United States and the above-captioned defendants, by and through their counsel of record, hereby agree to the following stipulations regarding certain evidence:

***Financial Records***

1. As part of the government's investigation, the following financial institutions produced records to the government: Chase Bank; Bank of America; Barclays US; Comenity Bank; CitiBank; EastWest Bank; Synchrony Bank; Wells Fargo Bank; US Bank; and Union Bank.

2. Exhibits 1341-1351, 1353-1386, 1388, 1395-1397, 1399-1403, 1405-1523 are true and correct copies of items originally produced by these financial institutions to the government and are authentic as defined by Federal Rule of Evidence 901 and 902(11).

***Telecommunications Company Records***

3. As part of the government's investigation, the following telecommunications companies produced records to the government: AT&T, Verizon, and T-Mobile.

4. Exhibits 1604-1671, 1673-1674, 1676-1678, and 1680-1735 and 1834-1836 are true and correct copies of items originally produced by these telecommunications companies to the government and are authentic as defined by Federal Rule of Evidence 901 and 902(11).

***City of Oakland Records***

5. As part of the government's investigation, the City of Oakland produced records to the government. Exhibits 1002-1150 and 1152-1156 are true and correct copies of items originally produced by the City of Oakland and are authentic as defined by Federal Rule of Evidence 901 and 902(11).

***Port of Oakland Records***

6. As part of the government's investigation, the Port of Oakland produced records to the government. Exhibits 1157-1179 are true and correct copies of items originally produced by the Port of Oakland and are authentic as defined by Federal Rule of Evidence 901 and 902(11).

***California Waste Solutions Records***

7. As part of the government's investigation, California Waste Solutions produced records to the government. Exhibits 1182-1222 are true and correct copies of items originally produced by

California Waste Solutions and are authentic as defined by Federal Rule of Evidence 901 and 902(11).

***Additional Records Obtained from Third Parties***

8. As part of the government's investigation, the government obtained records from the following entities: Eva Airways; Gateway Travel; Japan Airlines; Nippon Airways; Vietnam Airlines; Mariott International; Skates by the Bay; Kearns & West; Toro Property Management; PG&E; and the Oakland Police Department.

9. Exhibits 1244 (Skates by the Bay), 1245-1251 (Toro Property Management), 1267-1268 (Oakland Police Department), 1524-1534 (Eva Airways), 1535-1557 and 1595-1601 (Gateway Travel), 1558-1582 (Japan Airlines), 1583 (Mariott), 1584-1594 (Nippon Airways), 1602 (Vietnam Airlines), 1603 (Kearns & West), and 1743 (PG&E), are true and correct copies of items originally produced by these third parties to the government and are authentic as defined by Federal Rule of Evidence 901 and 902(11).

***Additional Stipulations Regarding Authenticity***

10. Exhibits 1237-1243 are true and correct copies of Sheng Thao's Form 700s for the years 2019 through 2024 and are authentic as defined by Federal Rule of Evidence 901 and 902(11).

11. Exhibits 1338-1340 are true and correct copies of screenshots of a United States Postal Service database, taken on June 15, 2023, showing United States Postal records relating to Butterfly Direct Marketing, and are authentic as defined by Federal Rule of Evidence 901 and 902(11).

12. Exhibits 1278-1293 and 1296-1319 are true and correct copies of photographs taken on June 20, 2024, during execution of searches at Sheng Thao & Andre Jones' residence, Andy Duong's residence, David Duong's residence, and California Waste Solutions, and are authentic as defined by Federal Rule of Evidence 901.

13. Exhibits 1320-1321 are true and correct copies of documents that were seized by federal agents on June 20, 2024, from California Waste Solutions, and are authentic as defined by Federal Rule of Evidence 901.

14. Exhibits 1791-1795 are true and correct documents that were maintained by the City of San Leandro and documented by the FBI, and are authentic as defined by Federal Rule of Evidence 901.

**IT IS SO STIPULATED.**

Dated: September 25, 2026

CRAIG H. MISSAKIAN
United States Attorney

______/s/______________________
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys

______/s/______________________
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao

______/s/______________________
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones

_________/s/___________________
ED SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
Counsel for Defendant David Duong

_________/s/___________________
WINSTON CHAN
W. DOUGLAS SPRAGUE
ERIK BABCOCK
Counsel for Defendant Andy Duong