CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHENG THAO,
ANDRE JONES,
DAVID TRUNG DUONG, and
ANDY HUNG DUONG,

Defendants.

Case No. 25-CR-0003-YGR

STIPULATIONS REGARDING AUTHENTICITY OF EXHIBITS FROM ELECTRONIC DEVICES AND ACCOUNTS

**STIPULATIONS REGARDING AUTHENTICITY OF EXHIBITS**

The United States and the above-captioned defendants, by and through their counsel of record, hereby agree to the following stipulations regarding certain evidence:

**Devices**

1. On June 20, 2024, federal agents seized Exhibits 13, 26, 93 (from the residence of Sheng Thao and Andre Jones), Exhibits 101, 564 (from the residence of Andy Duong), Exhibits 567, 580, 588, 590 (from the residence of David Duong), and Exhibits 592, 614, 620, 626 (from the VABA/CWS offices).

2. Each of the devices was imaged and processed for review using forensic software that creates an accurate and reliable image/extraction of digital devices.

3. Exhibits 14-22 are true and accurate copies of materials originally present on Exhibit 13. Exhibits 27, 29-69, 71-89, and Exhibit 1780 are true and accurate copies of materials originally present on Exhibit 26. Exhibits 95-98 and 478-479 are true and accurate copies of materials originally present on Exhibit 93. Exhibits 28, 70, 102-477 and 480-563 and 1776-1778, 1784-1790, 1797-1803 are true and accurate copies of materials originally present on Exhibit 101. Exhibits 565-566 are true and accurate copies of materials originally present on Exhibit 564. Exhibits 568-579 are true and accurate copies of materials originally present on Exhibit 567. Exhibits 581-587 are true and accurate copies of materials originally present on Exhibit 580. Exhibit 589 is a true and accurate copy of material originally present on Exhibit 588. Exhibit 591 is a true and accurate copy of material originally present on Exhibit 590. Exhibits 593-613 are true and accurate copies of materials originally present on Exhibit 592. Exhibits 615-619 are true and accurate copies of materials originally present on Exhibit 614. Exhibits 621- 625 are true and accurate copies of materials originally present on Exhibit 620. Exhibit 627 is a true and accurate copy of material originally present on Exhibit 626.

4. The above-described exhibits are authentic as defined by the Federal Rule of Evidence 901 and 902(14).

**Accounts**

***Apple***

5. As part of the government's investigation, Apple produced records of Apple device backups

and iCloud information associated with David Duong's Apple iCloud account (associated with davidduong@calwaste.com), Mario Juarez's Apple iCloud account (associated with mario@mariojuarez.com), and Julie Wedge's Apple iCloud (associated with juliemwedge@gmail.com) account to the government.

6. Exhibits 628-718, Exhibit 1783, and Exhibits 1808-1814 are true and correct copies of items originally produced by Apple to the government and are authentic as defined by the Federal Rule of Evidence 901.

7. Exhibits 670-683, 685, and 687-688 are Apple Notes associated with Mario Juarez's Apple iCloud account produced in an Axiom format that retained metadata but did not retain formatting. Exhibits 657 and 1808-1814 are Apple Notes associated with Mario Juarez's Apple iCloud account produced in a Cellebrite format that retained formatting but did not retain metadata. Together these Exhibits are true and correct copies of items originally produced by Apple to the government and are authentic as defined by Federal Rule of Evidence 901.

***Google***

8. As part of the government's investigation, Google LLC produced records associated with Sheng Thao's Google account (shengforoakland@gmail.com).

9. Exhibits 956-974, and 977 are true and correct copies of items originally produced by Google to the government and are authentic as defined by the Federal Rule of Evidence 901.

***Microsoft***

10. As part of the government's investigation, Microsoft produced records associated with Andy Duong's email account (andyduong@calwaste.com), David Duong's email account (davidduong@calwaste.com), Kristina Duong's email account (kristinaduong@calwaste.com), and Mario Juarez's email account (mario@mariojuarez.co).

11. Exhibits 725-954 and Exhibits 1781-1782 are true and correct copies of items originally produced by Microsoft to the government and are authentic as defined by the Federal Rule of Evidence 901.

***Yahoo***

12. As part of the government's investigation, Yahoo produced records associated with David

Duong's email address (dtdcws@aol.com).

13. Exhibits 979-981 are true and correct copies of items originally produced by Yahoo to the government and are authentic as defined by the Federal Rule of Evidence 901.

**IT IS SO STIPULATED.**

Dated: September 25, 2026

CRAIG H. MISSAKIAN
United States Attorney

__________/s/_______________
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys

__________/s/________________
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao

__________/s/_________________
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones

__________/s/_________________
ED SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
Counsel for Defendant David Duong

_________/s/_________________
WINSTON CHAN
W. DOUGLAS SPRAGUE
ERIK BABCOCK
Counsel for Defendant Andy Duong