Winston Y. Chan (SBN 214884)
Christine A. Bonomo (SBN 364178)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
Bryanna Walker (SBN 345454)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, California 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,

Defendants.

Case No. 4:25-CR-00003-YGR

**DEFENDANT ANDY DUONG'S NOTICE OF JOINDER IN DEFENDANT DAVID DUONG'S MOTION FOR PRODUCTION OF MARIO JUAREZ'S TAX RECORDS**

**NOTICE**

**PLEASE TAKE NOTICE** that on October 19, 2026, at 8:00 a.m., before the Honorable Yvonne Gonzalez Rogers, Defendant Andy Hung Duong will and hereby does join Defendant David Duong's Motion for Production of Mario Juarez's Tax Records, *see* Dkt. 373, which seeks an order compelling the government to produce Mario Juarez's personal and business tax returns from 2022 to the present.

Specifically, David Duong argues that the government must produce Mario Juarez's tax returns under Rule 16(a)(1)(E)(i) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and the Fifth and Sixth Amendments of the United States Constitution. The requested tax returns are within the government's possession and are material to the defense case, as required by Rule 16(a)(1)(E)(i) of the Federal Rules of Criminal Procedure, and are material and favorable to the defense, as required by *Brady*. Access to this material is further required to vindicate Defendants' rights under the Due Process Clause of the Fifth Amendment and the Confrontation Clause of the Sixth Amendment by providing Defendants with materials needed to cross-examine the bias of a cooperating witness for the government and thereby present a complete defense.

For these reasons, Andy Duong respectfully joins David Duong's motion and requests the Court compel the government to produce the requested tax records.

DATED: September 29, 2026

Respectfully submitted,

By: */s/ Winston Chan*

Winston Y. Chan
Christine A. Bonomo
GIBSON, DUNN & CRUTCHER LLP

W. Douglas Sprague
Bryanna Walker
COVINGTON & BURLING LLP

Erik Babcock
LAW OFFICES OF ERIK BABCOCK

Attorneys for Defendant Andy Hung Duong