Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHENG THAO, et al.,

Defendants.

Case No. CR 25-0003 YGR (KAW)

~~[PROPOSED]~~ **ORDER GRANTING UNOPPOSED MOTION TO SHORTEN TIME AND FOR EXPEDITED HEARING ON DEFENDANT'S MOTION FOR PRODUCTION OF MARIO JUAREZ'S TAX RECORDS; AS AMENDED BY THE COURT**

Pending before this Court is Defendant David Trung Duong's ("Defendant") Unopposed Motion to Shorten Time and for an Expedited Hearing on Defendant's Motion for Production of Mario Juarez's Tax Records. The Court, having considered Defendant's Motion, the applicable law, and the response, if any, hereby **GRANTS** the Motion.

It is therefore, ORDERED, that:

- The Government shall file its Opposition by October 2, 2026;
- Defendant shall file any Reply by October 5, 2026 at 11 a.m.
- This Court will hear the Motion on October 8, 2026 at 2:30pm.

IT IS SO ORDERED.

Dated: September 30, 2026

By: ______________________
Hon. Yvonne Gonzalez Rogers
Chief Judge, United States District Court