Jeffrey Tsai (SBN 226081)
*jeff.tsai@us.dlapiper.com*
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: (415) 615-6055

Darryl Louis Tarver (*Admitted pro hac vice*)
*darryl.tarver@us.dlapiper.com*
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel: (410) 580-4123

*Attorneys for Defendant Sheng Thao*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br>Defendants. | Case No. 4:25-CR-00003-YGR-1<br><br>**DEFENDANT SHENG THAO'S JOINDER IN DEFENDANT DAVID DUONG'S MOTION FOR PRODUCTION OF MARIO JUAREZ'S TAX RECORDS** |

Defendant Sheng Thao, through her counsel, hereby respectfully joins Defendant David Duong's motion for production of Mario Juarez's tax records (ECF No. 373), which seeks an order compelling the government to produce Mr. Juarez's personal and business tax returns from 2022 to the present.

Specifically, David Duong argues that the government is obligated to produce Mr. Juarez's tax returns under Rule 16(a)(1)(E)(i) of the Federal Rules of Criminal Procedure, Brady v. Maryland, 373 U.S. 83 (1963), and the Fifth and Sixth Amendments to the United States Constitution. See ECF No. 373. The requested tax returns are within the government's possession and are material to preparing the defense, as Rule 16(a)(1)(E)(i) requires. They are also material and favorable to the defense within the meaning of Brady. In addition, the Due Process Clause of the Fifth Amendment and the Confrontation Clause of the Sixth Amendment require disclosure, because the returns are needed to cross-examine a cooperating government witness about his bias and thereby present a complete defense. These arguments apply with equal force to Ms. Thao, against whom Mr. Juarez is expected to testify as a cooperating witness.

Thus, for the same reasons articulated in support of David Duong's motion, Ms. Thao respectfully submits that the Court should compel the government to produce the requested tax records.

Dated: October 1, 2026

Respectfully submitted,

DLA PIPER LLP (US)

By: */s/ Darryl Louis Tarver*
JEFFREY TSAI
DARRYL LOUIS TARVER (*Admitted pro hac vice*)

*Attorneys for Defendant Sheng Thao*