United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**SHENG THAO, ET AL.,**<br>Defendants. | **PRETRIAL ORDER NO. 4 RE: ISSUES RAISED AT PRETRIAL CONFERENCE NO. 3**<br><br>Case No. 25-cr-003-YGR-1<br>Case No. 25-cr-003-YGR-2<br>Case No. 25-cr-003-YGR-3<br>Case No. 25-cr-003-YGR-4 |

Having considered the filings to date and the arguments raised at the pretrial conference held on October 1, 2026, the Court confirms the following orders and issues others to facilitate an orderly trial:

1. **References to Oakland as a Sanctuary City**. Defendants are **ORDERED** not to reference or otherwise imply that Oakland's status as a sanctuary city is relevant to this case. With respect to the issue of human trafficking, defendants may request permission to address the topic to the extent that the Court finds that the government has placed at issue Thao's motivations in allegedly seeking to block reporting of the Vietnam trip. Any such evidence may always be limited by appropriate Rule 403 objections.

2. **Admission of Certain Government Exhibits**. Defendants are **ORDERED** to inform the government by no later than **October 8, 2026** whether they stipulate to admission of any of the exhibits referenced in the government's September 21, 2026 email, as discussed at the hearing.

3. **Timing of Opening Statements.** Opening statements will take place no earlier than **October 14, 2026**.

4. **Potentially Privileged Documents.** The Court will hold a conference on **October 5, 2026 at 9:30 a.m.** regarding the status of the "potentially privileged" documents discussed at the hearing that the government has withheld.

**IT IS SO ORDERED.**

Dated: October 2, 2026

YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California