CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHENG THAO,
ANDRE JONES,
DAVID TRUNG DUONG, and
ANDY HUNG DUONG,

Defendants.

Case No. 25-CR-0003-YGR

FACTUAL STIPULATIONS REGARDING EVIDENCE

**FACTUAL STIPULATIONS**

The United States and the above-captioned defendants, by and through their counsel of record, hereby agree to the following stipulations:

**Interstate Wires**

1. The processing of check number 1001, drawn on Chase Bank account *0106 held by Evolutionary Homes, LLC and deposited into Andre Jones's Bank of America account *8848 on or about April 28, 2023, caused the transmission of interstate wire communications, including wire communications involving servers located outside California.

2. The processing of check number 1010, drawn on Chase Bank account *0106 held by Evolutionary Homes, LLC and deposited into Andre Jones's Bank of America account *8848 on or about November 29, 2023, caused the transmission of interstate wire communications, including wire communications involving servers located outside California.

**Mailing**

3. On or about November 1, 2022, political mailers concerning candidates in the November 2022 Oakland mayoral election, as depicted in Exhibits 1257, 1258, 1259, were sent through the U.S. Postal Service causing the use of the mails.

**Federal Funding**

4. During any one-year period beginning or ending within the time period starting April 1, 2022 and ending December 31, 2024, the City of Oakland received more than $10,000 in federal funding.

**Devices and Other Evidence**

5. The physical exhibit marked for identification as Exhibit 13 is an Apple iPhone mobile phone obtained from the residence of Sheng Thao and Andre Jones on June 20, 2024. Exhibit 13 had the identifier "Shengs iPhone" and was associated with the phone number ending in -8201. Exhibits 14-22 are true and accurate copies of materials originally present on Exhibit 13.

6. The physical exhibit marked for identification as Exhibit 26 is a cell phone that federal agents obtained from the residence of Sheng Thao and Andre Jones on June 20, 2024. Exhibit 26 had the identifier "Shengs iPhone" and was associated with the phone number ending in -8201. Exhibits 27,

29-69, 71-89 and Exhibit 1780 are true and accurate copies of materials originally present on Exhibit 26.

7. The physical exhibit marked for identification as Exhibit 93 is a cell phone that federal agents obtained from the residence of Sheng Thao and Andre Jones on June 20, 2024. Exhibit 93 included the self-identifier "Andre's iPhone" and was associated with the phone number ending in x5075. Exhibits 95-98 and 478-479 are true and accurate copies of materials originally present on Exhibit 93.

8. The physical exhibit marked for identification as Exhibit 101 is a cell phone associated with the phone number ending in x0100 and the email address "andyduong@jamglobalgroup.com," among others, that federal agents obtained from the residence of Andy Duong on June 20, 2024. Exhibits 28, 70, 102-477, 480-563 and 1776-1778, 1784-1790, and 1797-1803 are true and accurate copies of materials originally present on Exhibit 101.

9. The physical exhibit marked for identification as Exhibit 564 is a cell phone that federal agents obtained from the residence of Andy Duong on June 20, 2024. Ex. 564 included the self-identifier "AD's iPhone" and was associated with the phone number ending in x0110 and the email address "andyhduong@gmail.com." Exhibits 565-566 are true and accurate copies of materials originally present on Exhibit 564.

10. The physical exhibit marked for identification as Exhibit 580 is an iPad that federal agents obtained from the residence of David Duong on June 20, 2024. Exhibits 581-587 are true and accurate copies of materials originally present on Exhibit 580.

11. The physical exhibit marked for identification as Exhibit 588 is an iPhone that federal agents obtained from the residence of David Duong on June 20, 2024. Exhibit 589 is a true and accurate copy of material originally present on Exhibit 588.

12. The physical exhibit marked for identification as Exhibit 567 is a USB that federal agents obtained from the residence of David Duong on June 20, 2024. Exhibits 568-579 are true and accurate copies of materials originally present on Exhibit 567.

13. The physical exhibit marked for identification as Exhibit 590 is a hard drive with an iPhone backup that federal agents obtained from the residence of David Duong on June 20, 2024. Exhibit 591 is a true and accurate copy of material originally present on Exhibit 590.

14. The physical exhibit marked for identification as Exhibit 592 is a computer that federal agents obtained from the office of California Waste Solutions on June 20, 2024. Exhibit 593-613 are true and accurate copies of materials originally present on Exhibit 592.

15. The physical exhibit marked for identification as Exhibit 614 is a computer that federal agents obtained from the office location of Vietnamese American Business Association (VABA) on June 20, 2024. Exhibits 615-619 are true and accurate copies of materials originally present on Exhibit 614.

16. The physical exhibit marked for identification as Exhibit 620 is a computer that federal agents obtained from the office of California Waste Solutions on June 20, 2024. Exhibits 621-625 are true and accurate copies of materials originally present on Exhibit 620.

17. The physical exhibit marked for identification as Exhibit 626 is a cell phone that was obtained from the office of California Waste Solutions on June 20, 2024. Exhibit 627 is a true and accurate copy of material originally present on Exhibit 626.

18. The physical exhibits marked for identification as Exhibits 1269 and 1270 are a watch and chain that federal agents obtained from the garage of the residence of Andy Duong on June 20, 2024.

**IT IS SO STIPULATED.**

Dated: October 5, 2026

CRAIG H. MISSAKIAN
United States Attorney

___/s/_______________________
ABRAHAM FINE
BRANDON MOORE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys

____/s/_______________________
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao

___/s/____________________
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones

___/s/_________________________
ED SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
Counsel for Defendant David Duong

___/s/________________________
WINSTON CHAN
W. DOUGLAS SPRAGUE
ERIK BABCOCK
Counsel for Defendant Andy Duong