UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** October 5, 2026 **Time:** 1 Hour 6 Minutes **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 25-cr-00003-YGR-1
25-cr-00003-YGR-2
25-cr-00003-YGR-3
25-cr-00003-YGR-4

**Case Name:** UNITED STATES v. Sheng Thao et al

**Attorney for Plaintiff:** Molly Priedeman, Abraham Fine and Lloyd Farnham
**Attorney for Defendant:** Jeffrey Tsai (Thao); Shawn Halbert (Jones); August P. Gugelmann (D. Duong); William Sprague and Bryanna Walker (A. Duong)

**Defendant:** **Sheng Thao;** Not present; appearance waived
**Andre Jones;** Not present; appearance waived
**David Trung Duong;** Not present; appearance waived
**Andy Hung Duong;** Not present; appearance waived

**Deputy Clerk:** Edwin Angelo A. Cuenco **Reported by:** Kelly Shainline

## PROCEEDINGS

Status Conference – Held.

The Court met with the parties to discuss outstanding issues related to the government's production of certain documents.

Case is continued to October 8, 2026, at 2:30 p.m. for Motion Hearing.