UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** October 8, 2026 **Time:** 45 Minutes **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 25-cr-00003-YGR-1
25-cr-00003-YGR-2
25-cr-00003-YGR-3
25-cr-00003-YGR-4

**Case Name:** UNITED STATES v. Sheng Thao et al

**Attorney for Plaintiff:** Molly Priedeman, Abraham Fine and Lloyd Farnham
**Attorney for Defendant:** Jeffrey Tsai (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann and Neal James Stephens (D. Duong); William Sprague, Winston Chan, Erik Babcock, Christine Bonomo and Bryanna Walker (A. Duong)

**Defendant: Sheng Thao;** present
**Andre Jones;** present
**David Trung Duong;** present
**Andy Hung Duong;** present

**Deputy Clerk:** Edwin Angelo A. Cuenco **Reported by:** Kelly Shainline

**PROCEEDINGS**

Motion Hearing – Held.

The Court met with the parties to discuss trial logistics and outstanding issues related to the government's production of certain documents.

Written order to issue.

Case is continued to October 13, 2026, at 8:00 a.m. for Jury Selection.