**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 25-cr-00003-YGR
Case Name: USA v. Sheng Thao, Andre Jones, David Trung Duong, and Andy Hung Duong

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** Yvonne Gonzalez Rogers | | **PLAINTIFF ATTORNEY:** Molly Priedeman, Abraham Fine and Lloyd Farnham | | **DEFENSE ATTORNEY:** Jeffrey Tsai and Darryl Tarver (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann, Jeff Schenk, and Neal James Stephens (D. Duong); William Sprague, Winston Chan, Erik Babcock, Christine Bonomo and Bryanna Walker (A. Duong) |
|---|---|---|---|---|
| **DATE:** October 13, 2026 | | **REPORTER:** Ruth Levine Ekhaus | | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 8 hours 26 minutes | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:06 am | | | Court is convened. Administrative matters on jury selection and the general trial are discussed with the parties. | |
| | | 8:17 am | | | The Court is in recess. | |
| | | 8:23 am | | | Bench conference with lead counsel. | |
| | | 8:29 am | | | Bench conference ends. Prospective Juror #2 is excused for cause. | |
| | | 9:12 am | | | The first 20 prospective jurors are seated in the jury box with the rest of the panel seated in the gallery. | |
| | | 9:14 am | | | The Court is reconvened. | |
| | | 9:16 am | | | All prospective jurors are sworn for voir dire. | |
| | | 9:17 am | | | Voir dire begins. | |
| | | 10:53 am | | | All prospective jurors are admonished. | |
| | | 10:55 am | | | The Court is in recess. | |
| | | 11:20 pm | | | The second 20 prospective jurors are seated in the jury box with the rest of the panel seated in the gallery. | |
| | | 11:22 am | | | The Court is reconvened. Voir dire resumes for the next 20 prospective jurors. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:20 pm | | | All prospective jurors are admonished and exits the courtroom for break. The Court and defense questioned prospective jurors who have been exposed to news/information about the case and those who have other conflicts. | |
| | | 12:43 pm | | | Bench conference. | |
| | | 12:44 pm | | | Bench conference ends. The Court resumes questions with prospective jurors who have information exposure/conflicts. | |
| | | 12:51 pm | | | The courtroom is cleared. | |
| | | 1:10 pm | | | The Court is reconvened. The parties stipulate excusals for hardship (Prospective Juror Nos. 16, 19, 20, 38, and 41 are excused for hardship). | |
| | | 1:32 pm | | | The third 20 prospective jurors are seated in the jury box with the rest of the panel seated in the gallery. | |
| | | 1:33 pm | | | The Court is reconvened and reopened to the public. | |
| | | 2:28 pm | | | AUSA Farnham questions the prospective jurors. | |
| | | 2:48 pm | | | Mr. Tsai questions the prospective jurors. | |
| | | 2:55 pm | | | Ms. Halbert questions the prospective jurors. | |
| | | 3:07 pm | | | Mr. Swanson questions the prospective jurors. | |
| | | 3:17 pm | | | Ms. Bonomo questions the prospective jurors. | |
| | | 3:25 pm | | | The prospective jurors are admonished and exit for break. | |
| | | 3:27 pm | | | Private question and answer with Prospective Juror Nos. 52 and 60. | |
| | | 3:40 pm | | | Matters are discussed outside the presence of the panel and stipulated to excuse Prospective Juror Nos. 6 and 65 for cause. Prospective Juror Nos. 46, 48 and 61 are excused for financial hardship. | |
| | | 3:45 pm | | | Peremptory challenges begin. Prospective Juror Nos. 5, 8 and 13 are excused for cause. | |
| | | 4:23 pm | | | The panel reenters the courtroom. | |
| | | 4:30 pm | | | 12 jurors are seated and sworn. They are admonished and excused until October 14, 2025, at 8:30 am. | |
| | | 4:35 pm | | | Voir dire resumes to select the six alternate jurors. | |
| | | 4:38 pm | | | The attorneys question the prospective alternate jurors. | |
| | | 5:18 pm | | | Bench conference. | |
| | | 5:22 pm | | | Bench conference ends. The prospective alternate jurors are instructed. | |
| | | 5:25 pm | | | Peremptory challenges for the alternate jurors begin. | |
| | | 5:32 pm | | | 6 alternate jurors are seated and sworn. The jury admonished and given instructions. The rest of the panel is excused. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 5:45 pm | | | The alternate jurors are excused until October 14, 2025, at 8:30 am. Matters are discussed outside the presence of the jury. | |
| | | 5:50 pm | | | The Court is in recess. Matter is continued to Wednesday, October 14, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |