**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 25-cr-00003-YGR
Case Name: USA v. Sheng Thao, Andre Jones, David Trung Duong, and Andy Hung Duong

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** | | **PLAINTIFF ATTORNEY:** | | **DEFENSE ATTORNEY:** |
|---|---|---|---|---|
| Yvonne Gonzalez Rogers | | Molly Priedeman, Abraham Fine and Lloyd Farnham | | Jeffrey Tsai and Darryl Tarver (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann, Jeff Schenk, and Neal James Stephens (D. Duong); William Sprague, Winston Chan, Erik Babcock, Christine Bonomo and Bryanna Walker (A. Duong) |
| **DATE:** October 14, 2026 | | **REPORTER:** Ruth Levine Ekhaus | | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 3 hours 39 minutes | | | | |

| **PLF NO.** | **DEF NO.** | **DATE/TIME OFFERED** | **ID** | **REC** | **DESCRIPTION** | **BY** |
|---|---|---|---|---|---|---|
| | | 8:02 am | | | Court is reconvened. No administrative matters raised by the parties. | |
| | | 8:05 am | | | The Court is in recess. | |
| | | 8:25 am | | | The Court is reconvened. | |
| | | 8:31 am | | | The jury entered the courtroom and received instructions from the Court. | |
| | | 8:47 am | | | AUSA Fine delivered the government's opening statement. | |
| | | 9:44 am | | | The Court is in recess. | |
| | | 10:02 am | | | The Court is reconvened. | |
| | | 10:07 am | | | The jury reenters the courtroom. Mr. Tsai delivers the opening statement for Ms. Thao. | |
| | | 11:11 am | | | Mr. Goldrosen delivers the opening statement for Mr. Jones. | |
| | | 12:04 pm | | | The Court is in recess. | |
| | | 12:20 pm | | | The Court is reconvened. | |
| | | 12:22 pm | | | The jury reenters the courtroom. The jury is instructed by the Court. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:24 pm | | | Mr. Schenk delivers the opening statement for Mr. David Duong. | |
| | | 12:52 pm | | | Mr. Chan delivers the opening statement for Mr. Andy Duong. | |
| | | 1:27 pm | | | The jury is instructed and admonished. | |
| | | 1:31 pm | | | The jury is excused until October 15, 2026, at 8:30 am. Matters are discussed outside the presence of the jury. | |
| | | 1:35 pm | | | The Court is in recess. Matter is continued to Thursday, October 15, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |