Winston Y. Chan (SBN 214884)
Christine A. Bonomo (SBN 364178)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
Bryanna Walker (SBN 345454)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, California 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,

Defendants.

CASE NO. 4:25-CR-00003-YGR

**DECLARATION OF ERIK BABCOCK IN SUPPORT OF DEFENDANT ANDY DUONG'S RESPONSE TO GOVERNMENT'S SUPPLEMENTAL NOTICE OF INTENT TO ADMIT TRIAL EXHIBITS**

Judge: Hon. Yvonne Gonzalez Rogers
Courtroom: 1, 4th Floor

I, Erik Babcock, declare and state as follows:

I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court, and I represent Defendant Andy Duong in the above-captioned case. I make this Declaration in support of Defendant Andy Duong's Response to Government's Supplemental Notice of Intent to Admit Trial Exhibits. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

1. Attached hereto as **Appendix A** is an index with true and correct descriptions of the government-proposed Trial Exhibits, and excerpted or highlighted portions of these Trial Exhibits, constituting the attachments described in ¶¶ 6–14 and attached hereto as Exhibits 5, 6, 7, 8, 9, 10, 11, 12, and 13.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the government's proposed Trial Exhibit 1833, "Summary Exhibit Photos and Videos from Searched Devices," as transmitted by the government to counsel for Defendants by email on October 20, 2026.

3. Attached hereto as **Exhibit 2** is a true and correct copy of email correspondence between counsel for the government and counsel for Defendants dated October 12 through October 21, 2026, in which the government identified the first five witnesses it intended to call and the exhibits it intended to introduce through each witness.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the government's trial exhibit list, provided by the government to counsel for Defendants by email on October 14, 2026.

5. Attached hereto as **Exhibit 4** is a true and correct copy of email correspondence among counsel for the government and counsel for Defendants, dated September 21, 2026 through October 7, 2026, including my October 7, 2026, email to counsel for the government stating that, although Defendants do not dispute the authenticity of the exhibits to which Defendants had previously stipulated, the government "will still need to establish a foundation, relevance and, for some exhibits, admissibility under a hearsay exception" for each exhibit it intended to use with Special Agent Katherine Barclay, "which may require the connection to be made by a subsequent witness."

6. Attached hereto as **Exhibit 5** is a true and correct copy of the government's proposed

Trial Exhibit 987, reflecting the government's excerpt known as Trial Exhibit 987A highlighted in blue and Defendant Andy Duong's requested additions at pages 3:5–8:8 highlighted in yellow.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the government's proposed Trial Exhibit 987, reflecting the government's excerpt known as Trial Exhibit 987B highlighted in blue and Defendant Andy Duong's requested additions at pages 36:1–17, 40:4–41:11, and 45:2–19 highlighted in yellow.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the government's proposed Trial Exhibit 990, reflecting the government's excerpt known as Trial Exhibit 990A highlighted in blue and Defendant Andy Duong's requested additions at pages 2:1–9:2 highlighted in yellow.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the government's proposed Trial Exhibit 998, reflecting the government's excerpt known as Trial Exhibit 998A highlighted in blue and Defendant Andy Duong's requested additions at pages 130:25–131:6, 132:8–22, 156:24–157:8, 162:5–163:13, 165:15–23, 170:20–171:8, and 173:3–7 highlighted in yellow.

10. Attached hereto as **Exhibit 9** is a true and correct copy of pages 254 through 360 of the government's proposed Trial Exhibit 692A, corresponding to messages from April 11, 2022, through October 5, 2022, followed by the defense's proposed additional pages 156–57 from Trial Exhibit 692.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the government's proposed Trial Exhibit 706A, followed by the defense's proposed additional pages 16–17 from Trial Exhibit 706.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the government's proposed Trial Exhibit 699D, followed by the defense's proposed addition Exhibit 699J.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the government's proposed Trial Exhibit 730, a January 22, 2024, email, and its attachments, including the government's proposed Trial Exhibit 733 and the defense's requested additions, Government Trial Exhibits 731 and 732.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the government's proposed Trial Exhibit 1194, a June 7, 2022, email from Mario Juarez to David Duong and Andy Duong, and its attachment, Government Trial Exhibit 1197, which the defense requests be admitted with Trial Exhibit 1194.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st Day of October 2026, at Oakland, California.

*/s/ Erik Babcock*
Erik Babcock