# APPENDIX A

## Government Excerpts and Proposed Completing Portions

*For the audio recording transcripts attached as Exhibits 5, 6, 7, and 8, the government's excerpts are highlighted in blue, and Defendant Andy Duong's proposed additional completing portions are highlighted in yellow.*

*For the written communications attached as Exhibits 9, 10, 11, 12, and 13, the government's excerpts appear first with corresponding cover pages, and Defendant Andy Duong's proposed additional completing portions appear next with corresponding cover pages.*

| Exhibit | Government Excerpt | Proposed Completing Portion(s) |
| --- | --- | --- |
| 5 | Gov't Ex. 987A (Tr. 12:10–21:3) | Gov't Ex. 987 (Tr. 3:5–8:8) |
| 6 | 987B (Tr. 26:8–27:25) | Gov't Ex. 987 (Tr. 36:1–17; 40:4–41:11; 45:2–19) |
| 7 | Gov't Ex. 990A (Tr. 20:15–22:15) | Gov't Ex. 990 (Tr. 2:1–9:2) |
| 8 | Gov't Ex. 998A (Tr. 38:12–41:19) | Gov't Ex. 998 (Tr. 130:25–131:6; 132:8–22; 156:24–157:8; 162:5–163:13; 165:15–23; 170:20–171:8; 173:3–7) |
| 9 | Gov't Ex. 692A provided through Oct. 5, 2022, only (p. 254–360) | Gov't Ex. 692 at 156–57 |
| 10 | Gov't Ex. 706A | Gov't Ex. 706 at 16–17 |
| 11 | Gov't Ex. 699D | Gov't Ex. 699J |
| 12 | Gov't Exs. 730, 733 | Gov't Exs. 731, 732 |
| 13 | Gov't Ex. 1194 | Gov't Ex. 1197 |