# EXHIBIT 1



OAK-0225157

| | |
|---|---|
| Exhibit No.: | 425 |
| Date Created: | 6/7/2022 |
| Time Created: | 2:48 PM |
| Location Data: | 37.787811, -122.251198 |
| File Name: | IMG_2605.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225157 |




OAK-0225396

| | |
|---|---|
| Exhibit No.: | 471 |
| Date Created: | 10/5/2022 |
| Time Created: | 11:17 AM |
| Location Data: | 37.787872, -122.251167 |
| File Name: | IMG_9233.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225396 |




OAK-0225397

| | |
|---|---|
| Exhibit No.: | 556 |
| Date Created: | 10/5/2022 |
| Time Created: | 11:26 AM |
| Location Data: | 37.787872, -122.251167 |
| File Name: | IMG_9234.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225397 |




OAK-0225398

| | |
|---|---|
| Exhibit No.: | 472 |
| Date Created: | 10/5/2022 |
| Time Created: | 12:15 PM |
| Location Data: | 37.787919, -122.251312 |
| File Name: | IMG_9238.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225398 |

Video Placeholder: Juarez and the Duongs at CWS

| | |
|---|---|
| Exhibit No.: | 540 |
| Date Created: | 10/5/2022 |
| Time Created: | 12:22 PM |
| Location Data: | 37.7883, -122.2514 |
| File Name: | IMG_9241.MOV |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0226311 |



OAK-0225423

| | |
|---|---|
| Exhibit No.: | 558 |
| Date Created: | 10/11/2022 |
| Time Created: | 5:31 PM |
| Location Data: | 37.793494, -122.275025 |
| File Name: | IMG_9843.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225423 |



OAK-0225024

| | |
|---|---|
| Exhibit No.: | 349 |
| Date Created: | 10/13/2022 |
| Time Created: | 8:55 PM |
| Location Data: | 37.772008, -122.215439 |
| File Name: | IMG_0037.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225024 |



OAK-0225025

| | |
|---|---|
| Exhibit No.: | 350 |
| Date Created: | 10/13/2022 |
| Time Created: | 9:31 PM |
| Location Data: | 37.772038, -122.215500 |
| File Name: | IMG_0039.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225025 |




OAK-0225030

| | |
|---|---|
| Exhibit No.: | 353 |
| Date Created: | 10/14/2022 |
| Time Created: | 6:48 PM |
| Location Data: | 37.787947, -122.251564 |
| File Name: | IMG_0062.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225030 |



OAK-0225177

| | |
|---|---|
| Exhibit No.: | 550 |
| Date Created: | 11/23/2022 |
| Time Created: | 12:11 PM |
| Location Data: | 37.805138, -122.272545 |
| File Name: | IMG_3444.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225177 |



OAK-0225214

| | |
|---|---|
| Exhibit No.: | 552 |
| Date Created: | 12/5/2022 |
| Time Created: | 4:16 PM |
| Location Data: | Not Provided |
| File Name: | IMG_4492.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225214 |



OAK-0225215

| | |
|---|---|
| Exhibit No.: | 435 |
| Date Created: | 12/7/2022 |
| Time Created: | 4:21 PM |
| Location Data: | 37.788308, -122.251198 |
| File Name: | IMG_4615.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225215 |




OAK-0225217

| | |
|---|---|
| Exhibit No.: | 553 |
| Date Created: | 12/7/2022 |
| Time Created: | 5:25 PM |
| Location Data: | 37.787863, -122.251298 |
| File Name: | IMG_4617.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225217 |




OAK-0225231

| | |
|---|---|
| Exhibit No.: | 441 |
| Date Created: | 12/13/2022 |
| Time Created: | 1:25 PM |
| Location Data: | 37.788402, -122.251259 |
| File Name: | IMG_5174.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225231 |



OAK-0225232

| | |
|---|---|
| Exhibit No.: | 442 |
| Date Created: | 12/13/2022 |
| Time Created: | 2:03 PM |
| Location Data: | 37.788338, -122.251220 |
| File Name: | IMG_5175.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225232 |




Exhibit No.: 444
Date Created: 12/13/2022
Time Created: 3:50 PM
Location Data: 37.788491, -122.251306
File Name: IMG_5178.HEIC
Source: Andy Duong Mobile Phone
Evidence Id.: 1B54 (Andy Duong Phone)
Bates No.: OAK-0225234




