# EXHIBIT 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

\- - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | CASE NO. |
| SHENG THAO, ANDRE JONES, DAVID DUONG, AND ANDY DUONG, | ) | 25-CR-0003-YGR |
| Defendants. | ) | |

\- - - - - - - - - - - - - - - - - -

AUDIO TRANSCRIPTION OF
RECORDED MEETING
FILE: OAK-0115831
MONDAY, NOVEMBER 6, 2023

BEHMKE REPORTING AND VIDEO SERVICES, INC.
BY: AMANDA OSTROWSKI, CSR NO. 13922
550 CALIFORNIA STREET, SUITE 820
SAN FRANCISCO, CALIFORNIA 94104
(415) 597-5600



(Begin transcription 00:00 - 56:56.)

**MARIO JUAREZ:** -- qualifies to be provided with a bridge loan, and that attracted her a great deal because she views herself as someone who can fundraise the money and obviously get the money. But then I went into the business of asking her whether or not she has the assets to borrow $30 million and to guaranty those assets to my partner in case there was a default on this matter.

Hey, Mike. Do you want to have a have a seat?

Can you give this to Mike?

Michael, we just got started. But basically --

**DAVID DUONG:** Why -- why -- why can't we refer her to the bank?

**MARIO JUAREZ:** Because it would take a long time. We can sell a loan to a bank later, but we can close this deal in -- in about a week or two.

**DAVID DUONG:** In a week? But then you have no -- (unintelligible) -- to deliver anyway. So, still, it will take --

**MARIO JUAREZ:** All I can do is just present you the deal points that she's asking, and whether or not you say no or yes, that --



**DAVID DUONG:** Okay. Let -- let's hear what it is.

**MARIO JUAREZ:** Yeah.

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** So, basically, Lao Community Center approached us with an opportunity to say, "Listen, we want" -- "We like your units. We want to buy your units. We want to buy 100 of your units." We will place these units in a month in about three -- three sites. Four sites, excuse me. One in Oakland, one in -- two in Sacramento, and another one in San Pablo.

And she will take care of the installation. She will take care of the programming. She feels that her fundraising efforts are moving forward, but it's taking longer than what -- what she will -- is required. So what she says is, "If you, Evolutionary Home," which we don't have the money, but our partner may have the money and the capacity to do it. "I'll be willing under a bridge loan scenario to buy 100 units from you, and then I will provide a guaranty to the partner of $40 million that I have unencumbered" -- unencumbered, so there's no loans. There's no -- you'll be number one -- of real estate that they have bought, mainly hotels that they own and they have converted and they are in the process of converting. But the value is there at $40 million.



And --

**DAVID DUONG:** One hotel or many?

**MARIO JUAREZ:** Many.

**DAVID DUONG:** Probably many.

**MARIO JUAREZ:** Yeah. Yeah. It's -- (unintelligible) -- Motel 6, Vagabond in Sacramento. They have like three hotels in Sacramento already.

**DAVID DUONG:** Are they owned free and clear or --

**MARIO JUAREZ:** Yeah, they're owned free and clear by them. And I asked for this. And so this is very important.

They're owned by Lao, but in addition to that, I said, "I will need more than just the" -- "the Lao to come forward. I will need you to personally guaranty me the loan." And she says, "I will personally guaranty the loan today," but that means in case Lao goes bankrupt, something happens, you can go after her and her personal assets and her husband's assets and all those things.

So, basically, for $30 million, they will give you $40 million in assets. They will give you a personal guaranty. It will be initiated with a purchase agreement, which is what you do when you normally do a real estate. It will be drafted by our attorneys. We don't have one yet. We said that we wanted to do that.

Remember? And we can close in one or two weeks.

There will be a promissory note by Lao Community Center, and there will be a personal guaranty by Cathy Chow, contingent on your review of her financial statements. If the financial statements that she provides to you are not sufficient, they're not valid, you can -- you could walk away from the deal. The loan term will be no more than 12 months. She expects to pay you back in 6 months, but he she thinks that -- she just gives her -- herself the leeway.

She will pay you 1 percent. It's only just a -- a gesture of paying interest rate, and if she doesn't pay you on time, then there is what is called a "delinquent rate." You can make it higher than the 5 percent, but that is what she's offering right now.

The funds will be used to partially pay for the production of 100 units, which cost us right now -- we now know this price because we built the units on $98,000 or $9.8 million and, also, to basically man -- to construct and facilitate and manufacture the facility so we can get to the 12 units per week. This is the first opportunity that we have to do that, and that investment is $16 million.

Now, there's a budget in here. There's documents, and it's provided into pieces. For example --



I'll give you an example. There is a segment in there that says you can buy $4 million of trucks. You don't have to buy the trucks. That's $4 million out of the $16 million. You as the CEO, we've made it into the documents so you get to decide what you want to buy out of the manufacturing facility. You don't have to buy everything, but we make it so you can make a better decision. But if you were to buy everything that is in here, it will be $16 million. It's not that you have to buy it, but -- so it's just an example.

In addition to that, to operate at full capacity, we are now projecting the company will need $3 million for the next 12 months. And, obviously, that is the cost to have all of everybody operating and working. And so if we -- like, right now, we are spending -- for the last 3 months, we spent about $63,000 a month to sit idle, to doing nothing. So that's basically what we're spending, which is $764,000 a month. This month is the last month of the fact that we have cash on the bank to run the company. So we have done that for three months, and so we're just giving you the breakdown.

So, again, the cost to construct the unit is $9.8 million. The cost to do the factory line is $60.6 million. The soft costs to operate the facility is $3 million, and we have commissions. Out of those $9



million in commission, $3 million go to dig, $3 million goes to Andy, and $3 million goes to Mario.

So the total three -- three line items out of the 100 units is $38 million. This is the proposal that is in front of us at this point, and that's why we wanted --

**DAVID DUONG:** So -- so she -- she have nothing down?

**MARIO JUAREZ:** No. She will put -- she will put 3 percent down, which is about a million dollars, which is what we are normally been asking folks.

**DAVID DUONG:** And where is she going to get her money?

**MARIO JUAREZ:** So she's applying --

**DAVID DUONG:** (Unintelligible).

**MARIO JUAREZ:** No. No. I'll tell you. What she has explained to us, Andy and me, is that she has gotten moneys, and she's expecting money from Nancy Schiller's fund, and she's expecting money from the Federal Government. But regardless of where she's getting the money, she is a -- a real good fundraiser.

Her track record of fundraising for real estate specifically is very strong because all of the properties that she has boughten [sic] is not that she has used her money. She's the number one provider of the county



recipient of transition of homeless to work to long-term housing.

So she also has that, and the financials she has can prove to you that she has the capacity to raise the money and to get the money from the county. So you will be doing business with someone that is really strong and at the same time to have a partnership with us to move forward. Okay?

So that's basically the proposal. The -- the goodness proposal and something we can close in an amount -- that is fairly quickly. It is a lot of money, and I don't expect that my partner will have all those monies sitting around because you probably have to invest it in things yourself. But it is a good opportunity to move us out and to get it moving and really operating.

And so if this is an opportunity that you have, David, we can be up and running in a couple of weeks, and the company can be doing much better. And -- and, frankly speaking, you know, I think that we are not in a good position right now. We won't stop with our older 509 committed -- committed -- this is not a pipeline dream. This is a real pipeline that we're working on with the City of Oakland. I spoke to the mayor today. We're moving forward.

I also want to talk to you about that briefly because I got a call from AJ, and I went to meet with AJ. And I want to talk to you about that as well. But before I do that, I wanted to provide you this. I wanted to provide you with the full presentation, which you already have. You already have this, which is basically the presentation of everything. You already have the plans of the company.

