# EXHIBIT 7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) CASE NO.
SHENG THAO, ANDRE JONES, DAVID ) 25-CR-0003-YGR
DUONG, AND ANDY DUONG, )
Defendants. )

- - - - - - - - - - - - - - - - - - -

AUDIO TRANSCRIPTION OF
RECORDED MEETING
FILE: OAK-0115834
WEDNESDAY, NOVEMBER 8, 2023

BEHMKE REPORTING AND VIDEO SERVICES, INC.
BY: RENEE B. COHEN, CSR NO. 5997
550 CALIFORNIA STREET, SUITE 820
SAN FRANCISCO, CALIFORNIA 94104
(415) 597-5600



(Begin transcription 00:00 - 01:08:10.)
**MARIO JUAREZ:** What I want to do to focus is on my money and Andy's money. That's the first item that I wanted to talk to you about. We submitted a reimbursement item on October 2nd. And then we scheduled a meeting for October 9, and that was cancelled because that was, everybody (inaudible). And then there was a meeting on 10/25, and eventually we met again on 10/31 on the process and explanation of the follow up meetings. And we submitted this report for getting the reimbursement we paid on 11/1. And then we met two nights ago on the 6th, to get the process going in order for us to get our money back with regards to these reimbursements.
We asked to see if Michael could help review some of this stuff because Kady is out. He said okay. And so, now we need to see if we can get reimbursed the money that we spent. Andy has submitted his expense reports, I submitted my expense report. I think that's first line item. We have other items to talk about, but we don't have a lot of time so we would like to see if you can help us get this done, because it's a lot of money, and we're in need of that.
**DAVID DUONG:** Okay. Like we said. I said that right now, that Kristina needs to look at all the reimbursements. And I said, the problem is that we are going back to what you already done. And that's the problem, and it. We can't just sign you a check, whatever, that you submit, because you should have asked us. You're using our money. You should ask us in advance, and



on giving us what you gonna spend and all that. You don't. You do all this and then you submit it and you ask for it. And that's why she has now to go and review everything, because that's what we assign her to review. And she may come back and question of all expense, she might need the receipt. And she might question it, why we have to spend for this and that. Just like, just like, one example. Like you buy the stuff downstair you're throwing in your chair and you know for what, a thousand dollar a chair, whatever. I mean, it's just not your money.
So you think like it's just like money in a pot. And we have a problem of going back to all your expense, and that's what she's working on.
**MARIO JUAREZ:** Okay.
**DAVID DUONG:** So you can criticize all you want if you go ahead, we can't approve it.
**MARIO JUAREZ:** Yes. And --
**DAVID DUONG:** Until we see --
(Several people talking.)
**DAVID DUONG:** We have a system here, Mario.
**MARIO JUAREZ:** Yeah.
**DAVID DUONG:** So don't think that we just bring you in and say, here, money, use whatever.
**MARIO JUAREZ:** Makes --
**DAVID DUONG:** Yes. We make money from using our money And make money, so we have to make sure we monitor it.
**MARIO JUAREZ:** So that makes sense. What you're saying



makes sense. Everything that you have said makes sense. What doesn't make sense is that we have been waiting -- because I submitted the reimbursement on the 2nd of October. Today is the 8th of November.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** So it's 36 days --
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** -- since we submit it, and changed it, do this and do that, and I have done all those. So that doesn't make sense to me.
**DAVID DUONG:** How long have you spend money for?
**MARIO JUAREZ:** From May 2022 to October 2023.
**DAVID DUONG:** Okay.
(Several people talking.)
**MARIO JUAREZ:** May 2022 to October 2023.
**DAVID DUONG:** So how many months is that?
**MARIO JUAREZ:** That's obviously over 12. June, July, August, September, October. That is 13, 14, 17 months.
**DAVID DUONG:** Okay. (Inaudible)
**DAVID DUONG:** And you use the money for 17 months without come in and answer everything, and now submit it just all at once and you say that, hey, 30 days.
**MARIO JUAREZ:** Well, first of all, I didn't set your standards and your --
(Several people talking.)

Page 5

**DAVID DUONG:** It would be good if your money in here You could push like that. But this is still our money.
**MARIO JUAREZ:** And I get it.
(Several people talking.)
**DAVID DUONG:** So you have to give her time to do it now you can talk to her.
**MARIO JUAREZ:** Yeah.
(Several people talking.)
**DAVID DUONG:** And then I'm here that I understanding why its (inaudible) --
**MARIO JUAREZ:** She's too busy and she has a lot of stuff, and there are issues of that I have to, that I have to fully understand and that I cannot push Kristina because she's taking care of her mom.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** Okay. So it's inappropriate for me to ask Kristina to do that right now, because right now, the family is going through a family issue. But at the same time, understand that I didn't request this money -
**DAVID DUONG:** It's family, is family business. We can do it multi task.
**MARIO JUAREZ:** Okay.
**DAVID DUONG:** You know, like everything is shutting down.
**MARIO JUAREZ:** Okay.
**DAVID DUONG:** It's not at that point.

Page 6

**MARIO JUAREZ:** But you know, for example, Andy submitted his report. He didn't have permission, and you're, you know. That's one point.
**DAVID DUONG:** Did we pay him?
**MARIO JUAREZ:** No. But hold on. And the second thing, I didn't set the, set up the system you are asking me to follow. If you asked for a system to follow, I follow your system. But tell me what the rule is. Okay. Don't say, okay, well, this is the rule for how to do it, and then you wait, because I have $83,000 that I need.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** Okay. But you're telling me-
(Several people talking.)
**DAVID DUONG:** You said no rule.
**MARIO JUAREZ:** No, no, no. Tell me what the rules are and I'll play by the rules.
(Several people talking.)
**DAVID DUONG:** If there are no rules --
**MARIO JUAREZ:** No. There are rules.
**DAVID DUONG:** If you use that excuse, because there are no rules and you spend first --
**MARIO JUAREZ:** No, no, no.
(Several people talking.)
**DAVID DUONG:** Keep in mind, you're using somebody's money. Just ask them.

