# EXHIBIT 9

# Trial Exhibit 692A

## Government Excerpt

(Excerpted: Pages 254–360 of 254–726)

4/11/2022 1:38:25.000 PM

Cut off ?

**+15102890110**

✓ Received

4/11/2022 1:47:15.000 PM

OBJ

**+15102890110**

✓ Received

4/11/2022 1:47:18.000 PM

OBJ

**+15102890110**

✓ Received

4/11/2022 1:47:23.000 PM

Wayne Daniel Russo jr

**+15102890110**

✓ Received

4/12/2022 12:55:51.000 AM

Evolutionary Box LLC
Constation LLC
The people's Dream LLC

↔ Unknown direction
4/12/2022 10:20:06.000 AM

I like Evolutionary Box

↔ Unknown direction
4/12/2022 10:20:20.000 AM

Try and play with Republica and homes and box

**+15102890110**

✓ Received

4/13/2022 11:24:57.000 PM

OBJ

**+15102890110**

✓ Received

4/13/2022 11:25:14.000 PM

OBJ

**+15102890110**

✓ Received

4/15/2022 1:08:32.000 AM

OBJCan you check with Kaplan about this? It went to as an item on their council agenda. I thought Kaplan told you that she will make sure no homelessness will be on CWS site which will delay all work.

**+15102890110**

✓ Received

4/15/2022 1:10:19.000 AM

OBJ

↔ Unknown direction
4/19/2022 11:51:10.000 AM

Call me

↔ Unknown direction
4/21/2022 6:28:13.000 PM

OBJ

↔ Unknown direction
4/22/2022 9:20:47.000 AM

Review the file

↔ Unknown direction
4/22/2022 9:55:05.000 AM

Please tell me when you can come to Tijuana with your friends and bring Stewart

↔ Unknown direction
4/22/2022 12:52:08.000 PM

OBJ

↔ Unknown direction
4/22/2022 12:52:46.000 PM

Call me brother

✓ Received

**+15102890110**

4/22/2022 1:49:12.000 PM

They cant this month

✓ Received

**+15102890110**

4/22/2022 1:49:14.000 PM

But soon

↔ Unknown direction
4/22/2022 2:19:53.000 PM

Who can't ?

↔ Unknown direction
4/22/2022 2:20:06.000 PM

The investment of House in the Box ?

↔ Unknown direction
4/22/2022 2:20:16.000 PM

I am un certain

✓ Received

**+15102890110**

4/22/2022 3:06:50.000 PM

Cant go to Hong Kong

↔ Unknown direction
4/22/2022 3:16:29.000 PM

I see

↔ Unknown direction
4/22/2022 3:16:33.000 PM

But investment

↔ Unknown direction
4/22/2022 3:46:58.000 PM

What's up

↔ Unknown direction
4/24/2022 4:14:56.000 PM

OBJ

↔ Unknown direction
4/24/2022 4:15:07.000 PM

OBJ

↔ Unknown direction
4/24/2022 4:15:19.000 PM

OBJ

↔ Unknown direction
4/24/2022 4:15:49.000 PM

OBJ

↔ Unknown direction
4/24/2022 4:15:54.000 PM

OBJ

↔ Unknown direction
4/24/2022 4:15:58.000 PM

OBJ

↔ Unknown direction
4/24/2022 4:16:07.000 PM

OBJ

↔ Unknown direction
4/24/2022 4:16:14.000 PM

OBJ

↔ Unknown direction
4/24/2022 4:16:34.000 PM

https://youtu.be/gYrz4U3MbMQ

↔ Unknown direction
4/24/2022 4:22:56.000 PM

OBJ

↔ Unknown direction
4/25/2022 7:56:01.000 AM
Good morning Brother

↔ Unknown direction
4/25/2022 8:09:02.000 AM
Sent the suite of docs

↔ Unknown direction
4/25/2022 8:09:10.000 AM
Wanted to discuss to make sure it was everything

↔ Unknown direction
4/27/2022 3:10:35.000 PM
Bro was getting on a plane

↔ Unknown direction
4/28/2022 10:09:28.000 AM
Hey brother I hope you are doing well

✓ Received
**+15102890110**
4/29/2022 2:20:00.000 PM
Bro, any update about the homeless bullshit

↔ Unknown direction
4/29/2022 4:52:24.000 PM
Let me ask

**+15102890110**

✓ Received

4/29/2022 5:13:04.000 PM

Ok

↔ Unknown direction

5/4/2022 4:00:08.000 PM

[redacted]

↔ Unknown direction

5/4/2022 4:00:24.000 PM

[redacted]

**+15102890110**

✓ Received

5/5/2022 1:34:25.000 PM

[redacted]

**+15102890110**

✓ Received

5/5/2022 1:34:31.000 PM

[redacted]

↔ Unknown direction

5/5/2022 1:34:48.000 PM

[redacted]

↔ Unknown direction

5/5/2022 1:34:51.000 PM

[redacted]

↔ Unknown direction
5/5/2022 6:07:50.000 PM
[redacted]

**+15102890110**
✓ Received
5/5/2022 6:44:39.000 PM
[redacted]

↔ Unknown direction
5/6/2022 9:35:59.000 AM
Hey bro how are you ?

↔ Unknown direction
5/6/2022 10:27:44.000 AM
How did it go with your family meeting on the house in a box

**+15102890110**
✓ Received
5/6/2022 12:20:11.000 PM
No meeting yet, they too busy this week

**+15102890110**
✓ Received
5/6/2022 12:20:14.000 PM
Im calling it asap

↔ Unknown direction
5/16/2022 11:29:30.000 AM
Bother Andy how are you?

✓ Received

**+15102890110**

5/16/2022 11:36:50.000 AM

Stressful

↔ Unknown direction
5/16/2022 11:36:58.000 AM

Why ?

↔ Unknown direction
5/19/2022 12:09:22.000 PM

Hey Brother

↔ Unknown direction
5/19/2022 12:09:26.000 PM

How you doing ?

↔ Unknown direction
5/25/2022 10:23:21.000 AM

Hey brother - let's get the containers home project moving. We need that meeting to know if we have the investment or not. Do you think this week is ok ?

✓ Received

**+15102890110**

5/25/2022 1:37:46.000 PM

Lets schedule a day for next week

✓ Received

**+15102890110**

5/25/2022 1:37:49.000 PM

You coming back?

✓ Received

**+15102890110**

5/25/2022 1:38:02.000 PM

I will check with them this week see what day and time best for long sit down

↔ Unknown direction
5/25/2022 1:38:49.000 PM

Any time brother

↔ Unknown direction
5/25/2022 1:38:59.000 PM

I am only 2 hours away from you

↔ Unknown direction
5/26/2022 11:16:41.000 AM

Hey brother good morning

↔ Unknown direction
5/26/2022 11:16:52.000 AM

Ready to meet and close our funding circle

✓ Received

**+15102890110**

5/28/2022 1:11:38.000 PM

Hey brother, we gonna meet soon. Setting up the meeting waiting for confirmation

↔ Unknown direction
5/28/2022 3:27:54.000 PM

Please brother we need to move forward on this we don't need to loose this opportunity for both of us to do right and do money this way

✓ Received

**+15102890110**

5/28/2022 3:49:19.000 PM

We need make money

↔ Unknown direction
5/28/2022 3:50:50.000 PM

Exactly and we can't do that with out this investment and this is real money not just cents we are bound to make millions on the first part of the deal alone

✓ Received

**+15102890110**

5/28/2022 3:51:44.000 PM

Yep

✓ Received

**+15102890110**

5/28/2022 3:51:47.000 PM

We need to lock it

✓ Received

**+15102890110**

5/28/2022 3:51:50.000 PM

And make sure can sell

↔ Unknown direction
5/28/2022 3:52:09.000 PM

Lets start building the units they will sell

↔ Unknown direction
5/28/2022 3:52:19.000 PM

Real estate is the move on this one

↔ Unknown direction
5/28/2022 3:52:40.000 PM
We need to be part of the inventory of solutions

↔ Unknown direction
5/28/2022 3:52:55.000 PM
We don't want to miss this boat Andy

**+15102890110**
✓ Received
5/28/2022 4:23:15.000 PM
Dont worry

**+15102890110**
✓ Received
5/28/2022 4:23:19.000 PM
I will get the investment

**+15102890110**
✓ Received
5/28/2022 4:23:26.000 PM
We just need to succeed this projects

↔ Unknown direction
5/30/2022 12:33:38.000 PM
Brother Andy - good morning - ready when you are

**+15102890110**
✓ Received
5/31/2022 3:45:36.000 PM
Just feeling powerless and small in this whole cosmic world.

My foster dad passed away last month, my best friend wife died of stroke 2 weeks ago. Now my other dad " step dad" is hospitalized and diagnosed with end stage pancreatic cancer.

It does not matter how much money , power and connections we have, HE is still pulling the stings and calling the shots.
Feeling like a small grain in a sea of sea of sands.
I will be ok . Thanks for checking .

✓ Received

**+15102890110**

5/31/2022 3:45:49.000 PM

Damn bro he sure is going through it

✓ Received

**+15102890110**

5/31/2022 3:45:57.000 PM

Its too late to buy flowers i think

✓ Received

**+15102890110**

6/2/2022 10:20:31.000 PM

June 7 Tuesday 1pm at my office confirmed

✓ Received

**+15102890110**

6/7/2022 12:55:45.000 PM

Want anything at starbucks?

