# EXHIBIT 10

# Trial Exhibit 706A

## Government Excerpt

# CLOUD APPLE IMESSAGES (WARRANT RETURN)

| | |
|---|---|
| **CHAT PARTICIPANTS** | |
| Number of participants | 3 |
| Display names | +15108216699<br>+15108675868<br>+15109447744 |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 290 |
| First message sent date/time | 8/4/2020 4:17:06.000 PM |
| Last message sent date/time | 2/9/2024 6:24:31.000 PM |
| Case time zone | (UTC-08:00) Pacific Time (US & Canada) |

￼Here’s a quick summary of the guidelines but it all depends on what you are proposing to build.

↔ Unknown direction
12/5/2022 12:26:36.000 PM

Call me

↔ Unknown direction
2/3/2023 3:40:26.000 PM

Call me

↔ Unknown direction
2/6/2023 1:03:07.000 PM

Larry do you use WhatsApp?

↔ Unknown direction
2/6/2023 1:03:13.000 PM

Or can I text you here

✓ Received

**+15108675868**

2/6/2023 1:12:58.000 PM

Yeah…use WhatsApp

↔ Unknown direction
2/20/2023 10:43:18.000 AM

Tomorrow my office at 4 pm ?

✓ Received

**+15108675868**

2/20/2023 9:03:50.000 PM

Liked “Tomorrow my office at 4 pm ?”

↔ Unknown direction
2/23/2023 8:31:19.000 AM

Can we meet tomorrow ?

↙ Received

**+15108675868**

2/23/2023 8:33:54.000 AM

Sure...what time?

↔ Unknown direction
2/23/2023 8:34:01.000 AM

10:00 am

↙ Received

**+15108675868**

2/23/2023 8:34:54.000 AM

Works...High St or where?

↔ Unknown direction
2/23/2023 8:37:22.000 AM

1241 High park at Los Mexicanos lot

↙ Received

**+15108675868**

2/23/2023 8:38:28.000 AM

Liked “1241 High park at Los Mexicanos lot ”

↔ Unknown direction
2/23/2023 12:33:09.000 PM

https://g.co/kgs/zziYhr

↔ Unknown direction
2/23/2023 12:33:09.000 PM

Yoshino Sushi
(510) 430-2552

↔ Unknown direction
2/23/2023 12:33:58.000 PM

Monday lunch with. Andreas Cluver Building Trades

↔ Unknown direction
2/23/2023 12:34:16.000 PM

The 3 of us

↙ Received

**+15108675868**

2/23/2023 12:36:21.000 PM

Sure...12:30 or 1pm?

↔ Unknown direction
2/23/2023 12:38:43.000 PM

12 noon sharp

↔ Unknown direction
2/23/2023 12:38:48.000 PM

Only 1 hour

↔ Unknown direction
2/23/2023 12:38:52.000 PM

Very powerful

↔ Unknown direction
2/23/2023 12:39:04.000 PM
Good meeting today with Andre Jones about you today

↔ Unknown direction
2/23/2023 12:39:07.000 PM
2 hours

↔ Unknown direction
2/23/2023 12:39:19.000 PM
Circulating the wagons

✓ Received
**+15108675868**
2/23/2023 12:40:19.000 PM
Okay but any chance we can do 12:30pm Monday? Have an hour meeting at 11am and need travel time

↔ Unknown direction
2/23/2023 1:10:49.000 PM
Just get as soon as you can

↔ Unknown direction
2/23/2023 1:10:59.000 PM
He only has that hour for the next 2 weeks

↔ Unknown direction
2/23/2023 1:11:03.000 PM
I will start it

↔ Unknown direction
2/23/2023 1:11:06.000 PM

Arrive

✓ Received

**+15108675868**

2/23/2023 1:11:33.000 PM

Ok

↔ Unknown direction
2/23/2023 1:11:36.000 PM

Try to leave a few minutes early from the other meeting sorry for the rush and last minute

