# EXHIBIT 11

# Trial Exhibit 699D

## Government Excerpt

# IOS WHATSAPP MESSAGES

| | |
|---|---|
| **CHAT PARTICIPANTS** | |
| Number of participants | 14 |
| Display names | 120363159675481901@g.us<br>15102890110<br>15105996226<br>15106953131<br>15108216699<br>19167516410<br>19167516456<br>Andy Duong<br>Cecy<br>Cesley Frost<br>Chris Wedge<br>Evolutionary Homes<br>Julie Wedge<br>MJ |
| Local user | 15108216699 |
| **CONVERSATION DETAILS** | |
| Number of messages | 3547 |
| First message sent date/time | 6/28/2023 5:40:32.000 PM |
| Last message sent date/time | 1/15/2024 5:39:53.000 PM |
| Case time zone | (UTC-08:00) Pacific Time (US & Canada) |

Homes next week before I get too busy. Is it possible to meet with the web guy? I really want to be able to use the website that Julie started and get as much information on it prior to the release. Thoughts?

↙ Read
**19167516410** 7/7/2023 1:32:56.000 PM
I would love to put that to bed! Mario can we set a time?

↙ Read
**15102890110** 7/7/2023 4:13:15.000 PM
Also i am scheduling a time to meet with Cindy Chavez down in Santa Clara County

↙ Read
**15102890110** 7/7/2023 4:13:49.000 PM
Note that Andre Jones will need to participate in San Jose meetings. Just FYI.

↙ Read
**19167516410** 7/7/2023 4:30:51.000 PM
Thanks! Let me know where you need me and when!

↙ Read
**15102890110** 7/7/2023 5:23:38.000 PM
For sure.

↙ Read
**15102890110** 7/7/2023 7:34:59.000 PM
For the video

↙ Read

# Trial Exhibit 699J

## Proposed Completing Portion

# IOS WHATSAPP MESSAGES

| | |
|---|---|
| **CHAT PARTICIPANTS** | |
| Number of participants | 14 |
| Display names | 120363159675481901@g.us<br>15102890110<br>15105996226<br>15106953131<br>15108216699<br>19167516410<br>19167516456<br>Andy Duong<br>Cecy<br>Cesley Frost<br>Chris Wedge<br>Evolutionary Homes<br>Julie Wedge<br>MJ |
| Local user | 15108216699 |
| **CONVERSATION DETAILS** | |
| Number of messages | 3547 |
| First message sent date/time | 6/28/2023 5:40:32.000 PM |
| Last message sent date/time | 1/15/2024 5:39:53.000 PM |
| Case time zone | (UTC-08:00) Pacific Time (US & Canada) |

↙ Read
**15102890110** 9/11/2023 12:07:32.000 PM
Tomorrow Tuesday Kathy Chao with One of them is the co founder of ca north state university and he needs 250 units. 1:30PM at EHomes office.
Friday Cindy Chavez in SJ 2PM.
Those are all confirmed guaranteed appts now. Waiting for more shortly this week.

↙ Read
**19167516410** 9/11/2023 12:50:22.000 PM
Do you need me tomorrow?

↙ Read
**19167516410** 9/11/2023 12:50:32.000 PM
I am down for Friday already.

↗ Read
**15108216699** 9/11/2023 1:14:06.000 PM
Bobbie Lopez at 5 pm on Wednesday

↙ Read
**19167516410** 9/11/2023 1:14:16.000 PM
Yep.

↙ Read
**19167516410** 9/11/2023 1:14:51.000 PM
Just got off the phone with her!

↙ Read
**15102890110** 9/11/2023 1:15:56.000 PM
Do you have the emergency shelter ordinance? From San Leandro

↙ Read
**19167516410** 9/11/2023 1:19:41.000 PM
Working on that with Victor's office today.

