# EXHIBIT 12

# Trial Exhibit 730

## Government Excerpt

**From:** Cecilia Mendez <Cecilia@mariojuarez.co>
**To:** David Duong <davidduong@calwaste.com>, Andy Duong <andyduong@calwaste.com>, Mario Juarez <Mario@mariojuarez.co>, Michael Duong <MichaelDuong@calwaste.com>, Kristina Duong <kristinaduong@calwaste.com>
**Subject:** Agenda for January 23rd Meeting
**Date:** Mon, 22 Jan 2024 17:57:46 -0800
**Attachments:** EvoHomes_Agenda_01.23.2024.pdf; Organizational_Chart.pdf; EvoHomes_Financial_Report.pdf

---

Hi All,

I want to share with you the attached agenda for tomorrow's meeting.

Thank you,

Cecilia

# Trial Exhibit 733

## Government Excerpt

# Evolutionary Homes, LLC of California by its subsidiary, Mario Roberto Juarez Mexico, S de RL de CV

**ORGANIZATIONAL CHART**



# Trial Exhibit 731

## Proposed Completing Portion

# EVOHOMES BOARD MEETING 01/23/24

- Update of Permits with NAT ICC

- EvoHomes Financial Report

- Showroom expenses:
1. Acoustic Mitigation
2. Amazon purchase: Please see list.
3. Signage installations
6. Design Alienware Computers Purchases 2 ea

- Insurance coverage

- 1, 25, 50, 75 and 100 unit production

- Sales reports

- City of Oakland (17 sites)
- Santa Clara at 10th and 7th Street
- Berkeley site
- San Pablo Site - Bridge Loan
- Shawn Wilson Livermore Budget
- We require approvals for survey reports on each site
- We require finding site for San Leandro 64
- We require finding site for Alameda Co 200
- We require finding site for Hayward 100

# Trial Exhibit 732

## Proposed Completing Portion

## EvoHomes Mexico Facility

### Current Debts

| Facility | | |
|---|---|---|
| 2023 December rent + late fee | $20,020.00 | 22% |
| 2024 January rent + late fee | $20,020.00 | 22% |
| Taxes for Sep 2023- Jan 2024 | $20,250.00 | 22% |
| Copier | $536.00 | 1% |
| Utilities | $1,542.00 | 2% |
| Internet Land past due | $85.00 | 0% |
| Internet Satelite past due | $105.00 | 0% |
| Holiday Bonus (by law) | $4,750.00 | 5% |
| Holiday bonus Late Fee | $475.00 | 1% |
| January 5th, 2024 | $5,400.00 | 6% |
| Payroll penalty Late fee | $540.00 | 1% |
| January 12th, 2024 | $5,400.00 | 6% |
| Payroll penalty Late fee | $540.00 | 1% |
| January 19th, 2024 | $3,240.00 | 4% |
| Payroll penalty Late fee | $324.00 | 0% |
| Insurance | $2,250.00 | 2% |
| Employees Settlements | $4,000.00 | 4% |
| Corporate Housing | $1,650.00 | 2% |
| **Total current debts** | **$91,127.00** | |

| Expense | Budgeted | |
|---|---|---|
| **Monthly Facility** | | |
| January - March rent (per month) | $18,200.00 | 52% |
| April (rent increases to $23,600.00) | | 0% |
| Insurance | $2,250.00 | 6% |
| Utilities | $771.00 | 2% |
| Internet Land | $85.00 | 0% |
| Internet Satelite | $105.00 | 0% |
| Payroll | $12,960.00 | 37% |
| Yearly Business License | $780.00 | 2% |
| Microsoft Licenses | | 0% |
| CAD Software License | | |
| Acrobat License | | |
| Compuserve Software License | | |
| **Total** | **$35,151.00** | |

## EvoHome Capital Expenses

| Capital Expenditure | Budgeted | |
|---|---|---|
| Two Alienware Computers | $9,800.00 | 23% |
| Manual Codes | $372.00 | 1% |
| Showroom (Amazon) | $6,982.00 | 16% |
| Showroom Acustic Remediation | $9,900.00 | 23% |
| Building Sign | $15,330.00 | 36% |
| **Total** | **$42,384.00** | |
| **Monthly Expenses** | | |
| Alarm | $95.00 | 6% |
| Cleaning | $1,200.00 | 82% |
| Internet | $171.20 | 12% |
| Rent | | 0% |
| CAM | | 0% |
| Utilities | | 0% |
| Liability Insurance | | 0% |
| **Total** | **$1,466.20** | |