# EXHIBIT 13

# Trial Exhibit 1194

## Government Excerpt

**From:** Mario Juarez[Mario@mariojuarez.co]
**Sent:** Tue 6/7/2022 1:54:17 PM Pacific Standard Time
**To:** David Duong[davidduong@calwaste.com]; Andy Duong[andyduong@jamglobalgroup.com]; Andy Duong[andyduong@calwaste.com]
**Subject:** Fwd: House in the Box
**Attachment:** DRAFT Investment House in the Box.pdf
**Attachment:** House In The Box-Presentation Sheet.pdf
**Attachment:** REVOLUTION HOMES - Budget for inverstment.pdf
**Attachment:** REVOLUTION HOMES - CONCEPTS CATALOG.pdf
**Attachment:** PRESENTACION 1.pdf
**Attachment:** PRESENTACION 2.pdf
**Attachment:** PRESENTACION 3.pdf
**Attachment:** PRESENTACION 4.pdf

---

Can you forward to the family

**Mario Juarez**
mario@mariojuarez.com

**Mario Juarez Organization**
Mobile: 510-821-6699
1241 High Street, Oakland California 94601
www.mariojuarez.co

Begin forwarded message:

> **From:** Mario Juarez <Mario@mariojuarez.co>
> **Date:** April 24, 2022 at 4:20:49 PM PDT
> **To:** Andy Duong <andyduong@jamglobalgroup.com>
> **Cc:** David Duong <davidduong@calwaste.com>
> **Subject: House in the Box**
>
> For your consideration:
>
> https://youtu.be/gYrz4U3MbMQ
>
> [Mario Juarez Organization]<https://htmlsig.com/t/000001E1WB34>
>
> [https://s3.amazonaws.com/htmlsig-assets/spacer.gif]
>
> [https://s3.amazonaws.com/htmlsig-assets/spacer.gif]
>
> [https://s3.amazonaws.com/htmlsig-assets/spacer.gif] [https://s3.amazonaws.com/htmlsig-assets/spacer.gif]

Mario Juarez
mario@mariojuarez.com<mailto:mario@mariojuarez.com>

[https://s3.amazonaws.com/htmlsig-assets/spacer.gif]

Mario Juarez Organization
Mobile: 510-821-6699<tel:510-821-6699>
1241 High Street, Oakland California 94601<x-apple-data-detectors://2/2>
www.mariojuarez.co<http://www.mariojuarez.co/>

[https://s3.amazonaws.com/htmlsig-assets/spacer.gif]

[https://s3.amazonaws.com/htmlsig-assets/spacer.gif]
[htmlsig.com]

[https://s3.amazonaws.com/htmlsig-assets/spacer.gif]

[https://s3.amazonaws.com/htmlsig-assets/spacer.gif]

