Winston Y. Chan (SBN 214884)
Christine A. Bonomo (SBN 364178)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
Bryanna Walker (SBN 345454)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, CA 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,<br><br>Defendants. | Case No. 4:25-CR-00003-YGR<br><br>**[PROPOSED] ORDER RE: DEFENDANT ANDY DUONG'S RESPONSE TO GOVERNMENT'S SUPPLEMENTAL NOTICE OF INTENT TO ADMIT TRIAL EXHIBITS** |

**[PROPOSED] ORDER**

On October 21, 2026, Defendant Andy Duong filed a Response to the Government's Supplemental Notice of Intent to Admit Trial Exhibits (the "Response"). The Court, having fully reviewed and considered all papers and arguments submitted in support of and in opposition to the Response, orders that the relief requested in Defendant's Response is **GRANTED**. It is hereby ORDERED that:

1) Evidence shall not be admitted through Special Agent Katherine Barclay where Agent Barclay has no personal knowledge of its contents and/or cannot lay proper foundation or establish relevance without relying on hearsay obtained during the course of her investigation; and

2) Government Exhibit 1833 is EXCLUDED as substantive evidence under Federal Rule of Evidence 1006; and

3) To the extent the government introduces the following excerpted exhibits through Agent Barclay and they are not otherwise excluded, the completing portions and attachments identified below and in Appendix A of the Response shall be admitted contemporaneously with the corresponding government exhibit pursuant to Federal Rule of Evidence 106:

| **Government Excerpt** | **Proposed Completing Portion(s)** |
|---|---|
| Gov't Ex. 987A (Tr. 12:10–21:3) | Gov't Ex. 987 (Tr. 3:5–8:8) |
| Gov't Ex. 987B (Tr. 26:8–27:25) | Gov't Ex. 987 (Tr. 36:1–17; 40:4–41:11; 45:2–19) |
| Gov't Ex. 990A (Tr. 20:15–22:15) | Gov't Ex. 990 (Tr. 2:1–9:2) |
| Gov't Ex. 998A (Tr. 38:12–41:19) | Gov't Ex. 998 (Tr. 130:25–131:6; 132:8–22; 156:24–157:8; 162:5–163:13; 165:15–23; 170:20–171:8; 173:3–7) |
| Gov't Ex. 692A | Gov't Ex. 692 at 156–57 |
| Gov't Ex. 706A | Gov't Ex. 706 at 16–17 |
| Gov't Ex. 699D | Gov't Ex. 699J |
| Gov't Exs. 730, 733 | Gov't Exs. 731, 732 |
| Gov't Ex. 1194 | Gov't Ex. 1197 |

**IT IS SO ORDERED.**

Dated: ________________

Hon. Yvonne Gonzalez Rogers
United States District Court