MARK GOLDROSEN (CSBN 101731)
255 Kansas Street, Ste 340
San Francisco, CA 94103-5154
Tel: 415-565-9600 | Fax: 415-565-9601
Email: markgoldro@aol.com

SHAWN HALBERT (CSBN 179023)
217 Leidesdorff Street
San Francisco, California 94111
Tel: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorneys for Defendant ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>SHENG THAO, et al<br><br>Defendant. | Case No. 25-cr-0003 YGR<br><br>DEFENDANT ANDRE JONES'S JOINDER IN CO-DEFENDANT ANDY DUONG'S RESPONSE GOVERNMENT'S SUPPLEMENTAL NOTICE OF INTENT TO ADMIT TRIAL EXHIBITS (Dkt. # 431)<br><br>COURT: Hon. Yvonne Gonzalez Rogers |

**NOTICE**

PLEASE TAKE NOTICE that on October 22, 2026, at 8:00 a.m., before the Honorable Yvonne Gonzalez Rogers, Defendant Andre Jones will and hereby does join Defendant Andy Duong's Response to Government's Supplemental Notice of Intent to Admit Trial Exhibits. *See* Dkt. # 431, which seeks the exclusion of certain exhibits the government seeks to admit through Agent Barclay and seeks the contemporaneous admission of additional portions of certain recorded conversations, text message threads, and emails the government intends to introduce

through her to provide necessary context to these exhibits.

DATED: October 22, 2026

Respectfully submitted,

/s/ Mark Goldrosen
MARK GOLDROSEN
SHAWN HALBERT
Attorneys for Defendant
Andre Jones