# EXHIBIT 1

(Redacted Version of "Exhibit 2" Previously Filed Under ECF No. 431-4)

# EXHIBIT 2

**From:** Ed Swanson <ed@smllp.law>
**Sent:** Wednesday, October 21, 2026 12:57 PM
**To:** erik@babcocklawoffice.com; erik@babcocklawoffice.com; Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>; shawn@shawnhalbertlaw.com
**Cc:** Bonomo, Christine <CBonomo@gibsondunn.com>; Tsai, Jeff <jeff.tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; Sprague, Doug <dsprague@cov.com>; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com; Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: U.S. v. Thao - Witnesses and Exhibits

**This Message Is From an External Sender**
This message came from outside your organization.

To be clear, we join in that objection for the reasons Erik expressed.

**From:** Erik Babcock <erik@babcocklawoffice.com>
**Sent:** Wednesday, October 21, 2026 11:29 AM
**To:** erik@babcocklawoffice.com; Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>; shawn@shawnhalbertlaw.com
**Cc:** Bonomo, Christine <cbonomo@gibsondunn.com>; Tsai, Jeff <jeff.tsai@us.dlapiper.com>; Chan, Winston Y. <wchan@gibsondunn.com>; Walker, Bryanna <bwalker@cov.com>; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; Sprague, Doug <dsprague@cov.com>; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com; Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>

**Subject:** RE: [EXTERNAL] RE: U.S. v. Thao - Witnesses and Exhibits

Molly,

On reflection, I have the same objections to the EH Board recordings. We agreed they were true copies, but I don't see how Barclay can testify to foundational facts that would not be hearsay, and if she cannot, I will be objecting to the admission of those as well.

Erik

---

**From:** Erik Babcock <erik@babcocklawoffice.com>
**Sent:** Wednesday, October 21, 2026 11:22 AM
**To:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>; Shawn Halbert <shawn@shawnhalbertlaw.com>
**Cc:** Bonomo, Christine <CBonomo@gibsondunn.com>; Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; Sprague, Doug <dsprague@cov.com>; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com; Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>; Erik Babcock Owner <erik@babcocklawoffice.com>
**Subject:** RE: [EXTERNAL] RE: U.S. v. Thao - Witnesses and Exhibits

We stipulated that they were authentic copies of what were seized from the devices, etc. I am not contesting that. But the fact a photo was found, for example, on Andy's phone, does not make it admissible. Foundational testimony is still required as to whether each photo is a true and accurate representation of what is depicted, and testimony as to what is actually depicted to make it relevant and admissible. I don't believe Agent Barclay can provide testimony that would establish those facts without relying on hearsay, and that would be objectionable.

---

**From:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>
**Sent:** Wednesday, October 21, 2026 10:47 AM
**To:** Erik Babcock <erik@babcocklawoffice.com>; Shawn Halbert <shawn@shawnhalbertlaw.com>
**Cc:** Bonomo, Christine <CBonomo@gibsondunn.com>; Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; Sprague, Doug <dsprague@cov.com>; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com; Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: U.S. v. Thao - Witnesses and Exhibits

Hi Erik,

Can you please identify which specific photographs you are objecting to and the basis for

your objection? As you know, the defense has already stipulated to the authenticity of all of these photographs.

Thanks,

Molly

**Molly K. Priedeman**
Assistant United States Attorney
Northern District of California
1301 Clay Street, Suite 340S | Oakland, CA 94612
[redacted]
molly.priedeman@usdoj.gov

---

**From:** Erik Babcock <erik@babcocklawoffice.com>
**Sent:** Wednesday, October 21, 2026 10:40 AM
**To:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>; Shawn Halbert <shawn@shawnhalbertlaw.com>
**Cc:** Bonomo, Christine <CBonomo@gibsondunn.com>; Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; Sprague, Doug <dsprague@cov.com>; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com; Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: U.S. v. Thao - Witnesses and Exhibits

Molly,

I have reviewed all the photos again, and I still do not believe Agent Barclay can lay a sufficient foundation admit them through her. Just because she can testify about the date of the metadata does not make them admissible absent testimony about what the photos show, and she should not be allowed to testify what they depict.

It would seem you may be able to get many or maybe all of these photos admitted later through percipient witnesses, but the jury should not see them before the photos have been authenticated by someone with personal knowledge of what they depict.

Erik

---

**From:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>

**Sent:** Wednesday, October 21, 2026 10:02 AM
**To:** Shawn Halbert <shawn@shawnhalbertlaw.com>
**Cc:** Erik Babcock <erik@babcocklawoffice.com>; Bonomo, Christine <CBonomo@gibsondunn.com>; Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com <BWalker@cov.com>; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com <markgoldro@aol.com>; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; Sprague, Doug <dsprague@cov.com>; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com <nstephens@jonesday.com>; Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: U.S. v. Thao - Witnesses and Exhibits

Thanks, Shawn.

We will remove Ex. 371 from our summary exhibit (Ex. 1833), and we will not move to admit it through SA Barclay.  She will, however, testify about the metadata associated with the photograph.

