# EXHIBIT 2

(Redacted Version of “Exhibit 4” Previously Filed Under ECF No. 431-6)

# EXHIBIT 4

**From:** Erik Babcock
**To:** Priedeman, Molly (USACAN); Tsai, Jeff; Chan, Winston Y.; BWalker@cov.com; Ed Swanson; August Gugelmann; markgoldro@aol.com; Tarver, Darryl; shawn@shawnhalbertlaw.com; Sprague, Doug; Schenk, Jeffrey B.; nstephens@jonesday.com; Bonomo, Christine
**Cc:** Fine, Abraham (USACAN); Farnham, Lloyd (USACAN); Erik Babcock Owner
**Subject:** RE: [EXTERNAL] RE: U.S. v. Thao - Meet and Confer
**Date:** Wednesday, October 7, 2026 5:13:35 PM
**Attachments:** image001.png

**[EXTERNAL]**
How early are you putting her on the stand? Next week?

**From:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>
**Sent:** Wednesday, October 7, 2026 5:06 PM
**To:** Erik Babcock <erik@babcocklawoffice.com>; Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; shawn@shawnhalbertlaw.com; Sprague, Doug <dsprague@cov.com>; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com; Bonomo, Christine <CBonomo@gibsondunn.com>
**Cc:** Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: U.S. v. Thao - Meet and Confer

Thanks, Erik. Can you please let me know which specific exhibits you intend to object to on hearsay or relevancy grounds so we can address it with the court?

Best,

Molly

**Molly K. Priedeman**
Assistant United States Attorney
Northern District of California
1301 Clay Street, Suite 340S | Oakland, CA 94612
[redacted]
molly.priedeman@usdoj.gov

**From:** Erik Babcock <erik@babcocklawoffice.com>
**Sent:** Wednesday, October 7, 2026 4:52 PM
**To:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>; Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; shawn@shawnhalbertlaw.com; Sprague, Doug <dsprague@cov.com>; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com;

Bonomo, Christine <CBonomo@gibsondunn.com>
**Cc:** Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>; Erik Babcock Owner <erik@babcocklawoffice.com>
**Subject:** [EXTERNAL] RE: U.S. v. Thao - Meet and Confer

Molly,

We appreciate the early disclosure of the exhibits you intend to use with Barclay. While we obviously do not and will not dispute authenticity of those exhibits we stipulated were authentic, that does not make any particular exhibit admissible. As to each exhibit listed, you will still need to establish a foundation, relevance and, for some exhibits, admissibility under a hearsay exception, which may require the connection to be made by a subsequent witness.

Also, on Monday Ms. Bonomo emailed you about providing us with final versions of your transcripts for the Evolutionary Homes recordings. We still do not have those and won't know what objections, if any, we will have until we can review them.

Thanks, Erik

Law Offices of Erik Babcock
Certified Criminal Law Specialist
420 Third Street, Suite 250
Oakland CA 94607
510-452-8400 work
510-201-2084 fax
Erik@babcocklawoffice.com

---

**From:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>
**Sent:** Monday, October 5, 2026 8:49 AM
**To:** Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; shawn@shawnhalbertlaw.com; Sprague, Doug <dsprague@cov.com>; erik@babcocklawoffice.com; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com; Bonomo, Christine <CBonomo@gibsondunn.com>
**Cc:** Fine, Abraham (USACAN) <Abraham.Fine@usdoj.gov>; Farnham, Lloyd (USACAN) <Lloyd.Farnham@usdoj.gov>
**Subject:** RE: U.S. v. Thao - Meet and Confer

Hi Jeff,

As I explained in our prior meet and confer, in the email below, and during the hearing with the Court, because we anticipate introducing a large number of exhibits through SA Barclay, we are hoping to come up with a streamlined process to move to admit these exhibits.

As a result, we are disclosing our preliminary list of exhibits for SA Barclay well in advance of her testimony so we can discuss any issues and facilitate a streamlined for the admission of these exhibits. Per the Court's order, you need to let us know of any objections to these exhibits by October 8.

We have reached stipulations as to the authenticity for the vast majority of these exhibits, and many of them are subject to the Court's prior pretrial rulings (i.e. regarding coconspirator statements, 404(b) or other MILs). Separately, all of the text messages have already gone through the excerpts and redaction process set forth by the court and all outstanding objections to these messages have been resolved.

For the other witnesses, we intend to follow the process set forth by the court, and give you at least 24 hours' notice of the exhibits we intend to introduce through those witnesses.

Happy to discuss.

