**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 25-cr-00003-YGR
Case Name: USA v. Sheng Thao, Andre Jones, David Trung Duong, and Andy Hung Duong

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** | | **PLAINTIFF ATTORNEY:** | | **DEFENSE ATTORNEY:** |
|---|---|---|---|---|
| Yvonne Gonzalez Rogers | | Molly Priedeman, Abraham Fine and Lloyd Farnham | | Jeffrey Tsai and Darryl Tarver (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann, and Jeff Schenk (D. Duong); William Sprague, Winston Chan, Erik Babcock, and Bryanna Walker (A. Duong) |
| **DATE:** October 26, 2026 | | **REPORTER:** Ruth Levine Ekhaus | | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 5 hours 8 minutes | | | | |

| **PLF NO.** | **DEF NO.** | **DATE/TIME OFFERED** | **ID** | **REC** | **DESCRIPTION** | **BY** |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is reconvened. Matters are discussed outside the presence of the jury. The Court admits the parties stipulated metadata exhibits 349A, 350A, 353A, 368A, 388A, 390A, 403A, 404A, 407A, 417A, 422A, 423A, 425A, 435A, 441A, 442A, 445A, 464A, 466A, 471A, 472A, 473A, 499A, 540A, 548A, 550A, 552A, 553A, 556A, 558A, 559A, 1776A, 1778A. | |
| | | 8:33 am | | | Government's Witness Special Agent Katherine Barclay retakes the stand. | |
| | | 8:35 am | | | The jury reenters the courtroom. Mr. Babcock resumes his cross examination of Special Agent Barclay. | |
| **679** | | | x | x | Previously admitted. | |
| **1812** | | | x | x | Previously admitted. | |
| **1268** | | | x | | Mario Juarez May 5, 2024 Police Report. | |
| **1827** | | | x | x | Previously admitted. | |
| | **5042** | | x | x | AT&T toll record. | |
| | **5037** | | x | x | AT&T toll record. | |
| **1197** | | | x | x | Attachment to 6/7/2022 Email. | |
| **631A** | | | x | x | Previously admitted. | |
| | | 10:02 am | | | The jury exits the courtroom for break. Special Agent Barclay steps down for break. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:03 am | | | Special Agent Barclay exits the courtroom. Matters are discussed outside the presence of the jury and the witness. | |
| | | 10:05 am | | | The Court is in recess. | |
| | | 10:22 am | | | Court is reconvened. Special Agent Barclay retakes the stand. | |
| | | 10:27 am | | | The jury reenters the courtroom. | |
| | | 10:28 am | | | Cross examination of Special Agent Barclay by Mr. Tsai. | |
| **1623A** | | | x | x | Previously admitted. | |
| **1676A** | | | x | x | Cell Site Data. | |
| **60A** | | | x | x | Previously admitted. | |
| **58** | | | x | x | Previously admitted. | |
| **476** | | | x | x | 10/11/2022 Photo from Andy Duong's Phone. | |
| **550** | | | x | x | Previously admitted. | |
| **563** | | | x | x | Previously admitted. | |
| **70** | | | x | x | Previously admitted. | |
| **464** | | | x | x | Previously admitted. | |
| **466** | | | x | x | Previously admitted. | |
| **465** | | | x | x | 1/9/2023 Photo from Andy Duong's Phone. | |
| | | 11:49 am | | | The jury and Special Agent Barclay take their break. | |
| | | 11:51 am | | | The Court is in recess. | |
| | | 12:09 pm | | | Court is reconvened. Special Agent Barclay retakes the stand. | |
| | | 12:12 pm | | | The jury reenters the courtroom. Mr. Tsai resumes his cross examination of Special Agent Barclay. | |
| **1821** | | | x | x | Previously admitted. | |
| **653** | | | x | x | Previously admitted. | |
| **1830** | | | x | x | Previously admitted. | |
| **30A** | | | x | x | Previously admitted. | |
| **960** | | | x | x | Previously admitted. | |
| **692A** | | | x | x | Previously admitted. | |
| **565** | | | x | x | Previously admitted. | |
| **39** | | | x | x | Previously admitted. | |
| **111** | | | x | x | Previously admitted. | |
| **1521** | | | x | x | Sheng Thao Acct 5190 Statements from 12/07/2019 to 02/07/2024. | |
| | **5048** | | x | x | Photo of search of Ms. Thao's residence dated 6/20/2024. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:40 pm | x | x | The jury is excused until October 27, 2026, at 8:30 am. Special Agent Barclay is admonished and ordered to appear on October 27, 2026, at 8:30 am. Matters are discussed outside the presence of the jury. The Court ruled that Dockets 431-4 and 431-6 will remain locked. The defendants are ordered to refile without personally identifiable information. | |
| | | 1:43 pm | | | The Court is in recess. The matter is continued to Tuesday, October 27, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |