Winston Y Chan (SBN 214884)
Christine A. Bonomo (SBN 364178)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
Bryanna Walker (SBN 345454)
**COVINGTON & BURLING LLP**
415 Mission St., Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, California 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,<br><br>Defendants. | Case No. 4:25-CR-00003-YGR<br><br>**DEFENDANT ANDY HUNG DUONG'S NOTICE OF JOINDER IN DEFENDANT DAVID DUONG'S MOTION TO ADMIT TRIAL EXHIBITS 5110, 5111, 348, 5242, 5179, AND 5093 (DKT. 474)** |

## NOTICE

**PLEASE TAKE NOTICE** that on November 12, 2026, at 8:00 a.m., before the Honorable Yvonne Gonzalez Rogers, Defendant Andy Hung Duong will and hereby does join, in its entirety, Defendant David Duong's Motion to Admit Trial Exhibits 5110, 5111, 348, 5242, 5179, and 5093, *see* Dkt. 474, which seeks admission of six exhibits that the Court permitted the defense to publish during the cross-examination of Mario Juarez. Andy Duong moves to admit each of these exhibits for the same reasons set forth in David Duong's motion. Each exhibit bears on the credibility, bias, and motive of the government's central cooperating witness, Mario Juarez, and its exclusion would likewise violate Andy Duong's rights under the Confrontation Clause of the Sixth Amendment and the Due Process Clause of the Fifth Amendment. *See* Dkt. 474 at 1–2.

***Body-worn camera footage (Exhibits 5110 and 5111):*** Andy Duong joins David Duong's argument that the OPD body-worn camera footage is admissible under Rule 613(b) as extrinsic evidence of Juarez's prior inconsistent statements, including his trial testimony that he reported to OPD the things he participated in with Andy Duong. Dkt. 474 at 2–3.

***Handwritten deal points and cover email (Exhibits 348 and 5242):*** Andy Duong joins David Duong's argument that Exhibit 348 is admissible under Rule 613(b) to impeach Juarez's account of the terms of the deal allegedly struck with Sheng Thao on October 7, 2022, or alternatively under Rule 803(3), and that Exhibit 5242 is authenticated and admissible for the non-hearsay purpose of showing when and to whom Juarez transmitted Exhibit 348. Dkt. 474 at 3–5.

***2017 text messages (Exhibit 5179):*** Andy Duong joins David Duong's argument that Juarez's 2017 text messages with David Duong are admissible extrinsic evidence of Juarez's bias and motive, are not offered for their truth, are not barred by Rule 608(b), and alternatively fall within Rule 803(3). Dkt. 474 at 5–6.

***June 4, 2024, text message (Exhibit 5093):*** Andy Duong joins David Duong's argument that Juarez's June 4, 2024, text message—which by its terms is directed at "the Duongs"—is admissible as evidence of bias, as the Court recognized, and to show Juarez's intent under Rule 803(3) for cooperating with government investigators beginning two days later. Dkt. 474 at 6; Tr. 3096.

For these reasons and those further outlined in David Duong's motion, Andy Duong respectfully joins the motion in its entirety and requests that the Court admit Exhibits 5110, 5111, 348, 5242, 5179, and 5093.

DATED: November 11, 2026

Respectfully submitted,

By: */s/ W. Douglas Sprague*

W. Douglas Sprague
Bryanna Walker
COVINGTON & BURLING LLP

Winston Y. Chan
Christine A. Bonomo
GIBSON, DUNN & CRUTCHER LLP

Erik Babcock
LAW OFFICES OF ERIK BABCOCK

Attorneys for Defendant Andy Hung Duong