MARK GOLDROSEN (CSBN 101731)
255 Kansas Street, Ste 340
San Francisco, CA 94103-5154
Tel: 415-565-9600 | Fax: 415-565-9601
Email: markgoldro@aol.com

SHAWN HALBERT (CSBN 179023)
217 Leidesdorff Street
San Francisco, California 94111
Tel: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorneys for Defendant ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>SHENG THAO, et al<br><br>Defendant. | ) | Case No. 25-cr-0003 YGR<br><br>DEFENDANT ANDRE JONES'S JOINDER IN CO-DEFENDANT DAVID DUONG'S OPPOSITION TO ADMISSION OF PRIOR CONSISTENT STATEMENTS [DKT. 482] |

PLEASE TAKE NOTICE that on November 16, 2026, at 8:00 a.m., before the Honorable Yvonne Gonzalez Rogers, Defendant Andre Jones will and hereby does join Defendant David Duong's Opposition to Admission of Recordings as Prior Consistent Statements, Dkt. 482.

As outlined in David Duong's opposition, the government's motion fails for two reasons: (1) it identifies no trial testimony that is consistent with the recordings the government seeks to introduce and was challenged by Defendants; and (2) there was a motive to fabricate before the allegedly consistent statement the government seeks to introduce, namely Mario Juarez's motive to fabricate-to retaliate against the Duongs by speaking with law enforcement-predated the allegedly consistent statements. To the extent the government attempts to argue that the relevant motive is Juarez's alleged motive to cooperate with authorities, that motive was merely an extension of his desire to retaliate and also predated the May 15, 2024 statements. Therefore, admitting these exhibits would put inadmissible hearsay before the jury and allow the government to improperly bolster the credibility of its witness.

DATED: November 16, 2026

Respectfully submitted,

/s/ Mark Goldrosen
MARK GOLDROSEN
SHAWN HALBERT
Attorneys for Defendant Andre Jones