**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 25-cr-00003-YGR
Case Name: USA v. Sheng Thao, Andre Jones, David Trung Duong, and Andy Hung Duong

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** | | **PLAINTIFF ATTORNEY:** | | **DEFENSE ATTORNEY:** |
|---|---|---|---|---|
| Yvonne Gonzalez Rogers | | Molly Priedeman, Abraham Fine and Lloyd Farnham | | Jeffrey Tsai (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann, and Jeff Schenk (D. Duong); William Sprague, Winston Chan, Erik Babcock, Christine Bonomo, and Bryanna Walker (A. Duong) |
| **DATE:** November 18, 2026 | | **REPORTER:** Ruth Levine Ekhaus | | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 5 hours 31 minutes | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is reconvened. Matters are discussed outside the presence of the jury. | |
| **1145** | | | x | x | Killings Documents. | |
| **1147** | | | x | x | Killings Documents. | |
| | | 8:14 am | | | The Court is in recess. | |
| | | 8:28 am | | | The Court is reconvened. Government's witness Special Agent Christine Stegner retakes the stand. | |
| | | 8:30 am | | | The jury reenters the courtroom. Mr. Schenk resumes his cross examination of Special Agent Stegner. | |
| | **5317** | | x | x | Previously admitted. | |
| | **5273** | | x | x | Previously admitted. | |
| | | 8:39 am | | | Cross examination of Special Agent Stegner by Mr. Goldrosen. | |
| **1250** | | | x | x | Previously admitted. | |
| **30A** | | | x | x | Previously admitted. | |
| **1346** | | | x | x | Previously admitted. | |
| **1521A** | | | x | x | Previously admitted. | |
| **1743** | | | x | x | Declaration of Records and Production Records for PG&E GJ Subpoena #117. | |
| **5** | | | x | x | Previously admitted. | |
| | | 9:36 am | | | Cross examination of Special Agent Stegner by Mr. Sprague. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:58 am | | | The jury exits the courtroom for break. Special Agent Stegner is admonished and steps down for break. Matters are discussed outside the presence of the jury and the witness. | |
| | | 10:00 am | | | The Court is in recess. | |
| | | 10:14 am | | | The Court is reconvened. Special Agent Stegner retakes the stand. | |
| | | 10:18 am | | | The jury reenters the courtroom. Mr. Sprague resumes his cross examination of Special Agent Stegner. | |
| **1441** | | | x | x | Previously admitted. | |
| **1444** | | | x | x | Cecilia or Mario Juarez Acct 1626 Statement from 03/16/2023 to 04/17/2023. | |
| **1432** | | | x | x | Previously admitted. | |
| | **5296A** | | x | x | Chase Bank Statement. | |
| | **5296B** | | x | x | Chase Bank Statement. | |
| | **5296C** | | x | x | Chase Bank Statement. | |
| | | 10:55 am | | | Cross examination of Special Agent Stegner by Mr. Tsai. | |
| **1448B** | | | x | x | Sheng Thao Credit Card 6463/8523/9301 Statements from 12/12/2019 to 02/11/2024. | |
| **1448C** | | | x | x | Sheng Thao Credit Card 6463/8523/9301 Statements from 12/12/2019 to 02/11/2024. | |
| **1448D** | | | x | x | Sheng Thao Credit Card 6463/8523/9301 Statements from 12/12/2019 to 02/11/2024. | |
| **1461A** | | | x | x | VABA Acct 2227 Statements from 01/01/2019 to 06/01/2024. | |
| **1174B** | | | x | x | Port Invoice for Vietnam Trip. | |
| **1174A** | | | x | x | Port Invoice for Vietnam Trip. | |
| | | 1156 am | | | The jury exits the courtroom for break. Special Agent Stegner is admonished and steps down for break. | |
| | | 11:58 am | | | Bench conference with counsel. | |
| | | 12:18 pm | | | Bench conference ends. The Court is in recess. | |
| | | 12:20 pm | | | The Court is reconvened. Special Agent Stegner retakes the stand. | |
| | | 12:22 pm | | | The jury reenters the courtroom. Mr. Tsai resumes his cross examination of Special Agent Stegner. | |
| | | 12:25 pm | | | Redirect examination of Special Agent Stegner by AUSA Farnham. | |
| | | | x | | Demonstrative. PG&E bill. | |
| **1882** | | | x | | Summary of Credits and Debits on Mr. Jones' Account 8848 (12/15/2022 to 7/16/2024). | |
| | | 12:58 pm | | | Recross examination of Special Agent Stegner by Mr. Schenk. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:05 pm | | | Recross examination of Special Agent Stegner by Mr. Goldrosen. | |
| | | 1:11 pm | | | Recross examination of Special Agent Stegner by Mr. Sprague. | |
| | | 1:22 pm | | | Recross examination of Special Agent Stegner by Mr. Tsai. | |
| | | 1:25 pm | | | Redirect examination of Special Agent Stegner by AUSA Farnham. | |
| | | 1:28 pm | | | Government's witness Special Agent Christine Stegner steps down and is informed by the Court that she is still subject to recall. | |
| | | 1:29 pm | | | AUSA Farnham read Stipulations 1, 2, 3, and 4 from Dkt. No. 393 on the record. | |
| | | 1:33 pm | | | Government's witness Mr. Bryan Azevedo is called and sworn. Direct examination by AUSA Farnham. | |
| **352** | | | x | x | Previously admitted. | |
| | | 1:58 pm | | | The jury is excused until November 19, 2026, at 8:15 am. Witness Mr. Azevedo is admonished, steps down and is ordered to appear on November 19, 2026, at 8:00 am. Matters are discussed outside the presence of the jury and the witness. The government's motion to limit improper cross examination and improper impeachment (Dkt. No. 440) is terminated as moot. Andy Duong's motion to admit trial exhibits (Dkt. No. 484) is granted in part and denied in part. | |
| | **5180A** | | x | x | Document. | |
| | **5180B** | | x | | Document. | |
| | **5180C** | | x | x | Document. | |
| | **5180D** | | x | | Document. | |
| | **654A** | | x | x | Document. | |
| | | 2:03 pm | | | The Court is in recess. Matter is continued to Thursday, November 19, 2026, at 7:45 a.m. (attorneys and parties) and at 8:15 a.m. (jury) for jury trial. | |