UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** November 19, 2026 **Time:** 5 Hours 33 Minutes **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 25-cr-00003-YGR-1
25-cr-00003-YGR-2
25-cr-00003-YGR-3
25-cr-00003-YGR-4

**Case Name:** UNITED STATES v. Sheng Thao, Andre Jones, David Trung Duong and Andy Hung Duong

**Attorney for Plaintiff:** Molly Priedeman, Abraham Fine and Lloyd Farnham
**Attorney for Defendant:** Jeffrey Tsai (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann, and Jeff Schenk (D. Duong); William Sprague, Winston Chan, Erik Babcock, Christine Bonomo and Bryanna Walker (A. Duong)

**Defendant: Sheng Thao;** present
**Andre Jones;** present
**David Trung Duong;** present
**Andy Hung Duong;** present

**Deputy Clerk:** Edwin Angelo A. Cuenco **Reported by:** Ruth Levine Ekhaus

## PROCEEDINGS

Jury Trial – HELD. See Trial Log and Exhibit List attached.

The government recalled witness Mr. Bryan Azevedo and called witness Mr. Larry Gallegos.

Matter is continued to Friday, November 20, 2026, at 7:45 a.m. (attorneys and parties) and at 8:15 a.m. (jury) for jury trial.