**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 25-cr-00003-YGR
Case Name: USA v. Sheng Thao, Andre Jones, David Trung Duong, and Andy Hung Duong

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** | | **PLAINTIFF ATTORNEY:** | | **DEFENSE ATTORNEY:** |
|---|---|---|---|---|
| Yvonne Gonzalez Rogers | | Molly Priedeman, Abraham Fine and Lloyd Farnham | | Jeffrey Tsai (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann, and Jeff Schenk (D. Duong); William Sprague, Winston Chan, Erik Babcock, Christine Bonomo, and Bryanna Walker (A. Duong) |
| **DATE:** November 19, 2026 | | **REPORTER:** Ruth Levine Ekhaus | | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 5 hours 33 minutes | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:57 am | | | Court is reconvened. Matters are discussed under seal outside the presence of the jury. | |
| | | 8:27 am | | | Court proceedings are unsealed. Government's witness Mr. Bryan Azevedo retakes the stand. | |
| | | 8:31 am | | | The jury reenters the courtroom. A Jury Note is received from Juror #4. | |
| | | 8:33 am | | | The jury exits the courtroom. The Court is in recess. The Court is in conference with lead counsel and Juror #4. | |
| | | 8:39 am | | | The Court is reconvened. The jury reenters the courtroom. AUSA Farnham resumes his direct examination of Mr. Azevedo. | |
| **432** | | | x | x | Previously admitted. | |
| **432A** | | | x | x | Previously admitted. | |
| **1445** | | | x | x | Previously admitted. | |
| **1788** | | | x | x | Previously admitted. | |
| **1788A** | | | x | x | Previously admitted. | |
| **1790** | | | x | x | Photo from Andy Duong's Phone. | |
| **1789** | | | x | x | Photo from Andy Duong's Phone. | |
| **1446** | | | x | x | Previously admitted. | |
| **1791** | | | x | x | 11/6/2023 San Leandro City Council Agenda. | |
| **1793** | | | x | x | San Leandro Draft Resolution. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **1792** | | | x | x | 11/6/2023 San Leandro City Council Minutes. | |
| **1794** | | | x | x | 6/17/2024 San Leandro City Council Meeting Agenda. | |
| **1884** | | | x | x | 6/17/2024 San Leandro City Council Minutes. | |
| **456** | | | x | x | Previously admitted. | |
| **456A** | | | x | x | Previously admitted. | |
| **113T** | | | x | | Demonstrative. Transcript to 12/18/2023 Recording of Andy Duong/Bryan Azevedo Call from Andy Duong's Phone | |
| | | 9:38 am | | | Cross examination of Mr. Azevedo by Mr. Babcock. | |
| | | 10:10 am | | | The jury exits the courtroom for break. Mr. Azevedo is admonished and steps down for break. Matters are discussed outside the presence of the jury and the witness. | |
| | | 10:12 am | | | The Court is in recess. | |
| | | 10:25 am | | | Mr. Azevedo retakes the stand. | |
| | | 10:28 am | | | The Court is reconvened. | |
| | | 10:29 am | | | The jury reenters the courtroom. Mr. Babcock resumes his cross examination of Mr. Azevedo. | |
| | **5304** | | x | x | State of California Articles of Organization; California Limited Liability Company dated 9/1/2023. | |
| | | 11:16 am | | | Cross examination of Mr. Azevedo by Mr. Goldrosen. | |
| | | 11:17 am | | | Bench conference with counsel. | |
| | | 11:19 am | | | Bench conference ends. Redirect examination of Mr. Azevedo by AUSA Farnham. | |
| | | 11:21 am | | | Recross examination of Mr. Azevedo by Mr. Babcock. | |
| | | 11:22 am | | | Government’s witness Mr. Bryan Azevedo is excused by the Court. | |
| | | 11:23 am | | | Government’s witness Mr. Larry Gallegos is called and sworn. Direct examination by AUSA Farnham. | |
| **706A** | | | x | x | Previously admitted. | |
| **1820** | | | x | x | Previously admitted. | |
| **1853** | | | x | x | Previously admitted. | |
| **559** | | | x | x | Previously admitted. | |
| **559A** | | | x | x | Previously admitted. | |
| **368** | | | x | x | Previously admitted. | |
| **368A** | | | x | x | Previously admitted. | |
| | | 12:00 pm | | | The jury exits the courtroom for break. Mr. Gallegos is admonished and steps down for break. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:01 am | | | The Court is in recess. Bench conference with counsel. | |
| | | 12:12 pm | | | Bench conference ends. | |
| | | 12:15 pm | | | Mr. Gallegos retakes the stand. | |
| | | 12:18 pm | | | The Court is reconvened. | |
| | | 12:21 pm | | | The jury reenters the courtroom. AUSA Farnham resumes direct examination of Mr. Gallegos. | |
| **548** | | | x | x | Previously admitted. | |
| **548A** | | | x | x | Previously admitted. | |
| **390** | | | x | x | Previously admitted. | |
| **390A** | | | x | x | Previously admitted. | |
| **1101** | | | x | x | 3/17/2023 Gallegos Offer Letter Email. | |
| **1107** | | | x | x | 2/27/2023 Calendar Invite from Thao for 3/20/2023 Meeting with Larry Gallegos. | |
| **1106** | | | x | x | 7/27/2023 Email from Leigh Hanson to Larry Gallegos. | |
| **1087** | | | x | x | 5/5/2023 Email from Mario Juarez to Larry Gallegos. | |
| **1088** | | | x | | Demonstrative. 5/5/2023 Email from Julie Wedge to Larry Gallegos | |
| **103** | | | x | x | 5/8/2023 Email from Juarez to Gallegos. | |
| **1082** | | | x | | Demonstrative. 5/16/2023 Email from Cesley Frost to Larry Gallegos. | |
| **1083** | | | x | | Demonstrative. 5/18/2023 Email from Julie Wedge | |
| **1084** | | | x | x | Attachment to 5/18/2023 Email | |
| **1085** | | | x | | Demonstrative. Attachment to 5/18/2023 Email | |
| **1086** | | | x | | Demonstrative. Attachment to 5/18/2023 Email | |
| **1080** | | | x | | Demonstrative. 6/7/2023 Email from Julie Wedge. | |
| **1081** | | | x | | Demonstrative. Attachments to 6/7/2023. | |
| | | 1:12 pm | | | The jury is instructed by the Court. | |
| **12** | | | x | x | Previously admitted. | |
| **453** | | | x | x | Previously admitted. | |
| **453A** | | | x | x | Previously admitted. | |
| | | 1:27 pm | | | Cross examination of Mr. Gallegos by Mr. Tsai. | |
| **667A** | | | x | | Demonstrative. Identical with previously admitted exhibit 706A. | |
| **1102** | | | x | x | 3/17/2023 Gallegos Offer Letter. | |
| | | 2:00 pm | | | The jury is excused until November 20, 2026, at 8:15 am. Witness Mr. Gallegos is admonished, steps down and is ordered to appear on November 20, 2026, at 8:00 am. Matters are discussed outside the presence of the jury and the witness. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 2:04 pm | | | Matters are discussed under seal outside the presence of the jury. | |
| | | 2:09 pm | | | The Court is in recess. Matter is continued to Friday, November 20, 2026, at 7:45 a.m. (attorneys and parties) and at 8:15 a.m. (jury) for jury trial. | |