Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, et al.,<br><br>Defendants. | Case No. CR 25-0003 YGR<br><br>DECLARATION OF NEAL J. STEPHENS IN SUPPORT OF MOTION TO DISMISS REGARDING *NAPUE* VIOLATIONS RELATED TO TESTIMONY OF MARIO JUAREZ |

I, Neal J. Stephens, hereby declare as follows:

1. I am a partner in the law firm Jones Day and serve as counsel of record for David Trung Duong in *United States v. David Duong, et al.*, Case No. 4:25-CR-00003-YGR. I am a member of the Bar of the State of California. I submit this declaration in support of the Motion to Dismiss Regarding *Napue* Violations Related to Testimony of Mario Juarez. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of pages 4267–75 of Trial Transcript Vol. 19 from November 17, 2026 regarding the cross-examination of the IRS Agent Stegner related to her investigation of Juarez's bank statements.

3. Attached as Exhibit 2 is a letter dated November 18, 2026 from government counsel to defense counsel regarding the IRS Agent Stegner's trial testimony and her spreadsheet.

4. Attached as Exhibit 3 is a true and correct copy of pages 4966, 4986, 4995–98 of Trial Transcript Vol. 22 from November 20, 2026 regarding the voir dire of the IRS Agent Stegner, taken outside the presence of the jury.

5. Attached as Exhibit 4 is a true and correct copy of pages 4351–56, 4363–64, 4457-61, 4476-78 of Trial Transcript Vol. 20 from November 18, 2026 regarding cross-examination of the IRS Agent Stegner's analysis of Juarez's expense records.

6. Attached as Exhibit 5 is Trial Exhibit 1885, Juarez's plea agreement with the factual basis and maximum penalties redacted.

7. Attached as Exhibit 6 is a true and correct copy of pages 1377–83 of Trial Transcript Vol. 6 from October 23, 2026 regarding the cross examination of FBI SA Barclay regarding the scope of the government's investigation into Mario Juarez.

8. Attached as Exhibit 7 is a true and correct copy of pages 1444 and 1493 of Trial Transcript Vol. 7 from October 26, 2026 regarding the cross-examination of FBI SA Barclay.

9. Attached as Exhibit 8 is a true and correct copy of pages 1660-1670 of Trial Transcript Vol. 8 from October 27, 2026 regarding the cross-examination of FBI SA Barclay.

10. Attached as Exhibit 9 is a true and correct copy of pages 3603–05, 3607–20 of Trial Transcript Vol. 16 from November 12, 2026 regarding the cross-examination of Mario Juarez ("Juarez") including passages related to Cecilia Mendez covertly tape recording EH board meetings.

11. Attached as Exhibit 10 is a true and correct copy of pages 3898–99 of Trial Transcript Vol. 18 from November 16, 2026 regarding the recross of Juarez related to his submission of expense reimbursement requests.

12. Attached as Exhibit 11 is a true and correct copy of pages 3051–78 of Trial Transcript Vol. 14 from November 9, 2026 regarding Juarez's testimony on cross-examination regarding his submission of expense reimbursement requests.

13. Attached as Exhibit 12 is a true and correct copy of admitted Trial Exhibit 599, an email dated November 1, 2023 from Juarez to Kristina Duong, David Duong, Michael Duong, and Andy Duong requesting reimbursement for personal expenses, including airfare, with expense report attached.

14. Attached as Exhibit 13 is a true and correct copy of pages 1–4 of admitted Trial Exhibit 5146, a December 2022 Chase bank statement for Ciudad Holdings, LLC, produced in discovery from the government to defense counsel with personal information redacted, showing Southwest flights cost $223.98 each on December 4, 2022 and December 14, 2022.

15. Attached as Exhibit 14 is a true and correct copy of pages 1–3 of admitted Trial Exhibit 5147, a January 2023 Chase bank statement for Ciudad Holdings, LLC, produced in

discovery by the government to defense counsel with personal information redacted, showing Southwest flights cost $223.98 each on January 7, 2023 and January 21, 2023.

