# EXHIBIT 2

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street Suite 340S*
*Oakland, California 94612*

*(510) 637-3680*
*FAX:(510) 637-3724*

November 18, 2026

**BY EMAIL**

JEFFREY TSAI
DARRYL TARVER
jeff.tsai@us.dlapiper.com
darryl.tarver@us.dlapiper.com
Counsel for Defendant Sheng Thao

MARK GOLDROSEN
SHAWN HALBERT
markgoldro@aol.com
shawn@shawnhalbertlaw.com
Counsel for Defendant Andre Jones

WINSTON CHAN
DOUGLAS SPRAGUE
ERIK BABCOCK
CHRISTINE BONOMO
wchan@gibsondunn.com
dsprague@cov.com
erik@babcocklawoffice.com
cbonomo@gibsondunn.com
Counsel for Defendant Andy Duong

ED SWANSON
AUGUST GUGELMANN
JEFFREY SCHENK
NEAL STEPHENS
ed@smllp.law
august@smllp.law
jbschenk@jonesday.com
nstephens@jonesday.com
Counsel for Defendant David Duong

Re: *United States v. Sheng Thao et al.*, CR 25-00003 YGR

Dear Defense Counsel:

During our meeting today after Court, you asked for information related to the testimony of IRS-CI Special Agent Christine Stegner regarding her discovery of certain records, and we are writing to respond to your questions.

On Friday, November 6, Mario Juarez testified on cross examination. During that testimony, defense counsel confronted Juarez with allegedly altered bank statements that he had submitted related to conduct predating the charged case. Agent Stegner was in the courtroom during Juarez's cross examination that day, and that testimony prompted SA Stegner to locate and review materials submitted to Evolutionary Homes management and others related to an $83,605 request for expense reimbursement.

During this review, SA Stegner reviewed IRS-0255166 to IRS-0255385, which had been produced in discovery early in the case, and had been seized during the execution of the search warrant at CWS. Reviewing those documents, SA Stegner discovered for the first time that some of the redacted bank statements submitted to Evolutionary Homes did not match the actual bank statements that SA Stegner had obtained in response to grand jury subpoenas during the investigation, suggesting that some of the bank statements submitted to Evolutionary Homes had been altered.

On Saturday, November 7, SA Stegner discussed this issue with the prosecutors on the case and showed the prosecutors a few of examples where the purported justification for an expense submitted to support the expenses in the report appeared to be altered versions of bank statements.

On Monday, November 9, Juarez's cross-examination continued, during which he was questioned repeatedly about apparently altered bank statements he had submitted along with his Evolutionary Homes expense report seeking reimbursement for the same $83,605. Throughout Juarez's six days on cross-examination, multiple defense counsel cross-examined Juarez on this topic and exposed several instances in which he submitted apparently altered bank statements to Evolutionary Homes. At first, Juarez denied padding his expense reports. But by the end of his examination, after being confronted with a series of apparently altered statements, Juarez testified that he had "accepted" that he padded/inflated the invoices he was submitting to CWS and the Duong family, and "accepted" that the "credit card statements that we saw were blocked out and they had fake information about the amount of money that [he] had spent on various things" had been submitted at his direction. *See* November 16 transcript at 3898-99.

As set forth above, the government learned for the first time on November 6-7 that Juarez may have submitted altered bank statements for expenses to Evolutionary Homes management. However, the government had produced all of the underlying records early in the case, and based on Juarez's cross-examination, the defense clearly knew about the potentially altered bank records long before the government.

SA Stegner testified on November 17 and November 18 and on both days was cross-examined about the apparently altered bank statements Juarez had submitted to Evolutionary Homes and the Duongs. During that cross-examination, SA Stegner was asked when she first learned about the apparently altered bank statements Juarez had submitted, and described reviewing documents while Juarez was on cross-examination. After Court on November 18, and after defense counsel raised this issue, the prosecutors learned that SA Stegner had created a spreadsheet that identified some expense items that appeared to be connected with altered bank statements. Though we do not believe we are obligated to provide the information contained in this spreadsheet (which is based only on a comparison of materials already produced long ago) the government is providing SA Stegner's spreadsheet. *See Morris v. Ylst*, 447 F.3d 735, 742 (9th Cir. 2006) (making clear that "*Brady* does not require a prosecutor to disclose to the defense most 'opinion work product,' that is, material encompassing only an attorney's mental impressions or legal theories."); *United States v. Dupuy*, 760 F.2d 1492, 1505 n.5 (9th Cir. 1985) ("Since suppression by the Government is a necessary element of a Brady claim, if the means of obtaining the exculpatory evidence has been provided to the defense, the Brady claim fails." ).

