# EXHIBIT 7

**Volume 7**

**Pages 1398 - 1614**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>VS.<br>SHENG THAO, et al.,<br>Defendants. | **NO. 4:25-cr-00003-YGR** |

Oakland, California
Monday, October 26, 2026

**TRANSCRIPT OF PROCEEDINGS** **(CORRECTED)**

**APPEARANCES:**

For Plaintiff:

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY
1301 Clay Street
Oakland, California 94612
**BY: ABRAHAM H. FINE**
**MOLLY PRIEDEMAN**
**ASSISTANT UNITED STATES ATTORNEYS**

UNITED STATES ATTORNEY
450 Golden Gate Avenue
San Francisco, California 94102
**BY: LLOYD A. FARNHAM**
**ASSISTANT UNITED STATES ATTORNEY**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By: Ruth Levine Ekhaus, RMR, RDR, FCRR, CCG
Official United States Reporter, CSR No. 12219

**Q.** Okay. And this is a very -- this one is very difficult to read; isn't that fair to say?
**A.** Yes.
**Q.** It basically -- and this format looks like one long run-on sentence?
**A.** Yes.
**MR. BABCOCK:** Okay. Now could we pull up Exhibit 1812, please. And if we could highlight maybe the top half.
**BY MR. BABCOCK:**
**Q.** This is the same Apple Note but in a different format; correct?
**A.** Yes. This was from a different forensic tool.
**Q.** Now, which, if any -- between the two of these exhibits, 679 and 1812, do you know whether -- when Mr. Juarez was looking at an Apple Note on his phone, did one of these -- did it look like one of these displays?
**A.** I -- I mean, I didn't look at his phone, but I -- to me, it seems --
**Q.** If you don't know, you don't know.
**A.** Yeah. Other than, like, logic, I don't know.
**Q.** I mean, it would seem logical to many of us, I assume, that perhaps it was more formatted like the one in 1812; isn't that fair?
**A.** I think so.

**A.** Good morning.

**THE COURT:** Can we lower his mic, please.

**MR. TSAI:** I'm sorry, Your Honor?

**THE COURT:** We're going to lower your mic because you're booming.

**BY MR. TSAI:**

**Q.** Good morning, Agent.

**A.** Good morning.

**Q.** As a reminder, my name is Jeff Tsai.

You understand that I'm the attorney for Sheng Thao; yes?

**A.** Yes, I do.

**Q.** If this case, do you believe that the prosecution team completed a thorough investigation?

**A.** I do believe we did.

**Q.** Now, in your testimony on direct examination, over the course of about three days, you provided a reading of a number of electronic messages from various individuals in this matter; yes?

**A.** My direct was less than three days, but I did provide readings of information.

**Q.** You testified, I think, on the 19th; is that right?

**A.** Toward the end of the day.

**Q.** On the 22nd; yes?

**A.** Yes.

**Q.** And the 23rd?