# EXHIBIT 10

**Volume 18**

**Pages 3843 - 4031**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Yvonne Gonzalez Rogers, Judge

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
VS. ) **NO. 4:25-cr-00003-YGR**
)
SHENG THAO, et al., )
)
Defendants. )
)

Oakland, California
Monday, November 16, 2026

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY
1301 Clay Street
Oakland, California 94612
**BY: ABRAHAM H. FINE**
**MOLLY PRIEDEMAN**
**ASSISTANT UNITED STATES ATTORNEYS**

UNITED STATES ATTORNEY
450 Golden Gate Avenue
San Francisco, California 94102
**BY: LLOYD A. FARNHAM**
**ASSISTANT UNITED STATES ATTORNEY**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By: Ruth Levine Ekhaus, RMR, RDR, FCRR, CCG
Official United States Reporter, CSR No. 12219

that she was there.

Q. You believe she was there.

You're standing by that?

A. Yes.

Q. All right. On cross-examination by Mr. Sprague you were asked more about the padding of invoices.

Do you recall that?

A. I remember.

Q. Yeah.

During my questioning, you denied padding invoices. You recall?

A. I said that I didn't deny that.

Q. You said you did not deny that?

A. That's correct.

Q. Okay. So you're not denying that you were padding, inflating the invoices that you were submitting to the Duongs to get paid; correct?

A. I would accept that, yes.

Q. Okay. And you did it dozens and dozens of times; correct?

A. I don't know if dozens and dozens, but I'll accept that, no problem.

Q. Okay. So -- and that was -- that was at your direction that those credit card statements that we saw were blocked out and they had fake information about the amount of money that you had spent on various things; is that right?

**MR. FINE:** Objection, 403.

**THE COURT:** I'll allow it.

**MR. SWANSON:** Your Honor, this is --

**THE COURT:** I said I'll allow it.

**THE WITNESS:** Even if it was not at my direction, I'm going to accept that it was at my direction. I accept that. It was my directive.

**BY MR. SWANSON:**

**Q.** Well, was it at your direction or not?

**A.** Sure.

**Q.** That's a "yes" or "no." That's not a "sure."

**A.** Yeah, sure it was.

**Q.** Okay. Now let's turn to your testimony about the recordings of the Evolutionary Homes meetings.

You have told the jury that you didn't know about the recordings at the time; correct?

**A.** I remember going through all of this again, yes.

**Q.** And you told them that you would have been opposed to them being recorded if you had known they were being recorded; correct?

**A.** At least I would have act- -- they didn't say the things that I said, but, yeah.

**Q.** You said that you were shocked when you heard, just weeks ago, that these had been recorded and you heard your voice; correct?

**BY MS. HALBERT:**
**Q.** You testified on redirect that you have potential exposure under your plea agreement for criminal tax violations; right?
**A.** Yes.
**Q.** But sitting here today, you know in your heart that you have escaped any tax prosecution for your --
**MR. FINE:** Objection.
**BY MS. HALBERT:**
**Q.** Do you know that?
**A.** I know the contrary.
**Q.** What do you mean?
**A.** I have exposure for tax liabilities and other liabilities to the Federal Government.
**Q.** But, Mr. Juarez, your plea agreement tells that -- told the -- told you that the Government could ask for any documents they wanted to; right?
**A.** Yes.
**Q.** And even though there were IRS agents in this case, the Government never asked you to turn over your prior tax returns; right?
**A.** They didn't ask for that.
**Q.** And they did not ask for your permission to obtain those tax returns from the IRS; right?
**A.** They didn't ask for permission to obtain my IRS tax. I understood that it was a bribery investigation not a tax

investigation.

Q. The Government had the -- the authority under the plea agreement to get your tax returns from you; right?

MR. FINE: Objection. Asked and answered.

THE COURT: Sustained.

BY MS. HALBERT:

Q. Your tax returns remained under lock and key. No one has looked at them during this case to your knowledge; right?

MR. FINE: Objection. Speculation.

THE COURT: Overruled.

THE WITNESS: Mine, yours, theirs, everybody's remains under lock and key.

BY MS. HALBERT:

Q. Yeah, but not everybody has signed a plea agreement with the Government telling the Government they can have any documents they want; correct?

A. I signed a document that says that they can ask for any document they want. If they wanted them, they can ask for them, they'll get them.

Q. And they never did?

A. Not to my knowledge.

Q. You volunteered, in response to one of Mr. Tsai's questions, that it wasn't your recall of Ms.-- of Mayor Sheng Thao, it was the voters that decided Sheng Thao was not suited to be the Mayor of Oakland.

MR. SPRAGUE: I -- I don't think so.

BY MR. SPRAGUE:

Q. Did you file a personal tax return in 2022?

MR. FINE: Objection. 608. Relevance.

THE COURT: Yeah, sustained.

BY MR. SPRAGUE:

Q. You told Ms. Halbert that you had tax liabilities and other exposure.

What you were you referring to?

A. Money that I owe the IRS.

Q. And what money do you owe the IRS?

MR. FINE: Objection. Relevance. 608.

THE COURT: Overruled.