OAK-0225235

| | |
|---|---|
| Exhibit No.: | 445 |
| Date Created: | 12/13/2022 |
| Time Created: | 4:04 PM |
| Location Data: | 37.788341, -122.251145 |
| File Name: | IMG_5179.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225235 |




| | |
|---|---|
| Exhibit No.: | 464 |
| Date Created: | 1/9/2023 |
| Time Created: | 7:33 PM |
| Location Data: | 37.775883, -122.239312 |
| File Name: | IMG_7811.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225340 |



OAK-0225343

| | |
|---|---|
| Exhibit No.: | 466 |
| Date Created: | 1/9/2023 |
| Time Created: | 8:43 PM |
| Location Data: | 37.775744 , -122.239539 |
| File Name: | IMG_7854.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225343 |




OAK-0225405

| | |
|---|---|
| Exhibit No.: | 473 |
| Date Created: | 1/31/2023 |
| Time Created: | 6:11 PM |
| Location Data: | 37.788272, -122.251228 |
| File Name: | IMG_9512.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225405 |



OAK-0225408

| | |
|---|---|
| Exhibit No.: | 1776 |
| Date Created: | 1/31/2023 |
| Time Created: | 7:27 PM |
| Location Data: | 37.787858, -122.251459 |
| File Name: | IMG_9547.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225408 |



OAK-0225429

| | |
|---|---|
| Exhibit No.: | 559 |
| Date Created: | 2/7/2023 |
| Time Created: | 10:54 AM |
| Location Data: | 37.787941, -122.251312 |
| File Name: | IMG_9879.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225429 |




OAK-0225054

| | |
|---|---|
| Exhibit No.: | 368 |
| Date Created: | 2/16/2023 |
| Time Created: | 12:47 PM |
| Location Data: | 37.787891,-122.251459 |
| File Name: | IMG_0568.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225054 |




| | |
|---|---|
| Exhibit No.: | 548 |
| Date Created: | 2/17/2023 |
| Time Created: | 10:08 PM |
| Location Data: | 37.562916, -122.014603 |
| File Name: | IMG_0687.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225061 |



OAK-0225084

| | |
|---|---|
| Exhibit No.: | 388 |
| Date Created: | 2/25/2023 |
| Time Created: | 6:21 PM |
| Location Data: | 37.426125, -121.919442 |
| File Name: | IMG_0965.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225084 |




| | |
|---|---|
| Exhibit No.: | 571 |
| Date Created: | 2/25/2023 |
| Time Created: | TBD |
| Location Data: | Not Provided |
| File Name: | 4F7A5247.jpg |
| Source: | David Duong Thumb Drive |
| Evidence Id.: | TBD |
| Bates No.: | OAK-0157218 |




| | |
|---|---|
| Exhibit No.: | 390 |
| Date Created: | 2/25/2023 |
| Time Created: | 9:11 PM |
| Location Data: | 37.426536, -121.919420 |
| File Name: | IMG_1018.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225089 |

Video Placeholder: Video showing Mario Juarez at Skates on the Bay

| | |
|---|---|
| Exhibit No.: | 499 |
| Date Created: | 3/9/2023 |
| Time Created: | 6:01 PM |
| Location Data: | 37.8638, -122.3181 |
| File Name: | IMG_1502.MOV |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0226257 |



OAK-0225114

| | |
|---|---|
| Exhibit No.: | 403 |
| Date Created: | 3/9/2023 |
| Time Created: | 6:22 PM |
| Location Data: | 37.863658, -122.318048 |
| File Name: | IMG_1504.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225114 |



OAK-0225115

| | |
|---|---|
| Exhibit No.: | 404 |
| Date Created: | 3/9/2023 |
| Time Created: | 6:25 PM |
| Location Data: | 37.863619, -122.318084 |
| File Name: | IMG_1505.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225115 |




OAK-0225119

| | |
|---|---|
| Exhibit No.: | 407 |
| Date Created: | 3/17/2023 |
| Time Created: | 6:58 PM |
| Location Data: | 37.789227, -122.251320 |
| File Name: | IMG_1822.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225119 |




OAK-0225138

| | |
|---|---|
| Exhibit No.: | 417 |
| Date Created: | 3/28/2023 |
| Time Created: | 6:48 PM |
| Location Data: | 37.788149, -122.251289 |
| File Name: | IMG_2201.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225138 |




OAK-0225151

| | |
|---|---|
| Exhibit No.: | 422 |
| Date Created: | 4/3/2023 |
| Time Created: | 9:24 PM |
| Location Data: | 37.703122, -122.129662 |
| File Name: | IMG_2475.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225151 |




OAK-0225152

| | |
|---|---|
| Exhibit No.: | 1778 |
| Date Created: | 4/3/2023 |
| Time Created: | 9:24 PM |
| Location Data: | 37.703327, -122.129434 |
| File Name: | IMG_2476.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225152 |