**DAVID DUONG:** It says, "Revised plans." It is a new --

**MARIO JUAREZ:** It -- it has a new revision, actually.

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** And, also, I -- I revised the new factory plan. So it gives you the production lines, which you didn't have this before. And so I wanted for you to have the revised plans because this is important as well. Also, what I did, David, is that I provided you the budget of the units cost. So, for example, by item and then you can refer to like item 1.1.

And it gives you the actual process and the protocol and what it takes, how long it takes, and how much it costs by vendor, and how much it takes for someone to do that process. Everything that is in yellow is dollars. Everything else is pesos. Do you see here?



**MARIO JUAREZ:** And so you'll see different amounts. But I said to them -- I said, "Do it in yellow, what is pesos and what is dollars." So I provided you -- this is the production of the units. This is the initial capital for the factory, so the machinery. But it gives you the opportunity to see, "Okay. Where do they want to spend $16 million?" So you come here and you see, "Oh, they want to buy $4 million of trailers and lowbeds and things like that"; right?

**DAVID DUONG:** Uh-huh. Okay.

**MARIO JUAREZ:** And so you get to see it, you get to review it, and then you can say, "I don't want to buy that. I don't want to buy that. I don't want to buy that." But as a CEO, I think that you need to make the decisions. This is not a decision for us to make.

The other is the operating budget, which is basically very basic operating expenses -- payroll, you know, suppliers, and things like that. But, basically, this is -- this is a smaller amount. This is about $3 million, but it gives you the actual -- the actual number of people.

And this is if we were to be ready to go. This is how much we are spending right now if we do nothing. We have been spending that for 2 months already out of ///



the 12 months.

We also created for you a manufacture and process manual, which is basically how we manufacture our unit. We continue to work on this, but we need a lawyer to finish this up. So it gives you everything. Now, there's another manual, that -- that Cecilia and Julie --

**UNIDENTIFIED FEMALE:** Uh-huh.

**MARIO JUAREZ:** -- are doing, which is the one with the warranty and the processes and everything else. You know? We're just basically showing you that we are providing all the levels of production. And so the company and the engineers and the architectural team have been working extremely well.

Out of Mexico, I had to fire about 10 people. There's -- so we still have people there. Our payroll is currently about $5,000 a week, and it used to be around $8,000.

**DAVID DUONG:** What they doing?

**MARIO JUAREZ:** Nothing because we're idle. But we cannot lose them. The they're talented, and I continue to cut them down. Now, in Mexico, you cannot fire without cause so I'm finding reasons to fire them if they are late. If they are late three times, I issue them a fire warning, and then I fire them. And then like -- and then all I pay them is for their earned



vacation, earned PTO, and -- so that's it.

If I fire them for cause, I have to give them three months' salary. So -- but I'm doing that every little by little, so I'm getting rid of a lot of people. But at the same time, I don't want to do that because we're missing good people, too. You know? And so -- but at the same time, we have to. It's not -- there's no choice; right? You know, there's no choice of surviving or not surviving, so I have been doing that, also.

But I wanted to provide you all of this. I wanted to provide you this. I also wanted to talk to you briefly about um AJ and the fact that he came to me. Do you want to hear that or --

**DAVID DUONG:** Uh-huh.

**MARIO JUAREZ:** So AJ called me. Uh -- Andre Jones called me and said, "Hey, buddy. How are you doing? I haven't talked to you in a while. You know, Ignacio wants to run for office. And I just want to destroy the guy, and the mayor doesn't want him." And I said, "Well, I never heard that. So, man, are you serious about that, or are you just kidding?" "No, man. He's really" -- "he want really wants to run for mayor" -- "I mean, he wants to run for city council No. 5." I said, "Well, that's terrible. Ignacio running for city council No. 5? I thought the guy was gone."

I says, "Yeah. He's on a trip." I says, "Well, that's" -- "that's bad. That's really bad," I said. He says -- and he said, "Why don't you come and have dinner with me? I want to talk to you." (laughs) AJ wants to talk to me and have dinner with me; right? So I didn't wait, and I said, "How about tomorrow?" He says, "Yeah. Yeah. Tomorrow's good. What time?" "6:00 p.m." "Okay. Call me. Where?" "I want to take you to a nice place," I said to him; right?

He said -- so he picks Guadalajara Restaurant, which is a piece of shit restaurant. But then we show up, and – uh -- he's already drinking. And so I drink with him because I say, "Okay. Well, I'm going to relax with him." But he starts telling me everything. At the end of the day, he doesn't talk about Ignacio. He doesn't talk about Noelle. He talk -- we talk about the contract.

I said, "Listen. I don't understand what this is about, and you're not doing the deal that you promised to do the deal. You promised that you were going to get this done. We have a contract and everything else." "Well, I don't remember what the contract says." He said that to me. He -- and so I find that to be very --

**DAVID DUONG:** Is he drunk?

**MARIO JUAREZ:** What's that?



**DAVID DUONG:** Is he drunk or what?

**MARIO JUAREZ:** He only had a drink.

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** And so -- but I'm listening, and I don't want to piss him off because he will come and bitch to you that I was mean to him and cry to him or whatever. And so I said -- he said, "Mario, I need money." I said, "But, you know, you have a contract with us. What do you want me to do? David is out of town. He won't be back until next Tuesday, and I won't have a board meeting until next week."

He says, "Yeah. But I need money." And he said -- I said, "Andre, last time we talked, we said that you were going to" -- "you were not going to get any more money from us until you delivered the deal."

**DAVID DUONG:** Uh-huh.

**MARIO JUAREZ:** "And you have not delivered the deal. Now, more than ever, I said, we did all the work with the city council. We did the drafting of the legislation. We did the emergency orders. We allocated the $85 million fund. The cit--the man--the city manager neither did uh -- the mayor get involved." And I said, "And I continued to tell you this. Now, you want me to tell you the truth, or you to want me to give you the bullshit?"

He said, "No. Tell me the truth. You always



tell me the truth." "You continue to wear your friends. You continue to be best friends with the black community and then for us, that we defended you, that we fought for you, that we did things for you. You -- you tell us to go fuck ourselves. That's not nice, bro. You know, that's not what you do."

I says, "I am not trying to offend you. Honestly, you know, I'm not trying to offend you. I am just trying to tell you, this is what is happening on the street. You know? This is what they're saying about the street." And then he said, "Well, you know, she's a new mayor, and she's getting her feet wet --" I said, "Yeah. But I told you not to hire someone from outside, this guy from (inaudible) that doesn't know me from David Duong or Duo -- David Duong from Macano (phonetic). Does he know anyone at the city council? He doesn't probably know their names."

He says, "Now, he's learning and now on the way out." I said, "I don't think he's on the way out." He said -- he said, "No. He's not on the way out. The guy's there. He's going to stay there." I said, "Well, I don't know if he's staying there or not staying there. I heard he was leaving, but I may be wrong."

I said, "But what I know is this. I know that we should have the city administrator assigned to us, Larry Gallegos, to do this project, and we have not had



him." And I said, "And that's bad, and that's not good. And I don't think that if I go to David he's going to be happy. And you may call David directly," I said, "but I promise you that he probably will tell you the same thing that I'm telling you right now, perhaps in a different language."

I said, "Because I am trying to be nice more than anything. I'm trying to be more polite than before because, perhaps, I was an asshole before, but I'm going to tell you something. David is not going to be happy to hear that you were asking for more money."