Page 7

**MARIO JUAREZ:** And I have.
**DAVID DUONG:** Don't think that, you know, just like you do it, and here.
**MARIO JUAREZ:** Okay.
**DAVID DUONG:** I don't care how much money we have, but this is not how we work.
(Several people talking.)
**DAVID DUONG:** It's not about, do we have money or we don't?
**MARIO JUAREZ:** I'm not trying to make it more a confrontational situation than it is, because we're all raising our voices. We're just saying what we feel, it is important. But I waited for it because it is needed.
**DAVID DUONG:** You should ask. Okay. I agree.
(Several people talking.)
**DAVID DUONG:** Now you should tell her ask her --
**MARIO JUAREZ:** Kristina can you help me --
(Several people talking.)
**DAVID DUONG:** How long more do you have to wait before she coming back, or does she have any questions and all those. Those are things you should ask. Don't come just say pay us reimbursement, pay reimbursement.
(Several people talking.)
**MARIO JUAREZ:** No, no. That was the first thing. Kristina, can you help me understand?
**KRISTINA DUONG:** Okay. Hold on. Let's be very clear because everything gets convoluted. What you

Page 8

submitted early in October was the whole budget of 900 something thousand. Right?
**MARIO JUAREZ:** That's correct.
**KRISTINA DUONG:** And we had to think, because we're like, okay, 900 something thousand for the two containers downstairs and all that. Anyway, so then you broke out the expenses and then you submitted the expenses. And I think, you know, all of this has not been discussed prior. And I think it needs to be included now going forward, especially, you know, with Mario expenses that I see here are just, you know, a couple of categories. One is rents, I guess rents, in Mexico. Am I correct, Mario?
**MARIO JUAREZ:** Yes.
**KRISTINA DUONG:** This is you know rent for, I don't know, you know, maybe about $1,800 a month or 1850 plus some other stuff, that since May of 2022, you're submitting the reimbursement for rent, all the way up to November 1st, which is $33,000. Okay. So that's rent in Mexico.
And then the other category I see is, and that is dining, and that is, you know, mainly food. Okay. Also, since October of last year, all the way to October of this year for $20,000. Okay. And then you have travel expenses which would be rental car, gas, hotel, $14,000. And then transportation, which is the Uber and the air fare from, total of $16,000. So those are the categories of expenses that Mario

Page 9

submitted in October, $83,000. And so, those are the categories that we, you know, and that, I don't remember if at the beginning we have set up for a certain allowances, or you know, travel and certain allowance for the, you know, needs to get approval, whatever. So that has been set up. So that's why all of a sudden, this whole bill comes in okay, I spent all this money I'm trying to paid for air fare and rent over there, and seeking reimbursement. And then, Andy, if I recall, Andy, probably about 22, $23,000 -- Andy?

**ANDY DUONG:** Yes. That's whatever that I gathered for the primary meeting, but it's still a little bit more that I have, that I haven't submitted. But mostly, mine is because I have to execute additional (inaudible). If I don't execute certain payment, there's no way we're even going to get the container in Embarcadero.

So like for example, crane services and all of that stuff, I have to make a decision at that time. So there's no time to even -- so that's how I was dealing with the Vietnam delegation. And you know, some people still over there, so there's no way I'm going to ask for approval, and sit there and wait, because where we going to leave the container? We're going to eventually lose, not only the container, but also, you know the expense on transportation on carrying the container. So certain expenses that I submitted, that one, you have to execute at that moment. So there's no way I can wait on that.

Page 10

**DAVID DUONG:** Based on what he said, this is how it works. Because you spent money without asking permission. You should have known, okay. Even though you say that, well, you didn't know you have to ask. You know, that's wrong. If I use somebody's money, I know there's a limitation I should ask. Let's say if I go and buy something for a couple hundred, maybe three, 400 here and there, yes, I probably (inaudible). But if you start spending a thousand, a thousand, a thousand, then (inaudible) at least check to see hey this is all expense what's in my limitation. Can I do that or not? Now (inaudible) because we going back she going through everything, and then, any questions that you need to ask, and she has to get ready because she sit down with me, and say that I will get everything. This is my report. Okay. And this is my suggestion. And then I will look at that and decide. Let's talk about Andy. And we'll look at that too. It's not like, well, I have to do it because, you know, it takes too long to ask for, you know, for approval and all that, so I just do it because I have to. No. Anybody can say that. I tell you what. We run this company for tens of years right, so we know that. Why the reason why we only allow our manager who we have credit card has $10,000 limit. But every time that they use more than 500, they have to ask. That's the reason. Otherwise, people just use it like crazy, and this is not a nonprofit. It's not money coming from somewhere (inaudible). Hey, go ahead and use it.

(Several people talking.)

**MARIO JUAREZ:** I don't have a problem with having a limit on

Page 11

certain expenditures or categories (inaudible).

(Several people talking.)

**DAVID DUONG:** Hey councilman, how you doing? Good, good, good. Hey I want you to see about the – the – the container.

(Several people talking.)

**MARIO JUAREZ:** Kristina (inaudible).

**DAVID DUONG:** (Inaudible).

**MARIO JUAREZ: Yeah.**

**DAVID DUONG:** How long, she's (inaudible).

**KRISTINA DUONG:** (Inaudible).

(Several people talking.)

**KRISTINA DUONG:** (Inaudible) all working backwards and then we need to text so that it's clear going forward what needs to be done.

**MARIO JUAREZ:** I think that we should have a limit. And I think it's reasonable to have a limit, because every company that I work with, we have a limit of how much every, the partners can spend on something. But it cannot be a hundred dollars or $200, you know. When Andy goes out and takes some of his politicians, he doesn't spend a thousand dollars. So it has to be reasonable as well. I don't spend that amount of money on my dinners. You see my dinners with my teams, they average a hundred dollars, you know, and maybe the --

(Several people talking.)

**DAVID DUONG:** There's a reason why, I'll tell you what. You are using the term of Andy going out with politician and he can

Page 12

spend no.

(Several people talking.)

**DAVID DUONG:** Because the thing is that the company has to look at a whole. Am I spending money with politicians --

(Several people talking.)

**MARIO JUAREZ:** Because that's his job.

**DAVID DUONG:** Might be spending the company any business without contract (inaudible). So we all have to do that. Not like, okay, I spend with politician. No (inaudible). We cannot do anything in the future without (inaudible).

(Several people talking.)

**DAVID DUONG:** That's how we look. Not like --

**MARIO JUAREZ:** Okay, you're right. Let's make the rule, like Kristina said. Going forward, what is the limit that you will give us? Give us the limit and we'll follow it. I promise you we won't break it.

**KRISTINA DUONG:** I'll tell you what, let me review these in detail plus Andy's ones so I can sit down with David by Friday, and discuss with him how we want to get this going forward.

**DAVID DUONG:** She said --

(Several people talking.)

**DAVID DUONG:** I put my time in and, you know, we'll take care of this issue by Monday.

**MARIO JUAREZ:** Okay. That makes sense.

**DAVID DUONG:** Because she had me come with suggestions, and from now to Friday, she might ask you for more.

(Several people talking.)

**MARIO JUAREZ:** Well --

**DAVID DUONG:** I have to sit down. I have to be clear, to say yay, nay, what, you know, they are, and then we sit down and we clear them.