↔ Unknown direction
6/7/2022 12:56:13.000 PM

Yes Venti Vanilla Latte - two extra shots - low fat milk -

↔ Unknown direction
6/7/2022 12:56:18.000 PM

Please

+15102890110

✓ Received

6/7/2022 12:56:40.000 PM

👍

↔ Unknown direction
6/7/2022 12:57:26.000 PM

How many attending todays meeting for packages

+15102890110

✓ Received

6/7/2022 12:57:47.000 PM

4

+15102890110

✓ Received

6/7/2022 12:58:21.000 PM

On my side

+15102890110

✓ Received

6/7/2022 12:58:29.000 PM

What time u arrive?

+15102890110

✓ Received

6/7/2022 1:16:46.000 PM

?

✓ Received

**+15102890110**

6/7/2022 1:32:25.000 PM

You coming?

✓ Received

**+15102890110**

6/7/2022 1:32:32.000 PM

They asked

↔ Unknown direction
6/7/2022 1:33:20.000 PM

On my way

↔ Unknown direction
6/7/2022 1:33:23.000 PM

Printing final docs

↔ Unknown direction
6/7/2022 1:33:33.000 PM

Can you print 6 packs for me of the following

↔ Unknown direction
6/7/2022 1:33:49.000 PM

OBJ

↔ Unknown direction
6/7/2022 1:33:56.000 PM

OBJ

↔ Unknown direction
6/7/2022 1:34:15.000 PM

OBJ

**+15102890110**

✓ Received

6/7/2022 1:34:19.000 PM

Lmfao

**+15102890110**

✓ Received

6/7/2022 1:34:27.000 PM

Bro

**+15102890110**

✓ Received

6/7/2022 1:34:30.000 PM

They bouta leave

**+15102890110**

✓ Received

6/7/2022 1:35:06.000 PM

We need argitect plans

**+15102890110**

✓ Received

6/7/2022 1:35:09.000 PM

And eletrical

**+15102890110**

✓ Received

6/7/2022 1:35:17.000 PM

And the black white of agreements

↔ Unknown direction
6/7/2022 1:39:16.000 PM
Got those with me

↔ Unknown direction
6/7/2022 1:39:24.000 PM
Have them wait a sec

↔ Unknown direction
6/7/2022 1:40:22.000 PM
We have plans

↔ Unknown direction
6/7/2022 1:40:26.000 PM
Electrical in the plans

↔ Unknown direction
6/7/2022 1:40:36.000 PM
And black white agreements ?

✓ Received
**+15102890110**
6/7/2022 1:40:50.000 PM
Yeah our percentage

↔ Unknown direction
6/7/2022 1:40:56.000 PM
That I have

✓ Received
**+15102890110**
6/7/2022 1:40:57.000 PM

Just come before they leave to other meeting soon

↔ Unknown direction
6/7/2022 1:40:58.000 PM

Printer

✓ Received

**+15102890110**

6/7/2022 1:41:07.000 PM

I stated 1-2

✓ Received

**+15102890110**

6/7/2022 1:41:16.000 PM

Its elections night too

↔ Unknown direction
6/7/2022 1:41:55.000 PM

No q1:39

↔ Unknown direction
6/7/2022 1:42:02.000 PM

1:30 you said loook at message

✓ Received

**+15102890110**

6/7/2022 1:43:34.000 PM

OBJ

↔ Unknown direction
6/7/2022 1:43:44.000 PM

Off the freeway now

↔ Unknown direction
6/7/2022 2:01:53.000 PM
https://youtu.be/gYrz4U3MbMQ

↔ Unknown direction
6/7/2022 10:58:54.000 PM
You have Terry Wiley's cell ?

✓ Received
**+15102890110**
6/7/2022 10:59:05.000 PM
Yes

✓ Received
**+15102890110**
6/7/2022 10:59:09.000 PM
Why?

✓ Received
**+15102890110**
6/7/2022 10:59:12.000 PM
Yesenia won

↔ Unknown direction
6/7/2022 10:59:16.000 PM
Congratulate him

✓ Received
**+15102890110**
6/7/2022 10:59:16.000 PM

Need keep her 😭

**+15102890110**
✓ Received
6/7/2022 10:59:20.000 PM
Oh ok

**+15102890110**
✓ Received
6/7/2022 10:59:22.000 PM
Hold on

↔ Unknown direction
6/7/2022 10:59:24.000 PM
50 percent

↔ Unknown direction
6/7/2022 10:59:36.000 PM
Needed otherwise run off

**+15102890110**
✓ Received
6/7/2022 10:59:39.000 PM
[OBJ]

**+15102890110**
✓ Received
6/7/2022 10:59:57.000 PM
She got great chance

↔ Unknown direction
6/7/2022 11:01:09.000 PM

Yeap

↔ Unknown direction
6/7/2022 11:01:15.000 PM
She will win

↔ Unknown direction
6/7/2022 11:01:22.000 PM
Terry will go to run off

**+15102890110**
✓ Received
6/7/2022 11:02:38.000 PM
Yep

**+15102890110**
✓ Received
6/7/2022 11:22:33.000 PM
So yesenia and wiley both will go run off

**+15102890110**
✓ Received
6/7/2022 11:22:40.000 PM
She only 47%

↔ Unknown direction
6/7/2022 11:22:48.000 PM
Yesenia may get the 50 percent

↔ Unknown direction
6/7/2022 11:22:56.000 PM

Still mail to come

✓ Received

**+15102890110**

6/7/2022 11:22:59.000 PM

Yup

↔ Unknown direction
6/7/2022 11:23:12.000 PM

But she is going to have the money now

↔ Unknown direction
6/7/2022 11:23:27.000 PM

And she is leading by big against the Republican guy we made the right bet

↔ Unknown direction
6/7/2022 11:23:30.000 PM

Kaplan

↔ Unknown direction
6/7/2022 11:23:33.000 PM

Wiley

↔ Unknown direction
6/7/2022 11:23:48.000 PM

Yesenia

✓ Received

**+15102890110**

6/7/2022 11:26:14.000 PM

Yup

**+15102890110**

✓ Received

6/7/2022 11:26:18.000 PM

Wiley will come back

**+15102890110**

✓ Received

6/7/2022 11:26:23.000 PM

He needs to work his ass off

**+15102890110**

✓ Received

6/7/2022 11:26:29.000 PM

Need nancy to help him too

↔ Unknown direction

6/7/2022 11:26:33.000 PM

And he will pick up the other black guys votes

**+15102890110**

✓ Received

6/7/2022 11:26:39.000 PM

Naw

↔ Unknown direction

6/7/2022 11:26:42.000 PM

I am taking to nancy now

**+15102890110**

✓ Received

6/7/2022 11:26:44.000 PM

He dont get along with Jimmie

↔ Unknown direction
6/7/2022 11:26:46.000 PM

And Rob

✓ Received

**+15102890110**

6/7/2022 11:26:49.000 PM

Lmao

✓ Received

**+15102890110**

6/7/2022 11:26:51.000 PM

Me too

↔ Unknown direction
6/7/2022 11:26:54.000 PM

Congratulate him

✓ Received

**+15102890110**

6/7/2022 11:26:58.000 PM

Tell Nancy i say hi

↔ Unknown direction
6/13/2022 8:37:18.000 AM

Hey Andy

↔ Unknown direction
6/13/2022 8:37:36.000 AM

Last week your dad asked for the whole family to get a copy of the docs

✓ Received

**+15102890110**

6/13/2022 12:35:42.000 PM

Which docs?

↔ Unknown direction
6/13/2022 12:37:24.000 PM

The full presentation

↔ Unknown direction
6/13/2022 12:37:30.000 PM

all docs

✓ Received

**+15102890110**

6/13/2022 12:38:30.000 PM

Davidduong Kristinaduong Michaelduong Johnnyduong all @calwaste.com

↔ Unknown direction
6/13/2022 12:38:45.000 PM

Got it

↔ Unknown direction
6/17/2022 7:56:05.000 AM

Hey bother Andy - how are you ?

↔ Unknown direction
6/17/2022 10:41:35.000 AM

Did your family made a decision ?

✓ Received

**+15102890110**

6/17/2022 12:49:59.000 PM

Hey bro did you send the emails cause i did not see any

✓ Received

**+15102890110**

6/17/2022 12:50:07.000 PM

I been trying catch David

✓ Received

**+15102890110**

6/17/2022 12:50:13.000 PM

Let me see and get back to you later

✓ Received

**+15102890110**

6/17/2022 12:50:21.000 PM

No decision as of yet

✓ Received

**+15102890110**

6/17/2022 12:50:27.000 PM

But they looking ay packages

↔ Unknown direction

6/17/2022 12:58:33.000 PM

Do they need anything from us ?

↔ Unknown direction

6/17/2022 1:27:31.000 PM

I don't think is going to be a go with your dad because he said latest would be today and was hopeful for last week delivery of a decision. I think we should look for altérnate funding.