↔ Unknown direction
2/24/2023 10:10:49.000 AM

Larry are you outside

✓ Received

**+15108675868**

2/24/2023 10:10:58.000 AM

Yeah

↔ Unknown direction
2/24/2023 10:11:12.000 AM

Came inn

↔ Unknown direction
2/24/2023 10:11:32.000 AM

Cecilia is opening

↙ Received

**+15108675868**

2/24/2023 10:11:41.000 AM

Ok

↔ Unknown direction
2/27/2023 5:12:35.000 PM

A reminder to please draft letters from to Mayor in support of the appointment of Larry Gallegos to be City Administrator 1. Oakland Latino Political Organization 2. Chinatown Chamber of Commerce 3. Black Chamber of Commerce

↙ Received

**+15108675868**

2/27/2023 5:16:27.000 PM

Liked “A reminder to please draft letters from to Mayor i…”

↔ Unknown direction
2/27/2023 5:27:55.000 PM

Correct one name

↔ Unknown direction
2/27/2023 5:28:16.000 PM

Oakland Chinatown Improvement Council

↔ Unknown direction
2/27/2023 5:37:37.000 PM

OBJ

↔ Unknown direction
2/27/2023 5:37:37.000 PM

That is the lady ?

↙ Received

**+15108675868**

2/27/2023 7:03:16.000 PM

Yes that's her 👍

↔ Unknown direction
3/1/2023 10:33:52.000 AM

Hey Larry can you draft the letters by 1. Chinatown Business Improvement District 2. Hispanic Chamber of Commerce of Alameda County 3. Oakland Latino Political Organization 4. Oakland Latino Business Organization 5. Oakland African American Chamber of Commerce

↔ Unknown direction
3/1/2023 10:34:23.000 AM

What is the name of the SEIU guy we talked about yesterday? Have your scheduled a lunch with him ?

↔ Unknown direction
3/1/2023 12:38:12.000 PM

OBJ

↔ Unknown direction
3/2/2023 8:55:47.000 PM

Did you connect with SEIU 1021
Guy ?

↙ Received

**+15108675868**

3/2/2023 9:15:47.000 PM

Not yet...Calvin is going to make the introduction for me

↔ Unknown direction
3/2/2023 10:35:32.000 PM

Perfect

↔ Unknown direction
3/3/2023 8:36:51.000 AM
Call me

↔ Unknown direction
3/3/2023 8:36:53.000 AM
Please

↔ Unknown direction
3/3/2023 9:35:36.000 AM
Sent the letter can you revise please

↔ Unknown direction
3/3/2023 12:50:34.000 PM
Can you finish the letter please on LOI ?

↔ Unknown direction
3/3/2023 12:52:46.000 PM
I am meeting with them now

↙ Received
**+15108675868**
3/3/2023 12:56:11.000 PM
I haven’t received anything yet

↔ Unknown direction
3/3/2023 3:32:37.000 PM
Did you get it ?

↔ Unknown direction
3/3/2023 5:07:54.000 PM
Can you correct the LOI for Andre please

↔ Unknown direction
3/3/2023 5:08:02.000 PM
It's kinda urgent for me please

↔ Unknown direction
3/7/2023 10:42:32.000 AM
Any update from 1021 ?

↙ Received
**+15108675868**
3/7/2023 10:43:04.000 AM
Nothing yet

↔ Unknown direction
3/7/2023 10:43:56.000 AM
You called ?

↙ Received
**+15108675868**
3/7/2023 10:59:27.000 AM
Yeah I'll reach out again

↔ Unknown direction
3/8/2023 12:48:03.000 PM
Hey Larry anything on 1021 ?

↔ Unknown direction
3/8/2023 12:48:10.000 PM

Meeting with Andre Jones at 3 pm

↙ Received

**+15108675868**

3/8/2023 12:53:48.000 PM

Yeah...been playing phone tag. I'm going to try to set something up for this week

↔ Unknown direction
3/8/2023 12:54:06.000 PM

Got it

↔ Unknown direction
3/11/2023 11:49:01.000 AM

Call me

↔ Unknown direction
3/13/2023 2:26:34.000 PM

How is your Monday ?