↙ Read
**15102890110** 9/11/2023 1:35:13.000 PM
Ok i told him

↙ Read
**15102890110** 9/11/2023 1:37:05.000 PM
*No message content to display.*

↙ Read
**15102890110** 9/11/2023 1:37:05.000 PM

1:36

< All Inboxes

CC **Cindy Chavez** 11:13 AM
To: Andy Duong >

**FW: David Duong / Housing**

---

From: Chavez, Cindy
<Cindy.Chavez@bos.sccgov.org>
Sent: Monday, 11 September 2023 18:08:30 UTC
To: Chavez, Cindy; David Duong

Cc: cindy chavez;
kathy4cindychavez@gmail.com; Lin, Alexander
Subject: David Duong / Housing
When: Friday, September 15, 2023 9:00
PM-10:00 PM.
Where: 70 W. Hedding Street, 10th Floor, Office of
Supervisor Chavez

David
510-715-2203

Tap to Download
meeting.ics

↗ Read
**15108216699** 9/11/2023 1:39:11.000 PM
9 am?

↙ Read
**15102890110** 9/11/2023 1:39:27.000 PM
Naw they got it wrong i think

↙ Read
**15102890110** 9/11/2023 1:39:31.000 PM
Just address is right

↙ Read
**15102890110** 9/11/2023 1:39:36.000 PM
You said David told u 2pm?

↙ Read
**15102890110** 9/11/2023 1:39:45.000 PM
Unless you are wrong 😂

↗ Read
**15108216699** 9/11/2023 1:43:04.000 PM
He gave 2 options - 10 am or 2 pm and traffic at morning to San Jose is not a good risk or idea

↙ Read
**15102890110** 9/11/2023 1:44:06.000 PM
Need confirm with him again

↙ Read
**15102890110** 9/11/2023 1:44:09.000 PM
I just shot him text

↗ Read
**15108216699** 9/11/2023 1:49:49.000 PM
*No message content to display.*

↗ Read
**15108216699** 9/11/2023 1:49:49.000 PM




DD
David
Today 1:45 PM
Cindy Chavez in San Jose at 2 Pm this coming Friday - just confirming
Delivered
yes
iMessage
Cash
Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123
space
return

**15102890110**
↙ Read
9/11/2023 1:54:33.000 PM

Lmfao

**15102890110**
↙ Read
9/11/2023 1:54:40.000 PM

David is excited or what?

**15102890110**
↙ Read
9/11/2023 1:54:46.000 PM

*No message content to display.*

**15102890110**
↙ Read
9/11/2023 1:54:46.000 PM



Propose New Time

10 AM

11 AM

Noon

1 PM

**Allen Warren about container home &EB5**
1211 Embarcadero
Oakland CA 94606
United States

DD Invitation from
**David Duong**

Invitees 4

Andy Duong

Kristina Duong

Teresa Hoang

Allen Warren

Alert At time of event

Second Alert ~~Time to Leave~~

Private

Accept Maybe Decline

↙ Read

**15102890110** 9/11/2023 1:55:00.000 PM

Allen Warren Vice Mayor of Sac this Wednesday

↙ Read

**19167516410** 9/11/2023 1:57:52.000 PM

Can we get a handle on who is staffing what meetings? I am currently

staffing the 5pm Wednesday with Bobbi and the 2pm San Jose with Cindy. Please advise if there are others I am expected at so I can adjust my work calendar.

✓ Read
**15102890110** 9/11/2023 1:58:20.000 PM
We all can be there and work

✓ Read
**15102890110** 9/11/2023 1:58:28.000 PM
And when need help will ask

✓ Read
**15102890110** 9/11/2023 1:58:49.000 PM
We can discuss everything clear once and for all moving forward this Wednesday

✓ Read
**15102890110** 9/11/2023 1:58:57.000 PM
There is alot going on and more coming

✓ Read
**15102890110** 9/11/2023 1:59:02.000 PM
Time to get rich

✓ Read
**15102890110** 9/11/2023 3:05:25.000 PM
Wednesday 2PM meeting with Berkeley Vice Mayor Ben Bartlett

✓ Read
**19167516410** 9/11/2023 4:25:26.000 PM

So we gave a meeting during our meeting? Grrrrrr

↙ Read
**19167516410** 9/12/2023 2:24:09.000 PM
Is someone in the office?

↙ Read
**19167516456** 9/12/2023 3:00:01.000 PM
Micro Apartments in Sacramento.
https://www.capradio.org/articles/2023/09/11/sacramento-turns-to-micro-apartments-to-ease-affordable-housing-crunch/

↙ Read
**19167516410** 9/13/2023 9:58:27.000 AM
Hey all I am at the office. Can someone come down and unlock it please?