# Trial Exhibit 1197

## Proposed Completing Portion

Mario Juarez Mexico
Investment Expenditure Budget
House in a Box Project

HOUSE IN A BOX INITIAL BUDGET EXPENDITURE $ 750,058.40

| | Unit | amount | price | Total |
|---|---|---|---|---|
| Secure Rental of Manufacturing Facility at Suitable / Secured Business Park (600 sq mt = 6,000 sq. ft. =/-) | | | | |
| Rent | Month | 6 | $ 6,500.00 | $ 39,000.00 |
| Deposits | Month | 2 | $ 6,500.00 | $ 13,000.00 |
| Residential Unit for Operations Manager | Month | 6 | $ 1,750.00 | $ 10,500.00 |
| Deposit for Residential Unit | Month | 2 | $ 1,750.00 | $ 3,500.00 |
| Rental and Operational Bond | service | 1 | $ 20,000.00 | $ 20,000.00 |
| Water | service | 1 | $ 1,000.00 | $ 1,000.00 |
| Electricity | service | 6 | $ 2,500.00 | $ 15,000.00 |
| Security | Month | 6 | $ 1,000.00 | $ 6,000.00 |
| Internet | Month | 6 | $ 150.00 | $ 900.00 |
| Camera System | service | 1 | $ 1,500.00 | $ 1,500.00 |
| Residents/Supervisors and logistics in progress and process control | piece | 20 | $ 300.00 | $ 6,000.00 |
| Equipment to Manufacture and other | | | | |
| Pick up Truck / 2500 Cummins / Used | piece | 1 | $ 15,000.00 | $ 15,000.00 |
| Box Truck / Used 24 footer | piece | 1 | $ 15,000.00 | $ 15,000.00 |
| Sleep Trailer for Security | piece | 1 | $ 5,000.00 | $ 5,000.00 |
| Container/Material Loader | piece | 1 | $ 4,500.00 | $ 4,500.00 |
| Container Chasis 1 | piece | 1 | $ 5,000.00 | $ 5,000.00 |
| Container Chasis 2 | piece | 1 | $ 5,000.00 | $ 5,000.00 |
| Container Transport with Winch | piece | 1 | $ 15,000.00 | $ 15,000.00 |
| Welder 1 | piece | 1 | $ 2,500.00 | $ 2,500.00 |
| Welder 2 | piece | 1 | $ 2,500.00 | $ 2,500.00 |
| Cutting Plasma | piece | 1 | $ 2,250.00 | $ 2,250.00 |
| Cutting Plasma | piece | 1 | $ 2,250.00 | $ 2,250.00 |
| Office Equipment | | | | |
| Laptop 1 | piece | 1 | $ 425.00 | $ 425.00 |
| Laptop 2 | piece | 1 | $ 450.00 | $ 450.00 |
| Laptop 3 | piece | 1 | $ 475.00 | $ 475.00 |
| MFM Copier/Printer/Scanner | piece | 1 | $ 1,000.00 | $ 1,000.00 |
| Desk with chairs 1 | piece | 1 | $ 400.00 | $ 400.00 |
| Desk with chairs 2 | piece | 1 | $ 400.00 | $ 400.00 |
| Desk with chairs 3 | piece | 1 | $ 400.00 | $ 400.00 |
| Plan Printer/Plotter | piece | 1 | $ 2,000.00 | $ 2,000.00 |

Mario Juarez Mexico
Investment Expenditure Budget
House in a Box Project

| | | | | | | |
|---|---|---|---|---|---|---|
| Secure Cabinets | piece | 4 | $ | 250.00 | $ | 1,000.00 |
| Presentation Screens | piece | 1 | $ | 1,000.00 | $ | 1,000.00 |
| Office Supplies | piece | 1 | $ | 1,000.00 | $ | 1,000.00 |
| Breakrooms Supplies | piece | 1 | $ | 800.00 | $ | 800.00 |
| Minor Tools | piece | 1 | $ | 2,500.00 | $ | 2,500.00 |
| California CCR Program Inspection and Certification Process | | | | | | $25,000 |
| Design Approval Process | | | | | | $22,500 |
| Factory Built Housing Facility Certification | | | | | $ | 22,500 |
| Quality Assurance Manuals Developments | | | | | $ | 5,000.00 |
| Mexico INMEX Certification | | | | | $ | 22,500.00 |
| Containers | | | | | | |
| Transport | piece | 31 | $ | 1,250.00 | $ | 38,750.00 |
| Import fees and taxes | | | | | | |
| Containers | piece | 20 | $ | 4,500.00 | $ | 90,000.00 |
| Storage Containers | piece | 11 | $ | 5,000.00 | | $55,000.00 |
| Construction Materials | | | | | | |
| | piece | 20 | $ | 429.66 | $ | 8,593.20 |
| | piece | 20 | $ | 331.64 | $ | 6,632.80 |
| | piece | 20 | $ | 320.82 | $ | 6,416.40 |
| | piece | 20 | $ | 884.44 | $ | 17,688.80 |
| Structure | piece | 20 | $ | 778.35 | $ | 15,567.00 |
| | piece | 20 | $ | 2,574.11 | $ | 51,482.20 |
| | piece | 20 | $ | 1,340.90 | $ | 26,818.00 |
| Steel framing | piece | 20 | $ | 399.00 | $ | 7,980.00 |
| Windows | piece | 20 | $ | 3,360.00 | $ | 67,200.00 |
| Carpentry | piece | 20 | $ | 2,909.00 | $ | 58,180.00 |
| | | | $ | | | 750,058.40 |