Given that change, I believe the only objections to the exhibits we intend to introduce through SA Barclay are the exhibits raised by Jeff (Ex. 73, 78, and 84) corresponding with pages 44-46 of Ex. 1833.  If there are additional objections, please let me know.  I will reach out to the Court this afternoon at 4 pm to flag the contested exhibits so we can discuss them tomorrow morning.

Thanks,

Molly

**Molly K. Priedeman**

Assistant United States Attorney

Northern District of California

1301 Clay Street, Suite 340S | Oakland, CA 94612

[redacted]

molly.priedeman@usdoj.gov

---

**From:** Shawn Halbert <shawn@shawnhalbertlaw.com>
**Sent:** Tuesday, October 20, 2026 4:31 PM
**To:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>
**Cc:** Erik Babcock <erik@babcocklawoffice.com>; Bonomo, Christine <CBonomo@gibsondunn.com>; Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; Sprague, Doug <dsprague@cov.com>; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com; Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: U.S. v. Thao - Witnesses and Exhibits

Hi Molly,

Yes, we object to Ex. 371 being admitted through Barclay, even provisionally. We do not believe that the government has yet established relevance through a particular witness or other evidence for this photograph.

Thanks, Shawn

Shawn Halbert

Law Offices of Shawn Halbert

899 Ellis Street

San Francisco, CA 94109

T: (415) 515-1570

On Tue, Oct 20, 2026 at 3:34 PM Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov> wrote:

> Hi all,
>
> We are writing to inform you that we also intend to introduce Ex. 371 through SA Barclay. We have also added that photograph to our summary exhibit (Ex. 1833).  Please find an

updated version of Ex. 1833 attached.

I am also attaching an updated Ex. 1865, the demonstrative we intend to use with SA Barclay. The only change is the fix to an exhibit number on page 11.

Please let us know if you intend to object to any of the exhibits we have disclosed to you that we intend to use in SA Barclay's exam.

Thanks,

Molly

**Molly K. Priedeman**

Assistant United States Attorney

Northern District of California

1301 Clay Street, Suite 340S | Oakland, CA 94612

[redacted]

molly.priedeman@usdoj.gov

---

**From:** Priedeman, Molly (USACAN)
**Sent:** Saturday, October 17, 2026 11:07 AM
**To:** Erik Babcock <erik@babcocklawoffice.com>; Bonomo, Christine <CBonomo@gibsondunn.com>; Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; shawn@shawnhalbertlaw.com; Sprague, Doug <dsprague@cov.com>; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com
**Cc:** Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: U.S. v. Thao - Witnesses and Exhibits

Hi Erik,

That is accurate, we intend to use Ex. 1865 only as a demonstrative, and don't intend to move to admit it in to evidence.

Our understanding is that the Court wants everything marked so that's why it has an exhibit number.

Thanks,

Molly

**Molly K. Priedeman**

Assistant United States Attorney

Northern District of California

1301 Clay Street, Suite 340S | Oakland, CA 94612

[redacted]

molly.priedeman@usdoj.gov

---

**From:** Erik Babcock <erik@babcocklawoffice.com>
**Sent:** Saturday, October 17, 2026 11:04 AM
**To:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>; Bonomo, Christine <CBonomo@gibsondunn.com>; Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; shawn@shawnhalbertlaw.com; Sprague, Doug <dsprague@cov.com>; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com
**Cc:** Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>; Erik Babcock Owner <erik@babcocklawoffice.com>
**Subject:** [EXTERNAL] RE: U.S. v. Thao - Witnesses and Exhibits

Molly,

Thanks for the heads up. Your last email with the current Ex 1865 described it as a "demonstrative" you will use with Barclay. I am assuming from that language you only intend to use it during her testimony and will not seek to admit it. Please confirm so we can litigate any admissibility issues beforehand if you actually want to try to put it in.

Go Valkyries!

Erik

---

**From:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>
**Sent:** Saturday, October 17, 2026 10:54 AM
**To:** Bonomo, Christine <CBonomo@gibsondunn.com>; Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; shawn@shawnhalbertlaw.com; Sprague, Doug <dsprague@cov.com>; erik@babcocklawoffice.com; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com
**Cc:** Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>
**Subject:** RE: U.S. v. Thao - Witnesses and Exhibits

Hi all,

We are writing to inform you that our next witness after Leigh Hanson will be Noah Finneburgh. After Mr. Finneburgh, SA Katherine Barclay will testify.