Best,

Molly

**Molly K. Priedeman**
Assistant United States Attorney
Northern District of California
1301 Clay Street, Suite 340S | Oakland, CA 94612
[redacted]
molly.priedeman@usdoj.gov

---

**From:** Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>
**Sent:** Sunday, October 4, 2026 9:36 PM
**To:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; shawn@shawnhalbertlaw.com; Sprague, Doug <dsprague@cov.com>; erik@babcocklawoffice.com; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com; Bonomo, Christine <CBonomo@gibsondunn.com>
**Subject:** [EXTERNAL] RE: U.S. v. Thao - Meet and Confer

Thanks for the clarification.

Can you provide us with the complete list of the exhibits pertaining to these categories that you're looking to introduce with other agent(s)? It's difficult to do this review in such a piecemeal manner.

Jeff Tsai
Managing Partner, San Francisco
Co-Chair, State Attorneys General Practice

T +1 415 615 6055
jeff.tsai@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>
**Sent:** Sunday, October 4, 2026 9:33 PM
**To:** Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; shawn@shawnhalbertlaw.com; Sprague, Doug <dsprague@cov.com>; erik@babcocklawoffice.com; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com; Bonomo, Christine <CBonomo@gibsondunn.com>
**Subject:** RE: U.S. v. Thao - Meet and Confer

⚠ EXTERNAL MESSAGE

Hi Jeff,

These are just the exhibits that we currently plan to introduce through SA Barclay. We intend to introduce other exhibits through other witnesses.

Thanks,

Molly

**Molly K. Priedeman**
Assistant United States Attorney
Northern District of California
1301 Clay Street, Suite 340S | Oakland, CA 94612
[redacted]
molly.priedeman@usdoj.gov

---

**From:** Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>
**Sent:** Sunday, October 4, 2026 9:01 PM
**To:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>; Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; shawn@shawnhalbertlaw.com; Sprague, Doug <dsprague@cov.com>; erik@babcocklawoffice.com; Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com; Bonomo, Christine <CBonomo@gibsondunn.com>
**Subject:** [EXTERNAL] RE: U.S. v. Thao - Meet and Confer

Molly –

Are there other exhibits in these categories that you plan to introduce (but through another witness)? Or do these represent the totality of exhibits for each category?

Jeff Tsai
Managing Partner, San Francisco
Co-Chair, State Attorneys General Practice

T +1 415 615 6055
jeff.tsai@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Priedeman, Molly (USACAN) <Molly.Priedeman@usdoj.gov>
**Sent:** Sunday, October 4, 2026 8:07 PM
**To:** Chan, Winston Y. <WChan@gibsondunn.com>; BWalker@cov.com; Ed Swanson <ed@smllp.law>; August Gugelmann <august@smllp.law>; markgoldro@aol.com; Tsai, Jeff <Jeff.Tsai@us.dlapiper.com>; Tarver, Darryl <darryl.tarver@us.dlapiper.com>; shawn@shawnhalbertlaw.com; Sprague, Doug <dsprague@cov.com>; erik@babcocklawoffice.com;

Schenk, Jeffrey B. <jbschenk@jonesday.com>; nstephens@jonesday.com; Bonomo, Christine <CBonomo@gibsondunn.com>
**Subject:** RE: U.S. v. Thao - Meet and Confer

⚠ EXTERNAL MESSAGE

Hi all,

Please find below an updated list of the exhibits we intend to seek to admit through FBI SA Katherine Barclay broken into different categories. Please let us know if you intend to object to the admission of any of these exhibits and your thoughts on a procedure to streamline the admission of these exhibits.

**Phone Tolls:** Ex. 1606, 1617, 1623, 1631, 1644, 1696, 1698, 1699, 1701, 1706, 1714, 1834,

**Other call records:** 562, 89

**Toll Summary Exhibits**: 1818, 1819, 1820, 1821 1822, 1823, 1824, 1826, 1827, 1828, 1829, 1830, 1853, 1854

**Photo/Video Metadata Summary Exhibit:** 1833

**Recording Metadata Summary Exhibit**: 1852

**Text Messages:** 692A, 70, 656, 698, 635, 633, 636, 41, 43, 86, 31A, 37, 38, 629, 96, 60A, 58, 1780, 653, 30A, 644, 631A, 630, 669A, 109, 649, 668, 706A, 47, 48, 46, 699D, 699F, 640, 44

**Emails/Documents:** 1194, 1196, 1195, 725, 1183, 977, 107, 108, 652, 650, 762, 895, 1779, 874, 875, 1048, 730, 733, 772, 960, 595, 764, 850, 902, 952, 834, 39