16. Attached as Exhibit 15 is a true and correct copy of pages 1–2 of published Trial Exhibit 5262, with personal information redacted, produced by the government to defense counsel in discovery.

17. Attached as Exhibit 16 is a true and correct copy of published Trial Exhibit 5263, with personal information redacted, produced by the government to defense counsel in discovery.

18. Attached as Exhibit 17 is a true and correct copy of published Trial Exhibit 5252, produced by the government to defense counsel in discovery with redactions in original.

19. Attached as Exhibit 18 is a true and correct copy of published Trial Exhibit 5253, produced by the government to defense counsel in discovery with redactions in original.

20. Attached as Exhibit 19 is a true and correct copy of pages 2618, 2700, 2722–27, 2733, and 2741–43 of Trial Transcript Vol. 12 from November 5, 2026 regarding trial testimony of Juarez.

21. Attached as Exhibit 20 is a true and correct copy of pages 1880, 1919–20, 1993–96, 2003–05, and 2033 of Trial Transcript Vol. 9 from October 28, 2026 related to the trial testimony of Cecilia Mendez ("Mendez") regarding her testimony related to covertly tape recording EH board meetings.

22. Attached as Exhibit 21 is a true and correct copy of pages 1, 10, and 12 of Trial Exhibit 5052C1, a certified English translation of a text message between Cecilia Mendez and Mario Juarez dated December 8, 2023.

23. Attached as Exhibit 22 is Trial Exhibit 991AT-1, a stipulated English translation of Mendez and Juarez's recorded conversation following a November 13, 2023 Evolutionary Homes board meeting.

24. Attached as Exhibit 23 is a true and correct copy of page 3789 of Trial Transcript Vol. 17 from November 13, 2026 regarding Juarez's cross-examination.

25. Attached as Exhibit 24 is a true and correct copy of page 339 of Trial Transcript Vol. 2 from October 14, 2026 regarding the government's opening statement. I have reviewed trial exhibits 992 and 992AT, the recording and transcript of the November 28, 2023 board meeting for Evolutionary Homes, which contains the reference to the "deal is the deal" referenced in the government's opening statement.

26. Attached as Exhibit 25 is a court order dated October 29, 2026 granting Cecilia Mendez immunity for her trial testimony. (Dkt. 448).

27. I have reviewed government exhibits 994–1001, which are recordings of board meetings at Evolutionary Homes that occurred between January 9, 2024 to May 1, 2024.

28. Attached as Exhibit 26 is a true and correct copy of pages 1, 14–15 of Trial Exhibit 5110—a transcript of May 5, 2024 OPD bodycam footage regarding an OPD interview with Juarez.

29. Attached as Exhibit 27 is a true and correct copy of pages 2788–89 of Trial Transcript Vol. 13 from November 6, 2026 regarding the cross-examination of Juarez regarding his statements to OPD on May 5, 2024.

30. Attached as Exhibit 28 is a true and correct copy of pages 1, 12–13 of Trial Exhibit 5112, a transcript of May 5, 2024 interview between Juarez and an OPD officer regarding Juarez's gold chain.

31. Attached as Exhibit 29 is a true and correct copy of page 3387 of Trial Transcript Vol. 15 from November 10, 2026 regarding the cross-examination of Juarez related to statements he made to OPD about his gold chain.

32. Attached as Exhibit 30 is a true and correct copy of Trial Exhibit 5112BT, the relevant portion of the transcript of the May 5, 2024 recording between Juarez and OPD related to the value of Juarez's statements about the value of his gold chain.

33. Attached as Exhibit 31 is admitted Trial Exhibit 952, an April 24, 2024 email from Juarez to Andy Duong and others.

34. Attached as Exhibit 32 is admitted Trial Exhibit 5093, a text message on June 4, 2024 from Juarez to Andreas Cluver.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of November 2026, in Palo Alto, California.

Neal J. Stephens