Very truly yours,

CRAIG H. MISSAKIAN
United States Attorney

/s/
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys

| Expense Report | | | | Bank Records | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Description | Payment Method | Amount | Date | Description | Amount | Uable to Locate | Cash | Foreign | No records | Variance | Altered - Stopped at page 129 | Note |
| 5/15/2022 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | | Unable to locate | | (1,650.00) | | | | - | | |
| 6/15/2022 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | 6/13/2022 | Zelle payment to Alejandro Crosthwarte JPM999cu17b7 | (706 10) | | | | | 943.90 | | Zelle memo: Rent Olas Grand Unit 1708, Popotla Junio June 2022 |
| 7/15/2022 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | 7/11/2022 | Zelle payment to Alejandro Crosthwarte JPM999dv1vtu | (990 86) | | | | | 659.14 | | Zelle memo: Rent Olas Grand 1708 Mes de Julio 2022 |
| 8/15/2022 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | 8/17/2022 | Zelle Transfer Conf m88yo9b6n, ALEJANDRO J CROSTHWAITE | (1,650 00) | | | | | - | | |
| 9/15/2022 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | 9/14/2022 | Zelle Transfer Conf f1ckps1vk, ALEJANDRO J CROSTHWAITE | (1,600 00) | | | | | 50.00 | | |
| 10/12/2022 | Water Olas Grand | Zelle | 55.37 | 07/19/2022 | GPRS EST HIPODROMO MAT TIJUANA BCN MEX | (55 37) | | | | | - | | ? |
| 10/13/2022 | Costco in TJ for supplies | Provident | 1,379.49 | | Unable to locate | | (1,379.49) | | | | - | ALTERED | Costco purchases on or around the date (11/14) but do not match amount |
| 10/15/2022 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | 10/31/2022 | Zelle payment to Alejandro Crosthwarte JPM999hwd9q9 | (3,300 00) | | | | | (1,650 00) | | Zelle memo: rent olas gran 1708 - Octubre y Noviembre 2022 |
| 10/18/2022 | Internet Olas Grand | Zelle | 72.63 | | Unable to locate | | (72.63) | | | | - | | |
| 11/12/2022 | Water Olas Grand | Zelle | 63.28 | 10/20/2022 | VIPS TIJUANA TIJUANA BCN MX | (63 28) | | | | | - | | ? |
| 11/15/2022 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | | Included in 10/15/22 pmt | | | | | | 1,650.00 | | |
| 11/18/2022 | Internet Olas Grand | Zelle | 72.63 | | Unable to locate | | (72.63) | | | | - | | |
| 11/24/2022 | Electricity Olas Grand | Zelle | 367.26 | | Unable to locate | | (367.26) | | | | - | | |
| 11/30/2022 | Panaderia Conde pastries | Paypal | 14.42 | 11/30/2022 | PANADERIA CONDE DUQUE TIJUANA BCN MX | (14 43) | | | | | (0 01) | | |
| 11/30/2022 | Telefonica Gastropub paid for dinner | Paypal | 31.80 | 11/30/2022 | TELEFONICA GASTRO PARK TIJUANA BCN MX | (31 80) | | | | | - | | |
| 11/30/2022 | Costco in TJ for supplies | Provident | 852.54 | | Unable to locate | | (852.54) | | | | - | ALTERED | Costco purchases on or around the date (11/25) but do not match amount |
| 12/2/2022 | Drinks at OXXO in Playas de Rosarito | Paypal | 8.71 | 12/2/2022 | OXXO POPOTLA PLAYAS DE ROS BN | (8 71) | | | | | - | | |
| 12/2/2022 | Dinner to go Pollo Asil in Rosarito | Paypal | 58.03 | 12/2/2022 | REST EL POLLO ASIL TIJUANA BCN 00 | (58 02) | | | | | 0.01 | | |
| 12/2/2022 | La Europea Supermarket food supplies for apartment | Paypal | 322.88 | 12/2/2022 | TDA LA EUROPEA TIJUANA TIJUANA BCN BN | (322 88) | | | | | - | | |
| 12/3/2022 | Dinner at Tabu Restaurant in Plaza Rio | Paypal | 207.62 | 12/3/2022 | REST TABU TIJ PLAZA RI TIJUANA BCN MX | (107 62) | | | | | 100.00 | | |
| 12/4/2022 | Flight from San Diego to Oakland on Southwest confirmation 442XP4 | Holdings Visa | 323.98 | 11/21/2022 | 1119SOUTHWES 526218887 800-435-9792 TX04427427067872830 00 | (255 98) | | | | | 68.00 | | |
| 12/4/2022 | UBER from San Ysidro Border to SAN DIEGO | Paypal | 39.98 | 12/5/2022 | UBER TRIP CA | (39 98) | | | | | - | | |
| 12/4/2022 | UBER from Tijuana to Border | Paypal | 42.03 | | Unable to locate | | (42.03) | | | | - | | |
| 12/4/2022 | Uber from Office to San Leandro meeting with Mayor SHENG | Chase | 83.97 | | Unable to locate | | (83.97) | | | | - | | |
| 12/4/2022 | San Diego Airport High Food Flying | Cashapp | 92.27 | | Unable to locate | | (92.27) | | | | - | | |
| 12/12/2022 | Water Olas Grand | Zelle | 52.34 | | Unable to locate | | (52.34) | | | | - | | |
| 12/13/2022 | Costco in TJ for supplies | Provident | 632.34 | | Unable to locate | | (632.34) | | | | - | ALTERED | Costco purchases on or around the date (1/4) but do not match amount |
| 12/14/2022 | Flight from Oakland to San Diego on 12/14/2022 on Southwest Confirmation | Chase | 323.98 | 12/6/2022 | 1204SOUTHWES 526219422 800-435-9792 TX04427427067872830 00 | (223 98) | | | | | 100.00 | | |
| 12/14/2022 | UBER from Oakland Office to Oakland Southwest Terminal | Chase | 18.90 | 12/15/2022 | 1215UBER TRIP HELP.UBER COM CA 04427427067872830 00932 | (21 01) | | | | | (2 11) | | |
| 12/14/2022 | Dinner at Oak Airport | Sable | 60.82 | 12/15/2022 | SQ *ROCKRIDGE BAR OAK Oakland CAUSA | (60 82) | | | | | - | | |
| 12/14/2022 | Uber from San Diego Airport to Border | Chase | 44.75 | 12/16/2022 | 1215UBER TRIP HELP.UBER COM CA 04427427067872830 00932 | (44 75) | | | | | - | | |
| 12/14/2022 | Uber CASH from Border | Cash | 50.00 | | N/A Cash payment | | | (50.00) | | | - | | How do you pay cash for an uber? |
| 12/15/2022 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | 12/14/2022 | Zelle payment to Alejandro Crosthwarte JPM999jnoial | (1,600 00) | | | | | 50.00 | | Zelle memo: renta Olas gran #1708 mes de Diciembre 15 al Enero 15 2023 |
| 12/16/2022 | Estacion Gruas at Puerto Nuevo road paid | Sable | 57.30 | 12/15/2022 | EST GRUGAS PTO NUEVO PLAYAS DE ROS MEX | (57 30) | | | | | - | | |
| 12/16/2022 | Dinner with container provider at OENO Restaurant at Valle | Sable | 201.22 | 12/16/2022 | HOTEL OENO ENSENADA BCN MEX | (201 21) | | | | | 0.01 | | |
| 12/17/2022 | Lunch at Tacos El Chino in Tijuana | Sable | 30.82 | 12/16/2022 | REST TACOS EL CHINO 3 PLAYAS DE ROS00MEX | (30 82) | | | | | - | | |
| 12/18/2022 | Internet Olas Grand | Zelle | 72.63 | | Unable to locate | | (72.63) | | | | - | | |
| 12/19/2022 | Dinner at Fauna with vendors and providers in Ensenada Valle | Sable | 400.67 | 12/19/2022 | RESTAURANT FAUNA ENSENADA BCN BNMEX | (400 67) | | | | | - | | |
| 12/19/2022 | Pharmacy medications | Sable | 59.63 | 12/19/2022 | YSA ENSENADA BCN MEX | (59 63) | | | | | - | | |
| 12/20/2022 | Dinner at Jovimi at Tijuana | Sable | 190.38 | 12/19/2022 | JOVIMIA TIJUANA BCN MEX | (190 38) | | | | | - | | |
| 12/20/2022 | Lunch at Carls Juniors at Cuatemoc Blvd in Tijuana | Sable | 19.16 | 12/20/2022 | CARLS JR CUAUHTEMOC TIJUANA BCN 00MEX | (19 16) | | | | | - | | |
| 12/21/2022 | RESTAURANT COMICS in Tijuana/ Otay after meeting about warehouse | Sable | 260.82 | 12/21/2022 | REST COMICX TIJUANA BCN MEX | (160 82) | | | | | 100.00 | | |
| 12/21/2022 | Costco in TJ for supplies | Provident | 1,259.44 | | Unable to locate | | (1,259.44) | | | | - | ALTERED | Costco purchases on or around the date (1/7) but do not match amount |