THE WITNESS: Taxes, income earned against credits, those monies I owe.

BY MR. SPRAGUE:

Q. In what tax year or years?

A. I believe all the way to 2024. Maybe 2022.

Q. Did you file a tax return in 2024?

A. I believe that we filed extensions for certain amount of years.

Q. So you -- as you sit here today, you have not filed that year's tax return; correct?

A. I believe you're correct.

Q. Have you filed your personal income tax return for

the year 2023?

A. I think we got extensions for a period of years. I don't remember exactly the years that we got the extensions for.

Q. So as you sit here today, you've not filed your personal income tax return for the year 2023?

A. I don't have recollection of what years those are, as I sit here today. I would have to go check.

Q. Okay. So as you sit here today, you have no recollection of filing your personal income tax return for the tax year 2023; correct?

A. I just don't remember the exact years that we had got extensions and ones that we did file the taxes.

Q. How about for the tax year 2022?

And then I will be done on this topic.

A. That's exactly the point, that I don't remember what years were extension and what years we did file. In some years we had LLCs. Each one cost money to file. Some also included my personal income tax. So that created a burden on me of filing on time and so, therefore, extensions were requested in some years.

Q. Given that answer, I have one more question.

What is the last tax year that you recall filing a tax return for?

A. It has to be 2020, or before COVID probably or -- for a full tax return, yeah.

Q. All right. So as you sit here today, you don't recall having filed a tax return since the end of COVID; correct?
A. That's correct.
Q. Did you tell that to the Government?
A. I believe I did.
Q. Did the Government ask you about whether you had filed tax returns in your 15 or 16 meetings with them?
A. I don't remember that the focus of the conversations had a lot to do with tax returns.
Q. I'm not asking about the focus. I'm asking you if they asked you when the last time you filed tax returns was in your many meetings with them.
A. I don't believe that we -- if we did discuss the tax issues, that they were centered on -- as I sit here today, I don't want to give you a false impression that I did talk to them about something that I don't remember today completely.
Q. So you have no recollection if the Government asked you -- having asked you about whether you filed tax returns during your many meetings with the Government; fair?
A. That's fair.
Q. Okay. Moving on.
Mr. Fine, just minutes ago, showed you a picture of the whiteboard for the December 13th meeting.
Do you recall that?
A. Yes, sir.

**MR. SPRAGUE:** I -- I don't think so.

**BY MR. SPRAGUE:**

Q. Did you file a personal tax return in 2022?

**MR. FINE:** Objection. 608. Relevance.

**THE COURT:** Yeah, sustained.

**BY MR. SPRAGUE:**

Q. You told Ms. Halbert that you had tax liabilities and other exposure.

What you were you referring to?

A. Money that I owe the IRS.

Q. And what money do you owe the IRS?

**MR. FINE:** Objection. Relevance. 608.

**THE COURT:** Overruled.

**THE WITNESS:** Taxes, income earned against credits, those monies I owe.

**BY MR. SPRAGUE:**

Q. In what tax year or years?

A. I believe all the way to 2024. Maybe 2022.

Q. Did you file a tax return in 2024?

A. I believe that we filed extensions for certain amount of years.

Q. So you -- as you sit here today, you have not filed that year's tax return; correct?

A. I believe you're correct.

Q. Have you filed your personal income tax return for

the year 2023?
A. I think we got extensions for a period of years. I don't remember exactly the years that we got the extensions for.
Q. So as you sit here today, you've not filed your personal income tax return for the year 2023?
A. I don't have recollection of what years those are, as I sit here today. I would have to go check.
Q. Okay. So as you sit here today, you have no recollection of filing your personal income tax return for the tax year 2023; correct?
A. I just don't remember the exact years that we had got extensions and ones that we did file the taxes.
Q. How about for the tax year 2022?
And then I will be done on this topic.
A. That's exactly the point, that I don't remember what years were extension and what years we did file. In some years we had LLCs. Each one cost money to file. Some also included my personal income tax. So that created a burden on me of filing on time and so, therefore, extensions were requested in some years.
Q. Given that answer, I have one more question.
What is the last tax year that you recall filing a tax return for?
A. It has to be 2020, or before COVID probably or -- for a full tax return, yeah.

Q. All right. So as you sit here today, you don't recall having filed a tax return since the end of COVID; correct?
A. That's correct.
Q. Did you tell that to the Government?
A. I believe I did.
Q. Did the Government ask you about whether you had filed tax returns in your 15 or 16 meetings with them?
A. I don't remember that the focus of the conversations had a lot to do with tax returns.
Q. I'm not asking about the focus. I'm asking you if they asked you when the last time you filed tax returns was in your many meetings with them.
A. I don't believe that we -- if we did discuss the tax issues, that they were centered on -- as I sit here today, I don't want to give you a false impression that I did talk to them about something that I don't remember today completely.
Q. So you have no recollection if the Government asked you -- having asked you about whether you filed tax returns during your many meetings with the Government; fair?
A. That's fair.
Q. Okay. Moving on.
Mr. Fine, just minutes ago, showed you a picture of the whiteboard for the December 13th meeting.
Do you recall that?
A. Yes, sir.