OAK-0225153

| | |
|---|---|
| Exhibit No.: | 423 |
| Date Created: | 4/3/2023 |
| Time Created: | 9:24 PM |
| Location Data: | 37.703591, -122.129548 |
| File Name: | IMG_2477.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225153 |



OAK-0225169

| | |
|---|---|
| Exhibit No.: | 427 |
| Date Created: | 4/17/2023 |
| Time Created: | 6:12 PM |
| Location Data: | 37.787852, -122.251228 |
| File Name: | IMG_3318.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225169 |



OAK-0225419

| | |
|---|---|
| Exhibit No.: | 557 |
| Date Created: | 7/31/2023 |
| Time Created: | 9:49 AM |
| Location Data: | 21.035858, 105.836419 |
| File Name: | IMG_9688.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225419 |




Exhibit No.: 352
Date Created: 8/1/2023
Time Created: 7:47 PM
Location Data: 21.024319, 105.848397
File Name: IMG_0059.HEIC
Source: Andy Duong Mobile Phone
Evidence Id.: 1B54 (Andy Duong Phone)
Bates No.: OAK-0225027



OAK-0225039

| | |
|---|---|
| Exhibit No.: | 359 |
| Date Created: | 8/2/2023 |
| Time Created: | 6:17 PM |
| Location Data: | 16.077522, 108.223808 |
| File Name: | IMG_0190.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225039 |

Video Placeholder: Video showing Sheng Thao, David Duong, and Andre Jones on a plane.

| | |
|---|---|
| Exhibit No.: | 560 |
| Date Created: | 8/5/2023 |
| Time Created: | 3:44 AM |
| Location Data: | Not Provided |
| File Name: | 236364.mp4 |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0226227 |



OAK-0225073

| | |
|---|---|
| Exhibit No.: | 377 |
| Date Created: | 8/5/2023 |
| Time Created: | 5:29 PM |
| Location Data: | 16.057280, 108.202238 |
| File Name: | IMG_0865.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225073 |



OAK-0225078

| | |
|---|---|
| Exhibit No.: | 382 |
| Date Created: | 8/5/2023 |
| Time Created: | 7:15 PM |
| Location Data: | 10.812450, 106.661269 |
| File Name: | IMG_0900.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225078 |




OAK-0225080

| | |
|---|---|
| Exhibit No.: | 384 |
| Date Created: | 8/5/2023 |
| Time Created: | 7:16 PM |
| Location Data: | 10.812588, 106.661461 |
| File Name: | IMG_0906.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225080 |



OAK-0405029

| | |
|---|---|
| Exhibit No.: | 73 |
| Date Created: | 8/10/2023 |
| Time Created: | 8:19 AM |
| Location Data: | 9.501061, 100.057144 |
| File Name: | IMG_1334.HEIC |
| Source: | Sheng Thao Mobile Phone |
| Evidence Id.: | 1B4 (Sheng Thao Phone) |
| Bates No.: | OAK-0405029 |




OAK-0405035

| | |
|---|---|
| Exhibit No.: | 78 |
| Date Created: | 8/13/2023 |
| Time Created: | 11:04 AM |
| Location Data: | 9.517905, 100.003227 |
| File Name: | IMG_1408.HEIC |
| Source: | Sheng Thao Mobile Phone |
| Evidence Id.: | 1B4 (Sheng Thao Phone) |
| Bates No.: | OAK-0405035 |



OAK-0405041

| | |
|---|---|
| Exhibit No.: | 84 |
| Date Created: | 8/16/2023 |
| Time Created: | 10:24 AM |
| Location Data: | 25.079241, 121.231291 |
| File Name: | IMG_1511.HEIC |
| Source: | Sheng Thao Mobile Phone |
| Evidence Id.: | 1B4 (Sheng Thao Phone) |
| Bates No.: | OAK-0405041 |



OAK-0225171

| | |
|---|---|
| Exhibit No.: | 549 |
| Date Created: | 8/24/2023 |
| Time Created: | 12:18 PM |
| Location Data: | 37.822280, -122.302881 |
| File Name: | IMG_3394.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225171 |



OAK-0225172

| | |
|---|---|
| Exhibit No.: | 429 |
| Date Created: | 8/24/2023 |
| Time Created: | 12:32 PM |
| Location Data: | 37.822327, -122.303003 |
| File Name: | IMG_3396.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225172 |