**DAVID DUONG:** Uh-huh.

**MARIO JUAREZ:** "Especially when nothing has come about it, and you were supposed to come up. Now, I'm going to say this. You owe us $85,000, and that's a lot of money. In any -- any world, that will be a lot of money. And that's my money, too." And, I said, "And" -- "and I think that, um, my partner will" --

**DAVID DUONG:** That's $2 billion Vietnamese, yeah. (inaudible)

**MARIO JUAREZ:** It's $85 million, David. And so the guy then said, "Well, bro, let me know, and you know I love you," and -- and this and that. And then he left. And he said, "Well, you call me back on Tuesday." I says, "Well, I'll try to call you back on Tuesday to see

Page 17

what they say on the board of directors, which I'll be there, and then I'll" -- "I'll go ahead and let you know."
So that happened, David, and I --
**DAVID DUONG:** I -- I can't believe it. They've not done anything – (inaudible)
**MARIO JUAREZ:** Nothing, David.
**DAVID DUONG:** And then they're asking for more money?
**MARIO JUAREZ:** It's an insult. Andy thinks that it is insulting. Andy came to me and said, "Mario, that's insulting. As soon as David hears that, David is going to be insulted." And I said, "Well, you know David better than I" --
**DAVID DUONG:** That may be why he didn't call me directly.
**MARIO JUAREZ:** I wanted for him to --
**DAVID DUONG:** (Unintelligible).
**MARIO JUAREZ:** But I told him to call you directly. That one -- this time, I did because before it was like, "You deal with Mario" -- "with him"; right? But this time I said, "You call David because it's important." So --
**DAVID DUONG:** Tell him to go to Mexico to collect.

Page 18

**MARIO JUAREZ:** If he goes to Mexico, I'm going to kill him. I -- he won't come back alive. (laughs) So --
**DAVID DUONG:** But I don't know. Uh -- what he ask for?
**MARIO JUAREZ:** 20,000.
**DAVID DUONG:** Yeah. I -- I don't think that, you know, Sheng is supporting it.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** Because Sheng was here with me, you know, for about an hour. And we sit down, and we talk about (inaudible). But she never ever mention it. And as a matter of fact, she think about taking my boat out with her kids, not -- you know?
**MARIO JUAREZ:** Not him.
**DAVID DUONG:** Yeah.
**MARIO JUAREZ:** Yeah.

You know, I didn't ask. I didn't get -- I said, you know, "I always" -- I -- I reminded him. I says, "I've always been loyal to you. I've always protected you. I've always tried to work with you in the most sane way, and I've always wanted to see you do well." I said, "Never did I ever want to not see you do well."
And so, um, you know, but this issue of the – the -- it's

Page 19

going to be a really bad issue among us. We're going to -- we're going to end up in a, in a -- not in a friendly situation because you're not doing anything. He says, "Well, I don't know what's going on." I said, "First of all, you understand that the city attorney" -- "the city" -- "city administrator has the power to" -- "to wait to spend this money." "Oh, I didn't know that." He didn't know that. He didn't know that they have the money. He didn't know that it was allocated. He didn't know any of this.
**DAVID DUONG:** Wow.
**MARIO JUAREZ:** I said, "So soon they'll give this money to someone else, and if they do give that money to someone else, I can promise you one thing. You will not be able to stop Andy. You may stop" -- "you may stop David, but Andy is going to take it personally. And Andy's going to come after everybody. And, you know what, I don't blame him. And if he does come after everybody, I'll come after everybody because he's my partner and I'm going to protect him and I'm going to go after that."
And so I said, you know, "Because he will take it different than David. David is more political. David is more reasonable, but Andy, he will not tolerate it." And I told him that, too. So, um, it is -- it is kind of

Page 20

interesting that they asked us for money at this point. But, at this point, I have to -- I have to tell you what they said and what the message is. And -- you know?
**DAVID DUONG:** I didn't hear anything.
**MARIO JUAREZ:** But (laughs) why -- he came to me, you know, with this.
**DAVID DUONG:** No. Why didn't you talk -- (unintelligible).
**MARIO JUAREZ:** This? (laughs)
**DAVID DUONG:** At the end.
**MARIO JUAREZ:** Oh, okay.
**DAVID DUONG:** Crazy. Okay. I'll look at this. We'll go over this, and then we'll get back to you to see. You know? Because then, yeah, we probably can do it, but there has to be something
**MARIO JUAREZ:** If – she has --
**DAVID DUONG:** for us to – (inaudible)
**MARIO JUAREZ:** -- the $40 million in assets. We can --
**DAVID DUONG:** Right.
**MARIO JUAREZ:** -- underwrite that really quickly because we know -- we know how to underwrite property right away. You know what I mean? We can underwrite property right away. This is not a big -- big hard thing to do. And her financial statements are not hard to underwrite. You know what I mean?
And you will get to review all of that, and then

Page 21

it will be one or two weeks. But at the same time, do you -- do you have the $30 million because it will cost $36 million to do this.
**DAVID DUONG:** Do I have $30 million?
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** I think I have to find a place of where I can dig it down and get gold. But I get -- I get bank that I can talk to and they --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** You know, they can fund really fast.
**MARIO JUAREZ:** Well, that's --
**DAVID DUONG:** (Unintelligible) -- because they're funding us. They're not funding her.
**MARIO JUAREZ:** That's right. That's the difference.
**DAVID DUONG:** Because the money, it's going to us.
**MARIO JUAREZ:** That is the difference.
**DAVID DUONG:** So --
**MARIO JUAREZ:** That is the difference. But then we have to charge the interest that they charge you. It cannot be the 1 percent.
**DAVID DUONG:** Yeah, I realize that.
**MARIO JUAREZ:** Whatever the interest is, we have

Page 22

to charge her the interest to her.
**DAVID DUONG:** Right.
**MARIO JUAREZ:** And we get -- but we have -- we have to make it clear it's just a one-year loan.
**DAVID DUONG:** Why she need this? How she do it? You know?
**MARIO JUAREZ:** Yeah. So, basically, she makes some money. So for -- I'll give you an example. So every -- every unit -- every unit that she rents, she rents to the counties. And so, for example, she rents to special-needs children. So she makes $3,950.
**UNIDENTIFIED FEMALE:** Per unit.
**MARIO JUAREZ:** Per -- per unit. So at 100 units --
**DAVID DUONG:** Per month?
**MARIO JUAREZ:** Per month.
-- 395,000.
**DAVID DUONG:** Oh.
**MARIO JUAREZ:** $4.7 million.
**DAVID DUONG:** I see. Okay.
**MARIO JUAREZ:** So she makes $4.7 million times -- and the contract is 10 years.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** She makes $47 million. She pays us 10 million, 30 million, and she owns them.

Page 23

**DAVID DUONG:** Huh.
**MARIO JUAREZ:** So she owns a long-term asset.
**DAVID DUONG:** So -- so 10 -- for 10 years, she makes 1.7.
**MARIO JUAREZ:** 17 mill --
**DAVID DUONG:** Yeah.
**MARIO JUAREZ:** She makes $17 million.
**DAVID DUONG:** Right, 1.7 million a year.
**MARIO JUAREZ:** That's right. This is a good business for her. And, by the way, the 3,950 goes up ev -- little by little every year.
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** It doesn't come down. She has these contracts tied up. So for her, it's $17 million, and the fast -- and if she is the first one to market with the units, no other -- no other non-for-profit can compete with her. No other non-for-profit has units. No other non-for-profits will have them.
So she's not a stupid person. That's why she's personally guaranteeing you the loan. You know, she's setting herself up for the next ten years. And in fact -- because she said to me. I said, "I bought factory row for half price." But then you have to buy the refrigerator for $10,000. You have to buy this for that, and it's a hidden price. And it's not true. At