**ANDY DUONG:** Because I see, there's two things right here. So this one expense, I understand that you're trying to describe, but you're not describing as clearly. This is certain expenses that has to be done at that moment, at the real time. What else, if we can just cut off, but it will cause delay. And delay can be months, it can be weeks, and it can jeopardize our current progress of sales.

But also, the other expense that is not necessary, was what David mentioned when he, he pretty much stated that I understand already, about the chair. Like the chair, I mean, now days chairs can be 50 bucks, a hundred bucks. I understand where you come from. You want to get a good chair because you're thinking it's durable, it will last longer, but then it cost more expensive. But in terms of the chair, it's just a goddamn chair that we just sit on. We don't need to spend $1,400 for the goddamn chair.

**MARIO JUAREZ:** Yeah.



**ANDY DUONG:** Plus it's just temporary downstairs. So we can just do something that is like 50 bucks or 40 bucks. But when you go and get that kind of expense and you submit it, as a business person, as an owner, I will be pissed off as investor too. But you not justified, you're not stating yourself that clearly. You just kind of throw it out there, so that's why its hard becoming a mixture --

(Several people talking.)

**MARIO JUAREZ:** For example, on the chair issue (inaudible) very quickly because we don't have a lot of time. I went for approval with the chair, and Michael says, hey, guess what, do you like my chair? I said, I think your chair is perfect. It looks beautiful, it's durable, it's comfortable, it looks great. I spent 500, $700 for this chair. I want to order this chair. He said, that makes sense to me. Order those instead of the other ones. They last longer. That's why I said. I'm used to buying chairs from Home Depot. They cost 3 or $400. Those piece of shit chairs, they break all the time. And so that's what I was thinking. I wasn't thinking, I want a $1,400 chair because I want to have an expensive chair. But nevertheless, Michael said, I can get the chair better, and he approved a cheaper chair. And it makes sense to me.

**DAVID DUONG:** After, right?

**MARIO JUAREZ:** Yes, but I went through approval.

(Several people talking.)



**ANDY DUONG:** But still your first --

**KRISTINA DUONG:** Mario, Mario let me say something. Don't try to undercut anything around here you are only going to make things more complicated. (inaudible).

**MARIO JUAREZ:** There's no undercutting --

(Several people talking.)

**MARIO JUAREZ:** If Michael says, new chair.

**KRISTINA DUONG:** Listen. I'm going to have to go. You text me. You asked me to help with ordering what got stolen downstairs, so I said, okay. Go ahead and go to Isis and order and I will give the credit card.

**MARIO JUAREZ:** Hold on with that. Because I want to say something about that too. I was asking you two things, to replace some things that were stolen, and get ready for a party that is a reunion.

(Several people talking.)

**MARIO JUAREZ:** Delegation was coming back. There were two things that were asked of me, Two things that were not part of the same. It was, replace what was stolen, and at the same time, because it's not clear, it was said, by the way, there's people coming (inaudible) because it cannot look like shit. Make it nice.

(Several people talking.)

**MARIO JUAREZ:** So --

**KRISTINA DUONG:** Hold on. I don't care. You asked me to replace it, and I said okay. Okay. So when I



Isis told me it was 32 grand, I'm like what the hell because we --

(Several people talking.)

**KRISTINA DUONG:** So therefore, now, I have to say, put a stop to it. So it's like, let's be very clear now, in our communication and understand the process because otherwise you're making this harder.

**MARIO JUAREZ:** So then, this is what I think, so, two things. Number one, set up a limit, number one. Number two, set up who approves what, and let's communicate what -- maybe a form. Cecilia has made one, maybe an expense reimbursement form. Set it up to what it is for, for each item that is requested. And then who has the authority to sign this, you, David, Michael. It shouldn't be us because we're going questioned, right. So who has it and let me know. If you're asking me to set up the room for a Vietnamese delegation, well, they want something nicer. The walls don't look okay, so we have to do things. So tell me what it is.

**DAVID DUONG:** (Inaudible).

(Several people talking.)

**MARIO JUAREZ:** It's not my money. It's your money, you said that.

**DAVID DUONG:** We need to know. It's not like, okay, delegation is coming in and you decide whatever we want.

**MARIO JUAREZ:** Yeah.

**DAVID DUONG:** Down there because the delegation is coming in.

**MARIO JUAREZ:** Yeah.

**DAVID DUONG:** Yeah, because you think about knocking this down, doing this, redoing this. This is what. It's not like we following, right. Like a phone call. It can be you call and ask, not necessary you don't use it. You know, I have approval and it takes too long. Okay, not even approval. Did I get notice? Say, David, this is what I'm gonna do, what I'm gonna expense? No.

**MARIO JUAREZ:** Yeah.

(Several people talking.)

**DAVID DUONG:** So those are things that I want, okay, at least that something that you think that you should ask.

**MARIO JUAREZ:** Yeah.

**DAVID DUONG:** You don't have to make appointment. You don't have come up here and see face to face. You can call, text David. You can call, I have questions, you know, I have questions I need to ask. Those are things that it's just a phone call. And at least that we know, then that we're okay. Because now, you do it your way, and we don't even know, we're looking, God, you can't keep spend money and it's not my way. And I hate to get back to chair, to buying the chair like five times more than what, you know, my chair, so you try my chair.

(Several people talking.)

**DAVID DUONG:** Sit in it.

**MARIO JUAREZ:** I have a fucking stool. I don't give a fuck.



I just don't want it to break.

**ANDY DUONG:** But the main thing is, because your first proposal is you go for a $1,400 chair. It's not necessary, so it's kind of like, what the fuck, we're a startup company. We need to manage the company.

**DAVID DUONG:** Sit in the City Council (inaudible).

(Several people talking.)

**ANDY DUONG:** Come on.

**MARIO JUAREZ:** Listen --

**DAVID DUONG:** So I'll tell you right now. That's what she said. Anything else you want to ask, but right now, freeze everything until we come back on Monday.

**MARIO JUAREZ:** Friday, Friday.

**DAVID DUONG:** No. Monday.

**UNIDENTIFIED FEMALE SPEAKER:** Friday is the meeting.

**DAVID DUONG:** She must meet with me on Friday.

**MARIO JUAREZ:** And then on Monday --

(Several people talking.)

**DAVID DUONG:** Right. Then we're going to say what everybody need to know, and what needs to be a phone call, what needs to be approval, and who's going to approve it or not.

**MARIO JUAREZ:** The second item is that is --

**ANDY DUONG:** Do we have time?

**MARIO JUAREZ:** We have to talk about it, which is this --

**UNIDENTIFIED FEMALE SPEAKER:** You guys, I'm going to



take off. I'm going to get off right now.