✓ Received

**+15102890110**

6/17/2022 1:31:26.000 PM

Ok well we can demand for answer

✓ Received

**+15102890110**

6/17/2022 1:31:30.000 PM

And say yes or no simple

✓ Received

**+15102890110**

6/17/2022 1:31:42.000 PM

Meanwhile i got some on process

↔ Unknown direction
6/17/2022 1:34:19.000 PM

I know that you had the backup

↔ Unknown direction
6/17/2022 1:34:25.000 PM

Hence we I said it

↔ Unknown direction
6/17/2022 1:34:28.000 PM

It maybe time

✓ Received
**+15102890110**
6/18/2022 7:42:31.000 AM
Duong say give bit more time to look in

✓ Received
**+15102890110**
6/19/2022 11:40:36.000 AM
[redacted]

↔ Unknown direction
6/19/2022 4:50:53.000 PM
[redacted]

↔ Unknown direction
6/19/2022 4:51:19.000 PM
[redacted]

↔ Unknown direction
6/19/2022 4:57:10.000 PM
[redacted]

✓ Received
**+15102890110**
6/19/2022 4:58:23.000 PM
[redacted]

✓ Received
**+15102890110**
6/19/2022 4:58:27.000 PM
[redacted]

↔ Unknown direction
6/19/2022 5:00:49.000 PM

https://youtu.be/gYrz4U3MbMQ

↔ Unknown direction
6/19/2022 5:01:09.000 PM

[redacted]

↔ Unknown direction
6/21/2022 1:03:20.000 PM

Meeting possible today or tomorrow ?

✓ Received

**+15102890110**

6/21/2022 1:11:02.000 PM

Move to two weeks

✓ Received

**+15102890110**

6/21/2022 1:11:23.000 PM

Or next

✓ Received

**+15102890110**

6/21/2022 1:11:40.000 PM

He heading to Vietnam for some emergency

↔ Unknown direction
6/21/2022 5:34:33.000 PM

I hope is ok

✓ Received

**+15102890110**

6/21/2022 5:46:50.000 PM

Wait he flying later

✓ Received

**+15102890110**

6/21/2022 5:46:59.000 PM

I think i can get them meet tomorrow

✓ Received

**+15102890110**

6/21/2022 5:47:04.000 PM

Let me see

↔ Unknown direction
6/21/2022 6:07:56.000 PM

Perfect

↔ Unknown direction
6/21/2022 6:08:05.000 PM

Bro we need to get moving that is why

↔ Unknown direction
6/21/2022 6:08:17.000 PM

We have people waiting for us to get started here in MX

✓ Received

**+15102890110**

6/21/2022 6:08:20.000 PM

Trust me...

✓ Received
**+15102890110**
6/21/2022 6:08:33.000 PM
I am buzz lightyer

✓ Received
**+15102890110**
6/21/2022 6:08:43.000 PM
I feel the same

↔ Unknown direction
6/21/2022 6:14:10.000 PM
I know you are

↔ Unknown direction
6/21/2022 6:14:15.000 PM
Get us going brother

✓ Received
**+15102890110**
6/21/2022 10:58:58.000 PM
Dear Andy,

Wednesday evening, June 22, 5:30 p.m. - 7 p.m., at VABA Office 1211 Embarcadero, #300, Oakland, a meeting and fund-raising event for Councilmember Treva Reid will take place.

Hope you will bring some friends to the event.

Thanks,

Tra Mi

✓ Received
**+15102890110**
6/21/2022 10:59:01.000 PM
Come tomorrow brother

✓ Received
**+15102890110**
6/21/2022 10:59:11.000 PM
So can pull them after haha

✓ Received
**+15102890110**
6/22/2022 4:23:32.000 PM
You stopping by?

↔ Unknown direction
6/22/2022 4:27:48.000 PM
Yes sir

✓ Received
**+15102890110**
6/22/2022 4:28:05.000 PM
Sounds good!!!

✓ Received
**+15102890110**
6/22/2022 6:40:28.000 PM
Almost here?

↔ Unknown direction
6/22/2022 8:04:51.000 PM
Bro are you going late

↔ Unknown direction
6/22/2022 8:04:56.000 PM
I am still coming

✓ Received

**+15102890110**

6/22/2022 8:19:44.000 PM

Its done bro

✓ Received

**+15102890110**

6/22/2022 8:19:49.000 PM

Next time

↔ Unknown direction
6/22/2022 8:20:07.000 PM

Early out on this one

↔ Unknown direction
6/22/2022 8:20:11.000 PM

Can we meet still ?

✓ Received

**+15102890110**

6/22/2022 10:04:50.000 PM

They all left

✓ Received

**+15102890110**

6/22/2022 10:04:58.000 PM

I held u til 815

✓ Received

**+15102890110**

6/22/2022 10:05:04.000 PM

Until*

✓ Received

**+15102890110**

6/22/2022 10:05:13.000 PM

David left

✓ Received

**+15102890110**

6/22/2022 10:05:19.000 PM

And kris at 745

↔ Unknown direction
6/22/2022 10:19:09.000 PM

Ok

↔ Unknown direction
6/22/2022 10:19:17.000 PM

Tomorrow possible to close this deal ?

✓ Received

**+15102890110**

6/22/2022 10:31:29.000 PM

I asked again

✓ Received

**+15102890110**

6/22/2022 10:31:32.000 PM

Not sure this week

↔ Unknown direction
6/22/2022 10:32:34.000 PM

Uff

↔ Unknown direction
6/23/2022 10:00:24.000 AM

Good morning

↔ Unknown direction
6/23/2022 10:02:23.000 AM

Any luck on the meeting

↔ Unknown direction
6/27/2022 11:42:38.000 AM

Brother Andy - I got a delay on the sale of a building. I was in need of a short term loan - 90 days for $100,000 loan with a return of $15,000 in 90 days. Stewart is tapped. Any one else you think can do this loan ?

✓ Received

**+15102890110**

6/27/2022 12:28:48.000 PM

Oh man, Stewart wondering about the June 27th payment? For the 100k i can try ask, i heard alot people not doing well.

✓ Received

**+15102890110**

6/27/2022 12:28:53.000 PM

You alright bro?

✓ Received

**+15102890110**

6/27/2022 12:28:56.000 PM

Everything ok?

↔ Unknown direction

6/27/2022 12:35:42.000 PM

My school buyer is delayed

↔ Unknown direction
6/27/2022 12:35:47.000 PM

Put me behind

↔ Unknown direction
6/27/2022 12:36:09.000 PM

I will talk to Stewart today about the extension and give extra interest

↔ Unknown direction
6/27/2022 12:36:14.000 PM

But it is what it is

✓ Received

**+15102890110**

6/27/2022 12:37:31.000 PM

Ok

✓ Received

**+15102890110**

6/27/2022 12:37:53.000 PM

Let me know if i have to tell him

✓ Received

**+15102890110**

6/27/2022 12:37:56.000 PM

That

✓ Received

**+15102890110**

6/27/2022 12:38:05.000 PM

Dont wanna worry his wife

↔ Unknown direction
6/27/2022 12:38:44.000 PM

I think it's best if I tell him that

↔ Unknown direction
6/27/2022 12:38:55.000 PM

Which I will do he does not worry

↔ Unknown direction
6/27/2022 12:39:10.000 PM

But I am getting tapped out for the mandated inspections

↔ Unknown direction
6/27/2022 12:39:29.000 PM

So I need an extra $100k with $15k return for 90 days

↔ Unknown direction
6/27/2022 12:39:51.000 PM

Alternative I have $280k coming from doing hard moneys in the next 120 days

↔ Unknown direction
6/27/2022 12:40:15.000 PM

Plus House in the Box I may get a small advance

✓ Received

**+15102890110**

6/27/2022 4:10:38.000 PM

Oh i see

**+15102890110**
✓ Received
6/27/2022 4:10:43.000 PM
Alot delays lol

**+15102890110**
✓ Received
6/27/2022 4:10:50.000 PM
How long you gonna ask him for?

↔ Unknown direction
6/27/2022 4:17:30.000 PM
They asked me for 90 days

↔ Unknown direction
6/27/2022 4:17:35.000 PM
So I am asking for 120 days

**+15102890110**
✓ Received
6/27/2022 4:18:26.000 PM
Eeehhhh

**+15102890110**
✓ Received
6/27/2022 4:19:12.000 PM
What you sharing me bro? Lol

✓ Received

**+15102890110**

6/27/2022 4:19:19.000 PM

Im trying get another 100 for u

↔ Unknown direction
6/27/2022 4:19:44.000 PM

$10k

↔ Unknown direction
6/27/2022 4:19:54.000 PM

And when I close $20k

↔ Unknown direction
6/27/2022 4:25:19.000 PM

In 120 days

✓ Received

**+15102890110**

6/27/2022 4:29:29.000 PM

[redacted]

↔ Unknown direction
6/27/2022 4:42:45.000 PM

[redacted]

✓ Received

**+15102890110**

6/27/2022 4:57:20.000 PM

[redacted]

↔ Unknown direction

6/27/2022 5:20:54.000 PM

[redacted]

**+15102890110**

✓ Received

6/27/2022 5:28:32.000 PM

[redacted]

↔ Unknown direction

6/27/2022 5:29:19.000 PM

[redacted]

**+15102890110**

✓ Received

6/27/2022 6:56:03.000 PM

[redacted]

↔ Unknown direction

6/27/2022 7:00:31.000 PM

[redacted]

↔ Unknown direction

6/27/2022 7:00:36.000 PM

[redacted]

**+15102890110**

✓ Received

6/27/2022 7:19:07.000 PM

[redacted]

↔ Unknown direction

6/27/2022 7:40:27.000 PM

[redacted]

↔ Unknown direction
6/27/2022 7:40:31.000 PM
Sir *

↔ Unknown direction
6/27/2022 7:40:37.000 PM
When it's your dad back

**+15102890110**
✓ Received
6/27/2022 7:40:57.000 PM
No idea

↔ Unknown direction
6/27/2022 7:41:15.000 PM
So no idea when we get started on house in a box

**+15102890110**
✓ Received
6/27/2022 7:41:51.000 PM
Asking me right now i would say not sure

**+15102890110**
✓ Received
6/27/2022 7:42:02.000 PM
Could be next week

**+15102890110**
✓ Received
6/27/2022 7:42:05.000 PM

Could be week after

✓ Received
**+15102890110**
6/27/2022 7:42:09.000 PM
Could be three weeks

✓ Received
**+15102890110**
6/27/2022 7:42:12.000 PM
Could be next year

↔ Unknown direction
6/27/2022 7:47:40.000 PM
Really dude ?