↔ Unknown direction
3/13/2023 2:26:42.000 PM

Stupidity free ?

↙ Received

**+15108675868**

3/13/2023 2:58:26.000 PM

Give me a call when you get a chance

↔ Unknown direction

3/31/2023 3:10:09.000 PM

Larry 👀 I wanted to share how proud I am of my daughter Xitlali as she was accepted to Harvard / Yale and Princeton and waiting on Stanford today - all the acceptances on full scholarships

↔ Unknown direction
3/31/2023 3:10:13.000 PM

￼

↙ Received

**+15108675868**

3/31/2023 3:14:40.000 PM

Wow…Congratulations to you and your daughter! That's awesome 👏 you must be very proud!

↔ Unknown direction
3/31/2023 3:26:19.000 PM

Very

↔ Unknown direction
3/31/2023 3:26:35.000 PM

But that my friend is because it takes a village

↔ Unknown direction
6/1/2023 6:56:47.000 AM

￼

↙ Received

**+15108675868**

6/1/2023 9:42:34.000 AM

Nice 👍 Congratulations! Damn wish I could make it bro…but I'm gonna be out of town this weekend.

↔ Unknown direction
6/3/2023 12:33:29.000 PM

�￼

↔ Unknown direction
6/13/2023 12:41:37.000 PM

Call me please

↔ Unknown direction
6/29/2023 11:39:28.000 AM

Checking inn

↔ Unknown direction
8/6/2023 3:37:18.000 PM

￼

↔ Unknown direction
8/6/2023 3:37:23.000 PM

https://youtu.be/E3WbeqVj8zc

✓ Received

**+15108675868**

8/6/2023 6:33:50.000 PM

Liked an image

↔ Unknown direction
8/13/2023 2:14:12.000 PM

￼

✓ Received

**+15108675868**

8/13/2023 4:19:58.000 PM

Nice 👍 Felicidades!

↔ Unknown direction
8/13/2023 4:52:32.000 PM

When are you placing your purchase order for 300 units ?

↔ Unknown direction
8/13/2023 7:38:33.000 PM

It's a real question

↔ Unknown direction
8/13/2023 7:45:45.000 PM

What is happening my friend Larru

↙ Received

**+15108675868**

8/13/2023 7:47:14.000 PM

Nothing much and u

↔ Unknown direction
8/13/2023 7:51:32.000 PM

Have a moment for a call

↙ Received

**+15108675868**

8/13/2023 7:58:04.000 PM

I'll hit you later

↔ Unknown direction

8/15/2023 2:49:42.000 PM

￼￼￼￼￼￼￼￼￼￼￼￼￼￼￼￼￼￼￼￼

↙ Received

**+15108675868**

8/15/2023 6:22:02.000 PM

Liked an image

↔ Unknown direction

8/23/2023 7:55:12.000 PM

￼Evolutionary Homes ModelOne Unit 00002 just crossed the border and will be in Oakland in 8-10 hours

↔ Unknown direction

8/28/2023 11:03:16.000 PM

https://apple.news/Azj0Um90STBCXgRDfneb6QQ

↔ Unknown direction

9/11/2023 10:28:34.000 AM

Hey brother

↔ Unknown direction

9/11/2023 10:28:38.000 AM

Are you back ?

↔ Unknown direction

9/11/2023 10:28:47.000 AM

Drop by to see the units

↔ Unknown direction

9/11/2023 10:28:58.000 AM

1211 Embarcadero in Oakland

↙ Received

**+15108675868**

9/11/2023 10:33:37.000 AM

Liked “1211 Embarcadero in Oakland ”

↔ Unknown direction
9/11/2023 10:37:43.000 AM

Coming ?