↙ Read
**19167516410** 9/14/2023 9:12:20.000 AM
Almost done filing my claim for last night's insanity. Will be in after this is done!

↙ Read
**19167516410** 9/14/2023 11:00:48.000 AM
Hey all. I need to grab some coffee. Ok to lock the place up for a few minutes while I do that? Is someone else coming in?

↗ Read
**15108216699** 9/14/2023 11:41:22.000 AM
Elihu, David and Andy at 1 pm

↗ Read

**15108216699** 9/14/2023 11:41:38.000 AM
Andre is coming at 4 pm

↙ Read
**19167516410** 9/14/2023 11:41:43.000 AM
Great!

↙ Read
**19167516410** 9/14/2023 11:42:21.000 AM
I am here. Cesley is going to stop in so I can get coffee and a bite to eat but otherwise I am here.

↗ Read
**15108216699** 9/14/2023 11:42:42.000 AM
Ok got you

↙ Read
**19167516410** 9/14/2023 11:43:22.000 AM
At some point I also need to take my computer to Andy's guy. Maybe I do that at 4? Andre and I are cool as far as I know.

↗ Read
**15108216699** 9/14/2023 11:49:14.000 AM
Yes but call first

↙ Read
**19167516410** 9/14/2023 1:02:56.000 PM
@15108216699 URGENT

↙ Read
**19167516410** 9/14/2023 1:03:15.000 PM

What are the answers to the security questions for iPower?

**19167516410**
↙ Read
9/14/2023 1:03:20.000 PM
What was your first job?

**19167516410**
↙ Read
9/14/2023 1:03:30.000 PM
Your title at your first job.

**19167516410**
↙ Read
9/14/2023 1:03:49.000 PM
*No message content to display.*

**19167516410**
↙ Read
9/14/2023 1:03:49.000 PM






**15102890110** ✓ Read
9/14/2023 1:07:41.000 PM
Also urgent team

**15102890110** ✓ Read
9/14/2023 1:07:52.000 PM
Need a print out brochure or something for few cities

**15102890110** ✓ Read
9/14/2023 1:07:55.000 PM
They asked for it

**15102890110** ✓ Read
9/14/2023 1:07:58.000 PM

Can ot be digital

✓ Read
**15102890110** 9/14/2023 1:08:06.000 PM
Cannot*

✓ Read
**19167516410** 9/14/2023 1:08:38.000 PM
I can drain something quickly. What info needs to be there?

✓ Read
**15102890110** 9/14/2023 1:08:40.000 PM
Also my laptop guy is waiting, he will hook it up cheap

✓ Read
**19167516410** 9/14/2023 1:08:43.000 PM
Design

✓ Read
**15102890110** 9/14/2023 1:08:47.000 PM
About ehomes

✓ Read
**15102890110** 9/14/2023 1:08:52.000 PM
Real
Pictures

✓ Read
**15102890110** 9/14/2023 1:08:58.000 PM
Contact info

↙ Read
**15102890110** 9/14/2023 1:09:02.000 PM
And our mission purpose

↗ Read
**15108216699** 9/14/2023 1:09:05.000 PM
Next question on this maybe Owner

↙ Read
**19167516410** 9/14/2023 1:09:13.000 PM
Thank you! Ok thank you.

↙ Read
**19167516410** 9/14/2023 1:17:12.000 PM
*No message content to display.*

↙ Read
**19167516410** 9/14/2023 1:17:12.000 PM






↙ Read

**19167516410** 9/14/2023 1:17:38.000 PM

Not owner. What are the first 2 and the last 4 digits of the credit card on file at iPower?

↗ Read

**15108216699** 9/14/2023 1:21:31.000 PM

44 and 2830

↙ Read

**19167516410** 9/14/2023 1:22:10.000 PM

Thank you!

↙ Read
**19167516410** 9/14/2023 1:27:27.000 PM
@15108216699 please check your email?

↙ Read
**19167516410** 9/14/2023 1:27:31.000 PM
!