In addition to the exhibits disclosed in our prior emails, we intend to use the following additional exhibits with SA Barclay:

1. Ex. 1781, 1782
2. Ex. 788
3. Ex. 782x. 785

Best,

Molly

**Molly K. Priedeman**

Assistant United States Attorney

Northern District of California

1301 Clay Street, Suite 340S | Oakland, CA 94612

[redacted]

molly.priedeman@usdoj.gov

---

**From:** Priedeman, Molly (USACAN)
**Sent:** Tuesday, October 13, 2026 7:49 AM
**To:** 'Bonomo, Christine' <CBonomo@gibsondunn.com>; 'Tsai, Jeff' <Jeff.Tsai@us.dlapiper.com>; 'Chan, Winston Y.' <WChan@gibsondunn.com>; 'BWalker@cov.com' <BWalker@cov.com>; 'Ed Swanson' <ed@smllp.law>; 'August Gugelmann' <august@smllp.law>; 'markgoldro@aol.com' <markgoldro@aol.com>; 'Tarver, Darryl' <darryl.tarver@us.dlapiper.com>; 'shawn@shawnhalbertlaw.com' <shawn@shawnhalbertlaw.com>; 'Sprague, Doug' <dsprague@cov.com>; 'erik@babcocklawoffice.com' <erik@babcocklawoffice.com>; 'Schenk, Jeffrey B.' <jbschenk@jonesday.com>; 'nstephens@jonesday.com' <nstephens@jonesday.com>
**Cc:** Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>
**Subject:** RE: U.S. v. Thao - Witnesses and Exhibits

Hi all,

Please find attached a slightly revised version of Ex. 1865 (the demonstrative for SA Barclay's testimony).

Best,

Molly

**Molly K. Priedeman**

Assistant United States Attorney

Northern District of California

1301 Clay Street, Suite 340S | Oakland, CA 94612

[redacted]

molly.priedeman@usdoj.gov

---

**From:** Priedeman, Molly (USACAN)
**Sent:** Monday, October 12, 2026 7:36 PM
**To:** Bonomo, Christine <CBonomo@gibsondunn.com>; Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; shawn@shawnhalbertlaw.com; Sprague, Doug <dsprague@cov.com>; erik@babcocklawoffice.com; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com
**Cc:** Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>
**Subject:** U.S. v. Thao - Witnesses and Exhibits

Counsel,

We anticipate that our first five witnesses will be Leigh Hanson, Noah Finneburgh, Jestin Johnson, LaTonda Simmons, and FBI SA Katherine Barclay. The exhibits we anticipate using with them are listed below. I am also attaching the demonstrative we anticipate using with SA Barclay.

Best,

Molly

**Leigh Hanson**

1. Ex. 10
2. Ex. 11
3. Ex. 47
4. Ex. 52
5. Ex. 64
6. Ex. 609
7. Ex. 813
8. Ex. 39
9. Ex. 1028
10. Ex. 1044
11. Ex. 1046
12. Ex. 1155
13. Ex. 1779

**Noah Finneburgh**

1. Ex. 40A (pages 79-80)
2. Ex. 40B (pages 269-274)
3. Ex. 40C (pages 382-403)
4. Ex. 1796

**LaTonda Simmons**

1. Ex. 11
2. Ex. 12
3. Ex. 71
4. Ex. 609
5. Ex. 1025

**Jestin Johnson**

1. 12
2. 44
3. 57
4. 638
5. 813
6. 1016
7. 1155
8. 1845
9. 1846

**Katherine Barclay**

**Tolls:** 1606, 1617, 1623, 1631, 1631A, 1644, 1696, 1698, 1699, 1701, 1706, 1714, 1834

**Other call records:** 562, 89

**Messages:** 30A, 31A, 37, 38, 41, 43, 44, 46, 47, 48, 58, 60A, 70, 71, 86, 96, 109, 629, 630, 631A, 633, 636, 635, 638, 640, 649, 653, 656, 668, 669A, 692A, 698, 699D, 699F, 706A, 1780

**Emails/Documents:** 39, 107, 108, 595, 650, 652, 725, 730, 733, 762, 764, 772, 813, 834, 850, 874, 875, 895, 902, 952, 960, 977, 1048, 1779, 1183, 1194, 1195, 1196

**Pictures and Videos:** 204, 349, 350, 353, 352, 354, 359, 361, 368, 377, 382, 384, 388, 390, 403, 404, 407, 412, 417, 422, 423, 425, 427, 429, 431, 433, 432, 435, 438, 439, 440, 441, 442, 444, 445, 453, 456, 459, 461, 464, 466, 471, 472, 473, 499, 540, 548, 549, 550, 552, 553, 554, 556, 557, 558, 559, 560, 1776, 1778, 1788, 73, 78, 84, 571, 1263, 1264, 1265, 1266, 1271, 1272, 1273

**Apple Notes:** 671, 679, 686, 687 1808, 1810 1812, 563, 565

**Financial Records**: 1419, 1420, 1423, 1424, 1425, 1426, 1376, 1377

**Audio Recordings:** 111, 113, 114, 128, 591, 983A, 987A, 987B, 990A, 992A, 992B, 992C, 992D, 994A, 994B, 995A, 998A

**Summary Exhibits**: 1818, 1819, 1820, 1821, 1822, 1823, 1824, 1826, 1827, 1828, 1829, 1830, 1853, 1854, 1833, 1852, 1832

**Physical Exhibits:** 101, 564, 1270, 1269

**Molly K. Priedeman**

Assistant United States Attorney

Northern District of California

1301 Clay Street, Suite 340S | Oakland, CA 94612

[redacted]

molly.priedeman@usdoj.gov