**Pictures and Videos:** 425, 471, 556, 472, 540, 558, 349, 350, 353, 550, 552, 435, 553, 441, 442, 444, 445, 464, 466, 473, 1776, 559, 368, 548, 388, 571, 390, 499, 403, 404, 407, 417, 422, 1778, 423, 557, 352, 359, 560, 377, 382, 384, 73, 78, 84, 549, 429, 431, 438, 440, 453, 461, 354, 456, 1788, 427, 439, 432, 412, 433, 459, 361, 554, 1263, 1264, 1265, 1266, 204

**Apple Notes:** 1812, 679, 563, 1808, 671, 686, 1810, 687, 565

**Financial Records**: 1419, 1423, 1420, 1424, 1425, 1426, 1376, 1377

**Recordings:** 111, 983A, 113, 987A, 987B, 990A, 992A, 992B, 992C, 992D, 994A, 994B, 114, 995A, 998A, 591, 128

Best,

Molly

**Molly K. Priedeman**
Assistant United States Attorney
Northern District of California
1301 Clay Street, Suite 340S | Oakland, CA 94612
[redacted]
molly.priedeman@usdoj.gov

---

**From:** Priedeman, Molly (USACAN)
**Sent:** Monday, September 21, 2026 3:19 PM
**To:** 'Chan, Winston Y.' <WChan@gibsondunn.com>; 'BWalker@cov.com' <BWalker@cov.com>; 'Ed Swanson' <ed@smllp.law>; 'August Gugelmann' <august@smllp.law>; 'markgoldro@aol.com' <markgoldro@aol.com>; 'Tsai, Jeff' <Jeff.Tsai@us.dlapiper.com>; 'Tarver, Darryl' <darryl.tarver@us.dlapiper.com>; 'shawn@shawnhalbertlaw.com' <shawn@shawnhalbertlaw.com>; 'Sprague, Doug' <dsprague@cov.com>; 'erik@babcocklawoffice.com' <erik@babcocklawoffice.com>; 'Schenk, Jeffrey B.' <jbschenk@jonesday.com>; 'nstephens@jonesday.com' <nstephens@jonesday.com>; 'Bonomo, Christine' <CBonomo@gibsondunn.com>
**Subject:** U.S. v. Thao - Meet and Confer

Hi all,

As we mentioned on our last meet and confer, we are willing to agree to give the defense team 24-hour notice of the exhibits we plan to use, as long as the defense team agrees to do the same, and to provide the same 24-hour notice for witnesses we will be providing. Please let us know if you agree.

Separately, we intend to request that the Court agree to preadmit the following exhibits that we intend to use with SA Katherine Barclay. Can you please let us know if you intend to object to the admission of any of these exhibits?

Exhibits 30A, 31A, 37, 38, 41, 43, 44, 46, 48, 57, 58, 60A, 70, 73, 74, 78, 81, 84, 86, 89, 96, 105, 107, 108, 109, 111, 113, 114, 349, 352, 353, 354, 357, 359, 360, 361, 368, 371, 377, 382, 384, 388, 390, 395, 403, 404, 407, 408, 412, 422, 423, 429, 431, 433, 435, 438, 440, 441, 442, 444, 445, 453, 459, 461, 464, 465, 466, 472, 473, 499, 540, 548, 549, 550, 552, 553, 554, 556, 557, 558, 559, 562, 563, 565, 571, 574, 587, 595, 629, 631A, 633, 635, 636, 644, 649, 650, 652, 653A, 656, 668, 669A, 671, 679, 683, 686, 687, 692A, 698, 702A, 706A, 725, 728, 729, 730, 733, 762, 764, 782, 785, 788, 834, 840, 850, 874, 875, 895, 902, 952, 960, 977, 983A, 987A, 987B, 990, 992A, 992B, 992C, 992D, 994, 995, 998, 1048, 1127, 1183, 1194, 1195, 1196, 1376, 1377, 1419, 1420, 1423, 1424, 1425, 1426, 1623, 1631, 1698, 1776, 1778, 1780, 1781, 1782, 1808, 1810, 1812, 1818, 1820, 1821, 1822, 1823, 1824, 1826, 1827, 1828, 1829, 1830, 1831, 1832, 1833.

Also, please let us know if you intend to object to any of our summary exhibits.

We are also planning on filing a status report with the Court prior to the next pretrial conference to address these issues and other topics we've been conferring on, and believe it would be helpful to meet and confer before doing so. Can you please let us know if the following times this week work: Wednesday, Sept. 23 after 3 pm, Thursday September 24 between 2-3, Friday September 25 after 1 pm.

Best,

Molly

**Molly K. Priedeman**
Assistant United States Attorney
Northern District of California
1301 Clay Street, Suite 340S | Oakland, CA 94612
[redacted]
molly.priedeman@usdoj.gov

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy

all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.