| Expense Report | | | | Bank Records | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Description | Payment Method | Amount | Date | Description | Amount | Uable to Locate | Cash | Foreign | No records | Variance | Altered - Stopped at page 129 | Note |
| 12/22/2022 | BOU LES 33 Restaurant in Ensenada to meet with Mexico official and political | Sable | 24.83 | 12/22/2022 | BOULES 33 ENSENADA BCN MEX | (244.83) | | | | | (220.00) | | |
| 12/22/2022 | MR PAMPAS DO BRASIL company Christmas Party | Sable | 572.26 | 12/22/2022 | MR PAMPAS DO BRASIL TIJUANA BCN BNMEX | (572.26) | | | | | - | | |
| 12/23/2022 | Dinner at La Patrona in tijuana | Sable | 76.22 | 12/23/2022 | LA PATRONA TIJUANA BCN MEX | (76.22) | | | | | - | | |
| 1/7/2023 | Southwest from San Diego to Oakland | Chase | 323.98 | 12/16/2022 | 1214SOUTHWES 526219729 800-435-9792<br>TX04427427067872830<br>00 | (223.98) | | | | | 100.00 | | |
| 1/7/2023 | Uber from Oakland to Office | Chase | 15.93 | 1/10/2023 | 0110UBER* TRIP WWW UBER COM CA<br>04427427067872830<br>00 | (15.93) | | | | | - | | |
| 1/10/2023 | Office to Sheng Event paid for LYFT service | Chase | 30.00 | | Unable to locate | | (30.00) | | | | - | | |
| 1/12/2023 | Water Olas Grand | Zelle | 47.29 | | Unable to locate | | (47.29) | | | | - | | |
| 1/18/2023 | Internet Olas Grand | Zelle | 72.63 | | Unable to locate | | (72.63) | | | | - | | |
| 1/20/2023 | Doctor's fee | Remitly | 297.03 | | Unable to locate | | (297.03) | | | | - | | |
| 1/21/2023 | Southwest from Oakland to San Diego | Chase | 323.98 | 1/11/2023 | 0109SOUTHWES 526240650 800-435-9792<br>TX04427427067872830<br>00 | (223.98) | | | | | 100.00 | | |
| 1/21/2023 | Uber from Office to OAKLAND airport | Chase | 43.00 | | Unable to locate | | (43.00) | | | | - | | |
| 1/21/2023 | Costco in TJ for supplies | Provident | 932.45 | | Unable to locate | | (932.45) | | | | - | ALTERED | Costco purchases on or aronod the date (1/4) but do not match amonot |
| 1/24/2023 | Electricity Olas Grand | Zelle | 288.93 | | Unable to locate | | (288.93) | | | | - | | |
| 2/1/2023 | Southwest from San Diego to Oakland | Provident | 323.98 | 2/1/2023 | SOUTHWES 5262412993908800-435-9792 TX<br>JUAREZ>MARIO ROBERTO<br>SAN DIEGO OAKLAND | (223.98) | | | | | 100.00 | | |
| 2/1/2023 | Uber from Oakland Airport to Office | Chase | 20.44 | 2/2/2023 | 0202UBER TRIP HELP UBER COM CA<br>04427427067872830<br>00932 | (20.44) | | | | | - | | |
| 2/1/2023 | Uber from Rosarito to San Diego Airport | Cash | 125.00 | | N/A Cash payment | | | (125.00) | | | - | | How do you pay cash for an uber? |
| 2/3/2023 | Southwest Airlines flight on 02/03/2023 from San Jose to San Diego | Paypal | 238.98 | 1/23/2023 | 0121SOUTHWES 526241139 800-435-9792<br>TX04427427067872830<br>00 | (223.98) | | | | | 15.00 | | |
| 2/3/2023 | San Diego Airport to Tijuana | Cash | 125.00 | | N/A Cash payment | | | (125.00) | | | - | | |
| 2/8/2023 | Transportation for crossing TV's from San Diego to Tijuana | Remitly | 700.00 | 2/9/2023 | 0208REMITLY* HD6F WWW REMITLY C WA<br>04427427067872830<br>00 | (700.00) | | | | | - | | |
| 2/12/2023 | Water Olas Grand | Zelle | 45.78 | | Unable to locate | | (45.78) | | | | - | | |
| 2/15/2023 | Rent for Rosarito unit/Popotla | Zelle | 1,650.00 | 2/16/2023 | Zelle payment to Alejandro Crosthwaite JPM999s27e17 | (1,600.00) | | | | | 50.00 | | Zelle memo: Rent Olas Grand Popotla Unit 1708 |
| 2/16/2023 | Southwest Airlines SAN Diego OAK | Chase | 328.98 | 1/23/2023 | 0121SOUTHWES 526241139 800-435-9792<br>TX04427427067872830<br>00 | (223.98) | | | | | 105.00 | | |
| 2/16/2023 | Uber from Rosarito to San a Diego | Zelle | 200.00 | 2/16/2023 | Zelle payment to Hermes Ochoa 16597213415 | (200.00) | | | | | - | | |
| 2/16/2023 | Bunker Hill Restaurant at San Diego Breakfast/Lunch | Chase | 40.59 | 2/17/2023 | 0217TST* HIGH FLYING FOODS SAN DIEGO CA<br>04427427067872830<br>07431 | (40.59) | | | | | - | CORRECT | |
| 2/16/2023 | Uber from Oakland Airport to Office | Paypal | 17.92 | | Unable to locate | | (17.92) | | | | - | | |
| 2/18/2023 | Internet Olas Grand | Zelle | 72.63 | | Unable to locate | | (72.63) | | | | - | | |
| 2/21/2023 | Costco in TJ for supplies | Provident | 642.89 | | Unable to locate | | (642.89) | | | | - | ALTERED | Costco purchases on or around the date (3/8) but do not match amount |
| 2/26/2023 | UBER from office to Milpitas VABA even | Chase | 43.66 | 2/27/2023 | 0226UBER TRIP HELP UBER COM CA<br>04427427067872830<br>00932 | (43.66) | | | | | - | | |
| 3/3/2023 | La Mexican a for lunch with Andre Jones to discuss business issues | Cash | 64.80 | 44993 | Check 1088 | (64.80) | | | | | - | | |
| 3/9/2023 | Uber from office to Skate for dinner with David and Mayor | Chase | 22.98 | 3/10/2023 | 0310UBER TRIP HELP UBER COM CA<br>04427427067872830<br>00932 | (22.98) | | | | | - | | |
| 3/9/2023 | Drinks and Food on Skate at the Bay prior to meeting with Mayor and David | Chase | 37.21 | 3/13/2023 | SKATES ON THE BAY-BERK BERKELEY CA<br>24943003069968509366787 | (37.21) | | | | | - | ALTERED BUT PAID | |
| 3/12/2023 | Water Olas Grand | Zelle | 65.12 | | Unable to locate | | (65.12) | | | | - | | |
| 3/15/2023 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | 3/17/2023 | Zelle payment to Alejandro Crosthwaite JPM999u5tska | (1,600.00) | | | | | 50.00 | | Zelle memo: rent Grand olas 1708 at playas d rosarito |
| 3/16/2023 | Southwest Airlines for trip on 03/16/2023 from Oakland to San Diego | Chase | 328.98 | 2/21/2023 | 0218SOUTHWES 526242097 800-435-9792<br>TX04427427067872830<br>01431 | (228.98) | | | | | 100.00 | | |
| 3/16/2023 | Food at Tay Ho Oakland Airport | Chase | 31.34 | 3/17/2023 | 0316TST* Tay Ho - Oakland A Oakland CA<br>04427427067872830<br>07431 | (31.34) | | | | | - | CORRECT | |
| 3/16/2023 | Drinks and snacks for trip at Oakland Airport | Cash | 10.00 | | N/A Cash payment | | | (10.00) | | | - | | |
| 3/17/2023 | Uber ride from San Diego Airport to Rosarito House | Zelle | 125.00 | 3/17/2023 | Zelle payment to Hermes Ochoa 16851777778935 | (125.00) | | | | | - | | |