OAK-0225202

| | |
|---|---|
| Exhibit No.: | 431 |
| Date Created: | 8/30/2023 |
| Time Created: | 10:37 PM |
| Location Data: | 37.788619, -122.251092 |
| File Name: | IMG_3934.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225202 |



OAK-0225206

| | |
|---|---|
| Exhibit No.: | 432 |
| Date Created: | 9/1/2023 |
| Time Created: | 3:12 PM |
| Location Data: | 37.788191, -122.251198 |
| File Name: | IMG_4035.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225206 |



OAK-0225227

| | |
|---|---|
| Exhibit No.: | 438 |
| Date Created: | 9/12/2023 |
| Time Created: | 5:33 PM |
| Location Data: | 37.78824, -122.251206 |
| File Name: | IMG_5140.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225227 |



OAK-0225228

| | |
|---|---|
| Exhibit No.: | 439 |
| Date Created: | 9/12/2023 |
| Time Created: | 5:41 PM |
| Location Data: | 37.788394, -122.251214 |
| File Name: | IMG_5143.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225228 |



OAK-0225229

| | |
|---|---|
| Exhibit No.: | 440 |
| Date Created: | 9/12/2023 |
| Time Created: | 5:52 PM |
| Location Data: | 37.788180, -122.251328 |
| File Name: | IMG_5144.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225229 |



OAK-0225236

| | |
|---|---|
| Exhibit No.: | 204 |
| Date Created: | 9/13/2023 |
| Time Created: | 8:02 PM |
| Location Data: | Not Provided |
| File Name: | IMG_5179.JPG |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225236 |



OAK-0225293

| | |
|---|---|
| Exhibit No.: | 453 |
| Date Created: | 9/26/2023 |
| Time Created: | 4:45 PM |
| Location Data: | 37.788186, -122.251175 |
| File Name: | IMG_6636.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225293 |



OAK-0225332

| | |
|---|---|
| Exhibit No.: | 461 |
| Date Created: | 10/6/2023 |
| Time Created: | 11:49 AM |
| Location Data: | 37.783866, -122.265367 |
| File Name: | IMG_7742.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225332 |




| | |
|---|---|
| Exhibit No.: | 354 |
| Date Created: | 10/25/2023 |
| Time Created: | 2:51 PM |
| Location Data: | 37.787858 / -122.251259 |
| File Name: | IMG_0062.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225031 |




| | |
|---|---|
| Exhibit No.: | 1788 |
| Date Created: | 11/3/2023 |
| Time Created: | 5:55 PM |
| Location Data: | 37.783591, -122.273445 |
| File Name: | IMG_1256.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225105 |



OAK-0225127

| | |
|---|---|
| Exhibit No.: | 412 |
| Date Created: | 11/8/2023 |
| Time Created: | 1:39 PM |
| Location Data: | 37.787730, -122.251250 |
| File Name: | IMG_2080.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225127 |



OAK-0225208

| | |
|---|---|
| Exhibit No.: | 433 |
| Date Created: | 11/28/2023 |
| Time Created: | 12:39 PM |
| Location Data: | 37.788447, -122.251145 |
| File Name: | IMG_4470.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225208 |



OAK-0225317

| | |
|---|---|
| Exhibit No.: | 456 |
| Date Created: | 1/5/2024 |
| Time Created: | 9:33 PM |
| Location Data: | 37.788655, -122.251053 |
| File Name: | IMG_7131.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225317 |



OAK-0225328

| | |
|---|---|
| Exhibit No.: | 459 |
| Date Created: | 1/9/2024 |
| Time Created: | 6:26 PM |
| Location Data: | 37.787902, -122.251298 |
| File Name: | IMG_7493.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225328 |



OAK-0225042

| | |
|---|---|
| Exhibit No.: | 361 |
| Date Created: | 2/13/2024 |
| Time Created: | 2:54 PM |
| Location Data: | 37.788319, -122.251198 |
| File Name: | IMG_0230.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225042 |




OAK-0225266

| | |
|---|---|
| Exhibit No.: | 554 |
| Date Created: | 5/3/2024 |
| Time Created: | 6:40 PM |
| Location Data: | 37.788319, -122.250953 |
| File Name: | IMG_5499.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225266 |




OAK-0225063

| | |
|---|---|
| Exhibit No.: | 371 |
| Date Created: | 2/18/2023 |
| Time Created: | 12:32 AM |
| Location Data: | 37.551588, -122.055259 |
| File Name: | IMG_0695.HEIC |
| Source: | Andy Duong Mobile Phone |
| Evidence Id.: | 1B54 (Andy Duong Phone) |
| Bates No.: | OAK-0225063 |