Page 24

the end of the day, you end up paying a lot more.
And people don't like that. They don't like nickel-and-diming. Rather, our -- our straightforward approach is, "You give us 3 percent down, and then you pay us when we deliver you the house."
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** You know what I mean? So that's -- that's -- they like that approach, David. This is a selling point for the -- for the people because a lot of the companies that are modular, they go out of business. So if they give you 10 percent, 50 percent, 50 percent, they go out of business with your money. If we ask for 3 percent, like a real estate deal, easy. And then you pay us when we deliver it, which is 12 weeks; right?
Then for them, they feel at ease. They feel easy. They feel there's no issue. They don't lose a lot of money. And then we get paid 100 percent of our deal. You know? And our deal is that we -- once we have factory running fast, then we can do faster, faster, and faster and faster and faster. And that $98,000, we're no longer buying 6 refrigerators, we're buying 100 refrigerators. When we buy 100 refrigerators, the price goes down, too.
**DAVID DUONG:** That's -- that's why we have to

Page 25

look at the --
**MARIO JUAREZ:** It's cost per unit.
**DAVID DUONG:** -- cost per unit.
**MARIO JUAREZ:** Well, you have it in there.
**DAVID DUONG:** Yeah. Yeah. That's why I said I have to look at it. Because when you come to us originally --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- it was much, much lower.
**MARIO JUAREZ:** Yeah, it was much lower, but --
**DAVID DUONG:** Then -- and then so we have to look at it to see. You know?
**MARIO JUAREZ:** No. But look at it, and I --
**DAVID DUONG:** (Unintelligible).
**MARIO JUAREZ:** And -- (unintelligible).
**DAVID DUONG:** That's why I can't discuss now until I look at it.
**MARIO JUAREZ:** Of course. Of course. But everything's here.
**DAVID DUONG:** Yeah.
**MARIO JUAREZ:** And the architects have done a good job because we did hire a good team of architects, and we have a good team of -- of -- of -- of engineers.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** And so everything that we were

Page 26

supposed to do. But we have high margins, too, and the high margins gave us the opportunity to do this. And not -- she's not bar -- bargaining on the price, and no one is. You know? You saw a guy from -- from the -- from -- from Gavin Newsom. "Oh, this guy is 150,000 off." But it's 80 square feet. We're 320 square feet.
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** So if we were to be 160 square feet, that would be 300,000, but we're more than that. We're 320. And our units are ADA, they're fire sprinkler. They have a bathroom. They have a bed. They have -- come fully furnished. So our product is a superior, which I told him. And I said, "Once you see our product, no one else can say that we are cheap or that we are lower than any, a standard than anyone else." Our moveable, our steel, our everything else that we have. But it's there. Everything and our secrets are here. You know?
**DAVID DUONG:** So where are we at now with the City of Oakland? You know that? What -- what's happening?
**MARIO JUAREZ:** So the City of Oakland, what's his name, has not assigned us. And that's a problem because I don't understand why the mayor cannot just simply say, "Larry, you do this."

Page 27

**DAVID DUONG:** So the guy didn't sign it? Because what's happening is she sit with me. She's texting, you know, with my name, and he call me right back. And he talked, and uh I said that it's better for us to sit face-to-face, you know, because uh I want to explain to you what we're doing here. We have been doing business with Oakland since '83. You know?
And we're a new business, you know, that we want to help the city, to help the homeless. So I would rather sit down face-to-face with you, instead of, you know, on the phone. I can't explain everything. Matter of fact, if I can invite you down, you know, to our facility to look at that. He said, "Yeah. Yeah. Yeah. What's your e-mail?" and all. So, uh, that's last, uh, Thursday. So that's it. I probably, you know, have to e-mail him again and say -- "Hey, you know, do you have time to come down, and, uh, we can talk?"
**MARIO JUAREZ:** So we -- you know, we're getting ready tomorrow to -- to -- with -- the grass is half put. They're going to finish the grass tomorrow. I -- I bought more stuff to make it really pretty. They're going to paint the wall because I didn't like the -- the -- the color.
///
///

Page 28

**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** I'm going to paint the walls. I'm going to put gold color on -- on -- on plates, so it looks like fancy.
**DAVID DUONG:** You're going to have the TVs already?
**MARIO JUAREZ:** Three TVs now.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** And that's coming. We already have the quotes for that. We have the quotes for an alarm company. We have a lot of stuff we're dealing with. We've frozen the glass as well, so no one can see inside.
**DAVID DUONG:** You did or you didn't?
**MARIO JUAREZ:** No. We -- we ordered it.
**DAVID DUONG:** We ordered?
**UNIDENTIFIED FEMALE:** Uh-huh.
**MARIO JUAREZ:** Yeah. So -- so we -- you know, we ordered that from Amazon. We ordered chairs so we can sit down -- chairs like this, which is a little bit more expensive, but they're durable. You know what I mean? So we can work because I was working on the floor doing those reports. So we have to have chairs, and so we bought eight chairs. We -- there's a lot of stuff that we're -- we're doing that we're going to do right.

And it's going to look beautiful. It's going to look like a -- something that you would be proud of. So when they show up, they know that -- that it's money in there; right? And so that is important as well, you know, because what we do reflects on you.

You said it to me like what you're saying that I'm the boss, and I am here. And so that's true. We have to reflect only good things. We cannot reflect bad things.

**DAVID DUONG:** So everything would be set up by this Friday?

**MARIO JUAREZ:** Yeah, this Friday. That's the goal.

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** We got -- we got almost everything.

**UNIDENTIFIED FEMALE:** Well, they haven't ordered the items that got stolen, so it depends how soon --

**MARIO JUAREZ:** Well, they put it -- they put it on -- on the approval list because I went to -- to see KD, Kristina, and so she said, "Wait until David and I approve it," because I ordered more stuff. And I said, "Okay. Well, approve it whenever you can, but I have to get it right by Thursday so they can install it by Friday." You know?



And so we will do whatever we can, and we will do -- we will put it together -- together as much as we can. But I -- I still think if we get the stuff by Thursday, we will --

**DAVID DUONG:** You ordered more stuff? I mean, you go above, you know, the budget.

**MARIO JUAREZ:** I did. Let me tell you what I ordered. So I ordered -- I ordered window covers. I ordered the -- the film. I ordered -- I ordered some other stuff. I ordered chairs, and that was important. So those are the things that --

**DAVID DUONG:** Well, that's maybe why it's slow because you know --

**MARIO JUAREZ:** It may be.

**DAVID DUONG:** -- you say when and where it's approved.

**MARIO JUAREZ:** Yeah.

**DAVID DUONG:** But, otherwise, you can ask, you know, before you do that. If you order, then that's why it's there.

**MARIO JUAREZ:** It may be -- it may be so, but these are reasonable stuff. You'll see it. It's not something that's going to be out of -- out of the ballpark. It's actually --

**DAVID DUONG:** You should run it through Michael,



too.

**MARIO JUAREZ:** I did. I asked Michael for his advice.

**DAVID DUONG:** He's doing like all the chairs and everything. He's doing all the purchasing. He knows where and what, you know, to order.

**MARIO JUAREZ:** Okay.

**DAVID DUONG:** If we allow everyone to go and do whatever they do, then we have no control. That's the problem.

**MARIO JUAREZ:** You're right. And so I tried to -- to get advice from Michael as much as I can, and I know he's also busy with his stuff. But I know that every time that we have an emergency on issues, he has always been there. So I'll -- I'm going to --

**DAVID DUONG:** That's what people keep saying that. "David, I didn't go to you because I know you're busy and all that." You know what --

**MARIO JUAREZ:** But you are busy, David.

**DAVID DUONG:** Yeah. But if you go too big, then okay. Right? Or if you try to reach me and you can tell, "Man, I'm sorry that, you know, I'm busy. I can't respond to it." It's different than, "I assume that you're busy, so I do whatever I want to do."