**MARIO JUAREZ:** One minute, one minute real quick.

**ANDY DUONG:** Kathy Chow that's it, right now.

**MARIO JUAREZ:** Where are we going with this?

**DAVID DUONG:** I already talked to Kris yesterday, and Kris couldn't talk to the bank. And we get bank, my financing up to 70 percent. But then, you know, if you get more money, we might be coming in, finance some of it, but she has to talk to the bank.

**KRISTINA DUONG:** I can connected her with banks.

**MARIO JUAREZ:** That's the point. She doesn't want to go through the underwriting process with the bank.

**UNIDENTIFIED FEMALE SPEAKER:** (Inaudible).

**DAVID DUONG:** Bank have to be the one (inaudible).

(Several people talking.)

**DAVID DUONG:** She has to justify and give all that (inaudible) collateral.

(Several people talking.)

**MARIO JUAREZ:** No, no, no. So I want to be clear as to what she's proposing and what we're dealing with. She wants to borrow $30 million. With this $30 million, she wants to buy a hundred units of eHomes. Okay. She wants to give as collateral to David $40 million of real estate that is free and clear of debt, insured by title insurance. Okay. This is a bridge loan for one year. And right now, she's proposing one percent interest



rate which is not realistic. Okay. But basically, that's what she wants to do. She wants to have a loan from David, secured by real estate, personally guaranteed by her promissory note, deeds of trust, recorded and insured by title insurance. Basically, that's what she wants to do. The fact, we can say no, no, we are not going to do that. She doesn't want to go through her bank, because she knows that through her bank will take too long and the deal will not happen. Even if the answer is no, we just have to tell her no. If the answer is a yes, we just have to move it forward.

**DAVID DUONG:** No, we don't. She don't have to go through the bank, because she need to get the bank, and the bank telling us, David, yes, we back you up. That's all we need to hear. Okay?

**MARIO JUAREZ:** What is that in regards to this? So we just wait? What do we tell we her?

(Several people talking.)

**DAVID DUONG:** We wait till Monday.

**MARIO JUAREZ:** Nah, if we meet with Monday we need to get a lawyer, which gets us to the next level. We need a lawyer to draft the purchase agreement. We need a lawyer to draft our documentation for the manual, our warranties.

(Several people talking.)

**ANDY DUONG:** Warranties, all that stuff.

**MARIO JUAREZ:** We almost finished a lot of that stuff.

**DAVID DUONG:** Let's talk on Monday and see what kind of lawyer we need and everything..

**MARIO JUAREZ:** Okay. Finally, finally, AJ approached us. Andre Jones approached us. He wants $20,000. I already said that to you. But we were discussing it, and we think that you should call AJ, and you should tell him, you owe us money and you have not done anything for us.

**ANDY DUONG:** And the contract expired.

**MARIO JUAREZ:** And the contract is already expired.

(Several people talking.)

**DAVID DUONG:** We haven't sold anything yet. Based on the units we sell and --

**MARIO JUAREZ:** He owes money.

(Several people talking.)

**ANDY DUONG:** Use him to pressure. Use him to pressure Oakland side too.

**DAVID DUONG:** So right now, we can't fund anything until we get sales.

**MARIO JUAREZ:** Will you call him?

**DAVID DUONG:** No, I don't have to call. Why do I have to call?

**MARIO JUAREZ:** Because he is going to call you directly.

**DAVID DUONG:** That's fine. He needs money. He has to call me. If I call him, then he think that I get money ready to give to him. So, no.

**MARIO JUAREZ:** Fuck 'em. You're not giving me money. Why are you going to give him money?

**DAVID DUONG:** Ok. You done.

**ANDY DUONG:** Okay. We good. Pretty much, it's Monday.

**MARIO JUAREZ:** Monday.



work with him in doing buildings. He's a, a, he's an engineer but he's a construction engineer.

**DAVID DUONG:** What's the cost on that?

**MARIO JUAREZ:** What's that?

**DAVID DUONG:** What's the cost on all of that?

**MARIO JUAREZ:** $35,000 per unit. You're asking me the cost of doing this work?

**DAVID DUONG:** Yes.

**MARIO JUAREZ:** It's $35,000 per unit. That includes everything. That includes the screen, the sidewalks, the lights. That's a very good price.

**DAVID DUONG:** Okay. So --

**MARIO JUAREZ:** And then --

**DAVID DUONG:** And he gets the sewer, the water, everything to hookups.

**MARIO JUAREZ:** That's right.

And then, David, so we discussed this and we talked jokingly, but honestly, you're a fair man, and so Andy and I decided that we were going to put it to you. This typically we know, you know, there's the work of Evolutionary Homes, but there's work on your land. And it's your land, and I get it. You mentioned it when we were in your office. But we're not here to demand anything because there's nothing to demand. Okay. What we are asking is for you to be fair with your team on this following item. And we will leave it with you. And it may be that you say, no, I'm not gonna do

Page 22

**MARIO JUAREZ:** You don't want to hear about San Jose?
**DAVID DUONG:** Get it out.
**MARIO JUAREZ:** We've already got the survey. We met with the contractor. We got a great price for the whole thing, the development, develop the land. The guy -- how long did the guy say he can get everything ready and set up Cecilia?
**CECILIA MENDEZ:** Like two weeks.
**MARIO JUAREZ:** Streets, sidewalks, gates, plumbing?
**CECILIA MENDEZ:** Landscaping.
**MARIO JUAREZ:** The whole foundation, the whole thing. A hundred -- how many units is the maximum?
**CECILIA MENDEZ:** 160 units.
**DAVID DUONG:** 60?
**CECILIA MENDEZ:** 160.
**DAVID DUONG:** Oh, 160.
**DAVID DUONG:** Street deal, or what?
**CECILIA MENDEZ:** No, no, no. Gated --
**MARIO JUAREZ:** No parking though.
**DAVID DUONG:** No parking. Okay just for home then. They got no car anyway.
**MARIO JUAREZ:** Yeah, that's the point. Then we can rent them a parking lot, it's cheaper.
**DAVID DUONG:** So get that ready because the council (inaudible).
**MARIO JUAREZ:** David --
**DAVID DUONG:** He going to be here either tomorrow afternoon or maybe Friday (inaudible). Then we go to an audit.
**MARIO JUAREZ:** So, Cecilia, did a great job with him because he's working with a contractor. His name is Terry Ayad, and we

Page 24

anything. And it is what it is, and we will accept it. Honest to God we would. But you are fair, and we are asking this.
Usually, when this happens, there's a real estate broker in the transaction involved. Okay. You know what the percentage is. It's from here to here and you know it. When you do the civil work, meaning that's the work that we're doing, there's usually a percentage, which is from five to ten percent. You know that. This is not new to you. You know this, right? When they're doing the development of the property, there's also a percentage fee, which is anywhere between one percent to five percent.
So this, we're not asking or demanding it. We're asking, but not demanding of you anything. We believe that you are the most appropriate person to believe what's fair, to pay the team, which is Andy and I and Cecilia, because we will share that fee, for that work, which is not Evolutionary Homes-
**DAVID DUONG:** Okay. Let me ask you: If we sell 160 units, do we get money then?
**MARIO JUAREZ:** We do.
**DAVID DUONG:** Number one, okay. Number two, fair, what you ask is fair. And I'm gonna ask the money for me to connect, for me to sell this.
**MARIO JUAREZ:** Yes.
**DAVID DUONG:** Because --
**MARIO JUAREZ:** Wait. Hold on. What?