✓ Received
**+15102890110**
6/27/2022 7:48:32.000 PM
Lol

✓ Received
**+15102890110**
6/27/2022 7:48:38.000 PM
1-4 week

↔ Unknown direction
6/28/2022 11:29:16.000 AM
Good morning checking inn

✓ Received

**+15102890110**

6/28/2022 11:54:37.000 AM

No check in yey

↔ Unknown direction
6/29/2022 12:51:54.000 PM

Checking inn see how things are moving along or not and how you are doing or not ?

✓ Received

**+15102890110**

6/29/2022 4:07:15.000 PM

What things?

✓ Received

**+15102890110**

6/30/2022 6:36:10.000 PM

Did you tell Stewart yet?

↔ Unknown direction
7/9/2022 10:33:06.000 PM

Good
Morning brother Andy

✓ Received

**+15102890110**

7/10/2022 12:14:14.000 AM

Good night brother Mario

↔ Unknown direction
7/10/2022 1:29:23.000 AM

Any luck with you Dad ?

↔ Unknown direction
7/12/2022 11:14:05.000 AM
Tomorow it's 3 weeks

↔ Unknown direction
7/12/2022 11:14:31.000 AM
It's the family ready ?

↔ Unknown direction
7/13/2022 4:07:18.000 PM
?

✓ Received
**+15102890110**
7/13/2022 4:09:19.000 PM
They all
In Vietnam

↔ Unknown direction
7/13/2022 4:09:50.000 PM
We should go to Vietnam to expedite

↔ Unknown direction
7/15/2022 11:06:11.000 AM
Hello

↔ Unknown direction
7/18/2022 3:52:30.000 PM
Are they back ?

✓ Received
**+15102890110**
7/18/2022 4:02:02.000 PM
Nope

↔ Unknown direction
7/18/2022 4:02:20.000 PM
Andy we got to get rolling

↔ Unknown direction
7/18/2022 4:02:24.000 PM
Any suggestions ?

✓ Received
**+15102890110**
7/18/2022 4:03:30.000 PM
Cant get hold of them now they out no response to my text

↔ Unknown direction
7/18/2022 4:03:42.000 PM
Others ?

↔ Unknown direction
7/18/2022 4:03:52.000 PM
We got to not loose the opportunity to sell

✓ Received
**+15102890110**
7/18/2022 4:04:09.000 PM
Got two pending but not use yet

✓ Received

**+15102890110**

7/18/2022 4:04:12.000 PM

Waiting for the Duongs

↔ Unknown direction
7/18/2022 4:05:38.000 PM

They back soon you think

↔ Unknown direction
7/18/2022 4:05:43.000 PM

Or we can travel there

✓ Received

**+15102890110**

7/18/2022 4:14:50.000 PM

Should be back soon

✓ Received

**+15102890110**

7/18/2022 4:14:53.000 PM

Been a while

↔ Unknown direction
7/20/2022 8:56:55.000 AM

Hey brother how are you ?

↔ Unknown direction
7/20/2022 8:57:03.000 AM

Back in Oakland seeing if we can meet

✓ Received

**+15102890110**

7/20/2022 11:22:16.000 PM

Been dealing alot shit lol

✓ Received

**+15102890110**

7/20/2022 11:22:25.000 PM

Yup we can meet

↔ Unknown direction
7/22/2022 11:26:55.000 AM

Hey let's meet

↔ Unknown direction
7/24/2022 7:55:33.000 PM

Brother let's meet

↔ Unknown direction
7/24/2022 7:55:48.000 PM

We are a few days from August

↔ Unknown direction
7/24/2022 7:55:57.000 PM

We need to get moving

↔ Unknown direction
7/24/2022 7:56:03.000 PM

What you think ?

✓ Received

**+15102890110**

7/24/2022 10:44:55.000 PM

Ok

+15102890110 ✓ Received
7/24/2022 10:44:58.000 PM
No response yet

+15102890110 ✓ Received
7/24/2022 10:45:06.000 PM
They may be coming back this coming week

+15102890110 ✓ Received
7/24/2022 10:45:17.000 PM
If not we can move on

↔ Unknown direction
7/24/2022 11:05:36.000 PM
Ok

↔ Unknown direction
7/24/2022 11:05:43.000 PM
We have Siena Drive also

↔ Unknown direction
7/24/2022 11:05:53.000 PM
That is now available too

↔ Unknown direction
7/24/2022 11:06:20.000 PM

But we required $1.3 mm adquisición and $1 mm development for
$2.3 mm

↔ Unknown direction
7/24/2022 11:06:29.000 PM

On 18 homes

↔ Unknown direction
7/24/2022 11:07:04.000 PM

18 homes at $750k profit = $13,500,000

↔ Unknown direction
7/24/2022 11:24:51.000 PM

We got to
Get moving on both projects now

✓ Received

**+15102890110**

7/24/2022 11:24:57.000 PM

Lol

✓ Received

**+15102890110**

7/24/2022 11:25:15.000 PM

If not get moving then we moving for real

↔ Unknown direction
7/24/2022 11:25:27.000 PM

Exactly

↔ Unknown direction
7/24/2022 11:25:40.000 PM

We have to ripe projects

↔ Unknown direction
7/24/2022 11:25:46.000 PM
Ready for funding and execution

✓ Received
**+15102890110**
7/24/2022 11:26:36.000 PM
Going broke

↔ Unknown direction
7/24/2022 11:26:58.000 PM
These two deal with put us back in black

↔ Unknown direction
7/24/2022 11:27:04.000 PM
Way black balance sheet

↔ Unknown direction
7/24/2022 11:27:14.000 PM
We need to focus on real estate

✓ Received
**+15102890110**
7/24/2022 11:27:20.000 PM
The 2.3 deal siena sounds good too

↔ Unknown direction
7/24/2022 11:27:26.000 PM
Off course

↔ Unknown direction
7/24/2022 11:27:34.000 PM
Both are home runs

↔ Unknown direction
7/24/2022 11:27:51.000 PM
But we need to get moving on both

✓ Received
**+15102890110**
7/24/2022 11:27:57.000 PM
We just need to deliver and make investor happy

↔ Unknown direction
7/24/2022 11:28:05.000 PM
On at least one

↔ Unknown direction
7/24/2022 11:28:15.000 PM
But we will loose both or one of the other

↔ Unknown direction
7/24/2022 11:28:24.000 PM
And that is it

✓ Received
**+15102890110**
7/24/2022 11:28:31.000 PM
Shitttttrr

✓ Received
**+15102890110**
7/24/2022 11:28:33.000 PM
So scary

✓ Received
**+15102890110**
7/24/2022 11:28:38.000 PM
Need to be fast

↔ Unknown direction
7/24/2022 11:29:06.000 PM
Let's meet tomorrow

↔ Unknown direction
7/25/2022 9:15:27.000 AM
Are you around

↔ Unknown direction
7/25/2022 2:36:59.000 PM
?

✓ Received
**+15102890110**
7/25/2022 2:38:30.000 PM
Meeting

✓ Received
**+15102890110**
7/25/2022 2:38:34.000 PM
I might can do later

↔ Unknown direction
7/25/2022 2:40:13.000 PM
Ok

✓ Received
**+15102890110**
7/25/2022 4:46:55.000 PM
Meet nowV

✓ Received
**+15102890110**
7/25/2022 4:46:57.000 PM
?

✓ Received
**+15102890110**
7/27/2022 5:13:51.000 PM
Can you get Corina Lopez and Noel Gallo to endorse Stewart Chen?

↔ Unknown direction
8/2/2022 12:28:56.000 PM
Hey Brother Andy

↔ Unknown direction
8/2/2022 12:28:56.000 PM
What's cooking

✓ Received
**+15102890110**
8/2/2022 1:01:41.000 PM
Empanadas

↔ Unknown direction
8/2/2022 1:01:54.000 PM

😋

↔ Unknown direction
8/2/2022 1:02:19.000 PM

Colombian, Venezuelan, Argentinian ?

**+15102890110**
✓ Received
8/2/2022 1:03:12.000 PM

All three

↔ Unknown direction
8/2/2022 1:06:57.000 PM

Share the empanadas

↔ Unknown direction
8/2/2022 1:28:38.000 PM

What's happening with your dad ?

**+15102890110**
✓ Received
8/2/2022 1:51:12.000 PM

Sure

**+15102890110**
✓ Received
8/2/2022 1:51:14.000 PM

Mann...

✓ Received

**+15102890110**

8/2/2022 1:51:24.000 PM

He came back and went straight to NY

↔ Unknown direction
8/2/2022 4:46:53.000 PM

Can we try to see if we can connect with him and we are a go on the investment ?