↙ Received

**+15108675868**

9/11/2023 10:38:18.000 AM

Not sure today but for sure sometime this week

↔ Unknown direction
9/11/2023 10:38:26.000 AM

Ok

↔ Unknown direction
9/23/2023 2:49:43.000 PM

What is happening ?

↔ Unknown direction
9/25/2023 9:20:16.000 AM

Larry can we meet with Andy and I this week ?

↙ Received

**+15108675868**

9/25/2023 10:35:05.000 AM

Sure what day?

↔ Unknown direction
9/25/2023 10:36:52.000 AM

Today ?

↔ Unknown direction
9/25/2023 10:36:55.000 AM

Tomorrow ?

↔ Unknown direction
9/25/2023 10:37:00.000 AM

After 1 pm

↙ Received

**+15108675868**

9/25/2023 10:44:48.000 AM

After 3:30 tomorrow works...I have CED Cmte at 1:30

↔ Unknown direction
9/25/2023 10:45:07.000 AM

Today ?

↙ Received

**+15108675868**

9/25/2023 10:46:32.000 AM

Peor ....mtgs all day

↔ Unknown direction
9/25/2023 10:46:44.000 AM

Tomorrow then ?

↙ Received

**+15108675868**

9/25/2023 10:46:58.000 AM

Liked “Tomorrow then ?”

↔ Unknown direction
9/25/2023 12:55:44.000 PM

Did the emergency ordinance get voted on last Tuesday ?

↔ Unknown direction
9/26/2023 4:22:05.000 PM

Hey ?

↔ Unknown direction
9/26/2023 4:22:09.000 PM

We’re are you ?

↔ Unknown direction
10/5/2023 10:50:12.000 AM

Hey Larry

↔ Unknown direction
10/5/2023 10:50:17.000 AM

Out of left field question here

↔ Unknown direction
10/5/2023 11:54:40.000 AM

And can we get grills

↔ Unknown direction
10/5/2023 11:55:27.000 AM

OBJ OBJ

↔ Unknown direction
10/5/2023 11:55:45.000 AM

Someone broke inn last night and stole our stuff from the showroom

↙ Received

**+15108675868**

10/5/2023 12:02:09.000 PM

Oh no...yeah send me an email and I'll put you in touch with the new facade and tenant improvement grant person

↔ Unknown direction
10/6/2023 9:45:17.000 AM

Good morning Larry

↔ Unknown direction
10/6/2023 9:45:46.000 AM

Can you help on the facade program. ? Or the person is correct that we have no funding

↙ Received

**+15108675868**

10/6/2023 10:15:41.000 AM

Yeah it sounds like they ran out of Fip/Tip funds already... But it looks like they're offering a free CPTED inspection to better secure the property

↔ Unknown direction
10/16/2023 3:22:52.000 PM

Hey Larry how are you doing ?

↔ Unknown direction
10/20/2023 1:46:44.000 PM

Larry good meeting morning

↔ Unknown direction
10/24/2023 11:53:01.000 AM

4021 East 15 st Oakland ca 94601

✓ Received

**+15108675868**

10/31/2023 11:40:51.000 AM

OBJOBJOBJ

↔ Unknown direction
10/31/2023 11:43:47.000 AM

So he did apply for auto work but that was 3 weeks ago.

↔ Unknown direction
10/31/2023 11:44:05.000 AM

It may be months before he can work

↔ Unknown direction
10/31/2023 11:44:16.000 AM

Can any one see his app ?

✓ Received

**+15108675868**

10/31/2023 11:47:00.000 AM

Did he pay the fees? If so did they give him an application number or name of the planner?