↙ Read
**19167516410** 9/14/2023 1:27:44.000 PM
There is a password reset link. I need that asap!

↙ Read
**19167516410** 9/14/2023 1:30:40.000 PM
@15108216699 did you receive an email?

↙ Read
**19167516410** 9/14/2023 1:38:50.000 PM
Please send me that link i am chatting live with a person at iPower.

↗ Read
**15108216699** 9/14/2023 1:41:19.000 PM
New password Juarez321!

↙ Read
**19167516410** 9/14/2023 1:41:30.000 PM
Ok so you reset it?

↗ Read
**15108216699** 9/14/2023 1:42:49.000 PM
Yes

↙ Read
**19167516410** 9/14/2023 1:42:58.000 PM
Thank you!

↙ Read
**15102890110** 9/14/2023 3:21:13.000 PM
*No message content to display.*

↙ Read
**15102890110** 9/14/2023 3:21:13.000 PM





↙ Read
**19167516410** 9/14/2023 3:27:19.000 PM
Thank you!

↙ Read
**19167516410** 9/14/2023 6:01:49.000 PM
Sent you all the presentations for tomorrow. I am having dinner with some friends tonight but am available if you need me. @15108216699 I am locking the office.

↙ Read
**15102890110** 9/14/2023 8:58:17.000 PM
Tomorrow 4PM meeting with Sylvia Arenas Supervisor for Santa Clara County after Cindy

↙ Read
**15102890110** 9/14/2023 8:58:20.000 PM
Do you have any building performance documents you can share like a one page flyer?

↙ Read
**15102890110** 9/14/2023 8:58:30.000 PM
This also a request from the lao family

↙ Read

**19167516410** 9/14/2023 9:02:59.000 PM

I am happy to make one if someone can let me know what you need on it.

↙ Read

**19167516410** 9/14/2023 9:03:44.000 PM

I just got back to the hotel. I am going to start working on the ordinance. Hoping we can all agree on language in the morning so that is ready to go for these meetings too.

↗ Read

**15108216699** 9/14/2023 9:15:33.000 PM

FYI - your dad arranged a meeting with San Jose Mayor staff at 4:30 pm with the mayor himself during todays meeting with AJ at the main conference room

↙ Read

**15102890110** 9/14/2023 9:16:11.000 PM

Oh well

↙ Read

**15102890110** 9/14/2023 9:16:15.000 PM

Bad communication

↙ Read

**15102890110** 9/14/2023 9:16:22.000 PM

We go whats first

↙ Read

**19167516410** 9/14/2023 9:17:00.000 PM

We can divide and conquer if we need to no?

↙ Read

**15102890110** 9/14/2023 9:17:18.000 PM

We should grand slam each one

↙ Read

**15102890110** 9/14/2023 9:17:21.000 PM

Make it quick

↙ Read

**15102890110** 9/14/2023 9:17:36.000 PM

After cindy we go to sylvia

↙ Read

**15102890110** 9/14/2023 9:17:39.000 PM

Then Mayor

↙ Read

**15102890110** 9/14/2023 9:17:45.000 PM

Its at city hall anyways

↙ Read

**19167516410** 9/14/2023 9:17:47.000 PM

Cool cool.

↙ Read

**19167516410** 9/14/2023 9:51:23.000 PM

Sorry guys. I just read through the legislation and it is $85M and a bunch of shit we have to sort through. Going to take more time than I have tonight. Cesley and Chris can we schedule some time over the next couple of days to run through this?

↙ Read
**19167516410** 9/15/2023 9:36:08.000 AM
I am at the office. Andre came in but I think he went to Starbucks

↗ Read
**15108216699** 9/15/2023 9:39:09.000 AM
Ok

↙ Read
**15105996226** 9/15/2023 9:39:37.000 AM
General texted me that he will be there closer to 10

↙ Read
**19167516410** 9/15/2023 9:41:40.000 AM
Awesome.

↙ Read
**19167516410** 9/15/2023 9:43:58.000 AM
Everyone celebrate! In 48-72 hours our website will be SquareSpace!!!!
@15108216699 the domain is still iPower.