| Expense Report | | | | Bank Records | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Description | Payment Method | Amount | Date | Description | Amount | Uable to Locate | Cash | Foreign | No records | Variance | Altered - Stopped at page 129 | Note |
| 3/17/2023 | Hertz rental of SUV FDOM 03/17/2023 to 03/26/2023 for travel to Mexicali and Tecate with insurance | Provident | 1,181.08 | 3/18/2023 | ATM POS Debit Purchase HERTZ APTO GDL TLAJOMULCO DE MX 4205 25963024 | (1,181.08) | | | | | - | | |
| 3/18/2023 | Internet Olas Grand | Zelle | 72.63 | | Unable to locate | | (72.63) | | | | - | | |
| 3/22/2023 | Tacos el chino restaurants | Provident | 22.10 | 3/21/2023 | ATM POS Debit Purchase REST TACOS EL CHINO 3 PLAYAS DE ROS MX 4205 77910895 | (22.10) | | | | | - | CORRECT | |
| 3/23/2023 | Sakura Taboada Restaurant in TJ | Provident | 85.81 | 3/22/2023 | ATM POS Debit Purchase SAKURA TABOADA TIJUANA BCN MX 4205 01633212 | (85.81) | | | | | - | CORRECT | |
| 3/24/2023 | Dinner for me at Playami Restaurant | Provident | 86.71 | 3/23/2023 | ATM POS Debit Purchase PLAYAMI TIJUANA BCN MX 4205 36109711 | (86.71) | | | | | - | CORRECT | |
| 3/24/2023 | I Hop playas for breakfast meetings | Provident | 100.38 | 3/23/2023 | ATM POS Debit Purchase REST IHOP PLAYAS TIJUANA BCN MX 4205 75941461 | (100.38) | | | | | - | CORRECT | |
| 3/24/2023 | Electricity Olas Grand | Zelle | 294.23 | | Unable to locate | | (294.23) | | | | - | | |
| 3/26/2023 | Southwest flight from San Diego to Oakland | Chase | 348.98 | 3/20/2023 | 0316SOUTHWES 526243221 800-435-9792 TX04427427067872830 00 | (228.98) | | | | | 120.00 | | |
| 3/26/2023 | FLIGHT from San Diego to San Jose | Provident | 293.98 | 3/26/2023 | SOUTHWES 5262433873993800-435-9792 TX JUAREZ MARIO SAN DIEGO SAN JOSE | (193.98) | | | | | 100.00 | | |
| 3/26/2023 | Ride from Ensenada to San Diego at 5 am | Zelle | 250.00 | 3/31/2023 | Zelle payment to Hermes Ochoa 16958354525 | (250.00) | | | | | - | | |
| 3/26/2023 | High Flying food at San Diego Airport on the way to Oakland | Chime | 31.81 | | N/A - do not have Chime records | | | | | (31.81) | - | | |
| 3/26/2023 | Breakfast at San Diego Airport - High Flight Restaurant | Chime | 31.81 | | N/A - do not have Chime records | | | | | (31.81) | - | | |
| 3/26/2023 | Costco in TJ for supplies | Provident | 452.56 | | Unable to locate | | (452.56) | | | | - | ALTERED | Costco purchases on or around the date (4/19) but do not match amount |
| 3/30/2023 | Kai Sushi in TJ meeting dinner with officials in Mexico | Provident | 259.30 | 3/20/2023 | KOISUSHI TIJUANA BCN MX | (259.30) | | | | | - | ALTERED BUT PAID | |
| 3/31/2023 | Flight from Oakland to San Diego | Chase | 234.98 | 3/26/2023 | SOUTHWES 5262433873993800-435-9792 TX JUAREZ MARIO SAN DIEGO SAN JOSE | (193.98) | | | | | 41.00 | | |
| 3/31/2023 | Maren ca Restaurant for diner with team in Mexico | Provident | 137.48 | 3/31/2023 | REST MARENCA RIO TIJUANA BCN MX | (137.48) | | | | | - | ALTERED BUT PAID | |
| 3/31/2023 | Tickets from TU to MONTERREY to meet with suppliers | Paypal | 375.05 | 4/1/2023 | PAYPAL PURCHASE SAN JOSE CA | (335.05) | | | | | 40.00 | | |
| 3/31/2023 | Uber from San Diego to Otay in Mexico | Zelle | 100.00 | 4/3/2023 | Zelle payment to Hermes Ochoa 16974149770 | (100.00) | | | | | - | | |
| 3/31/2023 | Lyft from Office to Oakland Airport | Paypal | 25.00 | | Unable to locate | | (25.00) | | | | - | | |
| 4/1/2023 | Cielo Restaurant for food to office meeting | Provident | 228.24 | 4/1/2023 | REST CIELO TIJUANA BCN MX | (228.24) | | | | | - | ALTERED BUT PAID | |
| 4/2/2023 | Hotel at Monterey from 04/04/2023 to 04/06/2023 | Paypal | 493.52 | 4/1/2023 | PAYPAL PURCHASE SAN JOSE CA | (493.52) | | | | | - | | |
| 4/2/2023 | Dinner at Soy Feliz Tijuana restaurante | Provident | 21.86 | 4/2/2023 | CLIP MX*SOY FELIZ TIJUANA MX | (21.86) | | | | | - | ALTERED BUT PAID | |
| 4/2/2023 | Lunch at Playami in Tijuana | Provident | 57.68 | 4/2/2023 | EST PLAYAS TIJUANA BCN MX | (57.68) | | | | | - | ALTERED BUT PAID | |
| 4/2/2023 | Travel from Monterrey to Tijuana on Volaris | Chase | 752.74 | 4/3/2023 | 0401VOLARIS MOTO DEB 2 CIUDAD DE MEX 04427427067872830MX Nu Peso 13535.00 X 0.05561433 (EXCHG RTE) 01 | (752.74) | | | | | - | | |
| 4/3/2023 | Southwest Airlines from San Diego to Oakland | chase | 348.98 | 3/27/2023 | 0326SOUTHWES 526243582 800-435-9792 TX04427427067872830 00 | (248.98) | | | | | 100.00 | | |
| 4/3/2023 | Southwest Airlines travel from Oakland to San Diego | Chase | 348.98 | 4/3/2023 | 0331SOUTHWES 526243795 800-435-9792 TX04427427067872830 00 | (234.98) | | | | | 114.00 | | |
| 4/3/2023 | Southwest Airlines from San a Diego to Oakland | Paypal | 348.98 | 4/3/2023 | 0331SOUTHWES 526243795 800-435-9792 TX04427427067872830 00 | (234.98) | | | | | 114.00 | | |
| 4/3/2023 | Joes Pho Restaurant for meeting dinner with Andre | Chase | 87.88 | 4/3/2023 | JOES PHO INC SAN LEANDRO CA | (87.38) | | | | | 0.50 | ALTERED BUT PAID | |
| 4/3/2023 | Hudson News at San Diego Airport for Water and other travel items | Chase | 17.23 | 4/4/2023 | 0403HUDSONNEWS ST1146 SAN DIEGO CA 04427427067872830 07431 | (17.23) | | | | | - | CORRECT | |
| 4/3/2023 | Uber from office to Pete's Coffee for meeting with Andre Jones | Paypal | 10.32 | 4/4/2023 | 0404UBER TRIP HELP UBER COM CA 04427427067872830 00932 | (15.32) | | | | | (5.00) | | |
| 4/3/2023 | Uber from Peter Coffee to Joe Pho in San Leandro after meeting with AJ and to meet with AD | Paypal | 14.90 | 4/4/2023 | 0404UBER TRIP HELP UBER COM CA 04427427067872830 00932 | (14.90) | | | | | - | | |
| 4/3/2023 | Uber from Oakland Airport to Office | Paypal | 15.93 | 4/4/2023 | 0404UBER TRIP HELP UBER COM CA 04427427067872830 00932 | (15.32) | | | | | 0.61 | | |
| 4/3/2023 | High Flying Restaurant at San Diego Airport - lunch | Chase | 72.68 | 4/4/2023 | High Flying Foods San Diego | (72.68) | | | | | - | ALTERED BUT PAID | |