**MARIO JUAREZ:** Uh-huh.



**DAVID DUONG:** That -- that's a -- that's not a good excuse.

**MARIO JUAREZ:** Yeah. It's not an excuse. We don't -- we don't make excuses.

**DAVID DUONG:** Well, you say that, "Well, I know that Michael's busy." No. Now, ask. Have you run it through him?

**MARIO JUAREZ:** No. No.

**DAVID DUONG:** No.

**MARIO JUAREZ:** But let me put it this way. I think that there are reasonable things to do. Like I can buy things that are reasonable for the business, and they're not intended to -- to -- to break the business. It's intended to make sure that the business continues and works well. You know?

But -- but me relying on Michael is something that I get along -- I get along with Michael extremely well, and I think that we'll do that -- we'll do that, too. You know? But we're trying to make sure that we move forward and that we sell the units that we have to sell.

San Leandro's coming online at the end of this month, and we'll get the 64 units done, too. But it's like government; right? And then with this guy in Oakland, it's just a pain in the ass, and at this point,

Page 33

we need Uncle David to -- to finish the deal with this Jestin guy to assign this guy to help us. At the same time, David, I need money. I need to focus this work.
**DAVID DUONG:** See, that -- that's the thing that -- like I said, right now, it's just an expense account only.
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** So we need to get a -- you guys need to show us what --
**MARIO JUAREZ:** By the way -- but I did. All --
**DAVID DUONG:** When -- when do we sell or how do we sell and all that?
**MARIO JUAREZ:** David --
**DAVID DUONG:** It cannot be -- and then you're like, "It's an expense account." That's why you can't just say that, "Well, I" -- "I buy this. I buy that." No.
**MARIO JUAREZ:** No. No. You're right.
**DAVID DUONG:** So --
**MARIO JUAREZ:** And what I did, David, per your request, per Kristina's request, I -- I separated it. I separated it. And, by the way, Andy did, too. And so we separated the expense amounts, and we don't want to -- we don't want to argue on that.
But it's important that you give us attention on

Page 34

that because if we don't have that ability, it -- it's really tough on us. You -- we don't want -- you know, you keep other people happy. Like Andre, for example.
And we -- we're having issues, you know, Andy and I. We have to support our families, and we put money out of our pockets, too. And we're not trying to beg or -- or give you a sad reason; right? But be reasonable with us because you're a reasonable man. You know? All we're asking is that you review the stuff that we have given because we separated it. We separated the stuff.
**DAVID DUONG:** Kristina, you know, review it.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** So, you know, she has to review it and come back because, you know, she's handled --
**MARIO JUAREZ:** But, for example, she was --
**DAVID DUONG:** -- a lot of money, so she has --
**MARIO JUAREZ:** -- she wasn't --
**DAVID DUONG:** Yeah. (Unintelligible).
**MARIO JUAREZ:** But she wasn't here on Thursday, and she wasn't here on Friday. And we submitted this back in the last month, David. It's a -- it's a long time.
**DAVID DUONG:** You know why she's not --
**MARIO JUAREZ:** Because she's busy, and because she's taking care of --

Page 35

**DAVID DUONG:** No.
**MARIO JUAREZ:** No. And she's taking care of Mom.
**DAVID DUONG:** Yeah. She --
**MARIO JUAREZ:** And that's a big deal.
**DAVID DUONG:** She's -- she's in critical -- you know, too. So --
**MARIO JUAREZ:** And I know.
**DAVID DUONG:** That's -- so --
**MARIO JUAREZ:** And that's more important than money, and that's more important than anything. You know? And -- and we want to be supportive as well in everything. In everything you guys do, we want to be supportive. We are always respectful. I have been taught to be respectful by Andy but more importantly by you, and I have never disrespected you.
You have always been my good partner, and you have always been someone that I look forward to getting a conversation. The fact that you're spending the middle of the night with me today means a lot to me because I know you don't have a lot of time.
**DAVID DUONG:** Well --
**MARIO JUAREZ:** But -- you know?
**DAVID DUONG:** (Unintelligible).
**MARIO JUAREZ:** It --

Page 36

**DAVID DUONG:** We'll look, and when -- and we'll talk more. Don't complain.
**MARIO JUAREZ:** No. No. I'm not complaining.
**DAVID DUONG:** Because the thing is we give you hundreds of thousands of dollars.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** Right? But before you go and you do whatever, you should come back and say that, "Look. This is my plan. This is how we're doing it. That is what we're calling it." No. You just took the money --
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** -- and spent it yourself. And, now, you're coming back and saying, "We're short."
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** We have no control of how you're short. Because you get the money. You have to know how to control the money. You cannot just, you know, think that, "Okay. This is government funding." If this is a nonprofit and it's a government funding --
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** -- you have to use all of the money, so next time you can get more. But this is not. This is for-profit.
**MARIO JUAREZ:** Yeah. Yeah.
**DAVID DUONG:** Right?

**MARIO JUAREZ:** And we're -- we're --
**DAVID DUONG:** So -- but you don't come back until now. You're slipping us a piece of paper showing us, you know, you spent all those money.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** So that's why she have to look at it. You have to come to us in advance and say, "This is what I've got. You've got to give us $700,000, $800,000," whatever. Okay. "This is what -- the list. This is what I'm going to do."
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** "This is our expense."
**MARIO JUAREZ:** Well --
**DAVID DUONG:** If we know that in advance --
**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** -- it's easier. Now, we have to do backtrack. That's the problem.
**MARIO JUAREZ:** Uh-huh. And -- and --
**DAVID DUONG:** So work with us. It's not like --
**MARIO JUAREZ:** No. And I want to work with you, and I'm going to learn those things. But --
**DAVID DUONG:** It's not like what you do is just wrong; right?
**MARIO JUAREZ:** You're right.
**DAVID DUONG:** But then because we do it -- you



know?
**MARIO JUAREZ:** Because there's a way of doing it, too.
**DAVID DUONG:** Yeah. We have to get a look at it until we find out it's wrong, and we tell you, "You did it wrong."
**MARIO JUAREZ:** You're right.
**DAVID DUONG:** That's why now we can't say anything.
**MARIO JUAREZ:** There -- because at the end of the day, I'm not here to steal money, and that's the truth. And you will -- you will -- you will review --
**DAVID DUONG:** You're not stealing, but you're spending.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** And we want to -- you know, we have to know what you're spending.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** If you come back to us and get money from us --
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** -- then we need to know, right, in advance.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** If not, then now that's a mistake,



too, because we should have told you that, "Look. We're funding you, but whatever you do, you come to us first before you spend that."
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** But you already spend it, so we just have to, you know, work with that.
**MARIO JUAREZ:** Well, let's do -- let's do what --
**DAVID DUONG:** Because the money's there, but we're in the business to make money.
**MARIO JUAREZ:** No. No. That --
**DAVID DUONG:** And -- and the money that we make is not like it's out there, we just grab it. You know that. So --
**MARIO JUAREZ:** No, it's not. And we have a saying in Spanish. "It doesn't grow on trees."
**DAVID DUONG:** Right.
**MARIO JUAREZ:** Right? And I am sure that it translates well in -- into -- into Vietnamese as well.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** Right? Money doesn't grow on trees, and -- and the money that you give is given in trust. It's given in trust to make sure that we make it grow even more; right? And so we -- we want to make the money grow even more, and we're -- we're going to do



that. But, you know, at the same time, give us the opportunity to make sure that we get the reimbursement done because it will help.
**DAVID DUONG:** We -- we need to get the first sales going before --
**MARIO JUAREZ:** But we won't be able --
**DAVID DUONG:** Otherwise, we keep talking.
**MARIO JUAREZ:** I know. But we won't -- we won't survive that, David.
**DAVID DUONG:** What?
**MARIO JUAREZ:** We won't survive it without the reimbursement for the first sale.
**DAVID DUONG:** No. No. No. We're not saying about the reimbursement.
**MARIO JUAREZ:** Oh, okay. Okay.
**DAVID DUONG:** We're saying that any expense, any more expense needs --
**MARIO JUAREZ:** No. No. No. We don't -- we don't think that we should -- so let me be clear. So when Andy and I came, we said -- we brought the two units; right? We said, "We need to focus on sales."
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** "To go over to David and ask for money to do the" -- "the factory and to do the employees, we have to sell. One, two, three, six, ten, twelve, it

Page 41

don't matter. We have to sell." Okay? We -- we know this. And so our focus is selling.