**DAVID DUONG:** I'm gonna connect and I'm gonna sell this. Otherwise, you guys do it yourself, because part of this it's not my job to go and make connection and then to sell for you guys, right?
**MARIO JUAREZ:** David --
**DAVID DUONG:** If, if I hook them up and sell for you guys --
**MARIO JUAREZ:** David, if you sell 160 units, for the County, right, 160 units, okay, if you sell 160 units, it means -- I'm terrible at math -- your commission from Evolutionary Homes is $4.8 million.
**DAVID DUONG:** Okay.
**MARIO JUAREZ:** For selling. His commission is $4.8 million and my commission is $4.8 million. Okay. So we all get paid money for selling as a commission Evolutionary Homes.
**DAVID DUONG:** You, you, you forgot something.
**MARIO JUAREZ:** Yeah yeah but this-
**DAVID DUONG:** This is. You guys do it. I'm just funding it.
**MARIO JUAREZ:** Yeah David.
**DAVID DUONG:** You guys need to make connection you need to make the sales. Not me. And if I have to use my connection, and then try to twist somebody's arm to sell for us, there's money in there. It's not like I do it for free, right. And because it cost money. So if you say I get 4.8, then why the hell do I pay you to get your 4.8?
**MARIO JUAREZ:** Because that's the deal that we made, that we all --
**DAVID DUONG:** We didn't make a deal.
**MARIO JUAREZ:** Yeah, its right here.
**DAVID DUONG:** We didn't make a deal. I put my



**DAVID DUONG:** Why do I do that? You sell that --
(Several people talking.)
**DAVID DUONG:** -- and I'll pay you the ten percent. But you go ahead and sell that. I won't give it (inaudible). You think that you can lease us to the County without me involved?
**MARIO JUAREZ:** No. You have to be involved.
(Several people talking.)
**DAVID DUONG:** That's it. So if I'm the one doing that lease, why do I have to pay you?
**MARIO JUAREZ:** No. Because basically, you're going --
(Several people talking.)
**DAVID DUONG:** You're already make your 4.8 million dollars. Don't be greedy beggar.
**MARIO JUAREZ:** No one is gonna be greedy.
**DAVID DUONG:** My partner cannot be like that.
**MARIO JUAREZ:** No, your partner –
**DAVID DUONG:** We make money from out there. We don't make money from our own partners.
**MARIO JUAREZ:** But that's why we said, David, you pick the amount, whatever the amount is. We're not demanding. There's no demand. There's no --
**DAVID DUONG:** You tell me what you want and I'll tell you.
**MARIO JUAREZ:** Honestly, whatever you think is fair.
**DAVID DUONG:** Five percent?
**MARIO JUAREZ:** It could be less, David.
**DAVID DUONG:** Three percent?
**MARIO JUAREZ:** Yes.
**DAVID DUONG:** Okay. Then I'll charge three percent back, for your what I do for. That's fair, right. Because you put your work and you get the 4.8 --

property out there so you guys can make 4.8 million. If I don't put my mon- my property out there, how you guys gonna make that money?

**MARIO JUAREZ:** Because we can go to another property.

**DAVID DUONG:** That's not fair. Yeah then, go ahead!

**MARIO JUAREZ:** Because, thats-

**DAVID DUONG:** I, I, you know what, that property will be used. We planning to use this for benefit of CWS or something. Why the other property if you have it?

**MARIO JUAREZ:** But you're the one who offered it. You said, let's do it at this property --

**DAVID DUONG:** Because we all in it to make money, and then you turn back and you try to make money on your partner. That's not fair.

**MARIO JUAREZ:** No, David, I'm asking you to be fair with us. Make the amount. It can be a dollar, honestly, it can be. Just make an amount.

(Several people talking.)

**DAVID DUONG:** I'll pay you a dollar just to pay me a dollar for me to get make the connection so you can sell and get that 4.8 million.

**MARIO JUAREZ:** We all have connections that we have to put together. We have a vested interest to make it work. But I'm not going to fight over money. The point is, think about it, you're getting a lease that is going to be probably about $40 million, the land value of that, for ten years, but I do real estate and you do real estate.

(Several people talking.)



**MARIO JUAREZ:** So for the --

(Several people talking.)

**DAVID DUONG:** But I put my work and I have to put my land in for you to get the 4.8.

**MARIO JUAREZ:** The 4.8 but you would have paid --

(Several people talking.)

**DAVID DUONG:** Mario – you can't be begging.

**MARIO JUAREZ:** No, no. I can.

**DAVID DUONG:** I build my company until today, from the ground it's not like, you know, I just come in and my dad just leave it for me and I just come in and run it. No. I deal with all this from the ground up. I offer that because we can sell container, and that's why I offer the land.

(Several people talking.)

**MARIO JUAREZ:** We have 160, we have --

(Several people talking.)

**DAVID DUONG:** -- to get 4.8 million. Why you still greedy? Why?

**MARIO JUAREZ:** It's not greedy. It's just part of being fair with that aspect.

**DAVID DUONG:** Then be fair with me.

**MARIO JUAREZ:** I am.

**DAVID DUONG:** Because I get all the connections that I've been spending hundreds of thousands of dollars to build that connection. Why do you think I get appointments? (inaudible) Why do you think that I say that I want to sell? (inaudible) That's the reason.

(Several people talking.)

**MARIO JUAREZ:** Let me say something that really touches me.

And you're laughing, but it touches me. Which is kind of fucked up that it's touching me, which is this: All we want is to --

**ANDY DUONG:** (inaudible) later. I've got to go to this political.

**MARIO JUAREZ:** All right. See you. All we wanted is for you to recommend whatever you want but if there is no recommendation we get it because you think we're making $4.8 million, that's enough.