✓ Received

**+15102890110**

8/2/2022 5:22:53.000 PM

Can you shoot email include whole family for a follow up meeting cc me

↔ Unknown direction
8/2/2022 6:38:51.000 PM

Will do

↔ Unknown direction
8/2/2022 6:38:56.000 PM

What emails to make sure

✓ Received

**+15102890110**

8/2/2022 8:17:38.000 PM

Andyduong michaelduong johnnyduong kristinaduong davidduong all @calwaste.com

↔ Unknown direction
8/2/2022 8:31:42.000 PM

Got it

↔ Unknown direction
8/2/2022 8:31:46.000 PM

Sent

↔ Unknown direction
8/2/2022 8:31:50.000 PM

This you get it ?

**+15102890110**

✓ Received
8/2/2022 8:38:39.000 PM

Nada

↔ Unknown direction
8/2/2022 9:08:58.000 PM

Now ?

**+15102890110**

✓ Received
8/2/2022 9:09:26.000 PM

Yup

↔ Unknown direction
8/2/2022 9:09:43.000 PM

Good email or missed anything ?

**+15102890110**

✓ Received
8/2/2022 9:09:57.000 PM

Didnt look yet

↔ Unknown direction
8/2/2022 9:10:10.000 PM
But you got it ?

✓ Received
**+15102890110**
8/2/2022 9:10:25.000 PM
Good

✓ Received
**+15102890110**
8/2/2022 9:10:30.000 PM
Lets wait now

✓ Received
**+15102890110**
8/3/2022 12:54:16.000 PM
I will be back on the 13th

✓ Received
**+15102890110**
8/3/2022 12:54:24.000 PM
Lets set meeting by then

✓ Received
**+15102890110**
8/3/2022 12:54:34.000 PM
David just responded

↔ Unknown direction
8/3/2022 1:51:09.000 PM
He did not respond to me

✓ Received
**+15102890110**
8/3/2022 1:51:41.000 PM
Some wrong with your email

✓ Received
**+15102890110**
8/3/2022 1:51:46.000 PM
OBJ

↔ Unknown direction
8/3/2022 1:52:23.000 PM
That is my email

↔ Unknown direction
8/3/2022 1:52:26.000 PM
Hold on

↔ Unknown direction
8/3/2022 1:53:29.000 PM
Went to junk for some reason moved now

✓ Received
**+15102890110**
8/3/2022 2:00:29.000 PM
Ok

↔ Unknown direction
8/3/2022 2:02:11.000 PM
I responded to his email for August 13

↔ Unknown direction
8/3/2022 2:02:28.000 PM

So what percentage he wants ?

↔ Unknown direction
8/3/2022 2:02:42.000 PM

What do we want from that percentage ?

✓ Received

**+15102890110**

8/3/2022 2:03:04.000 PM

Remember what we talked about?

✓ Received

**+15102890110**

8/3/2022 2:03:15.000 PM

I call yoy later

↔ Unknown direction
8/3/2022 2:11:48.000 PM

Yeap

↔ Unknown direction
8/3/2022 2:11:59.000 PM

Yes trying to put into writting from you

✓ Received

**+15102890110**

8/4/2022 4:10:18.000 AM

Ok

↔ Unknown direction
8/10/2022 10:33:34.000 AM
Good morning Andy

↔ Unknown direction
8/10/2022 10:33:56.000 AM
Are we set for the meeting on Saturday - I sent 2 emails about it

✓ Received
**+15102890110**
8/10/2022 4:32:15.000 PM
I think they prefer Wednesday-Friday

✓ Received
**+15102890110**
8/10/2022 4:32:25.000 PM
[redacted]

✓ Received
**+15102890110**
8/10/2022 4:32:37.000 PM
[redacted]

↔ Unknown direction
8/10/2022 4:45:54.000 PM
[redacted]

↔ Unknown direction
8/10/2022 5:55:58.000 PM
[redacted]

✓ Received

**+15102890110**

8/11/2022 4:33:58.000 AM

[redacted]

**+15102890110**

✓ Received

8/11/2022 4:33:59.000 AM

[redacted]

**+15102890110**

✓ Received

8/11/2022 4:34:05.000 AM

[redacted]

↔ Unknown direction
8/11/2022 7:18:04.000 AM

[redacted]

↔ Unknown direction
8/11/2022 8:05:03.000 AM

[redacted]

↔ Unknown direction
8/11/2022 8:16:50.000 AM

[redacted]

**+15102890110**

✓ Received

8/11/2022 7:35:26.000 PM

[redacted]

✓ Received

**+15102890110**

8/11/2022 7:35:29.000 PM

[redacted]

✓ Received

**+15102890110**

8/11/2022 7:35:31.000 PM

[redacted]

✓ Received

**+15102890110**

8/11/2022 7:35:42.000 PM

[redacted]

✓ Received

**+15102890110**

8/15/2022 3:28:05.000 PM

We need funds to build our first model to present and make sales like expo

✓ Received

**+15102890110**

8/15/2022 8:12:48.000 PM

Ok awesome

✓ Received

**+15102890110**

8/15/2022 8:12:55.000 PM

So are we good on the deal?

↔ Unknown direction

8/15/2022 8:41:14.000 PM

I think so

↔ Unknown direction
8/15/2022 8:41:33.000 PM
Can I call you

+15102890110
✓ Received
8/15/2022 8:49:19.000 PM
I call u in bit

+15102890110
✓ Received
8/15/2022 10:35:21.000 PM
OBJ

↔ Unknown direction
8/17/2022 11:30:53.000 AM
Bro can we meet ?

+15102890110
✓ Received
8/17/2022 11:55:52.000 AM
Later today possibly yes. I am meeting with David today. Whats up?

↔ Unknown direction
8/17/2022 12:00:35.000 PM
Wanted to get going on the drafting of the operating agreement

↔ Unknown direction
8/17/2022 12:00:52.000 PM
Part of the agreement is that we will be up and running in 7 days - he agreed to that

✓ Received
**+15102890110**
8/17/2022 12:51:41.000 PM
Ok brother, we will get rolling

↔ Unknown direction
8/17/2022 1:21:00.000 PM
What time ?

↔ Unknown direction
8/17/2022 1:21:08.000 PM
Your place my place ?

✓ Received
**+15102890110**
8/17/2022 9:05:34.000 PM
Bro had incident needed to take care with family today

✓ Received
**+15102890110**
8/17/2022 9:05:39.000 PM
Call u later

↔ Unknown direction
8/17/2022 9:08:44.000 PM
Are q good with family ?

↔ Unknown direction
8/17/2022 9:08:51.000 PM
On our funding and deal

↔ Unknown direction
8/17/2022 9:09:01.000 PM
And you ok ?

↔ Unknown direction
8/17/2022 9:09:06.000 PM
And family ok ?

↔ Unknown direction
8/17/2022 9:09:41.000 PM
I told told our Mexico team we are set and really to roll in 7 days

**+15102890110**
✓ Received
8/17/2022 9:21:11.000 PM
We good about our project

**+15102890110**
✓ Received
8/17/2022 9:21:15.000 PM
I call and tell u more later

**+15102890110**
✓ Received
8/17/2022 9:21:21.000 PM
But shit happen

**+15102890110**
✓ Received
8/17/2022 9:21:25.000 PM
Crimes at our office

↔ Unknown direction
8/17/2022 9:24:16.000 PM
Anyone I need to take care of

↔ Unknown direction
8/17/2022 9:24:28.000 PM
Let me know

↔ Unknown direction
8/17/2022 9:24:46.000 PM
I had my lawyer start drafting the operating agreement

↔ Unknown direction
8/17/2022 9:25:04.000 PM
Send deal notes to you and David too

✓ Received
**+15102890110**
8/17/2022 10:09:18.000 PM
Wait thought we dont need attorney? Lol

↔ Unknown direction
8/17/2022 10:25:13.000 PM
We dont but I need to know how to put into the template the terms your dad wants

↔ Unknown direction
8/17/2022 10:25:19.000 PM
We get to review it first

↔ Unknown direction
8/17/2022 11:33:52.000 PM
One minor but important point

↔ Unknown direction
8/17/2022 11:33:57.000 PM
Call me to clarify

**+15102890110**
✓ Received
8/18/2022 8:05:06.000 PM
OBJ

↔ Unknown direction
8/18/2022 8:54:23.000 PM
Why are we waiting more

↔ Unknown direction
8/18/2022 8:54:48.000 PM
Alameda and other cities are getting one letter too

**+15102890110**
✓ Received
8/18/2022 8:55:27.000 PM
We not waiting

**+15102890110**
✓ Received
8/18/2022 8:55:28.000 PM
We on it

✓ Received

**+15102890110**

8/18/2022 8:55:33.000 PM

David sent me this lmfao

✓ Received

**+15102890110**

8/18/2022 8:55:40.000 PM

Meaning he doing his homework

✓ Received

**+15102890110**

8/18/2022 8:55:42.000 PM

Good good sig

✓ Received

**+15102890110**

8/18/2022 8:55:45.000 PM

Sign***

↔ Unknown direction
8/18/2022 9:06:15.000 PM

Yes

↔ Unknown direction
8/18/2022 9:06:25.000 PM

Plus we know other stufff he does not know

✓ Received

**+15102890110**

8/18/2022 9:06:33.000 PM

How was meeting with Beef Stew?