↔ Unknown direction
11/7/2023 10:23:26.000 AM

https://alamedasun.com/news/county-board-declares-homelessness-emergency

↔ Unknown direction
11/7/2023 10:48:23.000 AM

"Another remarkable achievement for the people of Alameda, especially for the 35% who are women and children enduring the harsh reality of homelessness. It's a moment of deep reflection as we must recognize the humanitarian crisis on our streets as the true emergency it is. My heartfelt congratulations to Nate Miley for spearheading this groundbreaking initiative, poised to cut through red tape and provide a lifeline to our neighbors in dire need. Let's not forget our own blessings and empathize with those who lack the basic shelter we often take for granted. Oakland paved the way, and San Leandro is next, with many other cities eager to join this expedited effort. We can no longer tolerate excuses grounded in bureaucratic processes, especially when those in power have homes, food, and security. I urge all elected officials to be inspired by these leaders and act swiftly to resolve this crisis. It brings me immense pride to share that our company, Evolutionary Homes, is actively contributing to this vital mission, making a heartfelt difference in our community."

↔ Unknown direction
11/13/2023 8:33:22.000 AM

Morning brother Larry how are you ?

✓ Received

**+15108675868**

11/13/2023 11:12:54.000 AM

Hanging in there bro

↔ Unknown direction
11/13/2023 11:39:29.000 AM

Any word on our housing initiative?

✓ Received

**+15108675868**

11/13/2023 12:06:01.000 PM

Nothing yet

↔ Unknown direction
11/13/2023 12:16:48.000 PM

Uff

↔ Unknown direction
11/21/2023 10:38:58.000 PM

Hey Larry you up ?

↔ Unknown direction
11/22/2023 12:09:56.000 PM

Any way to get Topo map for Wilma Chan Park

↔ Unknown direction
11/22/2023 12:10:07.000 PM

Currently has a homeless camp there

↔ Unknown direction
11/22/2023 12:10:58.000 PM

https://www.ocic-ca.org/about-us

↔ Unknown direction
11/22/2023 2:10:31.000 PM

Boundaries in the map

↔ Unknown direction
11/30/2023 3:59:51.000 PM

OBJ

↔ Unknown direction
11/30/2023 4:00:59.000 PM

Moms for Housing land can fit 10 units at 3142 High Street in Oakland

↔ Unknown direction
11/30/2023 4:01:34.000 PM

City can fund the purchase of the units plus installation and they will manage and run the programming

↔ Unknown direction
11/30/2023 4:01:43.000 PM

What you think ?

↙ Received

**+15108675868**

11/30/2023 4:20:37.000 PM

3142 High St?

↔ Unknown direction
11/30/2023 4:27:44.000 PM

Yes

↔ Unknown direction
12/1/2023 8:59:27.000 AM

Brother any map on the park at the under pass at East 12

↙ Received

**+15108675868**

12/1/2023 9:00:38.000 AM

Yeah I sent it yesterday

↔ Unknown direction
12/14/2023 5:43:03.000 PM

https://www.youtube.com/watch?v=knI-R4vOaLo '
target='_blank'>https://www.youtube.com/watch?v=knI-R4vOaLo
(https://www.youtube.com/watch?v=knI-R4vOaLo)

↔ Unknown direction
1/3/2024 8:54:15.000 AM

Brother can you call me ?

↔ Unknown direction
1/3/2024 8:54:39.000 AM

I am looking for the most updated land surplus list for the City of Oakland

↔ Unknown direction
1/3/2024 8:55:04.000 AM

Particular site recommendations for West Oakland in Fifes Council District

↔ Unknown direction
1/3/2024 9:01:59.000 AM

Good morning by the way

↙ Received

**+15108675868**

1/3/2024 9:31:40.000 AM

Just tried calling…I'll send you the list

↔ Unknown direction
1/3/2024 9:46:54.000 AM

Please

↔ Unknown direction
1/3/2024 12:13:23.000 PM

Brother

↔ Unknown direction
1/3/2024 12:13:29.000 PM

Any luck on the land list

✓ Received

**+15108675868**

1/3/2024 12:14:57.000 PM

Did you get my email

↔ Unknown direction
1/3/2024 12:15:52.000 PM

No

↔ Unknown direction
1/3/2024 12:15:57.000 PM

Let me look for it

↔ Unknown direction
1/3/2024 12:16:00.000 PM

Send it here

↔ Unknown direction
1/3/2024 12:18:07.000 PM

Mario@MarioJuarez.CO

↔ Unknown direction
1/3/2024 12:30:48.000 PM

OBJ

↔ Unknown direction
1/3/2024 12:30:59.000 PM

This site is available correct ?