↙ Read
**15105996226** 9/15/2023 9:44:20.000 AM
🥳

↙ Read
**15105996226** 9/15/2023 9:44:41.000 AM
And......board agendas are posted ......praying for Tuesday 🙏

↙ Read
**19167516410** 9/15/2023 9:45:07.000 AM

It’s all good!

↗ Read
**15108216699** 9/15/2023 9:45:42.000 AM
He did text me too

↗ Read
**15108216699** 9/15/2023 9:45:48.000 AM
Said he got in at 4 am

↗ Read
**15108216699** 9/15/2023 9:45:56.000 AM
Jesus Cristo with military people

↗ Read
**15108216699** 9/15/2023 9:46:06.000 AM
I would had call it a day

↙ Read
**19167516410** 9/15/2023 9:46:21.000 AM
Sleep is for the weak

↙ Read
**15105996226** 9/15/2023 9:46:24.000 AM
He really wants to see the houses

↗ Read
**15108216699** 9/15/2023 9:46:33.000 AM
Hey I am going to add Cecilia to the group

↙ Read
**15105996226** 9/15/2023 9:46:36.000 AM
And meet Julie 💞

↙ Read
**19167516410** 9/15/2023 9:47:08.000 AM
I am sure he doesn't give a singular fuck about me! And I am good with that! 😂

↗ Read
**15108216699** 9/15/2023 9:47:14.000 AM
Cecilia Mendez

↗ Read
**15108216699** 9/15/2023 9:47:22.000 AM
510-695-3131

↔ Unknown direction
**120363159675481901@g.us** 9/15/2023 10:01:33.000 AM
A new member was added to the group

↙ Read
**19167516410** 9/15/2023 10:01:44.000 AM
Welcome Cecilia!

↙ Read
**19167516410** 9/15/2023 10:40:05.000 AM
FYI Miley's legislation is a reso not an ordinance and it is a report back in 60 days. We will want to combine some of their language with some of Oakland's language to create the model legislation we will give to San Leandro and others.

↙ Read
**19167516410** 9/15/2023 12:14:41.000 PM
Meeting with Cindy is at 70 W. Hedding correct?

↙ Read
**19167516410** 9/15/2023 12:29:30.000 PM
I am leaving now. Will lock the office

↗ Read
**15108216699** 9/15/2023 12:32:47.000 PM
Need a ride

↙ Read
**19167516410** 9/15/2023 12:33:00.000 PM
Ok where are you?

↗ Read
**15108216699** 9/15/2023 12:44:30.000 PM
*No message content to display.*

↗ Read
**15108216699** 9/15/2023 12:44:30.000 PM





↗ Read
**15108216699** 9/15/2023 12:44:30.000 PM





15108216699 ↗ Read
9/15/2023 12:44:31.000 PM

*No message content to display.*

15108216699 ↗ Read
9/15/2023 12:44:31.000 PM



↙ Read
**15105996226** 9/15/2023 12:47:55.000 PM
Impressive!

↗ Read
**15108216699** 9/15/2023 12:57:48.000 PM
I got up and saluted ☐ again

↙ Read
**19167516410** 9/15/2023 2:01:47.000 PM
He is just lovely

↙ Read
**15105996226** 9/15/2023 2:05:57.000 PM
He is one of my favorite men in my whole life

↙ Read
**19167516410** 9/15/2023 2:06:15.000 PM
I can see why.

↙ Read
**15102890110** 9/15/2023 2:08:00.000 PM
Goodluck!

↙ Read
**15102890110** 9/15/2023 2:08:06.000 PM
I will be late to Cindy

↙ Read
**15102890110** 9/15/2023 2:08:09.000 PM

Gonna leave soon

**19167516410**
↙ Read
9/15/2023 2:08:19.000 PM
We got you! Drive safely!

**15102890110**
↙ Read
9/15/2023 3:10:35.000 PM
Hows the meeting so far?

**15102890110**
↙ Read
9/15/2023 3:10:39.000 PM
Almost done?

**19167516410**
↙ Read
9/15/2023 3:19:08.000 PM
Yep! Went well.

**19167516410**
↙ Read
9/15/2023 3:19:23.000 PM
Where you at?

**15102890110**
↙ Read
9/15/2023 3:19:29.000 PM
15min away

**15102890110**
↙ Read
9/15/2023 3:19:37.000 PM
Should meet there or sylvia

↙ Read
**19167516410** 9/15/2023 3:20:03.000 PM
Is Sylvia at county or city building

↙ Read
**15102890110** 9/15/2023 3:20:15.000 PM
City hall rotunda

↙ Read
**15102890110** 9/15/2023 3:20:24.000 PM
San jose

↙ Read
**19167516410** 9/15/2023 3:20:46.000 PM
Thank you!