| Expense Report | | | | Bank Records | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Description | Payment Method | Amount | Date | Description | Amount | Uable to Locate | Cash | Foreign | No records | Variance | Altered - Stopped at page 129 | Note |
| 4/3/2023 | Rental supplemental coverages and additional driver fees for Hertz | Provident | 333.35 | 4/5/2023 | ATM POS Debit Purchase HERTZ APTO MTY APODACA NL MX 4205 30003455 | (133 35) | | | | | 200.00 | | ? |
| 4/3/2023 | Rental of Hertz on Monterey trip locations | Provident | 277.81 | 4/6/2023 | HERTZ APTO MTY APODACA NL MX | (0 01) | | | | | 277.80 | | ? |
| 4/3/2023 | Gasoline | Santander | 157.42 | | N/A - no bank records | | | | (157.42) | | - | | |
| 4/3/2023 | Lyft ride from Joe Pho San Leandro to Office after meeting | Cash | 19.00 | | N/A Cash payment | | | (19.00) | | | - | | How do you pay cash for a Lyft? |
| 4/3/2023 | Lyft ride from Border San Ysidro to San Diego Airport | Cash | 32.00 | | N/A Cash payment | | | (32.00) | | | - | | How do you pay cash for a Lyft? |
| 4/3/2023 | Lyft ride from Oakland Airport to office | Cash | 34.00 | | N/A Cash payment | | | (34.00) | | | - | | How do you pay cash for a Lyft? |
| 4/3/2023 | Uber from Playas to Border crossing in San Ysidro | Cash | 241.24 | | N/A Cash payment | | | (241.24) | | | - | | How do you pay cash for an uber? |
| 4/3/2023 | Uber from CBX Otay crossing in California to San Diego Airport | Paypal | 98.93 | | Unable to locate | | (98.93) | | | | - | | |
| 4/5/2023 | Dinner at Hotel Fiesta Americana in MTY | Provident | 101.22 | 4/5/2023 | FIBRA HOTELERA SAN NICOLAS D MX | (101 22) | | | | | - | ALTERED BUT PAID | |
| 4/6/2023 | Volaris Airlines on plane food and drinks | Provident | 44.84 | 4/7/2023 | VENTA A BORDO VOLARIS TLALNEPANTLA MX | (44.84) | | | | | - | ALTERED BUT PAID | |
| 4/6/2023 | Volaris airlines on plane food and drinks for daniel | Provident | 54.75 | 4/8/2023 | ATM POS Debit Purchase VENTA A BORDO VOLARIS TLALNEPANTLA MX 4205 75468811 | (54 75) | | | | | - | ALTERED BUT PAID | |
| 4/6/2023 | Gasoline | Santander | 62.84 | | N/A - no bank records | | | | (62.84) | | - | | |
| 4/6/2023 | Volaris Airlines on plane food and drinks | Provident | 27.74 | | Not found in Provident CU | | (27.74) | | | | - | ALTERED | |
| 4/6/2023 | Dinner at Hotel Fiesta Americana in MTY | Provident | 166.69 | | Not found in Provident CU | | (166.69) | | | | - | ALTERED | |
| 4/9/2023 | Gasoline | Santander | 124.83 | | N/A - no bank records | | | | (124.83) | | - | | |
| 4/10/2023 | CBX Border Crossing 04/10/2023 from Tijuana to Otay California | Sable | 25.50 | | Unable to locate | | (25.50) | | | | - | | |
| 4/12/2023 | Gasoline | Santander | 118.34 | | N/A - no bank records | | | | (118.34) | | - | | |
| 4/12/2023 | Water Olas Grand | Zelle | 49.21 | | Unable to locate | | (49.21) | | | | - | | |
| 4/15/2023 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | 4/11/2023 | Zelle payment to Alejandro Crosthwaite JPM999v74zja | (1,600 00) | | | | | 50 00 | | Zelle memo: rent olas grand 17-08 april 2023 |
| 4/15/2023 | Gasoline | Santander | 26.87 | | N/A - no bank records | | | | (26.87) | | - | | |
| 4/18/2023 | Gasoline | Santander | 52.44 | | N/A - no bank records | | | | (52.44) | | - | | |
| 4/18/2023 | Internet Olas Grand | Zelle | 72.63 | | Unable to locate | | (72.63) | | | | - | | |
| 4/21/2023 | Gasoline | Santander | 164.23 | | N/A - no bank records | | | | (164.23) | | - | | |
| 4/24/2023 | Gasoline | Santander | 143.89 | | N/A - no bank records | | | | (143.89) | | - | | |
| 4/25/2023 | Andres Rendon for flight from Tijuana to GDL For pick up samples materials for production | Chase | 138.85 | | Unable to locate | | (138.85) | | | | - | | |
| 4/26/2023 | Lunch with AJ at La Penca Azul in Alameda | Chase | 79.29 | 04/26/2023 | LA PENCA AZUL - PARK S ALAMEDA CAUSA | (79 29) | | | | | - | ALTERED BUT PAID | |
| 4/26/2023 | Panoche food snacks and water for travel | Self | 73.09 | | Unable to locate | | (73.09) | | | | - | | |
| 4/26/2023 | Rental of trailer from oakland to San Ysidro | Self | 538.07 | | Unable to locate | | (538.07) | | | | - | | |
| 4/26/2023 | Costco in TJ for supplies | Provident | 654.34 | | Unable to locate | | (654.34) | | | | - | ALTERED | Costco purchases on or around the date (5/2) but do not match amount |
| 4/27/2023 | Gasoline | Santander | 29.11 | | N/A - no bank records | | | | (29.11) | | - | | |
| 4/27/2023 | Dinner at Drago in TJ | Cashapp | 237.22 | | Unable to locate | | (237.22) | | | | - | | |
| 4/28/2023 | Chevron gas for transporting Pathfinder | Sable | 110.35 | 04/27/2023 | CHEVRON 0090297 MISSION VIEJOCAUSA | (110.35) | | | | | - | | |
| 4/28/2023 | Uber Hermes Ochoa to help get Pathfinder from San Ysidro to return U-Haul to San Diego and then eras | Zelle | 250.00 | 4/28/2023 | Zelle payment to Hermes Ochoa 17209845150 | (200 00) | | | | | 50 00 | | |
| 4/28/2023 | Rental of car in GDL for Andrea Rendon for work in supplies | Remitly | 339.53 | | Unable to locate | | (339.53) | | | | - | | |
| 4/30/2023 | Gasoline | Santander | 83.84 | | N/A - no bank records | | | | (83.84) | | - | | |
| 4/30/2023 | Gasol Progreso in TJ For pathfinder | Cashapp | 54.28 | | Unable to locate | | (54.28) | | | | - | | |
| 5/2/2023 | Dinner at Alim Food in TJ | Paypal | 108.34 | 05/02/2023 | PAYCLIP*ALIM Y BEBIDAS CIUDAD DE MEX MEX | (108.34) | | | | | - | CORRECT - NOT BANK STMT | |
| 5/2/2023 | Breakfast at San Diego Airport High Flying Foods | Paypal | 57.03 | 05/02/2023 | TST* HIGH FLYING FOODS SAN DIEGO CAUSA | (57 03) | | | | | - | | |
| 5/2/2023 | Hermes Ochoa for Uber ride from Rosarito to San Diego Airport | Zelle | 175.00 | 5/2/2023 | Zelle payment to Hermes Ochoa 17250473598 | (125.00) | | | | | 50 00 | | |
| 5/2/2023 | Southwest for travel from San Diego to Oakland | Chase | 348.98 | | Unable to locate | | (348.98) | | | | - | | |
| 5/3/2023 | Gasoline | Santander | 35.48 | | N/A - no bank records | | | | (35.48) | | - | | |
| 5/4/2023 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | 5/3/2023 | Zelle payment to Alejandro Crosthwaite JPM999w3ugew | (1,600.00) | | | | | 50 00 | | Zelle memo: rent olas 1708 mayo 2023 |
| 5/6/2023 | Gasoline | Santander | 268.95 | | N/A - no bank records | | | | (268.95) | | - | | |
| 5/8/2023 | Energy R2 for drinks and snacks | Cashapp | 66.74 | | Unable to locate | | (66.74) | | | | - | | |
| 5/9/2023 | Southwest from SFO to LAX to pick up meeting with transport provider | Paypal | 198.98 | 5/9/2023 | 0YZGPQA SOUTHWES 327 800-435-9792 TX | (98 98) | | | | | 100 00 | | |
| 5/9/2023 | Dinner at Dunkin Donouts in San Diego | Paypal | 17.82 | 5/9/2023 | DUNKIN 5 SANTA ANA CA | (17 82) | | | | | - | | |
| 5/9/2023 | Gas at Shell on May 9 on San Diego from Los Angeles on company truck | Paypal | 105.35 | 5/9/2023 | SHELL OIL3 LOS ANGELES CA | (105 35) | | | | | - | | |
| 5/9/2023 | Lunch at SFO / Tastes on the Fly | Paypal | 40.19 | 5/9/2023 | TST TASTES ON THE FLY SAN FRANCISCO CA | (40 19) | | | | | - | | |