But at the same time, you know, we outlay money that we needed to get back in order to make sure that we -- we feed our families. And that's just the bottom line. And we cannot lie to you; right?

**MARIO JUAREZ:** Andy is not a rich guy, as I am not either; right? We make money, and we invested our own money. There's money that I spent that was my money as well as it was your money as well; right? But it was money that we believed that we were going to get because we believe in their company. We believe in you. We believe in me -- you believe in us. And so --

**DAVID DUONG:** Okay. No. No. It's okay. Like I said, Kristina will be here, and then I will remind her to look at that.

**MARIO JUAREZ:** Yeah.

**DAVID DUONG:** And you know -- (unintelligible).

**MARIO JUAREZ:** All -- all we're saying is the reimbursements of expenditures --

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** -- for now. And then that would help us a great deal. So, that way, we can continue. Because, look, what -- what -- what good does it do if we

///

Page 42

not pay our credit cards, our mortgage, our cars -- you know what I mean -- our food, our kids, our college tuitions for the kids. That doesn't do any good.

**DAVID DUONG:** Uh-huh.

**MARIO JUAREZ:** Right? It really doesn't.

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** It is just that. It's not more than that.

**DAVID DUONG:** She just have to review and justify --

**MARIO JUAREZ:** Yeah. But only --

**DAVID DUONG:** -- the company expenses.

**MARIO JUAREZ:** Exactly.

**DAVID DUONG:** That's all.

**MARIO JUAREZ:** And that's it, and that's all we are asking.

**DAVID DUONG:** Okay.

**MARIO JUAREZ:** And so -- and you are reasonable that way, and you have never --

**DAVID DUONG:** And I would have said, "I will have her look at it." So you don't have to talk more. Oh --

**MARIO JUAREZ:** This is mine. That is yours.

**DAVID DUONG:** Oh, this is -- okay.

**MARIO JUAREZ:** And that's -- that's mine. And

Page 43

-- and anything else that we need to create a protocol, I think it helps. Number one, I think that we should have -- because Kristina's busy, and I would like to have Michael review all our stuff.

**DAVID DUONG:** Uh-huh.

**MARIO JUAREZ:** And I don't know if that's possible, but he's busy, too.

**MIKE:** No. I could help with the -- with --

**MARIO JUAREZ:** With the approvals.

Mike: -- the purchases and expenses.

**MARIO JUAREZ:** Yeah. But, you know, I think that -- becauseKristina, honestly, she's busy, and it's really tough to get that.

**DAVID DUONG:** But I -- I don't blame her because she looks after the fact.

**MARIO JUAREZ:** Well, no. She looks everything.

**DAVID DUONG:** She reviews after the fact. That's -- that's not easy.

**MARIO JUAREZ:** Yeah.

**DAVID DUONG:** You know what? Because, yeah, you're saying that, and then okay. If she just says, "Okay. That's what" -- "all the expense is good." But is this right? Is this not?

**MARIO JUAREZ:** Uh-huh.

**DAVID DUONG:** And she might have to verify with

Page 44

you what is this, you know, for an order.

**MARIO JUAREZ:** But I'll give -- I'll give you an example. I'll give --

**DAVID DUONG:** Does she sit down with you and itemize?

**MARIO JUAREZ:** You're right. You're right, but -- no, she didn't.

**DAVID DUONG:** Okay. So that's the problem right there.

**MARIO JUAREZ:** Well, no. But -- but for example -- I'll give you an example. I gave this to Michael today.

**MARIO JUAREZ:** I promise you -- I promise you that he will match every invoice that I have to that line item. Is it production? Is it design? Is it factory? And they're in there. And I promise you that it will be matched because he has the acumen to do that, and frankly, we can move it forward that way. And so that gives me a sense, "Man, I feel" -- you know, it takes it -- it takes away the pressure for me, you know, because I don't have to do everything. It's -- it's really tough running everything.

**DAVID DUONG:** No. You know, you're right. It's just like example.

///

**MARIO JUAREZ:** Uh-huh.
**DAVID DUONG:** We approved, you know, the budget down there, and now, you go and push it, you know, more and over budget. And you don't ask in advance. That's the problem.
**MARIO JUAREZ:** Yeah. Yeah.
**DAVID DUONG:** We don't have a pot of money for anyone just coming in and then just spending.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** We work our ass for that pot of money.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** So don't think that you're coming in and just spending it you know --
**MARIO JUAREZ:** No. No.
**DAVID DUONG:** -- without us knowing all, let us know later.
**MARIO JUAREZ:** So -- so -- so --
**DAVID DUONG:** That's not how we work. Okay?
**MARIO JUAREZ:** So agree with me that Michael can help us with this. Agree with that, that will be the deal and then --
**DAVID DUONG:** And, now, I have to talk to Elihu (phonetic) and find out like why --
**MARIO JUAREZ:** But, by the way, I have a beef --



**DAVID DUONG:** You know, why -- (unintelligible).
**MARIO JUAREZ:** No. No. I have a --
**DAVID DUONG:** -- might have to spend all his money and -- yeah.
**MARIO JUAREZ:** Hold on. Hold on. Hold on. I told Andy this. I said, "I have a beef to pick with" -- "with" -- "with -- "with your dad." He said, "What is the beef?" "He said something in the board meeting that pisses the shit out of me." I said, "What did he say?" He says, "Now, I know why Elihu hates you."
What the fuck?
**DAVID DUONG:** Yeah. I have to check with him.
**MARIO JUAREZ:** Yeah. But why -- why did you say that? That shit is not -- (unintelligible). No. No. No. Don't assume. Because I don't talk shit about Andy here. He doesn't talk shit about me. You know what it is? We talk shit about Cathy, which is your Aunt Cathy who you hired.
**DAVID DUONG:** Huh.
**MARIO JUAREZ:** Aunt Cathy, who you hired to do shit for you.
**DAVID DUONG:** Yeah. She's -- it's okay with -- (unintelligible).
**MARIO JUAREZ:** That's right.
**DAVID DUONG:** But why she come up with you guys?



What -- what you guys done with her?
**MARIO JUAREZ:** Listen --
**DAVID DUONG:** She do a good job for us. I tell you that.
**MARIO JUAREZ:** Well, whatever job she did --
**DAVID DUONG:** Yeah.
**MARIO JUAREZ:** -- she did it for you.
**DAVID DUONG:** Right.
**MARIO JUAREZ:** Okay? And whatever job we didn't do together, we had an issue. But -- but Elihu was married toKathy, and I don't expect Elihu to be my friend because he was marriedKathy. But I don't talk bad about her. I never say anything bad aboutElihu, and you know that true -- to be true. Okay? And, honestly, I don't think Elihu would talk bad about me because he would have said so.
**DAVID DUONG:** No, he probably wouldn't talk bad about you. He just talk, you know, how you spending money. That's all.
**MARIO JUAREZ:** But, first of all, let me say this.
**DAVID DUONG:** That's not bad. That's just --
**MARIO JUAREZ:** No. No. No. But I want to tell you this. I went to the state --
**DAVID DUONG:** Uh-huh.