**DAVID DUONG:** You know, if you do that, if you say that, David, you know, we gonna get designer, we gonna get this, and we gonna sell this, yeah we all make money, but we have to put our time in, trying to get your land ready so we can get leases, you think of something anything for, that's -- I will listen.

**MARIO JUAREZ:** But that's they way, that's what I just said.

**DAVID DUONG:** But if you (inaudible) No, because you you just say hey, this is just like real estate transaction, you have to. I don't have to.

**UNIDENTIFIED FEMALE SPEAKER:** Why don't you come back with a proposal?

**MARIO JUAREZ:** No, the proposal --

(Several people talking.)

**DAVID DUONG:** No. He can't. Because whatever he propose I will turn it back and say okay if you charge me this this is what I charge to get the deal done. Otherwise (inaudible).

**MARIO JUAREZ:** By the way, what I meant to say is exactly what you just said, but you just explained it in a nice little tone of voice, very rare, very delicate tone of voice. And that's the point.

**DAVID DUONG:** But is that fair? If you throw me a number I can through it back because I will tell you.

**MARIO JUAREZ:** And that's the point.

**DAVID DUONG:** (Inaudible) I guarantee you, if I wasn't



(inaudible), and we also paying for the fee to the government, about $1.8 million. So we look at all the numbers, and we use that land for our own, right there, it will save about $4.8 million a year.

**MARIO JUAREZ:** What about the land from that guy that was selling houses?

**DAVID DUONG:** Waiting for us to talk about it. You know what.

**MARIO JUAREZ:** Can we use that land too?

**DAVID DUONG:** No. I think we can use that. And then we can just sign it, lease it to you know from him for a little way, lease it to the county for better. That's how we make money.

**MARIO JUAREZ:** So that one, will you allow us to participate in that, get it for cheap --

**DAVID DUONG:** Yes. Because not my land, right. And everybody working on it, so yes, so we make money from outside, not making money from partner. Then I'm okay with that. And he gets bigger land, keep that in mind.

**MARIO JUAREZ:** And he gets more units.

**DAVID DUONG:** That's it. So I think --

(Several people talking.)

**DAVID DUONG:** So I think best is this because (inaudible) knows his land right? So the council down here (inaudible) working like this. (Inaudible) count on his vote for anything, so if bid not come down, you're talking about enough land, you know, and see if he willing (inaudible).

**MARIO JUAREZ:** Did you saw Matt's container homes on the news?

**DAVID DUONG:** On the news but I haven't seen the real one.

involved, this deal cannot happen.

**MARIO JUAREZ:** Not the one (inaudible) David you're right.

**DAVID DUONG:** Yeah. That's it. So understand that. You don't have that $4.8 million, if I'm not involved.

**MARIO JUAREZ:** David --

**DAVID DUONG:** Okay.

(Several people talking.)

**DAVID DUONG:** (inaudible) I'm the one who make money for you. You don't make money for me. I have the land. I have the connections.

(Several people talking.)

**MARIO JUAREZ:** How long is that land going to be worth in ten years?

**DAVID DUONG:** You know what, who tell you the land, (inaudible). You don't even know how much the land is worth now.

**MARIO JUAREZ:** I don't? You told me. That's how I know the value.

**DAVID DUONG:** But, but, the thing is, I'll tell you, if I use it for CWS, we don't make that kind of money. But we make it for longer, because right now, it's saving us a lot of money if I use that land for our project.

**MARIO JUAREZ:** Like across the street, the facility across the street, the recycling facility?

**DAVID DUONG:** Yeah. We moved (inaudible) paying about $3 million a year, right? For people to process our



**MARIO JUAREZ:** 80 square feet. They say they have a private bathroom but it's a shared bathroom in two units (inaudible). It's not furnished. It's built on site. When you build on site for $150,000, and you give up government contract, do you think it's going to be $150,000 at the end of the day? You know it's change orders right --

**DAVID DUONG:** Always.

**MARIO JUAREZ:** It's not a guarantee maximum price.

**DAVID DUONG:** Right.

**MARIO JUAREZ:** So that 150 is not a real price.

**DAVID DUONG:** Yeah, it might run 80, maybe, 200.

**MARIO JUAREZ:** Maybe 300 okay. It's not arena credits, so that's $258,000 for the future funding.

**DAVID DUONG:** So, what's this arena credits?

**MARIO JUAREZ:** So the region has goals to make homes, homes to build, right? And the state and federal government says, if you don't meet those goals by five years, ten years, we're going to start taking funds that we sent you every year. And for example, Oakland is $258,000. And San Jose is a lot more. They get a lot more from the federal and state money.

So imagine if they lose a thousand homes that they didn't build, at 258,000, that's $2.8 billion. This unit is 150, it's not that. The other thing, the houses are non ADA. So what's going to happen, the federal government is not going to come in. But a private law firm is going to come in and say, those homes are not ADA. How much are they going to sue them for? So the 150, is it really a 150 price? I was telling

people that because it was very important because Matt is going to tell you he can do it for 150 and ours are 300,000.

**DAVID DUONG:** That's why you need to talk to Bien Doan. Bien Doan needs to understand all that.

**MARIO JUAREZ:** Yes. When he gets sued for failing to meet ADA, it's a big deal, you know. And so that's basically, you know, the lawsuit is going to be billions and billions of dollars.

**DAVID DUONG:** Well, I'll tell you, six months I'll tell you. If we can make the sale to the city of San Jose. This is – no discussing out there okay? This is. We give up $46 million to get the sale from this container because we suing the City of San Jose for $46 million damages for the last twelve years. They can't settle it because I just meet with them. They lying everything down. Now probably will settle with us so they want to work with us on something else for us to make the money but because settlement that what we ask for is to extend our contract, but they can't do it. So now, we met, they say anything we work with you on anything. So I told them, I said we have a business container homes if we can make money on that. At least that you showing that we can make money on that, then we can just walk way from the lawsuit. So, that's why, I know that the sale of container homes is very, very strong for us that they would you know (inaudible).

**MARIO JUAREZ:** Plus they'll get a lot more good will from us.

**DAVID DUONG:** To us, it's fine. We get our money from this side or get it from that side. Either way, we just want to get our money.

**MARIO JUAREZ:** But that's gonna put us in a position that is (inaudible). Nobody is going.



appraisals. We and then -

**DAVID DUONG:** We have to have.

**MARIO JUAREZ:** Yeah so we, that's -

**DAVID DUONG:** And you want the bank to appraise, that's better because bank is overprotecting.

**MARIO JUAREZ:** That's right.

**DAVID DUONG:** So they appraise then-

**MARIO JUAREZ:** Or you get somebody like CVRE. You know, their appraisals are used by the bank all the time. So we don't ask for, a John Doe appraisal, we ask for CRV, CRVE appraisal.