↔ Unknown direction
8/18/2022 9:06:36.000 PM
There's is other state money on top of that

↔ Unknown direction
8/18/2022 9:06:47.000 PM
And federal money

↔ Unknown direction
8/18/2022 9:06:52.000 PM
And fema money

↔ Unknown direction
8/18/2022 9:07:01.000 PM
And County has money too

**+15102890110**
✓ Received
8/18/2022 9:07:11.000 PM
And district

**+15102890110**
✓ Received
8/18/2022 9:07:15.000 PM
And streets

**+15102890110**
✓ Received
8/18/2022 9:07:17.000 PM
And blocka

↔ Unknown direction
8/18/2022 9:07:19.000 PM
Each cities have golden hosing moneys too

✓ Received
**+15102890110**
8/18/2022 9:07:19.000 PM
Blocks

✓ Received
**+15102890110**
8/19/2022 4:40:38.000 PM
Can I call you later?

↔ Unknown direction
8/19/2022 5:49:11.000 PM
Yes

↔ Unknown direction
8/19/2022 5:49:20.000 PM
Sent an email

↔ Unknown direction
8/19/2022 5:49:27.000 PM
Can you review and send back

✓ Received
**+15102890110**
8/19/2022 6:57:22.000 PM
Sorry, I can't talk right now.

✓ Received

**+15102890110**

8/19/2022 6:57:23.000 PM

Meeting

✓ Received

**+15102890110**

8/19/2022 6:57:26.000 PM

Ok

↔ Unknown direction
8/19/2022 6:57:33.000 PM

Got email

✓ Received

**+15102890110**

8/19/2022 6:57:46.000 PM

Yes

↔ Unknown direction
8/19/2022 6:57:54.000 PM

Looks ok ?

✓ Received

**+15102890110**

8/19/2022 6:58:13.000 PM

Look later

✓ Received

**+15102890110**

8/19/2022 6:58:15.000 PM

In meetint

✓ Received

**+15102890110**

8/19/2022 11:08:49.000 PM

Missing the 5 units purchase

↔ Unknown direction
8/19/2022 11:20:31.000 PM

No on the last document attachment is the terms

↔ Unknown direction
8/19/2022 11:20:48.000 PM

But we are missing I think two items:

↔ Unknown direction
8/19/2022 11:21:15.000 PM

We can assign a proxy to appear for us if they have signed proxy

↔ Unknown direction
8/19/2022 11:21:30.000 PM

Authorized the meeting by video when appropriate

↔ Unknown direction
8/19/2022 11:21:48.000 PM

Two board members can call a meeting on any question

✓ Received

**+15102890110**

8/19/2022 11:24:18.000 PM

Ok

✓ Received

**+15102890110**

8/22/2022 12:36:06.000 PM

On phone call unin bit

✓ Received

**+15102890110**

8/22/2022 12:36:18.000 PM

[OBJ]

↔ Unknown direction
8/22/2022 2:25:26.000 PM

Just left your office

↔ Unknown direction
8/22/2022 2:25:29.000 PM

I asked for you

✓ Received

**+15102890110**

8/22/2022 2:25:38.000 PM

Ok

↔ Unknown direction
8/22/2022 2:25:38.000 PM

Lady said you were not there

✓ Received

**+15102890110**

8/22/2022 2:25:42.000 PM

Nope

✓ Received

**+15102890110**

8/22/2022 2:25:46.000 PM

Im out

✓ Received

**+15102890110**

8/22/2022 2:25:49.000 PM

Both ankle disable

↔ Unknown direction
8/22/2022 2:25:52.000 PM

Heading to rally

✓ Received

**+15102890110**

8/22/2022 2:25:53.000 PM

Waiting for Kaiser

✓ Received

**+15102890110**

8/22/2022 2:25:55.000 PM

Ok

↔ Unknown direction
8/22/2022 2:26:04.000 PM

You not going to rally ?

✓ Received

**+15102890110**

8/22/2022 2:26:04.000 PM

Make a speech too if u can

✓ Received
**+15102890110**
8/22/2022 2:26:10.000 PM
Say few words

✓ Received
**+15102890110**
8/22/2022 2:26:14.000 PM
Im facetiming

↔ Unknown direction
8/22/2022 3:16:20.000 PM
I made it to the end

↔ Unknown direction
8/22/2022 3:16:35.000 PM
Said Hello to Stewart and several others

✓ Received
**+15102890110**
8/22/2022 3:16:43.000 PM
Who did u see?

↔ Unknown direction
8/22/2022 3:16:44.000 PM
Fucked up situation

✓ Received
**+15102890110**
8/22/2022 3:16:47.000 PM
Any pictures?

↔ Unknown direction
8/22/2022 3:16:48.000 PM
Terry

↔ Unknown direction
8/22/2022 3:16:55.000 PM
No pics dude

**+15102890110**
✓ Received
8/22/2022 3:16:58.000 PM
Lmao

↔ Unknown direction
8/22/2022 3:17:01.000 PM
Like 100 plus there

↔ Unknown direction
8/22/2022 3:17:05.000 PM
Sheng

**+15102890110**
✓ Received
8/22/2022 3:17:06.000 PM
Yup

↔ Unknown direction
8/22/2022 3:17:09.000 PM
Treva

✓ Received

**+15102890110**

8/22/2022 3:17:22.000 PM

Did u hear speeches?

↔ Unknown direction
8/22/2022 3:17:30.000 PM

Sheng

↔ Unknown direction
8/22/2022 3:17:37.000 PM

Called Libby out

✓ Received

**+15102890110**

8/22/2022 3:17:41.000 PM

Yup

✓ Received

**+15102890110**

8/22/2022 3:17:51.000 PM

Libby hiding?

✓ Received

**+15102890110**

8/22/2022 3:17:59.000 PM

Is she hiding at your office?

✓ Received

**+15102890110**

8/22/2022 3:18:28.000 PM

U saw nancy?

↔ Unknown direction
8/22/2022 3:19:02.000 PM
No nancy no Libby

↔ Unknown direction
8/22/2022 3:19:27.000 PM
[redacted]

**+15102890110**
✓ Received
8/22/2022 3:19:36.000 PM
[redacted]

**+15102890110**
✓ Received
8/22/2022 3:19:42.000 PM
[redacted]

**+15102890110**
✓ Received
8/22/2022 3:19:52.000 PM
[redacted]

**+15102890110**
✓ Received
8/22/2022 3:19:59.000 PM
[redacted]

**+15102890110**
✓ Received
8/22/2022 3:20:01.000 PM
[redacted]

↔ Unknown direction
8/22/2022 3:22:30.000 PM

[redacted]

↔ Unknown direction
8/22/2022 3:22:35.000 PM

[redacted]

↔ Unknown direction
8/22/2022 3:22:41.000 PM

[redacted]

↔ Unknown direction
8/22/2022 3:22:57.000 PM

[redacted]

↔ Unknown direction
8/22/2022 3:23:01.000 PM

[redacted]

↔ Unknown direction
8/22/2022 3:23:10.000 PM

[redacted]

**+15102890110**

✓ Received

8/22/2022 3:24:27.000 PM

[redacted]

✓ Received

+15102890110

8/22/2022 3:24:36.000 PM

[redacted]

↔ Unknown direction
8/22/2022 3:27:02.000 PM

[redacted]

↔ Unknown direction
8/22/2022 3:27:12.000 PM

[redacted]

↔ Unknown direction
8/22/2022 3:27:20.000 PM

[redacted]

✓ Received

+15102890110

8/22/2022 3:27:24.000 PM

[redacted]

↔ Unknown direction
8/23/2022 8:49:09.000 AM

[redacted]

✓ Received

+15102890110

8/23/2022 2:21:14.000 PM

[redacted]

↔ Unknown direction
8/24/2022 11:49:11.000 PM

[redacted]

+15102890110

✓ Received

8/24/2022 11:49:41.000 PM

[redacted]

↔ Unknown direction
8/25/2022 7:03:33.000 PM

[redacted]

↔ Unknown direction
8/25/2022 7:03:35.000 PM

[redacted]

↔ Unknown direction
8/25/2022 7:03:44.000 PM

[redacted]

↔ Unknown direction
8/25/2022 7:58:41.000 PM

[redacted]

↔ Unknown direction
8/25/2022 8:06:12.000 PM

[redacted]

+15102890110

✓ Received

8/26/2022 7:21:10.000 AM

[redacted]

[redacted]

↔ Unknown direction
8/26/2022 7:24:46.000 AM

[redacted]

↔ Unknown direction
8/26/2022 7:24:51.000 AM

[redacted]

↔ Unknown direction
8/26/2022 7:24:54.000 AM

[redacted]

✓ Received

**+15102890110**

8/26/2022 7:26:16.000 AM

[redacted]

✓ Received

**+15102890110**

8/26/2022 7:26:36.000 AM

[redacted]

✓ Received

**+15102890110**

8/26/2022 7:26:51.000 AM

We need to close the deal

↔ Unknown direction
8/26/2022 8:17:22.000 AM

We do need to close the deal

↔ Unknown direction
8/26/2022 8:17:28.000 AM
Anything I can do

↔ Unknown direction
8/26/2022 8:17:47.000 AM
Your dad said Kristy was reviewing the paperwork

✓ Received
**+15102890110**
8/26/2022 8:30:31.000 AM
Damn ok

✓ Received
**+15102890110**
8/26/2022 8:30:39.000 AM
[redacted]

↔ Unknown direction
8/26/2022 8:33:40.000 AM
[redacted]

↔ Unknown direction
8/26/2022 8:33:48.000 AM
[redacted]

✓ Received
**+15102890110**
8/26/2022 8:33:50.000 AM

[redacted]

+15102890110
✓ Received
8/26/2022 8:33:56.000 AM
[redacted]

+15102890110
✓ Received
8/26/2022 8:34:01.000 AM
[redacted]

↔ Unknown direction
8/26/2022 8:34:44.000 AM
[redacted]

+15102890110
✓ Received
8/26/2022 8:35:54.000 AM
[redacted]

+15102890110
✓ Received
8/27/2022 11:28:15.000 AM
[OBJ]

+15102890110
✓ Received
8/27/2022 11:28:31.000 AM
So im guessing this bills goes toward my 100k from the house in box project?