↔ Unknown direction
1/3/2024 12:31:06.000 PM

Where I highlighted

↔ Unknown direction
1/3/2024 12:31:28.000 PM

What about that concrete pad that looks empty

↔ Unknown direction
1/3/2024 12:31:31.000 PM

?

↙ Received

**+15108675868**

1/3/2024 12:33:04.000 PM

The corner should still be available

↔ Unknown direction
1/3/2024 12:37:08.000 PM

OBJOBJOBJOBJOBJ

↔ Unknown direction
1/3/2024 12:37:24.000 PM

OBJ

↔ Unknown direction
1/3/2024 3:12:00.000 PM

OBJ

↔ Unknown direction
1/9/2024 8:10:23.000 PM

OBJ

↔ Unknown direction
1/10/2024 2:13:29.000 PM

Brother call me

↙ Received

**+15108675868**

1/10/2024 2:15:28.000 PM

In mtgs this afternoon…I'll hit u later

↔ Unknown direction
1/10/2024 2:16:10.000 PM

Liked "In mtgs this afternoon…I'll hit u later "

↔ Unknown direction
1/11/2024 2:33:05.000 PM

Call me when you can

↔ Unknown direction
2/9/2024 6:24:29.000 PM

This inspires me and we should be inspired to be best as we are close to manufacturing:

↔ Unknown direction
2/9/2024 6:24:31.000 PM

https://youtu.be/URoVKPVDKPU?feature=shared

# Trial Exhibit 706

## Proposed Completing Portion

(Pages 16–17 of Trial Exhibit 706)

Want to come ?

↔ Unknown direction
1/28/2022 5:19:51.000 PM

OBJ

↙ Received

**+15108675868**

1/28/2022 5:22:52.000 PM

Don't know these guys…any good?

↔ Unknown direction
1/28/2022 5:22:59.000 PM

Ok

↙ Received

**+15108675868**

1/28/2022 5:50:20.000 PM

How many tickets can u get?

↔ Unknown direction
10/10/2022 3:45:54.000 PM

Larry - I am trying to raise $3 million dollars to build 20 luxury homes in the Oakland hill do you have interest or do you know if someone willing to partner on this endeavor? Highlights of the project includes: Subdivisions map has been recorded, all public improvement completed and bonds released, new road, each lot has water, sewer, telecom, gas to each lot site, subdivision is gated, views and located in Oakland Hills, each unit would be build utilizing modern panelists modular design construction, each home with around 2,000 +/- sq. ft. 3 bed mater, 3 bath, 2 car garage on sales price of $1.5m to $1.65 mm per unit and all costs soft and hard at around $600 to $700k per unit - let me know if you would like to tour and see more details.

↔ Unknown direction
10/31/2022 4:30:48.000 PM

Do I need a CEQA to build a office multi use building at 1201 / 1215 High Street and 4244 East 12th Street in 94601

↙ Received

**+15108675868**

10/31/2022 4:35:00.000 PM

Yeah but you might be able to apply for a CEQA Infill Exemption if it's new construction

↔ Unknown direction
10/31/2022 4:35:39.000 PM

It's new

↔ Unknown direction
10/31/2022 4:35:49.000 PM

What are the qualifications

↔ Unknown direction
10/31/2022 4:36:02.000 PM

And why did it get me perdimos before without one

↔ Unknown direction
10/31/2022 4:36:07.000 PM

Prior

↔ Unknown direction
10/31/2022 4:36:19.000 PM

Send me the exemptions

↙ Received

**+15108675868**

10/31/2022 4:41:30.000 PM