↙ Read
**19167516410** 9/15/2023 3:52:17.000 PM
We are going to be a little late.

↙ Read
**15102890110** 9/15/2023 3:56:47.000 PM
Im here

↙ Read
**15102890110** 9/15/2023 3:57:05.000 PM
They are having a Mexican party now here

↙ Read

**19167516410** 9/15/2023 3:57:07.000 PM

We are at your property by the stadium.

↙ Read

**15102890110** 9/15/2023 3:58:52.000 PM

Ok

↙ Read

**15102890110** 9/15/2023 3:58:56.000 PM

Everyone on way?

↙ Read

**19167516410** 9/15/2023 4:11:57.000 PM

David, Mario and Andre should be walking in soon. I am parking.

↙ Read

**19167516410** 9/15/2023 6:09:26.000 PM

*No message content to display.*

↙ Read

**19167516410** 9/15/2023 6:09:26.000 PM





✓ Read

**19167516410** 9/15/2023 6:09:34.000 PM

*No message content to display.*

✓ Read

**19167516410** 9/15/2023 6:09:34.000 PM



✓ Read

**19167516410** 9/15/2023 6:09:42.000 PM

*No message content to display.*

✓ Read

**19167516410** 9/15/2023 6:09:42.000 PM



↙ Read

**19167516410** 9/15/2023 6:09:50.000 PM

*No message content to display.*

↙ Read

**19167516410** 9/15/2023 6:09:50.000 PM





↙ Read
**15106953131** 9/15/2023 6:10:29.000 PM
Nice pics 😁

↙ Read
**15102890110** 9/16/2023 12:29:27.000 PM
We all need ehomes emails soon

↙ Read
**19167516410** 9/16/2023 12:30:32.000 PM
Website should be transferrrd by Monday. I will make sure the emails transferred and if not I will make them.

↙ Read
**19167516410** 9/16/2023 12:31:12.000 PM
Also working on the business cards once the site is live I can add the QR and we can send to print.

↗ Read
**15108216699** 9/16/2023 7:09:16.000 PM
We should give the edits for Oakland and Alameda County

↙ Read
**19167516410** 9/16/2023 7:10:02.000 PM
We don’t have edits.

↗ Read

**15108216699** 9/18/2023 7:50:41.000 AM

*No message content to display.*

↗ Read

**15108216699** 9/18/2023 7:50:41.000 AM






↗ Read

**15108216699** 9/18/2023 7:50:42.000 AM

*No message content to display.*

↗ Read

**15108216699** 9/18/2023 7:50:42.000 AM



↗ Read

**15108216699** 9/18/2023 7:50:42.000 AM



↗ Read

**15108216699** 9/18/2023 7:50:43.000 AM

*No message content to display.*

↗ Read

**15108216699** 9/18/2023 7:50:43.000 AM



↗ Read

**15108216699** 9/18/2023 7:50:43.000 AM





↗ Read
**15108216699** 9/18/2023 7:51:23.000 AM
David's land can fit about 127 unit and 15 parking spots - one way street and two sidewalks

↗ Read
**15108216699** 9/18/2023 7:51:39.000 AM
We will have to get our civil engineer to sign off on this

↗ Read
**15108216699** 9/18/2023 8:11:06.000 AM
Team - I need edits for 1. County of Alameda and 2. City of Oakland

↙ Read
**15105996226** 9/18/2023 8:12:09.000 AM
Do you want to edit the slide deck?

↗ Read
**15108216699** 9/18/2023 8:20:37.000 AM
No - deck is fine

↗ Read
**15108216699** 9/18/2023 8:20:56.000 AM
This is a follow up to a meeting from Friday

↙ Read
**19167516410** 9/18/2023 9:32:13.000 AM
Alameda County needs 60 days amended out. Oakland only allocated $85M over 2 years. Theirs needs to change to annually.