| Expense Report | | | | Bank Records | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Description | Payment Method | Amount | Date | Description | Amount | Uable to Locate | Cash | Foreign | No records | Variance | Altered - Stopped at page 129 | Note |
| 5/9/2023 | Robeet Baratheon Gas/ car wash on La Jolla | Provident | 58.51 | 5/9/2023 | ROBERT V BATTERTON II & LA JOLLA CA | (58.51) | | | | | - | | |
| 5/9/2023 | Gasoline | Santander | 149.85 | | N/A - no bank records | | | | (149.85) | | - | | |
| 5/10/2023 | Lunch restaurante La Tia in TJ FOR LUNCH | Sable | 112.01 | 05/11/2023 | RESTAURANTE LA TIA PLAYAS DE ROSBNMEX | (112 23) | | | | | (0.22) | CORRECT - NOT BANK STMT | |
| 5/10/2023 | Brunch with team Bar El Rey Cantina | Sable | 303.36 | | Unable to locate | | (303.36) | | | | - | | |
| 5/10/2023 | Dinner restaurant ENCORE in TJ | Sable | 314.40 | 05/11/2023 | ANCOR TIJUANA BCN BNMEX | (315.03) | | | | | (0 63) | CORRECT - NOT BANK STMT | |
| 5/11/2023 | GASOL gas station filled up car | Cashapp | 26.23 | | unable to locate | | (26.23) | | | | - | | |
| 5/12/2023 | Gasoline | Santander | 316.86 | | N/A - no bank records | | | | (316.86) | | - | | |
| 5/12/2023 | Water Olas Grand | Zelle | 37.29 | | Unable to locate | | (37.29) | | | | - | | |
| 5/13/2023 | Dinner at El Rey Cantaritos | Sable | 303.87 | 05/11/2023 | BAR EL REY CANTARIT ROSARITO BCN MEX | (303 87) | | | | | - | CORRECT - NOT BANK STMT | |
| 5/13/2023 | Dinner at Tacos Frontera | Sable | 43.53 | 05/12/2023 | TACOS FRONTERA TIJUANA TIJUANA BCN | (43 53) | | | | | - | | |
| 5/13/2023 | Lunch at Desertika in Mexico | Sable | 111.18 | 05/13/2023 | DESERTIKA AICDMX T2 CIUDAD DE | (111 18) | | | | | - | | |
| 5/13/2023 | Eurocar rental in Mexico to trade show | Provident | 367.82 | 5/13/2023 | EUROPCAR BENITO JUAREZ MX | (367 82) | | | | | - | | |
| 5/15/2023 | Gasoline | Santander | 285.63 | | N/A - no bank records | | | | (285.63) | | - | | |
| 5/16/2023 | Diez Diez for dinner event at Mexico trade event | Paypal | 238.34 | 5/16/2023 | 0EQKPTT RECEPCION DIEZ DIEZ MERIDA YUC MX | (238 84) | | | | | (0.50) | | |
| 5/16/2023 | Oxxo Gas in Mexico | Cash | 26.87 | | N/A Cash payment | | | (26.87) | | | - | | |
| 5/16/2023 | Mera Mexico lunch | Cashapp | 34.60 | | unable to locate | | (34.60) | | | | - | | |
| 5/16/2023 | Farmacias Guadalajara for medications | Cashapp | 62.84 | | unable to locate | | (62.84) | | | | - | | |
| 5/16/2023 | Farmacias Guadalajara for additional meds and supplies | Cashapp | 118.34 | | unable to locate | | (118.34) | | | | - | | |
| 5/16/2023 | Farmacias Guadalajara for test and supplies | Cashapp | 124.83 | | unable to locate | | (124.83) | | | | - | | |
| 5/16/2023 | Mx medical center for doctor visit | Cashapp | 140.00 | | unable to locate | | (140.00) | | | | - | | |
| 5/16/2023 | Costco in TJ for supplies | Provident | 1,154.48 | | Unable to locate | | (1,154.48) | | | | - | ALTERED | Costco purchases on or around the date (5/30) but do not match amount |
| 5/17/2023 | Infuso Cafe for morning coffees and snacks | Cashapp | 22.20 | | unable to locate | | (22.20) | | | | - | | |
| 5/17/2023 | Gas Estation Playas in Mexico for gas | Cashapp | 52.44 | | unable to locate | | (52.44) | | | | - | | |
| 5/17/2023 | Aeropuerto de Tijuana | Cashapp | 57.47 | | unable to locate | | (57.47) | | | | - | | |
| 5/17/2023 | Lyon Fish for lunch in Mexico | Cashapp | 166.00 | | unable to locate | | (166.00) | | | | - | | |
| 5/17/2023 | Peninsula Restaurant in Mexico | Cashapp | 681.47 | | unable to locate | | (681.47) | | | | - | | |
| 5/18/2023 | Gasoline | Santander | 164.23 | | N/A - no bank records | | | | (164.23) | | - | | |
| 5/18/2023 | Internet Olas Grand | Zelle | 72.63 | | Unable to locate | | (72.63) | | | | - | | |
| 5/19/2023 | Telcel for data plan in Mexico | Paypal | 143.89 | 5/19/2023 | TELCEL TIJUANA RIO TIJUANA BCN BN | (141 78) | | | | | 2 11 | | |
| 5/19/2023 | Telcel for voice package recharge | Paypal | 29.11 | 5/19/2023 | TELCEL TIJUANA RIO TIJUANA BCN BN | (28 37) | | | | | 0 74 | | |
| 5/21/2023 | Gasoline | Santander | 111.24 | | N/A - no bank records | | | | (111.24) | | - | | |
| 5/22/2023 | Regus management group | Chase | 62.00 | 5/22/2023 | 0520Regus Management Group wgplc.com TX 04427427067872830 00 | (62 00) | | | | | - | ALTERED BUT PAID | |
| 5/22/2023 | Uber for ride from SFO to OAK | Chase | 66.36 | 5/23/2023 | 0523UBER TRIP HELP UBER COM CA 04427427067872830 00932 | (66.36) | | | | | - | | |
| 5/22/2023 | Southwest Airlines from San Diego | Chase | 353.98 | 5/24/2023 | 0522SOUTHWES 526245678 800-435-9792 TX04427427067872830 00 | (253.98) | | | | | 100 00 | | |
| 5/24/2023 | Gasoline | Santander | 121.94 | | N/A - no bank records | | | | (121.94) | | - | | |
| 5/24/2023 | Electricity Olas Grand | Zelle | 186.19 | | Unable to locate | | (186.19) | | | | - | | |
| 5/26/2023 | Flight from MONTERREY TO TIJ on Volaris | Paypal | 330.46 | | Unable to locate | | (330.46) | | | | - | | |
| 5/26/2023 | Flight from TIJ to Monterrey on Viva Aerobus | Paypal | 399.73 | | Unable to locate | | (399.73) | | | | - | | |
| 5/27/2023 | Gasoline | Santander | 83.84 | | N/A - no bank records | | | | (83.84) | | - | | |
| 5/28/2023 | U-Haul from Oakland to Mexico transport of pick up Frontier truck | Paypal | 348.30 | | Unable to locate | | (348.30) | | | | - | | |
| 5/30/2023 | Gasoline | Santander | 35.48 | | N/A - no bank records | | | | (35.48) | | - | | |
| 6/2/2023 | Gasoline | Santander | 268.95 | | N/A - no bank records | | | | (268.95) | | - | | |
| 6/3/2023 | Southwest Airlines for plane from San Diego to Oakland | Chase | 198.98 | 6/5/2023 | Southwes 526246076 800-435-9792 TX Card 2830 | (148.98) | | | | | 50 00 | | |
| 6/3/2023 | Hermes Ochoa for ride from Rosarito to San Diego Airport | Chase | 175.00 | 6/5/2023 | Zelle Payment To Hermes Ochoa 17527920164 | (125.00) | | | | | 50 00 | | |
| 6/3/2023 | Uber for trip from Oakland to Stockton | Paypal | 86.60 | | Unable to locate | | (86.60) | | | | - | | |
| 6/5/2023 | Gasoline | Santander | 187.86 | | N/A - no bank records | | | | (187.86) | | - | | |
| 6/7/2023 | Towing storage of Frontier and U-Haul | Chase | 550.00 | 6/7/2023 | Zelle Payment To Daniel 17563165190 | (550.00) | | | | | - | | |
| 6/8/2023 | Hermes Ochoa to pay for towing service from Otay Mesa USA to Otay TJ Mexico | zelle | 350.00 | 6/8/2023 | Zelle Payment To Hermes Ochoa 17569957846 | (300 00) | | | | | 50 00 | | |
| 6/8/2023 | Gasoline | Santander | 59.87 | | N/A - no bank records | | | | (59.87) | | - | | |
| 6/11/2023 | Gasoline | Santander | 149.85 | | N/A - no bank records | | | | (149.85) | | - | | |
| 6/12/2023 | Water Olas Grand | Zelle | 52.93 | | Unable to locate | | (52.93) | | | | - | | |
| 6/14/2023 | Gasoline | Santander | 133.67 | | N/A - no bank records | | | | (133.67) | | - | | |
| 6/15/2023 | Southwest Airlines for flight SAN OAK | Chase | 353.98 | 6/9/2023 | Southwes 526246242 800-435-9792 TX Card 2830 | (253 98) | | | | | 100.00 | | |