**MARIO JUAREZ:** To the State of California.
**DAVID DUONG:** Uh-huh.
**MARIO JUAREZ:** And I got a $5.4 million grant.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** Cecilia, you saw that; right?
**CECILIA:** Uh-huh.
**MARIO JUAREZ:** For the biodiesel company.
**CECILIA:** Yeah.
**MARIO JUAREZ:** I got --
**DAVID DUONG:** Oh, you was there with his project?
**CECILIA:** Oh, yeah, uh-huh.
**DAVID DUONG:** Oh, okay.
**MARIO JUAREZ:** Cecilia is like my CFO.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** Although she was my ex, she's also the mom of my kids.
**DAVID DUONG:** Oh, okay.
**MARIO JUAREZ:** She --
**CECILIA:** And we have been working together since 1999.
**DAVID DUONG:** Oh, okay.
**MARIO JUAREZ:** So -- and we -- she did cheat. She found a better looking man than me, so she left me.
**CECILIA:** Okay. No.

**DAVID DUONG:** That's it. Stop right there.
**MARIO JUAREZ:** But what happened is that I went to the state, and I got $5.4 million grant. And then I went to -- to the federal, and I got $2.6 million.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** Okay? And then I got into issues on my real estate license, and I'm not lying. I've got issues on my real estate license. So you know what was going to happen? They were going to investigate me during the time we were going to go public, and so what I said to them is, "I can no longer be in the company."
So don't tell me I spent the money. I left the company, and I gave away all my rights. You know how -- do you know how stupid the agreement was that they made me sign and I was really offended? They said, "If they sue us, you will pay everything." They -- a board never does that. "If they sue us, you will pay everything."
That's the agreement they made me sign. It was really bad, but I signed it. You know why I signed it? Because I didn't care anymore. I created that company. You think Cathy has the know-how of creating a company or getting 5.4 million or $2 million from the state? Or do you think Elihu has the acumen to do that?
**DAVID DUONG:** Did you actually get the money, or did you get approval?



**MARIO JUAREZ:** I did. No, they got it. They got the -- the 5.4 in the bank.
**DAVID DUONG:** Okay. And what happened?
**MARIO JUAREZ:** And the -- that was their -- I was gone before that. I didn't spend the money.
**DAVID DUONG:** I don't know. All these company say, "Fuck." You know, all my -- what's this money that was retirement, whatever is coming in?
**MARIO JUAREZ:** That was Cathy, though.
**DAVID DUONG:** 40,000. No. It's -- that was done to the project.
**MARIO JUAREZ:** Yeah. But Cathy is the --
**DAVID DUONG:** Because -- because you guys signing -- you or her or you guys, whatever, signing --
**MARIO JUAREZ:** No. No. No. I did -- I --
**DAVID DUONG:** -- it is very much. You're getting on the hook.
**MARIO JUAREZ:** By that time, I was gone. By that time, I was gone. Because when I was with -- (unintelligible) -- I had friends. First of all, Doug Balini (phonetic) was my campaign manager. They gave us 18 months of rent free. You get 18 months of rent free every 3 months. See how much you get. Okay?
Andy Catz (phonetic) is my attorney at the Sierra Club but my attorney who runs my legislation.



Okay? Joel Coleman, he comes to have dinner with me every month. He's on the board of directors.
So you tell me what relationships I have at -- (unintelligible). You know?
**MARIO JUAREZ:** So the whole -- the whole thing fall apart. Whose fault is that?
**MARIO JUAREZ:** After -- after I was gone, it fell apart.
**DAVID DUONG:** Okay. So --
**CECILIA:** Because you --
**MARIO JUAREZ:** I was -- I was being investigated for my -- for my license, and then I left. And they don't know how to keep a company together. Is that not possible? Do you think that that's more possible or me stealing money or spending money?
**DAVID DUONG:** I don't know what -- what -- I -- because it's none of my business.
**MARIO JUAREZ:** It is not, but --
**DAVID DUONG:** So I don't need to -- (unintelligible).
**MARIO JUAREZ:** But you brought it up.
**DAVID DUONG:** (Unintelligible). You know?
**MARIO JUAREZ:** No. No. But you brought it up, and you need to hear two sides of the story because there are three sides of every story -- her side, my side, and



the truth. And you get to decide which one it is. But I didn't -- I was gone by the time they spent the money. And Elihu did put money, but it wasn't during my time.
**MARIO JUAREZ:** Okay? And it wasn't during my time. But I'll tell you something. I always respected you. And when you won that contract and everybody was waiting in line -- fuckin' Turner, Peranes (phonetic), and Kenny Turner, whatever the fucking asshole name is -- and everybody was waiting, you brought me into your office. You know what you said to me?
"So what do you want?" I said, "I just want to do business with you, David Duong." "That's it?" I said, "That's it." "Okay. We'll do business together." And then you make me go buy a piece of land that no one will sell you.
**CECILIA:** What the -- what the --
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** Is that --
**MARIO JUAREZ:** Do you remember -- yeah.
**CECILIA:** What?
**MARIO JUAREZ:** Yeah. He made me go buy a piece of fucking -- piece of land that no one would sell him.
**CECILIA:** What land was that?
///
///

Page 53

**MARIO JUAREZ:** Fucking land in San Jose. Old lady, she was not going to sell to him ever. He said, "Go" -- "go buy a piece of land." You told me that.
**DAVID DUONG:** Yeah. But, you know, we -- we end up with owning it; right?
**MARIO JUAREZ:** Yeah. But I went out to get it. Where's my commission?
**DAVID DUONG:** The one that, you know, that she not selling because she wouldn't listen because she sell it then she have, you know, tax.
**MARIO JUAREZ:** That old lady, I went knocking on her door like 10 times. I went to her house like 20 times. Jesus, that was a pain in the ass -- (unintelligible). But I tried. But all I wanted to do is to ever -- ever do business with you. That's all I wanted to do. I never wanted to take anything for free.
**DAVID DUONG:** Oh, I -- I think -- I think this project is a good project because you --
**MARIO JUAREZ:** But guide us.
**DAVID DUONG:** -- you'll -- you'll make money by that. This is an opportunity.
**MARIO JUAREZ:** But guide us. Guide us. Take us there. You -- you, take us there.
**DAVID DUONG:** Ask.
**MARIO JUAREZ:** Go.

Page 54

**DAVID DUONG:** Okay?
**MARIO JUAREZ:** Yeah. But I'm asking you.
**DAVID DUONG:** Ask. Don't -- don't just do it and then think that, you know, that we just have to come and try to fix this --
**MARIO JUAREZ:** No.
**DAVID DUONG:** -- after you've done it.
**MARIO JUAREZ:** No. No. No. But I'm asking you right now because we're at that stage.
**DAVID DUONG:** Do you see any teacher going to student or student have to come to the teacher?
**MARIO JUAREZ:** No. Of course. But David --
**DAVID DUONG:** So --
**MARIO JUAREZ:** But we're there, and we're getting there. And -- and we have done a lot of work. It is just paper, and like you said, it's all fucking paper. We're killing trees with this stuff, but we have worked our asses off.
**DAVID DUONG:** Well, we -- we --
**MARIO JUAREZ:** You know?
**DAVID DUONG:** We need to sit down to see where the -- the real contract will come. Okay? And then you keep saying that, "Well, we've got this. We've come in at" -- I will ask, "Have we have a contract, sales contract?" Okay?