**DAVID DUONG:** But non-profit sometimes a bank its hard for the bank to finance.

**MARIO JUAREZ:** That's right.

**DAVID DUONG:** (Inaudible).

**MARIO JUAREZ:** There you go.

(Several people talking.)

**DAVID DUONG:** (Inaudible) You will have to say, hey, the (inaudible).

**MARIO JUAREZ:** But we're gonna own four hotels, fuck it. (inaudible) the properties into what (inaudible).

**DAVID DUONG:** (Inaudible) make money (inaudible).

**MARIO JUAREZ:** No. The land makes money (inaudible). You build up a lot (inaudible).

**DAVID DUONG:** So based on what she (inaudible).

**MARIO JUAREZ:** She's going to make a lot of money, a lot more money than you.

**DAVID DUONG:** I know, but how she is (inaudible). So she's confident that she can get --

**MARIO JUAREZ:** So --

to catch it. No one is going to catch it. I mean, we're going to be in position for $1 billion next year, with San Jose like that.

**DAVID DUONG:** Yeah, we can dream. But we have to get it to the --

**MARIO JUAREZ:** It's not dreaming.

**DAVID DUONG:** We have to get it to a real sale.

**MARIO JUAREZ:** I'm glad that you gave us your OK to move forward with Kathy, because I'm going to call her right now and say, okay, let's start talking and she sitting down --

**DAVID DUONG:** No. We're not approved yet tell her that we're (inaudible).

**MARIO JUAREZ:** Maybe I just schedule a meeting with her on Tuesday. And then I think it's better we do that, because she adamantly said I'm not going to go through a bank because banks will take months.

**DAVID DUONG:** The thing is, we have to know. And she said she had 40 million free and clear you know real estate value.

**MARIO JUAREZ:** You know --

**DAVID DUONG:** We have to know that.

**MARIO JUAREZ:** Because we go through a title company, that's how we know. We're not stupid, but we know how to roll.

**DAVID DUONG:** The title company will say what?

**MARIO JUAREZ:** If it's free and clear. One.

**DAVID DUONG:** Yeah.

**MARIO JUAREZ:** And the second thing we asked for is our



(Several people talking.)

**MARIO JUAREZ:** So I showed -- yeah.

**DAVID DUONG:** It doesn't make sense.

(Several people talking.)

**MARIO JUAREZ:** It's 47, so she's going to make $17 million a year, per year. That's her profit.

**UNIDENTIFIED MALE SPEAKER:** She's happy.

**MARIO JUAREZ:** Yeah. But that's because the County signed contracts with Lao, to do the programming and the management. And these two things she charges -- to manage a property, and they provide the training, and the job placement, and the other stuff. She makes them a lot of money. And there's a lot of poor people, you know. I was reading today, and there's a new report. You should know this number. California needs 2.5 million units for housing or homeless.

**DAVID DUONG:** But that's for general.

**MARIO JUAREZ:** No, no. The whole state.

**DAVID DUONG:** Not just for women --

**MARIO JUAREZ:** No, no. Homeless. 2.5 million units of home. And the report also said --

**DAVID DUONG:** (Inaudible).

**MARIO JUAREZ:** You have to catch up. And they need $8.1 million for the next 12 years. To do programming we are in the right place. Some of those units, we may keep ourselves. Eventually, you know, the 150 in San Jose, ten years, you know. This is just

Page 37

cash right now, but later (inaudible). And then we can rent those to (inaudible), and that is real money. You know, like 160 at 3950, 47 and 3950.
**DAVID DUONG:** So you said that there's two extras?
**MARIO JUAREZ:** (Inaudible).
**DAVID DUONG:** One, how many, how big?
**MARIO JUAREZ:** (Inaudible).
**DAVID DUONG:** (Inaudible) living room and stairways and all that?
**MARIO JUAREZ:** That's what he did. So if you make $7.5 million a year on 162 units, we spend half a million dollars in, purely in maintenance and property managers and (inaudible) and others. So my partner, after ten years, is going to be okay. And I'm okay with that too.
So we make money right now, you're right. But you will make money now, and you will also make money in the future, and that's okay, because in the future, we're making money out of all the people too. This Bien guy is one of them that we will make money out of.
**DAVID DUONG:** He's waiting. He asked if we (inaudible) land or not. (Inaudible).
**MARIO JUAREZ:** If they want the land --
(Several people talking.)
**DAVID DUONG:** If he can lease it on more than, you know, what is the market worth, pay money and we have (inaudible).

Page 38

**MARIO JUAREZ:** Maybe if we do the lease deal with an option to purchase, and then we set the price for the option to purchase. Now, the County can do an option to purchase, but they're precluded by law from setting the price. It has to be market rate value so they have to appraise, you know, because it's against the law for them to say, oh (inaudible).
**DAVID DUONG:** But they can lease.
**MARIO JUAREZ:** They can lease. And the lease is market rate value as well (inaudible). That's how I know that, you know, if we were talking about $1.4 million per unit, so there's around $14 million.
David, it's good to have this conversation. We can need to have meetings every week because (inaudible).
**DAVID DUONG:** We definitely have to talk, because now, next week we have to talk after Monday then we set the other meeting we have to talk about the unit price, why it cost like this, projected, and now it cost more, what else can we do to bring it down. Because you know we want to maximize our profit we can not just spending high money. Because I tell you right now, that container if we produce overseas and ship it probably talk about 30 grand.
**MARIO JUAREZ:** That's for you. But you believe that, you go believe that. I know that it's not possible, but that's okay. You believe that (inaudible).
**DAVID DUONG:** I strongly (inaudible).
**MARIO JUAREZ:** If you produce the same quality, the same material, I'll give you a million dollars out of my commission.
**UNIDENTIFIED FEMALE SPEAKER:** Can I ask a question?

Page 39

**MARIO JUAREZ:** Right now, exactly. $30,000. And no hanky panky, same type of windows, same type of insulation, pools (inaudible) everything.
**UNIDENTIFIED FEMALE SPEAKER:** Blast sanded.
**MARIO JUAREZ:** Sanded. You have to do the same.
**DAVID DUONG:** But if you get it directly from the manufacturer --
**MARIO JUAREZ:** Yeah, but --
(Several people talking.)
**DAVID DUONG:** Have to take the same --
**MARIO JUAREZ:** You don't have to blast sand it. This is how it looks. This is (inaudible). Okay. When you take the paint, it looks like this. Okay. So after that, you have to apply the (inaudible) base coating.
**DAVID DUONG:** Because you take them (inaudible) ten manufacturers.
**MARIO JUAREZ:** Deliver like this --
**DAVID DUONG:** No. (Inaudible) whatever you want in the order. Okay.
**MARIO JUAREZ:** That's what I'm saying.
(Several people talking.)
**DAVID DUONG:** And when you get here, all you do is take the wrapping off.
**MARIO JUAREZ:** The container is one of those ones that (inaudible). I can tell you that already.