↔ Unknown direction

8/27/2022 11:37:07.000 AM
Small bill I am sure

↔ Unknown direction
8/27/2022 11:37:17.000 AM
Getting you up to 100 percent is more important

↔ Unknown direction
8/27/2022 11:37:36.000 AM
But it said living and business expenses on the $100k

↔ Unknown direction
8/27/2022 12:17:35.000 PM
So what it going on with you ?

**+15102890110**
✓ Received
8/27/2022 12:29:33.000 PM
Still here

↔ Unknown direction
8/27/2022 12:29:54.000 PM
Ok

**+15102890110**
✓ Received
8/29/2022 3:19:57.000 PM
OBJ

**+15102890110**
✓ Received
8/29/2022 8:13:34.000 PM

Saw Kris earlier

✓ Received

**+15102890110**

8/29/2022 8:13:39.000 PM

Told her look into it

✓ Received

**+15102890110**

8/29/2022 8:13:41.000 PM

She on it

↔ Unknown direction
8/29/2022 9:16:10.000 PM

Cool maybe by tomorrow we get the green light from her and David

↔ Unknown direction
8/29/2022 9:16:35.000 PM

And if they have feedback we can change by the time we see each other at the town hall meeting

✓ Received

**+15102890110**

8/29/2022 9:17:28.000 PM

Ok lets see

✓ Received

**+15102890110**

8/29/2022 9:17:34.000 PM

Dont think she gonna look at it now

↔ Unknown direction

8/29/2022 9:21:29.000 PM

I think it's a good idea for you to have during the day and prior to the Town-hall a list of 1. Names available for registration at www.sos.ca.gov and 2. The domain name is available with the .com name without hyphens or characters on the name. Keep in mind David's directive to make the company represent the global reach but not be Latin/Mexican/Viet centric. Name with Homes, Solutions, Housing can work well but having a one name company would be cool on the domain and we can make the Llc a longer name.

✓ Received

**+15102890110**

9/1/2022 11:45:26.000 AM

OBJ

↔ Unknown direction
9/1/2022 12:00:08.000 PM

I will be there tonight

✓ Received

**+15102890110**

9/1/2022 12:30:01.000 PM

Ok

↔ Unknown direction
9/1/2022 1:33:47.000 PM

OBJ

✓ Received

**+15102890110**

9/1/2022 1:37:54.000 PM

Libby???

↔ Unknown direction
9/4/2022 11:53:13.000 AM

Brother you called ?

↔ Unknown direction
9/7/2022 3:13:43.000 PM

OBJ

**+15102890110**

✓ Received
9/7/2022 3:18:47.000 PM

Dont use whats app bro

**+15102890110**

✓ Received
9/7/2022 3:18:51.000 PM

Use cell phone

**+15102890110**

✓ Received
9/7/2022 3:18:55.000 PM

↔ Unknown direction
9/8/2022 8:55:54.000 AM

Brother

↔ Unknown direction
9/8/2022 8:56:02.000 AM

Sent the operating agreement

↔ Unknown direction
9/8/2022 8:56:07.000 AM

Can you please review

↔ Unknown direction
9/8/2022 8:56:23.000 AM

OBJ

✓ Received
**+15102890110**
9/8/2022 9:10:02.000 AM

Will do after meeting

↔ Unknown direction
9/8/2022 9:30:21.000 AM

Call me when you finish please

✓ Received
**+15102890110**
9/8/2022 9:47:31.000 AM

Please change LB Address to

4100 Redwood Rd Ste 20A-152 Oakland, CA 94619

✓ Received
**+15102890110**
9/8/2022 9:47:44.000 AM

Ok

↔ Unknown direction
9/8/2022 9:48:04.000 AM

Right away

↔ Unknown direction

9/8/2022 9:52:14.000 AM

OBJ

↔ Unknown direction
9/8/2022 9:53:28.000 AM

I sent via email too

↔ Unknown direction
9/8/2022 11:31:31.000 AM

Bro are we set ?

✓ Received

**+15102890110**

9/8/2022 11:46:08.000 AM

Call u in bit

↔ Unknown direction
9/8/2022 11:46:14.000 AM

Ok

↔ Unknown direction
9/10/2022 9:03:14.000 AM

Call me

↔ Unknown direction
9/12/2022 10:34:23.000 AM

Hey bother you called me ?

✓ Received

**+15102890110**

9/12/2022 10:50:25.000 AM

Yes are the llc formed?

↔ Unknown direction
9/12/2022 10:59:33.000 AM
I just chek still pending

↔ Unknown direction
9/12/2022 10:59:36.000 AM
BUT

↔ Unknown direction
9/12/2022 10:59:58.000 AM
we should not put brakes on getting the paperwork done meaning

↔ Unknown direction
9/12/2022 11:00:09.000 AM
If it get approved it's done

↔ Unknown direction
9/12/2022 11:00:38.000 AM
If it does not get approved we correct the name and it's done

↔ Unknown direction
9/12/2022 11:00:57.000 AM
For an attorney to delay this is dumb

↔ Unknown direction
9/12/2022 11:01:11.000 AM
Finish the LLC so we can all move on

**+15102890110**

✓ Received

9/13/2022 2:19:20.000 PM

1068 Webster St, Oakland, CA 94607

**+15102890110**

✓ Received

9/13/2022 2:19:22.000 PM

T4

↔ Unknown direction

9/13/2022 2:19:35.000 PM

On my way see you soon

**+15102890110**

✓ Received

9/13/2022 2:38:42.000 PM

Ok what u like to drink?

**+15102890110**

✓ Received

9/13/2022 2:38:44.000 PM

Anything?

↔ Unknown direction

9/13/2022 2:39:42.000 PM

Vanilla skinny late hot extra 2
Shots low fat milk

↔ Unknown direction

9/14/2022 1:33:39.000 PM

Hey brother

↔ Unknown direction
9/14/2022 1:33:46.000 PM
Anything we need to do ?

**+15102890110**
✓ Received
9/14/2022 5:53:59.000 PM
OBJ

**+15102890110**
✓ Received
9/14/2022 5:54:06.000 PM
Stop by if u can

↔ Unknown direction
9/14/2022 11:03:29.000 PM
Just say this

↔ Unknown direction
9/14/2022 11:03:33.000 PM
Sorry

**+15102890110**
✓ Received
9/14/2022 11:09:56.000 PM
No worry bro

**+15102890110**
✓ Received
9/14/2022 11:10:35.000 PM
OBJCost me more than the event

↔ Unknown direction
9/15/2022 9:12:33.000 AM
Fucking Oakland

↔ Unknown direction
9/19/2022 9:35:09.000 AM
[redacted]

**+15102890110**
✓ Received
9/19/2022 10:34:40.000 AM
[redacted]

**+15102890110**
✓ Received
9/19/2022 10:34:51.000 AM
[redacted]

↔ Unknown direction
9/19/2022 10:40:17.000 AM
Need help ?

**+15102890110**
✓ Received
9/19/2022 10:45:51.000 AM
Yes, getting all the ball rolling

↔ Unknown direction
9/19/2022 10:46:27.000 AM
Ok I will text David and Kristina

**+15102890110**

✓ Received
9/19/2022 10:48:59.000 AM

David wasnt in but Kris is on way

↔ Unknown direction
9/19/2022 10:49:27.000 AM

Ok

↔ Unknown direction
9/19/2022 10:49:39.000 AM

I will follow up with her all day today

↔ Unknown direction
9/19/2022 10:49:49.000 AM

I sent a text already if she wants me to go see her

**+15102890110**

✓ Received
9/19/2022 10:51:24.000 AM

Ok cool

**+15102890110**

✓ Received
9/19/2022 10:51:36.000 AM

￼Can you come sit at my table?

↔ Unknown direction
9/19/2022 10:51:55.000 AM

Yes sir

↔ Unknown direction
9/19/2022 2:08:19.000 PM

How are you doing ?

↔ Unknown direction
9/19/2022 2:08:22.000 PM

Need anything ?