↗ Read
**15108216699** 9/18/2023 9:35:57.000 AM
Who is the sponsor of the Oakland piece ? RK ? Nikki ?

↗ Read
**15108216699** 9/18/2023 9:36:05.000 AM
Staff ?

↙ Read
**19167516410** 9/18/2023 9:36:16.000 AM
Staff

↗ Read
**15108216699** 9/18/2023 9:42:55.000 AM
Then it's Sheng

↙ Read
**19167516410** 9/18/2023 9:46:48.000 AM
Yep.

↙ Read
**19167516410** 9/18/2023 9:47:58.000 AM
I tried editing their PDF but they have it protected. The language of $85M per year not total is the only amendment needed for that ordinance.

↙ Read
**19167516410** 9/18/2023 9:48:21.000 AM
I sent you their ordinance Mario with the explanation of the amendment.

↙ Read
**19167516410** 9/18/2023 9:49:21.000 AM
As it currently reads they will only be able to purchase 283 units with no hookup or land costs included

↗ Read
**15108216699** 9/18/2023 9:56:32.000 AM
Put the ordinance here AB’s the name of the staff presenting it

↙ Read
**19167516410** 9/18/2023 9:59:21.000 AM
Oakland Supplemental Legislation - 9142023

↙ Read
**19167516410** 9/18/2023 9:59:21.000 AM
Oakland Supplemental Legislation - 9142023

↗ Read
**15108216699** 9/18/2023 10:57:52.000 AM
So I just finish reading it - the Oakland item. Very good actually. We need to act fast to change 2 items. Make the$85 million dollar expenditure over the duration of the declaration and make it $85 million per year for a total of $170,000,000

↙ Read
**19167516410** 9/18/2023 10:58:06.000 AM
Correct.

↗ Read
**15108216699** 9/18/2023 10:58:38.000 AM
Second items - the county calls on the emergency to be recognized by the state in particular the office of emergency services and then by the federal Goverment

↗ Read
**15108216699** 9/18/2023 10:59:01.000 AM
That is ovi for POSSIBLE reimbursement from fema

↙ Read
**19167516410** 9/18/2023 10:59:06.000 AM
Yes. And we want that language.

↙ Read
**19167516410** 9/18/2023 10:59:08.000 AM
Correct.

↗ Read
**15108216699** 9/18/2023 10:59:23.000 AM
Oakland is missing it

↗ Read
**15108216699** 9/18/2023 10:59:31.000 AM
Those are the items to lobby the city

↗ Read
**15108216699** 9/18/2023 11:00:02.000 AM
They clearly empower the city administrator to enter into non bidding contracts for construction and other facilities services

↙ Read
**19167516410** 9/18/2023 11:00:07.000 AM
Unless they don't want federal reimbursement. Which I can't imagine but can be amended once AlCO passes.

↙ Read
**19167516410** 9/18/2023 11:00:34.000 AM
Yep. Oakland is great but the money. ALCO is great but the time.

↗ Read
**15108216699** 9/18/2023 11:00:35.000 AM
Having that language there is a
Cover your ass provision

↙ Read
**19167516410** 9/18/2023 11:00:40.000 AM
Yep

↗ Read
**15108216699** 9/18/2023 11:00:51.000 AM
Lobbying for 15 to 30 days because it's an emergency

↗ Read
**15108216699** 9/18/2023 11:01:21.000 AM
The good thing it's actually that you can lobby ALCo With Oakland ordinance to be passed

↙ Read
**19167516410** 9/18/2023 11:02:39.000 AM
Yep

↗ Read
**15108216699** 9/18/2023 11:03:08.000 AM
https://my.matterport.com/show/?m=EwMpPWFj7TD&sr=3.07,-1.37&ss=2