| Expense Report | | | | Bank Records | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Description | Payment Method | Amount | Date | Description | Amount | Uable to Locate | Cash | Foreign | No records | Variance | Altered - Stopped at page 129 | Note |
| 6/15/2023 | Rent of Olas Grand unidad 1708 | Chase | 1,650.00 | 6/15/2023 | Zelle Payment To Alejandro Crosthwaite Jpm999Xzuu4U | (1,600.00) | | | | | 50.00 | | |
| 6/16/2023 | Uber Driver to recover luggage left $100 cash, $150 tip on Zelle and $250 for location service to Daniel o | Zelle | 750.00 | 6/16/2023 | Zelle Payment To Walehb Jpm999YOAfky | (150.00) | | | | | 600.00 | | cash and other $250 |
| 6/16/2023 | Southwest Airlines from Oak to San Diego | Chase | 432.98 | 6/20/2023 | Southwes 526246796 800-435-9792 TX Card 2830 | (253.98) | | | | | 179.00 | | |
| 6/17/2023 | Gasoline | Santander | 316.86 | | N/A - no bank records | | | | (316.86) | | - | | |
| 6/18/2023 | Internet Olas Grand | Zelle | 72.63 | | Unable to locate | | (72.63) | | | | - | | |
| 6/20/2023 | Gasoline | Santander | 285.63 | | N/A - no bank records | | | | (285.63) | | - | | |
| 6/23/2023 | Southwest Airlines flight# 4EC7DT from San Diego to Oakland | chase | 353.98 | 6/20/2023 | Southwes 526246945 800-435-9792 TX Card 2830 | (332.98) | | | | | 21.00 | | |
| 6/23/2023 | Gasoline | Santander | 326.89 | | N/A - no bank records | | | | (326.89) | | - | | |
| 6/25/2023 | Hermes Ochoa for Uber ride and for errands in San Ysidro | Zelle | 150.00 | 6/29/2023 | Zelle Payment To Hermes Ochoa 17747651049 | (150.00) | | | | | - | | |
| 6/26/2023 | Gasoline | Santander | 241.84 | | N/A - no bank records | | | | (241.84) | | - | | |
| 6/29/2023 | Gasoline | Santander | 152.78 | | N/A - no bank records | | | | (152.78) | | - | | |
| 7/2/2023 | Gasoline | Santander | 145.31 | | N/A - no bank records | | | | (145.31) | | - | | |
| 7/5/2023 | Gasoline | Santander | 174.96 | | N/A - no bank records | | | | (174.96) | | - | | |
| 7/8/2023 | Gasoline | Santander | 80.00 | | N/A - no bank records | | | | (80.00) | | - | | |
| 7/11/2023 | Gasoline | Santander | 30.00 | | N/A - no bank records | | | | (30.00) | | - | | |
| 7/12/2023 | Water Olas Grand | Zelle | 41.29 | | Unable to locate | | (41.29) | | | | - | | |
| 7/14/2023 | Gasoline | Santander | 265.00 | | N/A - no bank records | | | | (265.00) | | - | | |
| 7/15/2023 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | 7/10/2023 | Zelle Payment To Alejandro Crosthwaite Jpm999Z3Caal | (1,600.00) | | | | | 50.00 | | Zelle memo: rent las olas unit 1708 month of july to august 2023 |
| 7/17/2023 | Gasoline | Santander | 185.00 | | N/A - no bank records | | | | (185.00) | | - | | |
| 7/18/2023 | Internet Olas Grand | Zelle | 72.63 | | Unable to locate | | (72.63) | | | | - | | |
| 7/20/2023 | Gasoline | Santander | 55.68 | | N/A - no bank records | | | | (55.68) | | - | | |
| 7/23/2023 | Gasoline | Santander | 124.58 | | N/A - no bank records | | | | (124.58) | | - | | |
| 7/24/2023 | Electricity Olas Grand | Zelle | 354.12 | | Unable to locate | | (354.12) | | | | - | | |
| 7/26/2023 | Gasoline | Santander | 183.00 | | N/A - no bank records | | | | (183.00) | | - | | |
| 8/12/2023 | Water Olas Grand | Zelle | 57.12 | | Unable to locate | | (57.12) | | | | - | | |
| 8/13/2023 | Costco in TJ for supplies | Provident | 1,479.42 | 8/3/2023 | COSTCO TIJUANA TIJUANA BCN MX | (1,479.42) | | | | | - | | |
| 8/15/2023 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | 8/18/2023 | Zelle Payment To Alejandro Crosthwaite Jpm99A0Uj5PC | (1,600.00) | | | | | 50.00 | | Zelle memo: rent olas grand 1708 |
| 8/18/2023 | Internet Olas Grand | Zelle | 72.63 | | Unable to locate | | (72.63) | | | | - | | |
| 8/22/2023 | Restaurant Lion Fish | Chase | 210.03 | 8/23/2023 | Restaurant Lionfish 2 Tijuana Bcn Mx Nu Peso 3547 20 X 0.05921008 (Exchg Rte) | (210.03) | | | | | - | CORRECT | |
| 9/10/2023 | Costco in TJ for supplies | Provident | 1,082.56 | | Unable to locate | | (1,082.56) | | | | - | ALTERED | |
| 9/12/2023 | Water Olas Grand | Zelle | 46.75 | | Unable to locate | | (46.75) | | | | - | | |
| 9/15/2023 | Rent of Olas Grand unidad 1708 | Banbajio | 1,650.00 | | N/A - foreign bank account | | | | (1,650.00) | | - | | |
| 9/18/2023 | Internet Olas Grand | Zelle | 72.63 | | Unable to locate | | (72.63) | | | | - | | |
| 9/24/2023 | Electricity Olas Grand | Zelle | 298.27 | | Unable to locate | | (298.27) | | | | - | | |
| 9/28/2023 | Gasoline | Santander | 395.00 | | N/A - no bank records | | | | (395.00) | | - | | |
| 9/29/2023 | Telcel Cellphone service | Bajio | 246.39 | | N/A - foreign bank account | | | | (246.39) | | - | | |
| 10/6/2023 | General Expenses Send to CJ | Santander | 1,300.00 | | N/A - no bank records | | | | (1,300.00) | | - | | |
| 10/10/2023 | Farmacy | Chase | 233.92 | 10/23/2023 | Farm Integra Parque Tijuana Bcn Mx Nu Peso 4251 23 X 0 05502408 (Exchg Rte) | (233.92) | | | | | - | | |
| 10/10/2023 | Gasoline | Chase | 165.00 | | Unable to locate | | (165.00) | | | | - | | |
| 10/11/2023 | Laurel Pacific San diego | Chase | 117.98 | 10/13/2023 | Laurel Pacific San Diego CA | (7.98) | | | | | 110.00 | | |
| 10/11/2023 | Flight Oak to San Diego | Paypal | 395.98 | | Unable to locate | | (395.98) | | | | - | | |
| 10/12/2023 | Farmacy | Chase | 176.08 | 10/23/2023 | Farm Integra Parque Tijuana Bcn Mx Nu Peso 3200.00 X 0.05502500 (Exchg Rte) | (176.08) | | | | | - | | |
| 10/12/2023 | Gasoline | Chase | 79.92 | 10/23/2023 | Netpay Chevron Tijuana Mx Nu Peso 1452 49 X 0 05502275 (Exchg Rte) | (79.92) | | | | | - | | |
| 10/12/2023 | Gasoline | Santander | 28.34 | | N/A - no bank records | | | | (28.34) | | - | | |
| 10/12/2023 | Taconazo Dinner | Santander | 52.89 | | N/A - no bank records | | | | (52.89) | | - | | |
| 10/12/2023 | Water Olas Grand | Zelle | 49.23 | | Unable to locate | | (49.23) | | | | - | | |
| 10/12/2023 | Kumian Inn | Paypal | 264.66 | | Unable to locate | | (264.66) | | | | - | | |
| 10/13/2023 | Oxxo tecate | Paypal | 58.80 | | Unable to locate | | (58.80) | | | | - | | |
| 10/13/2023 | El ciclo restaurant | Paypal | 136.48 | | Unable to locate | | (136.48) | | | | - | | |
| 10/14/2023 | Uber Playas tij to revolucion for a meeting | Bajio | 41.34 | | N/A - foreign bank account | | | | (41.34) | | - | | |
| 10/14/2023 | Nos Restaurant | Paypal | 133.26 | | Unable to locate | | (133.26) | | | | - | | |
| 10/15/2023 | Rent of Olas Grand unidad 1708 | Zelle | 1,650.00 | | Unable to locate | | (1,650.00) | | | | - | | |
| 10/18/2023 | Flight to CDMX for Gabriel for a meeting with a vendor | Chime | 342.56 | | N/A - do not have Chime records | | | | | (342.56) | - | | |
| 10/18/2023 | Internet Olas Grand | Zelle | 72.63 | | Unable to locate | | (72.63) | | | | - | | |
| 10/18/2023 | Lion Fish Restaurant | Paypal | 271.49 | | Unable to locate | | (271.49) | | | | - | | |
| 10/22/2023 | Yokomy Restaurant | Chime | 87.87 | | N/A - do not have Chime records | | | | | (87.87) | - | | |
| 10/22/2023 | Roots Restaurant Meeting with Politician | Chime | 155.25 | | N/A - do not have Chime records | | | | | (155.25) | - | | |
| 10/23/2023 | Starbucks Lunch | Bajio | 36.00 | | N/A - foreign bank account | | | | (36.00) | | - | | |
| 10/24/2023 | Roma Farmacy for medicine | Chase | 183.14 | 10/23/2023 | Farm Roma Ensenada 2 Tijuana Bcn Card 3397 Mx Nu Peso 3328 44 X 0 05502277 (Exchg Rte) | (183.14) | | | | | - | | |