Page 55

**MARIO JUAREZ:** Because we don't have a lawyer. But that's one of the asks. One of the things in the presentation says, "We need a lawyer," not only for the purchase agreement.
**DAVID DUONG:** Yeah. But --
**MARIO JUAREZ:** We need a lawyer for the warranty. We need a lawyer for the -- for the structure warranty. We need a lawyer for a lot of stuff. And what's her name? She already said she's too busy with you.
**DAVID DUONG:** That's what she -- but at least she can recommend a lawyer that's -- who -- you know, who --
**MARIO JUAREZ:** Give us the things that we need because we need attention. We're like a baby with attention because there's only so much we can do. You see that we tried to do an agreement. You said, "Oh, do an agreement." We go to LegalZoom.com, and then we give you an agreement. And it's not done. She redoes it. The whole thing, it gets redone to a fucking three-week page agreement.
**DAVID DUONG:** Okay. I'll talk to Chris because I have to go and -- 8:15, I have to get going on the media over --
**CECILIA:** So when are we meeting again?

Page 56

**MARIO JUAREZ:** Wednesday.
**CECILIA:** Wednesday?
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** Okay, man. Thank you.
**MARIO JUAREZ:** So Michael's in charge?
**CECILIA:** (Unintelligible.)
**DAVID DUONG:** Huh?
**MARIO JUAREZ:** Michael is in charge?
**DAVID DUONG:** If you -- you buy anything, yeah.
**MARIO JUAREZ:** But everything approval through Mike?
**DAVID DUONG:** He can buy approval faster.
**UNIDENTIFIED MALE:** Thank you, man.
**CECILIA:** Thank you. Good night.
**MARIO JUAREZ:** You're stuck with me. I owe you one.
**CECILIA:** Let's go. (Uninterpreted Spanish.)
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** Come on, brother. You've got to help -- (unintelligible). If you're not helping, who can help? Kristina's -- she's too -- she's too busy.
**UNIDENTIFIED MALE:** No. Like I said, yeah, of course. (Unintelligible).
**MARIO JUAREZ:** Right. And it's -- yeah. You know, and -- and Andy already said it's -- "My brother's

the only one who supports her." He said it. He said, "Michael would always support me." And if you don't support us at this stage -- and he said it. "This is a good project. We can make money." By the way, we have to get that.

**UNIDENTIFIED MALE:** Well, everyone knows it's a good project.

**MARIO JUAREZ:** Yeah. And look at all of the stuff that we have done. This is not -- not done by -- by dumb shit. You know what I mean?

**UNIDENTIFIED MALE:** Okay.

**MARIO JUAREZ:** So it's going to get better in terms of producing and stuff like that. But what do you think of this Lao Center?

**UNIDENTIFIED MALE:** Yeah. Yeah. Like -- like you said, it's good. There's a guaranty there and everything. You know? It's a fund. We know it's coming.

**MARIO JUAREZ:** But we have to get a purchase agreement.

**UNIDENTIFIED MALE:** Right.

**MARIO JUAREZ:** So where's the lawyer?

**UNIDENTIFIED MALE:** That's the thing.

**MARIO JUAREZ:** Do I (unintelligible) one?

**UNIDENTIFIED MALE:** You need a good one?



**MARIO JUAREZ:** Yeah. Where's a lawyer?

**UNIDENTIFIED MALE:** We know --

**MARIO JUAREZ:** Uh-huh. But the -- just for real estate.

**MARIO JUAREZ:** Because that's what we need, just a real estate lawyer. All we need is a real estate lawyer, contract real estate.

**UNIDENTIFIED MALE:** So we're meeting with him Wednesday?

**MARIO JUAREZ:** Wednesday.

**UNIDENTIFIED MALE:** Who told you?

**MARIO JUAREZ:** Theresa.

**UNIDENTIFIED MALE:** Oh, that's not tomorrow, not Tuesday? Wednesday?

**MARIO JUAREZ:** Wednesday.

**UNIDENTIFIED MALE:** Okay. So let's figure all this out Wednesday. That --

**MARIO JUAREZ:** Well, can we figure it out before then?

**UNIDENTIFIED MALE:** The lawyer, with all that.

**MARIO JUAREZ:** Well, I'm going to bring a referral for a lawyer. So, that way, maybe we can just say, "Okay. Well, this is the lawyer."

**UNIDENTIFIED MALE:** Yeah.

///



**MARIO JUAREZ:** And then we can do the -- this deal and move it. Because if we buy 100 units, that -- that gets us running.

**UNIDENTIFIED MALE:** No. I agree.

**MARIO JUAREZ:** Yeah. All right, brother.

**UNIDENTIFIED MALE:** All right. We have to have the first order.

**MARIO JUAREZ:** Yeah. And, by the way, he got it, and I'm meeting with him tomorrow, the -- the --

**UNIDENTIFIED MALE:** That one's better; right?

**MARIO JUAREZ:** Yeah. Yeah. Much better.

**CECILIA:** It's that development?

**MARIO JUAREZ:** Yeah. Terry.

**CECILIA:** Terry?

**MARIO JUAREZ:** Terry guy, uh-huh.
All right, man. Take care. See you tomorrow.

**UNIDENTIFIED MALE:** See you tomorrow.

**MARIO JUAREZ:** Can you put this on your --

**CECILIA:** (Uninterpreted Spanish.)

**MARIO JUAREZ:** (Uninterpreted Spanish.)

**CECILIA:** Huh?

**MARIO JUAREZ:** (Uninterpreted Spanish.)

**CECILIA:** (Uninterpreted Spanish.)

**MARIO JUAREZ:** Uh-huh.

**CECILIA:** (Uninterpreted Spanish.)



**MARIO JUAREZ:** (Unintelligible).

**CECILIA:** Huh?

**MARIO JUAREZ:** (Uninterpreted Spanish.)

**CECILIA:** (Uninterpreted Spanish.)

**MARIO JUAREZ:** Uh-huh. (Uninterpreted Spanish.)

**CECILIA:** (Uninterpreted Spanish.)

**MARIO JUAREZ:** (Uninterpreted Spanish.)

**CECILIA:** (Uninterpreted Spanish.)

**MARIO JUAREZ:** (Uninterpreted Spanish.)

**CECILIA:** Oh.

**MARIO JUAREZ:** (Uninterpreted Spanish.)

**CECILIA:** (Unintelligible.)

**MARIO JUAREZ:** (Uninterpreted Spanish.)

**CECILIA:** (Uninterpreted Spanish.)

**MARIO JUAREZ:** (Uninterpreted Spanish.)

**CECILIA:** (Uninterpreted Spanish.)

**MARIO JUAREZ:** (Uninterpreted Spanish.)

**CECILIA:** (Uninterpreted Spanish.)

**MARIO JUAREZ:** Uh-huh.

**CECILIA:** (Uninterpreted Spanish.)

**MARIO JUAREZ:** (Uninterpreted Spanish.)

**CECILIA:** (Uninterpreted Spanish.)

**MARIO JUAREZ:** (Uninterpreted Spanish.)

**CECILIA:** (Uninterpreted Spanish.)

**MARIO JUAREZ:** (Uninterpreted Spanish.)

**CECILIA:** (Uninterpreted Spanish.)
**MARIO JUAREZ:** (Uninterpreted Spanish.)
**CECILIA:** (Uninterpreted Spanish.)
**MARIO JUAREZ:** (Uninterpreted Spanish.)
**CECILIA:** Okay.
**MARIO JUAREZ:** (Uninterpreted Spanish.)
**CECILIA:** You said -- (uninterpreted Spanish.)
**MARIO JUAREZ:** Yeah.
**CECILIA:** (Uninterpreted Spanish.)
**MARIO JUAREZ:** Okay.
**CECILIA:** (Uninterpreted Spanish.)
**MARIO JUAREZ:** (Uninterpreted Spanish.)
**CECILIA:** (Uninterpreted Spanish.)
**MARIO JUAREZ:** (Uninterpreted Spanish.)
**CECILIA:** (Uninterpreted Spanish.)
(End of transcription. See next page.)