Page 40

**DAVID DUONG:** Because we don't buy from people who buy. We buy from people who make.
**MARIO JUAREZ:** I get it. And I understand what you're saying.
**DAVID DUONG:** So they original (inaudible) would be based on what we want, so it's not like tons of things you have to take them. (Inaudible).
**MARIO JUAREZ:** I get it. But you said $30,000.
**DAVID DUONG:** I'll say that. I think, I think (inaudible).
**MARIO JUAREZ:** Okay. But you said 30. So I bet you a million dollars out of my commission (inaudible) for $30,000. I have goals, and I know what I'm doing.
**DAVID DUONG:** I'll find a way to get that 30,000 (inaudible).
**MARIO JUAREZ:** That's information I know --
(Several people talking.)
**MARIO JUAREZ:** But because you're going to have to say, please lower the price.
**DAVID DUONG:** People do what they have to to make money, right. No one is going to be crazy because you say please.
**MARIO JUAREZ:** Yeah.
(Several people talking.)
**DAVID DUONG:** No, no, no.

Page 41

**MARIO JUAREZ:** Make one container for $30,000, same quality, same materials.
**DAVID DUONG:** Not one. You have to copy about 20, 50 containers, and then you get the price, or --
(Several people talking.)
**MARIO JUAREZ:** You're not stupid. That's the point that I was going to make. You're not stupid (inaudible). You send me out to make the equipment list. I bought two fucking refrigerators. What do you think the price is? More or less than buying a hundred refrigerators? That alone is fucking half the price.
**DAVID DUONG:** I tell you what. You remind me you said I sent you out to make two containers. I didn't. You guys decided to make, two containers. I didn't even know how many container you make. Originally, I thought they were ten of them. Okay. But maybe, maybe the thing (inaudible), but lucky that you make only two because otherwise $4,500 lost (inaudible).
**MARIO JUAREZ:** But no. The point of the cost associated, you just (inaudible). And you're very smart. So I'm going to tell you this, that when I go on a buy for refrigerators to Whirlpool, the prices they give me is not the same price if I buy a hundred. You approve that?
**DAVID DUONG:** Yes.
**MARIO JUAREZ:** Okay. So you're saying that you can fill one container for $30,000?

Page 42

**DAVID DUONG:** Yes.
**MARIO JUAREZ:** What I'm saying --
**DAVID DUONG:** I say, I'll bring (inaudible).
**MARIO JUAREZ:** No, no. Our price of containers will come down, but not if we're building one or two at a time.
**DAVID DUONG:** Okay. Then I'll tell you if you go (inaudible). Let's say you have --
**MARIO JUAREZ:** But if --
**DAVID DUONG:** You say that now, if we say that 50 and you --
(Several people talking.)
**DAVID DUONG:** Okay, you say 50. You price it for 50, and I get the price for 50, because I talk to the people who going to build container, and I talk to people who build the (inaudible).
**MARIO JUAREZ:** And by the way, if you want to see container, a whole container, I can take you (inaudible) they are buying.
**DAVID DUONG:** (Inaudible).
**MARIO JUAREZ:** It's the one that (inaudible). They have a guideline made out of a hose, a garden hose. Do you think that's going to pass inspection? That didn't pass any inspection.
**DAVID DUONG:** You can't (inaudible) they do based on how --
**MARIO JUAREZ:** I understand.

Page 43

(Several people talking.)
**DAVID DUONG:** I would expect like this (inaudible).
**MARIO JUAREZ:** We will buy containers from the mill, because that's what it's called. Okay. It's in the one whatever program (inaudible). They make them in a mill, okay. This mill will cut it. They will put our paint. They will do the strength of the frame that we went, and they will ship it to us.
**DAVID DUONG:** Okay. Michael, you have to listen to his (inaudible).
**UNIDENTIFIED FEMALE SPEAKER:** Bye, Michael.
(Several people talking.)
**MARIO JUAREZ:** You heard that million dollars? Hey, you heard that million dollar bet, right?
**UNIDENTIFIED MALE SPEAKER:** Yeah, definitely. That's why I (inaudible). I know that there's so many things we have too.
**MARIO JUAREZ:** You heard that?
**UNIDENTIFIED FEMALE SPEAKER:** Yes, I did. But he was talking about one container.
**MARIO JUAREZ:** One container.
**UNIDENTIFIED FEMALE SPEAKER:** Yeah.
**MARIO JUAREZ:** I'm looking forward to that bet (inaudible).
**DAVID DUONG:** One container.
**MARIO JUAREZ:** One bed, one container.

Page 44

**DAVID DUONG:** Yeah.
**MARIO JUAREZ:** No. I know that you want to make it happen. I know for a fact you will not make it happen.
(Several people talking.)
**MARIO JUAREZ:** Don't count on that, all right. Don't you cry to me (inaudible). It has to be here.
**DAVID DUONG:** Yeah.
**MARIO JUAREZ:** Embarcadero.
**UNIDENTIFIED FEMALE SPEAKER:** Okay, my dear. Your time with him is over.
**UNIDENTIFIED MALE SPEAKER:** Okay.
**MARIO JUAREZ:** Did I miss something?
**UNIDENTIFIED FEMALE SPEAKER:** No. We'll follow up on Monday.
**DAVID DUONG:** Yes.
**MARIO JUAREZ:** David, I want to --
**DAVID DUONG:** No, you know what, I think that every time we talk. Don't worry because I think that every time that we debate that's good because that improves -
**MARIO JUAREZ:** (inaudible) No, you're right. Every time we debate it's only for the better. We're not disrespective. We're still friends, so I --
(Several people talking.)
**MARIO JUAREZ:** I value our friendship (inaudible).
**DAVID DUONG:** That's why I said I (inaudible).
**MARIO JUAREZ:** I didn't know.
**DAVID DUONG:** (Inaudible).

**MARIO JUAREZ:** It's my fault that I changed.

(Several people talking; indiscernible conversation.)

**MARIO JUAREZ:** Also, payroll is done on Friday. They don't have it (inaudible).

(Indiscernible conversation; speaking in Spanish and perhaps another language; sirens in the background, paper rustling.)

(End of transcription. See next page.)