**+15102890110**

✓ Received
9/19/2022 2:11:27.000 PM

OBJ

**+15102890110**

✓ Received
9/19/2022 2:11:27.000 PM

Need to get out of here soon

↔ Unknown direction
9/19/2022 2:28:24.000 PM

[redacted]

**+15102890110**

✓ Received
9/19/2022 2:28:43.000 PM

[redacted]

↔ Unknown direction
9/19/2022 2:28:55.000 PM

[redacted]

↔ Unknown direction
9/19/2022 2:29:01.000 PM

[redacted]

+15102890110
✓ Received
9/19/2022 2:29:17.000 PM

[redacted]

+15102890110
✓ Received
9/19/2022 2:29:20.000 PM

[redacted]

+15102890110
✓ Received
9/19/2022 2:29:22.000 PM

[redacted]

+15102890110
✓ Received
9/19/2022 2:29:28.000 PM

[redacted]

+15102890110
✓ Received
9/19/2022 2:29:30.000 PM

[redacted]

↔ Unknown direction
9/19/2022 2:29:34.000 PM

[redacted]

↔ Unknown direction
9/19/2022 2:29:37.000 PM

[redacted]

↔ Unknown direction
9/19/2022 2:29:46.000 PM

[redacted]

**+15102890110**
✓ Received
9/19/2022 2:31:22.000 PM

[redacted]

↔ Unknown direction
9/19/2022 2:38:21.000 PM

[redacted]

**+15102890110**
✓ Received
9/19/2022 3:00:30.000 PM

[redacted]

↔ Unknown direction
9/21/2022 8:22:24.000 PM

You still at office no document was received

**+15102890110**
✓ Received
9/21/2022 8:23:47.000 PM

Nope

✓ Received

**+15102890110**

9/21/2022 8:23:55.000 PM

Should do email follow up tonight

↔ Unknown direction
9/21/2022 8:43:04.000 PM

To Kristina o David ?

✓ Received

**+15102890110**

9/21/2022 8:43:13.000 PM

Both

↔ Unknown direction
9/21/2022 8:45:52.000 PM

To Kristina and David:

I know we spoke last night and having clarified the last point on Personal and Business Expenditures matter being removed the personal part we wanted to conclude with you the final document. Andy and I spoke and we waited patiently on the corrected document to finish and fund the company and we are already out of the 7 days of funding from our meetings.

✓ Received

**+15102890110**

9/21/2022 8:46:17.000 PM

Ok

↔ Unknown direction
9/21/2022 8:46:28.000 PM

To agressive ?

✓ Received

**+15102890110**

9/21/2022 8:46:32.000 PM

Email to us david kris michael andy

✓ Received

**+15102890110**

9/21/2022 8:46:37.000 PM

A bit

↔ Unknown direction

9/21/2022 8:46:45.000 PM

So what tone to say ?

✓ Received

**+15102890110**

9/21/2022 8:49:51.000 PM

We can keep like that

✓ Received

**+15102890110**

9/21/2022 8:50:05.000 PM

And add operationals are waitinf

✓ Received

**+15102890110**

9/21/2022 8:50:11.000 PM

Since we out of 7 days

✓ Received

**+15102890110**

9/21/2022 8:50:15.000 PM

Been 4 weeks

↔ Unknown direction
9/21/2022 9:02:07.000 PM
Saw the email

↔ Unknown direction
9/21/2022 9:02:19.000 PM
Mellow

↔ Unknown direction
9/21/2022 9:03:12.000 PM
OBJ

✓ Received
**+15102890110**
9/21/2022 9:03:56.000 PM
Yup

↔ Unknown direction
9/21/2022 9:05:13.000 PM
More personal

↔ Unknown direction
9/21/2022 9:05:17.000 PM
And mentioned you more

↔ Unknown direction
9/21/2022 9:05:38.000 PM
Hard to be on a fuck then Cruzade against a son

↔ Unknown direction

9/21/2022 9:05:55.000 PM

Kristina may have a hard time now

**+15102890110**

✓ Received

9/21/2022 9:06:59.000 PM

Si

**+15102890110**

✓ Received

9/21/2022 9:07:03.000 PM

My amigos

↔ Unknown direction

9/21/2022 9:07:12.000 PM

Hahahah

↔ Unknown direction

9/21/2022 9:07:20.000 PM

[redacted]

**+15102890110**

✓ Received

9/21/2022 9:10:56.000 PM

[redacted]

**+15102890110**

✓ Received

9/21/2022 9:11:30.000 PM

[redacted]

↔ Unknown direction

9/21/2022 9:18:46.000 PM

[redacted]

↔ Unknown direction
9/21/2022 9:18:50.000 PM

[redacted]

↔ Unknown direction
9/21/2022 9:19:17.000 PM

[redacted]

**+15102890110**

✓ Received

9/21/2022 9:24:23.000 PM

[redacted]

↔ Unknown direction
9/22/2022 11:44:55.000 AM

[redacted]

**+15102890110**

✓ Received

9/22/2022 11:53:51.000 AM

Any response?

↔ Unknown direction
9/22/2022 11:54:13.000 AM

Nope

↔ Unknown direction
9/22/2022 11:54:16.000 AM

Silence

✓ Received

**+15102890110**

9/22/2022 11:56:35.000 AM

Well he made it clear on email told Kris to adjust the personal expense part and get it going

↔ Unknown direction
9/22/2022 12:46:03.000 PM

OBJ

✓ Received

**+15102890110**

9/22/2022 12:46:26.000 PM

Ok

↔ Unknown direction
9/23/2022 3:18:16.000 PM

Brother

↔ Unknown direction
9/23/2022 3:18:19.000 PM

Are you avail

↔ Unknown direction
9/23/2022 3:18:23.000 PM

I need a favor

↔ Unknown direction
9/23/2022 3:18:36.000 PM

Plus talk about their revision

✓ Received

**+15102890110**

9/24/2022 11:19:41.000 PM

https://m.youtube.com/watch?v=kOGyXp65sBU

✓ Received

**+15102890110**

9/24/2022 11:20:10.000 PM

OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ OBJ

✓ Received

**+15102890110**

9/24/2022 11:20:23.000 PM

OBJ OBJ OBJ

✓ Received

**+15102890110**

9/24/2022 11:24:05.000 PM

https://youtu.be/gYrz4U3MbMQ

↔ Unknown direction
9/26/2022 10:27:38.000 AM

Good morning brother

✓ Received

**+15102890110**

9/26/2022 3:32:42.000 PM

Hello,

Please join me this Friday 9/30/2022 for dinner in support of our dear friend Dr. Stewart Chen whom is running for Alameda County AC Transit Ward 3. Looking forward on seeing you there!

Tasty Bowl
205 E 18th St, Oakland, CA 94606
6PM

Please make checks payable to:
'Stewart Chen for AC Transit Director 2022'
Online: https://stewartchen.org/donate/
No limits

↔ Unknown direction
10/3/2022 5:28:54.000 PM

Hey brother I have been trying to get in touch with you I hope you are ok

✓ Received

**+15102890110**

10/3/2022 8:29:42.000 PM

I am ok now been hectic day

↔ Unknown direction
10/4/2022 12:48:54.000 PM

Brother

↔ Unknown direction
10/4/2022 12:49:04.000 PM

I emailed and texted David today

✓ Received

**+15102890110**

10/4/2022 1:11:02.000 PM

We signing tomorrow

✓ Received

**+15102890110**

10/4/2022 1:11:06.000 PM

Will know time later

✓ Received
**+15102890110**
10/5/2022 10:43:47.000 AM
Starbuck?

↔ Unknown direction
10/5/2022 11:01:43.000 AM
I am at conference room

↔ Unknown direction
10/5/2022 11:02:28.000 AM
Brought champagne and cigars as it is my culture custom to tost with champagne and give cigars

✓ Received
**+15102890110**
10/5/2022 11:03:08.000 AM
Ok

✓ Received
**+15102890110**
10/5/2022 11:03:12.000 AM
Be uo soon

↔ Unknown direction
10/5/2022 8:28:20.000 PM
Hey bro call me

↔ Unknown direction
10/5/2022 8:30:49.000 PM

# Pages 362–726 of Trial Exhibit 692A Omitted for Length

The government's excerpt (Trial Exhibit 692A) continues through Trial Exhibit 692, Page 726. This filing includes the excerpt through October 5, 2022 (Trial Exhibit 692, Page 361).

# Trial Exhibit 692

## Proposed Completing Portion

OBJOBJOBJOBJOBJOBJOBJOBJOBJOBJ

✓ Received
**+15102890110**
11/3/2021 5:51:37.000 PM
https://www.ktvu.com/news/alameda-county-supervisor-wilma-chan-struck-by-car-and-killed-while-walking-dog.amp

↔ Unknown direction
11/3/2021 6:05:53.000 PM
Saw it

↔ Unknown direction
11/3/2021 6:05:57.000 PM
You running ?

✓ Received
**+15102890110**
11/3/2021 6:08:30.000 PM
Yeah to lose calories. Getting fat

↔ Unknown direction
11/5/2021 10:19:53.000 AM
Hey Andy - I hope all is well with you

↔ Unknown direction
11/5/2021 10:20:44.000 AM
Checking in to see if you have any word on the settlement and on the three investment ops we have 1/ loan for the $100k by you, $500k for the container homes and $1 mm for the 22 homes

✓ Received

**+15102890110**

11/5/2021 6:21:32.000 PM

No updates yet. Let you know as soon hear something.

↔ Unknown direction
11/5/2021 6:24:45.000 PM

Ok

↔ Unknown direction
11/6/2021 8:20:22.000 AM

Hey Bro - you good ?

✓ Received

**+15102890110**

11/6/2021 1:42:08.000 PM

Alive bro

✓ Received

**+15102890110**

11/6/2021 1:42:14.000 PM

Crazy shit for no reason

↔ Unknown direction
11/6/2021 1:42:25.000 PM

What happened?

✓ Received

**+15102890110**

11/6/2021 1:42:32.000 PM

Accidentally called you

✓ Received