↗ Read
**15108216699** 9/18/2023 11:03:22.000 AM
For the website

↗ Read
**15108216699** 9/18/2023 11:03:28.000 AM
Business cards please

↗ Read
**15108216699** 9/18/2023 11:03:33.000 AM
Make them in metal

↗ Read
**15108216699** 9/18/2023 11:04:18.000 AM
https://mymetalbusinesscard.com/?gad=1&gbraid=0AAAAADpHVsvqGDRLZ1z5aKynU8mVYg2ZJ&gclid=CjwKCAjw6p-oBhAYEiwAgg2Pgg3BVQlmYcfqtSIszUe91HyYoTDX2RzSwtcLgtxOKFpjDIUckv252xoCiMQQAvD_BwE

↗ Read
**15108216699** 9/18/2023 11:04:58.000 AM
https://www.rockdesign.com/metal-business-cards

↗ Read
**15108216699** 9/18/2023 11:05:18.000 AM
https://cottonpaperie.com/products/metal-business-cards

↗ Read
**15108216699** 9/18/2023 11:05:42.000 AM
https://www.printleaf.com/aluminum-business-cards/

↗ Read
**15108216699** 9/18/2023 11:06:06.000 AM
https://www.clashgraphics.com/metal-business-cards/

↙ Read
**19167516410** 9/18/2023 11:08:39.000 AM
Ok. I have 3 calls today. On one now. My others are 2pm and 3pm. I will draft a card when this is over at noon.

↗ Read
**15108216699** 9/18/2023 11:10:11.000 AM
I

↗ Read
**15108216699** 9/18/2023 11:10:13.000 AM
I

↗ Read
**15108216699** 9/18/2023 11:10:15.000 AM
K

↗ Read
**15108216699** 9/18/2023 11:14:33.000 AM
FYI

↗ Read
**15108216699** 9/18/2023 11:14:50.000 AM
Larry Galllegos is touring at 12:30 pm

↙ Read
**19167516410** 9/18/2023 11:18:46.000 AM
Maybe chat with him regarding the amendment needs.

↙ Read
**19167516410** 9/18/2023 11:19:08.000 AM
@15102890110 I will be down there Tuesday and Thursday this week. Any other days you need me?

↗ Read
**15108216699** 9/18/2023 11:22:59.000 AM
Exacto

↗ Read
**15108216699** 9/18/2023 11:23:23.000 AM
David has a tour for me tomorrow at 11 am

↗ Read
**15108216699** 9/18/2023 11:23:28.000 AM
You can help me man it

↗ Read
**15108216699** 9/18/2023 11:24:06.000 AM
Ben from Berkeley is setting up staff to come by to tour we are on holding pattern there

↗ Read
**15108216699** 9/18/2023 11:24:15.000 AM
Tomorrow is a big day for Oakland and Alameda Co

↗ Read
**15108216699** 9/18/2023 11:24:28.000 AM
Let's pray to the Gods

↙ Read
**19167516410** 9/18/2023 11:25:10.000 AM
Yep. I will plan to be at that 11:00. ALCO will still be in closed session.

↗ Read
**15108216699** 9/18/2023 11:25:11.000 AM
We need to bring Emeryville, Hayward, Fremont,

↗ Read
**15108216699** 9/18/2023 11:25:26.000 AM
Nate said item at 1:00 pm

↗ Read
**15108216699** 9/18/2023 11:25:34.000 AM
Make sure you are schedule to speak

↗ Read
**15108216699** 9/18/2023 11:25:57.000 AM
Fill up speaker cards for me and Andybjust in case

↙ Read
**19167516410** 9/18/2023 11:26:04.000 AM

I can sign in. What am I saying. Just rising in support?

↗ Read
**15108216699** 9/18/2023 11:26:11.000 AM
And Andre too

↗ Read
**15108216699** 9/18/2023 11:26:18.000 AM
In alco

↗ Read
**15108216699** 9/18/2023 11:26:22.000 AM
Just in support

↗ Read
**15108216699** 9/18/2023 11:26:40.000 AM
In oakland the same but include Cesley just in case

↙ Read
**19167516410** 9/18/2023 11:27:18.000 AM
I have a 10am call tomorrow but will take it from the EH showroom.

↙ Read
**19167516410** 9/18/2023 1:20:28.000 PM
What metal color do you want? Black? Stainless? Copper?

↙ Read
**19167516410** 9/18/2023 1:25:02.000 PM
And are we just doing a general card or individual cards?