| Expense Report | | | | Bank Records | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Description | Payment Method | Amount | Date | Description | Amount | Uable to Locate | Cash | Foreign | No records | Variance | Altered - Stopped at page 129 | Note |
| 10/24/2023 | La Oaxaquena Restaurant | Chase | 66.85 | 10/24/2023 | LA Oaxaquena Tijuana Bcn Mx Nu Peso 1208.00 X 0.05533940 (Exchg Rte) | (66.85) | | | | | - | CORRECT | |
| 10/24/2023 | Gasoline | Chase | 51.54 | 10/25/2023 | Est Playas Tijuana Bcn Mx Nu Peso 931.33 X 0.05534021 (Exchg Rte) | (51.54) | | | | | - | | |
| 10/25/2023 | LYFT Oakland airport to office | Chase | 37.57 | 10/26/2023 | Lyft Ride Tue 7Pm 855-865-9553 CA Card 3397 | (38.00) | | | | | (0.43) | | |
| 10/25/2023 | Southwest flight San Diego to Oak | Chase | 395.98 | 10/26/2023 | Southwes 526221717 800-435-9792 TX Card 3397 | (295.98) | | | | | 100.00 | | |
| 10/25/2023 | Uber Playas tij to Border | Santander | 12.34 | | N/A - no bank records | | | | (12.34) | | - | | |
| 10/28/2023 | Oxxo Rocamar | Paypal | 12.38 | | Unable to locate | | (12.38) | | | | - | | |
| 10/28/2023 | Mac Donalds Rosarito | Paypal | 53.23 | | Unable to locate | | (53.23) | | | | - | | |
| 10/28/2023 | Farmacy Gusher | Chase | 116.04 | | Unable to locate | | (116.04) | | | | - | | |
| 10/28/2023 | Gasoline | Chase | 179.68 | | Unable to locate | | (179.68) | | | | - | | |
| 10/28/2023 | Costco in TJ for supplies | Provident | 652.89 | | Unable to locate | | (652.89) | | | | - | ALTERED | |
| 10/30/2023 | Uber border to airport | Chase | 22.90 | | Unable to locate | | (22.90) | | | | - | | |
| 10/30/2023 | Uber Playas - border | Chase | 34.76 | | Unable to locate | | (34.76) | | | | - | | |
| 10/30/2023 | Sanborns Tj | Provident | 98.97 | | Unable to locate | | (98.97) | | | | - | ALTERED | |
| 10/30/2023 | Uber Oak airport to office | Chase | 121.23 | | Unable to locate | | (121.23) | | | | - | | |
| 10/30/2023 | Southwest San Diego to Oakland | Chase | 395.98 | | Unable to locate | | (395.98) | | | | - | | |
| 11/1/2023 | Rent of Olas Grand unidad 1708 | Banbajio | 1,650.00 | | N/A - foreign bank account | | | | (1,650.00) | | - | | |
| | | | 83,606.92 | | - | (41,158.18) | (24,436.07) | (663.11) | (11,317.34) | (649.30) | 5,382.92 | | |
| | | | | | | | | | | | | | |

| | |
|---|---|
| TIED OUT | (41,158.18) |
| UNABLE TO LOCATE | (24,436.07) |
| FOREIGN BANK ACCOUNT | (11,317.34) |
| CASH PAYMENTS | (663.11) |
| DON'T HAVE BANK RECORDS | (649.30) |
| TOTAL | (78,224.00) |
| VARIANCE | (5,382.92) |
| TOTAL | (83,606.92) |