# EXHIBIT 12

| | |
|---|---|
| **From:** | Mario Juarez <Mario@mariojuarez.co> on behalf of Mario Juarez |
| **Sent:** | Wednesday, November 1, 2023 1:00 PM |
| **To:** | Kristina Duong <kristinaduong@calwaste.com>; David Duong <davidduong@calwaste.com>; Michael Duong <MichaelDuong@calwaste.com>; Andy Duong <andyduong@calwaste.com>; Andy Duong <andyduong@jamglobalgroup.com> |
| **Cc:** | Cecilia Mendez <Cecilia@mariojuarez.co> |
| **Subject:** | Mario Juarez Personal Expense Report #1 |
| **Attachments:** | Food Travel Transportation Expense..pdf |

As requested the attached is the reimbursement request for pre negotiated personal expenses. Please let me know if you can transfer this funds to my personal account:

Name: Mario Juarez
Bank: JP Morgan Chase NA
City: Alameda, CA

Account # 952 081 581

Routing # 021 0000 21

Thank you for your help in getting this done.

Much appreciated it!

Mario

**Mario Juarez**
mario@mariojuarez.com
**Mario Juarez Organization**
Mobile: 510-821-6699
1241 High Street, Oakland California 94601
www.mariojuarez.co

EVOLUTIONARY
HOMES LLC

# Expense Reimbursement

| Period From | Period To |
|---|---|
| May 2022 | Oct 2023 |

Company Name: Evolutionary Homes, LLC

Member Name: Mario Juarez    Member ID: N/A

Department: N/A

Itemized Expenses

| Date | Description | Category | Cost |
|---|---|---|---|
| Please see attached list for Food, Travel, and Transportation Expense. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Subtotal:

Notes:

Advance Payment:

Total Reimbursement: $83,605.86

Member Signature: [signature]

Approval Signature: ____________

EVOLUTIONARY
HOMES LLC

| Concept | Category | Date | Payment Method | Amount | Pesos | Exchange rate loss (Pesos) |
|---|---|---|---|---|---|---|
| **Expense** | | | | | | |
| **Rent** | | | | | | |
| Rent of Olas Grand unidad 1708 | Apartment | 5/15/2022 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Rent of Olas Grand unidad 1708 | Apartment | 6/15/2022 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Rent of Olas Grand unidad 1708 | Apartment | 7/15/2022 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Rent of Olas Grand unidad 1708 | Apartment | 8/15/2022 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Rent of Olas Grand unidad 1708 | Apartment | 9/15/2022 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Water Olas Grand Oct 2022 | Service | 10/12/2022 | Zelle | 55.37 | 902.53 | 228.12 |
| Rent of Olas Grand unidad 1708 | Apartment | 10/15/2022 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Internet Olas Grand October 2022 | Service | 10/18/2022 | Zelle | 72.63 | 1,183.79 | 299.22 |
| Water Olas Grand Nov 2022 | Service | 11/12/2022 | Zelle | 63.28 | 1,031.46 | 260.71 |
| Rent of Olas Grand unidad 1708 | Apartment | 11/15/2022 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Internet Olas Grand November 2022 | Service | 11/18/2022 | Zelle | 72.63 | 1,183.79 | 299.22 |
| Electricity Olas Grand Oct Nov 2022 | Service | 11/24/2022 | Zelle | 367.26 | 5,986.41 | 1,513.13 |
| Water Olas Grand Dec 2022 | Service | 12/12/2022 | Zelle | 52.34 | 853.14 | 215.64 |
| Rent of Olas Grand unidad 1708 | Apartment | 12/15/2022 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Internet Olas Grand December 2022 | Service | 12/18/2022 | Zelle | 72.63 | 1,183.79 | 299.22 |
| Water Olas Grand Jan 2023 | Service | 1/12/2023 | Zelle | 47.29 | 770.83 | 194.83 |
| Internet Olas Grand January 2023 | Service | 1/18/2023 | Zelle | 72.63 | 1,183.79 | 299.22 |
| Electricity Olas Grand Dec Jan 2023 | Service | 1/24/2023 | Zelle | 288.93 | 4,709.56 | 1,190.39 |
| Water Olas Grand Feb 2023 | Service | 2/12/2023 | Zelle | 45.78 | 746.13 | 188.59 |
| Rent for Rosarito unit / Popotla | Apartment | 2/15/2023 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Internet Olas Grand February 2023 | Service | 2/18/2023 | Zelle | 72.63 | 1,183.79 | 299.22 |
| Water Olas Grand March 2023 | Service | 3/12/2023 | Zelle | 65.12 | 1,061.46 | 268.29 |
| Rent of Olas Grand unidad 1708 | Apartment | 3/15/2023 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Internet Olas Grand March 2023 | Service | 3/18/2023 | Zelle | 72.63 | 1,183.79 | 299.22 |
| Electricity Olas Grand Feb March 2023 | Service | 3/24/2023 | Zelle | 294.23 | 4,795.95 | 1,212.23 |
| Water Olas Grand April 2023 | Service | 4/12/2023 | Zelle | 49.21 | 802.12 | 202.75 |
| Rent of Olas Grand unidad 1708 | Apartment | 4/15/2023 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Internet Olas Grand April 2023 | Service | 4/18/2023 | Zelle | 72.63 | 1,183.79 | 299.22 |
| Rent of Olas Grand unidad 1708 | Apartment | 5/4/2023 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Water Olas Grand May 2023 | Service | 5/12/2023 | Zelle | 37.29 | 607.83 | 153.63 |
| Internet Olas Grand May 2023 | Service | 5/18/2023 | Zelle | 72.63 | 1,183.79 | 299.22 |
| Electricity Olas Grand April May 2023 | Service | 5/24/2023 | Zelle | 186.19 | 3,034.90 | 767.10 |
| Water Olas Grand Jun 2023 | Service | 6/12/2023 | Zelle | 52.93 | 862.76 | 218.07 |
| Rent of Olas Grand unidad 1708 | Apartment | 6/15/2023 | Chase | 1,650.00 | 26,895.00 | 6,798.00 |
| Internet Olas Grand June 2023 | Service | 6/18/2023 | Zelle | 72.63 | 1,183.79 | 299.22 |
| Water Olas Grand Jul 2023 | Service | 7/12/2023 | Zelle | 41.29 | 673.03 | 170.11 |
| Rent of Olas Grand unidad 1708 | Apartment | 7/15/2023 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Internet Olas Grand July 2023 | Service | 7/18/2023 | Zelle | 72.63 | 1,183.79 | 299.22 |
| Electricity Olas Grand Jun Jul 2023 | Service | 7/24/2023 | Zelle | 354.12 | 5,772.16 | 1,458.97 |
| Water Olas Grand Aug 2023 | Service | 8/12/2023 | Zelle | 57.12 | 931.06 | 235.33 |
| Rent of Olas Grand unidad 1708 | Apartment | 8/15/2023 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Internet Olas Grand August 2023 | Service | 8/18/2023 | Zelle | 72.63 | 1,183.79 | 299.22 |
| Water Olas Grand Sept 2023 | Service | 9/12/2023 | Zelle | 46.75 | 762.03 | 192.61 |



Trial Exhibit 599, Page 3

OAK-0290830

| | | | | | | |
|---|---|---|---|---|---|---|
| Rent of Olas Grand unidad 1708 | Apartment | 9/15/2023 | Banbajio | 1,650.00 | 26,895.00 | 6,798.00 |
| Internet Olas Grand September 2023 | Service | 9/18/2023 | Zelle | 72.63 | 1,183.79 | 299.22 |
| Electricity Olas Grand Aug Sept 2023 | Service | 9/24/2023 | Zelle | 298.27 | 4,861.80 | 1,228.87 |
| Water Olas Grand Oct 2023 | Service | 10/12/2023 | Zelle | 49.23 | 802.45 | 202.83 |
| Rent of Olas Grand unidad 1708 | Apartment | 10/15/2023 | Zelle | 1,650.00 | 26,895.00 | 6,798.00 |
| Internet Olas Grand October 2023 | Service | 10/18/2023 | Zelle | 72.63 | 1,183.79 | 299.22 |
| Rent of Olas Grand unidad 1708 | Apartment | 11/1/2023 | Banbajio | 1,650.00 | 26,895.00 | 6,798.00 |
| Total Rent | | | | 33,096.12 | 539,466.83 | |
| **Entertainment** | | | | | | |
| Costco in TJ for supplies | Food | 10/13/2022 | Provident | 1,379.49 | 22,485.69 | 5,683.50 |
| Panadería Conde pastries | Food | 11/30/2022 | Paypal | 14.42 | 235.05 | 59.41 |
| Telefonica Gastropub paid for dinner | Food | 11/30/2022 | Paypal | 31.80 | 518.34 | 131.02 |
| Costco in TJ for supplies | Food | 11/30/2022 | Provident | 852.54 | 13,896.40 | 3,512.46 |
| La Europea Supermarket food supplies for apartment | Food | 12/2/2022 | Paypal | 322.88 | 5,262.94 | 1,330.27 |
| Dinner to go Pollo Asil in Rosarito | Food | 12/2/2022 | Paypal | 58.03 | 945.89 | 239.08 |
| Drinks at OXXO in Playas de Rosarito | Food | 12/2/2022 | Paypal | 8.71 | 141.97 | 35.89 |
| Dinner at Tabu Restaurant in Plaza Rio | Food | 12/3/2022 | Paypal | 207.62 | 3,384.21 | 855.39 |
| Dinner at Oak Airport | Food | 12/14/2022 | Sable | 60.82 | 991.37 | 250.58 |
| Costco in TJ for supplies | Food | 12/13/2022 | Provident | 632.34 | 10,307.14 | 2,605.24 |
| Dinner with container provider at OENO Restaurant at Valle | Food | 12/16/2022 | Sable | 201.22 | 3,279.89 | 829.03 |
| Lunch at Tacos El Chino in Tijuana | Food | 12/17/2022 | Sable | 30.82 | 502.37 | 126.98 |
| Dinner at Fauna with vendors and providers in Ensenada Valle | Food | 12/19/2022 | Sable | 400.67 | 6,530.92 | 1,650.76 |
| Lunch at Carls Juniors at Cuatemoc Blvd in Tijuana | Food | 12/20/2022 | Sable | 19.16 | 312.31 | 78.94 |
| Dinner at Jovimi at Tijuana | Food | 12/20/2022 | Sable | 190.38 | 3,103.19 | 784.37 |
| Costco in TJ for supplies | Food | 12/21/2022 | Provident | 1,259.44 | 20,528.87 | 5,188.89 |
| RESTAURANT COMICS in Tijuana / Otay after meeting about warehouse | Food | 12/21/2022 | Sable | 260.82 | 4,251.37 | 1,074.58 |
| MR PAMPAS DO BRASIL company Christmas Party | Food | 12/22/2022 | Sable | 572.26 | 9,327.84 | 2,357.71 |
| BOULES 33 Restaurant in Ensenada to meet with Mexico official and political | Food | 12/22/2022 | Sable | 24.83 | 404.73 | 102.30 |
| Dinner at La Patrona in tijuana | Food | 12/23/2022 | Sable | 76.22 | 1,242.39 | 314.03 |
| Costco in TJ for supplies | Food | 1/21/2023 | Provident | 932.45 | 15,198.94 | 3,841.69 |
| Bunker Hill Restaurant at San Diego Breakfast/Lunch | Food | 2/16/2023 | Chase | 40.59 | 661.62 | 167.23 |
| Costco in TJ for supplies | Food | 2/21/2023 | Provident | 642.89 | 10,479.11 | 2,648.71 |
| La Mexicana for lunch with Andre Jones to discuss business issues | Food | 3/3/2023 | Cash | 64.80 | 1,056.24 | 266.98 |
| Drinks and Food on Skate at the Bay prior to meeting with Mayor and David | Food | 3/9/2023 | Chase | 37.21 | 606.52 | 153.31 |
| Food at Tay Ho Oakland Airport | Food | 3/16/2023 | Chase | 31.34 | 510.84 | 129.12 |
| Drinks and snacks for trip at Oakland Airport | Food | 3/16/2023 | Cash | 10.00 | 163.00 | 41.20 |
| Tacos el chino restaurants | Food | 3/22/2023 | Provident | 22.10 | 360.23 | 91.05 |
| Sakura Taboada Restaurant in TJ | Food | 3/23/2023 | Provident | 85.81 | 1,398.70 | 353.54 |
| IHop playas for breakfast meetings | Food | 3/24/2023 | Provident | 100.38 | 1,636.19 | 413.57 |
| Dinner for me at Playami Restaurant | Food | 3/24/2023 | Provident | 86.71 | 1,413.37 | 357.25 |
| High Flying food at San Diego Airport on the way to Oakland | Food | 3/26/2023 | Chime | 31.81 | 518.50 | 131.06 |
| Breakfast at San Diego Airport - High Flight Restaurant | Food | 3/26/2023 | Chime | 31.81 | 518.50 | 131.06 |
| Costco in TJ for supplies | Food | 3/26/2023 | Provident | 452.56 | 7,376.73 | 1,864.55 |
| Koi Sushi in TJ meeting dinner with officials in Mexico | Food | 3/30/2023 | Provident | 259.30 | 4,226.59 | 1,068.32 |
| Marenca Restaurant for diner with team in Mexico | Food | 3/31/2023 | Provident | 137.48 | 2,240.92 | 566.42 |
| Cielo Restaurant for food to office meeting | Food | 4/1/2023 | Provident | 228.24 | 3,720.31 | 940.35 |
| Lunch at Playami in Tijuana | Food | 4/2/2023 | Provident | 57.68 | 940.18 | 237.64 |
| Dinner at Soy Feliz Tijuana restaurante | Food | 4/2/2023 | Provident | 21.86 | 356.32 | 90.06 |
| Hudson News at San Diego Airport for Water and other travel items | Food | 4/3/2023 | Chase | 17.23 | 280.85 | 70.99 |
| High Flying Restaurant at San Diego Airport - lunch | Food | 4/3/2023 | Chase | 72.68 | 1,184.68 | 299.44 |
| Joes Pho Restaurant for meeting dinner with Andre | Food | 4/3/2023 | Chase | 87.88 | 1,432.44 | 362.07 |
| Dinner at Hotel Fiesta Americana in MTY | Food | 4/5/2023 | Provident | 101.22 | 1,649.89 | 417.03 |



Trial Exhibit 599, Page 4

OAK-0290831

| | | | | | | |
|---|---|---|---|---|---|---|
| Dinner at Hotel Fiesta Americana in MTY | Food | 4/6/2023 | Provident | 166.69 | 2,717.05 | 686.76 |
| Volaris Airlines on plane food and drinks | Food | 4/6/2023 | Provident | 44.84 | 730.89 | 184.74 |
| Volaris airlines on plane food and drinks for daniel | Food | 4/6/2023 | Provident | 54.75 | 892.43 | 225.57 |
| Volaris Airlines on plane food and drinks | Food | 4/6/2023 | Provident | 27.74 | 452.16 | 114.29 |
| Lunch with AJ at La Penca Azul in Alameda | Food | 4/26/2023 | Chase | 79.29 | 1,292.43 | 326.67 |
| Costco in TJ for supplies | Food | 4/26/2023 | Provident | 654.34 | 10,665.74 | 2,695.88 |
| Panoche food snacks and water for travel | Food | 4/26/2023 | Self | 73.09 | 1,191.37 | 301.13 |
| Dinner at Drago in TJ | Food | 4/27/2023 | Cashapp | 237.22 | 3,866.69 | 977.35 |
| Breakfast at San Diego Airport High Flying Foods | Food | 5/2/2023 | Sable | 57.03 | 929.59 | 234.96 |
| Dinner at Alim Food in TJ | Food | 5/2/2023 | Sable | 108.34 | 1,765.94 | 446.36 |
| Energy R2 for drinks and snacks | Food | 5/8/2023 | Cashapp | 66.74 | 1,087.86 | 274.97 |
| Lunch at SFO / Tastes on the Fly | Food | 5/9/2023 | Paypal | 40.19 | 655.10 | 165.58 |
| Dinner at Dunkin Donouts in San Diego | Food | 5/9/2023 | Paypal | 17.82 | 290.47 | 73.42 |
| Lunch restaurante La Tia in TJ FOR LUNCH | Food | 5/10/2023 | Sable | 112.01 | 1,825.76 | 461.48 |
| Dinner restaurant ENCORE in TJ | Food | 5/10/2023 | Sable | 314.40 | 5,124.72 | 1,295.33 |
| Brunch with team Bar El Rey Cantina | Food | 5/10/2023 | Sable | 303.36 | 4,944.77 | 1,249.84 |
| Dinner at El Rey Cantaritos | Food | 5/13/2023 | Sable | 303.87 | 4,953.08 | 1,251.94 |
| Lunch at Desertika in Mexico | Food | 5/13/2023 | Sable | 111.18 | 1,812.23 | 458.06 |
| Dinner at Tacos Frontera | Food | 5/13/2023 | Sable | 43.53 | 709.54 | 179.34 |
| Mera Mexico lunch | Food | 5/16/2023 | Cashapp | 34.60 | 563.98 | 142.55 |
| Diez Diez for dinner event at Mexico trade event | Food | 5/16/2023 | Paypal | 238.34 | 3,884.94 | 981.96 |
| Costco in TJ for supplies | Food | 5/16/2023 | Provident | 1,154.48 | 18,818.02 | 4,756.46 |
| Aeropuerto de Tijuana | Food | 5/17/2023 | Cashapp | 57.47 | 936.76 | 236.78 |
| Lyon Fish for lunch in Mexico | Food | 5/17/2023 | Cashapp | 166.00 | 2,705.80 | 683.92 |
| Peninsula Restaurant in Mexico | Food | 5/17/2023 | Cashapp | 681.47 | 11,107.96 | 2,807.66 |
| Infuso Café for morning coffees and snacks | Food | 5/17/2023 | Cashapp | 22.20 | 361.86 | 91.46 |
| Regus management group | Food | 5/22/2023 | Chase | 62.00 | 1,010.60 | 255.44 |
| Costco in TJ for supplies | Food | 8/13/2023 | Provident | 1,479.42 | 24,114.55 | 6,095.21 |
| Restaurant Lion Fish | Food | 8/22/2023 | Chase | 210.03 | 3,423.49 | 865.32 |
| Costco in TJ for supplies | Food | 9/10/2023 | Provident | 1,082.56 | 17,645.73 | 4,460.15 |
| Taconazo Dinner | Food | 10/12/2023 | Santander | 52.89 | 862.11 | 217.91 |
| El ciclo restaurant | Food | 10/13/2023 | Paypal | 136.48 | 2,224.62 | 562.30 |
| Oxxo tecate | Food | 10/13/2023 | Paypal | 58.8 | 958.44 | 242.26 |
| Nos Restaurant | Food | 10/14/2023 | Paypal | 133.26 | 2,172.14 | 549.03 |
| Lion Fish Restaurant | Food | 10/18/2023 | Paypal | 271.49 | 4,425.29 | 1,118.54 |
| Yokomy Restaurant | Food | 10/22/2023 | Chime | 87.87 | 1,432.28 | 362.02 |
| Roots Restaurant Meeting with Politician | Food | 10/22/2023 | Chime | 155.25 | 2,530.58 | 639.63 |
| Starbucks Lunch | Food | 10/23/2023 | Bajio | 36 | 586.80 | 148.32 |
| La Oaxaquena Restaurant | Food | 10/24/2023 | Chase | 66.85 | 1,089.66 | 275.42 |
| Mac Donalds Rosarito | Food | 10/28/2023 | Paypal | 53.23 | 867.65 | 219.31 |
| Costco in TJ for supplies | Food | 10/28/2023 | Provident | 652.89 | 10,642.11 | 2,689.91 |
| Oxxo Rocamar | Food | 10/28/2023 | Paypal | 12.38 | 201.79 | 51.01 |
| Sanborns Tj | Food | 10/30/2023 | Provident | 98.97 | 1,613.21 | 407.76 |
| Total Entertainment | | | | 19,979.86 | 288,536.24 | |
| **Travel Expense** | | | | | | |
| Estación Gruas at Puerto Nuevo road paid | Gasoline | 12/16/2022 | Sable | 57.30 | 933.99 | 236.08 |
| Pharmacy medications | Farmacy | 12/19/2022 | Sable | 59.63 | 971.97 | 245.68 |
| Doctor's fee | Farmacy | 1/20/2023 | Remitly | 297.03 | 4,841.59 | 1,223.76 |
| Hertz rental of SUV FDOM 03/17/2023 to 03/26/2023 for travel to Mexicali and Tecate with insurance | Car Rental | 3/17/2023 | Provident | 1,181.08 | 19,251.60 | 4,866.05 |
| Hotel at Monterey from 04/04/2023 to 04/06/2023 | Hotel | 4/2/2023 | Paypal | 493.52 | 8,044.38 | 2,033.30 |
| Rental of Hertz on Monterey trip locations | Car Rental | 4/3/2023 | Provident | 277.81 | 4,528.30 | 1,144.58 |
| Rental supplemental coverages and additional driver fees for Hertz | Car Rental | 4/3/2023 | Provident | 333.35 | 5,433.61 | 1,373.40 |



Trial Exhibit 599, Page 5

OAK-0290832

| | | | | | |
|---|---|---|---|---|---|
| Gasoline | Gasoline | 4/3/2023 Santander | 157.42 | 2,565.95 | 648.57 |
| Gasoline | Gasoline | 4/6/2023 Santander | 62.84 | 1,024.29 | 258.90 |
| Gasoline | Gasoline | 4/9/2023 Santander | 124.83 | 2,034.73 | 514.30 |
| Gasoline | Gasoline | 4/12/2023 Santander | 118.34 | 1,928.94 | 487.56 |
| Gasoline | Gasoline | 4/15/2023 Santander | 26.87 | 437.98 | 110.70 |
| Gasoline | Gasoline | 4/18/2023 Santander | 52.44 | 854.77 | 216.05 |
| Gasoline | Gasoline | 4/21/2023 Santander | 164.23 | 2,676.95 | 676.63 |
| Gasoline | Gasoline | 4/24/2023 Santander | 143.89 | 2,345.41 | 592.83 |
| Rental of trailer from oakland to San Ysidro | Car Rental | 4/26/2023 Self | 538.07 | 8,770.54 | 2,216.85 |
| Gasoline | Gasoline | 4/27/2023 Santander | 29.11 | 474.49 | 119.93 |
| Chevron gas for transporting Pathfinder | Gasoline | 4/28/2023 Sable | 110.35 | 1,798.71 | 454.64 |
| Gasol Progreso in TJ For pathfinder | Gasoline | 4/30/2023 Cashapp | 54.28 | 884.76 | 223.63 |
| Gasoline | Gasoline | 4/30/2023 Santander | 83.84 | 1,366.59 | 345.42 |
| Gasoline | Gasoline | 5/3/2023 Santander | 35.48 | 578.32 | 146.18 |
| Gasoline | Gasoline | 5/6/2023 Santander | 268.95 | 4,383.89 | 1,108.07 |
| Gas at Shell on May 9 on San Diego from Los Angeles on company truck | Gasoline | 5/9/2023 Paypal | 105.35 | 1,717.21 | 434.04 |
| Robeet Baratheon Gas / car wash on La Jolla | Gasoline | 5/9/2023 Provident | 58.51 | 953.71 | 241.06 |
| Gasoline | Gasoline | 5/9/2023 Santander | 149.85 | 2,442.56 | 617.38 |
| GASOL gas station filled up car | Gasoline | 5/11/2023 Cashapp | 26.23 | 427.55 | 108.07 |
| Gasoline | Gasoline | 5/12/2023 Santander | 316.86 | 5,164.82 | 1,305.46 |
| Eurocar rental in Mexico to trade show | Car Rental | 5/13/2023 Provident | 367.82 | 5,995.47 | 1,515.42 |
| Gasoline | Gasoline | 5/15/2023 Santander | 285.63 | 4,655.77 | 1,176.80 |
| Mx medical center for doctor visit | Farmacy | 5/16/2023 Cashapp | 140.00 | 2,282.00 | 576.80 |
| Farmacias Guadalajara for medications | Farmacy | 5/16/2023 Cashapp | 62.84 | 1,024.29 | 258.90 |
| Farmacias Guadalajara for test and supplies | Farmacy | 5/16/2023 Cashapp | 124.83 | 2,034.73 | 514.30 |
| Farmacias Guadalajara for additional meds and supplies | Farmacy | 5/16/2023 Cashapp | 118.34 | 1,928.94 | 487.56 |
| Oxxo Gas in Mexico | Gasoline | 5/16/2023 Cash | 26.87 | 437.98 | 110.70 |
| Gas Estation Playas in Mexico for gas | Gasoline | 5/17/2023 Cashapp | 52.44 | 854.77 | 216.05 |
| Gasoline | Gasoline | 5/18/2023 Santander | 164.23 | 2,676.95 | 676.63 |
| Telcel for data plan in Mexico | Services | 5/19/2023 Paypal | 143.89 | 2,345.41 | 592.83 |
| Telcel for voice package recharge | Services | 5/19/2023 Paypal | 29.11 | 474.49 | 119.93 |
| Gasoline | Gasoline | 5/21/2023 Santander | 111.24 | 1,813.21 | 458.31 |
| Gasoline | Gasoline | 5/24/2023 Santander | 121.94 | 1,987.62 | 502.39 |
| Gasoline | Gasoline | 5/27/2023 Santander | 83.84 | 1,366.59 | 345.42 |
| Gasoline | Gasoline | 5/30/2023 Santander | 35.48 | 578.32 | 146.18 |
| Gasoline | Gasoline | 6/2/2023 Santander | 268.95 | 4,383.89 | 1,108.07 |
| Gasoline | Gasoline | 6/5/2023 Santander | 187.86 | 3,062.12 | 773.98 |
| Gasoline | Gasoline | 6/8/2023 Santander | 59.87 | 975.88 | 246.66 |
| Gasoline | Gasoline | 6/11/2023 Santander | 149.85 | 2,442.56 | 617.38 |
| Gasoline | Gasoline | 6/14/2023 Santander | 133.67 | 2,178.82 | 550.72 |
| Gasoline | Gasoline | 6/17/2023 Santander | 316.86 | 5,164.82 | 1,305.46 |
| Gasoline | Gasoline | 6/20/2023 Santander | 285.63 | 4,655.77 | 1,176.80 |
| Gasoline | Gasoline | 6/23/2023 Santander | 326.89 | 5,328.31 | 1,346.79 |
| Gasoline | Gasoline | 6/26/2023 Santander | 241.84 | 3,941.99 | 996.38 |
| Gasoline | Gasoline | 6/29/2023 Santander | 152.78 | 2,490.31 | 629.45 |
| Gasoline | Gasoline | 7/2/2023 Santander | 145.31 | 2,368.55 | 598.68 |
| Gasoline | Gasoline | 7/5/2023 Santander | 174.96 | 2,851.85 | 720.84 |
| Gasoline | Gasoline | 7/8/2023 Santander | 80.00 | 1,304.00 | 329.60 |
| Gasoline | Gasoline | 7/11/2023 Santander | 30.00 | 489.00 | 123.60 |
| Gasoline | Gasoline | 7/14/2023 Santander | 265.00 | 4,319.50 | 1,091.80 |
| Gasoline | Gasoline | 7/17/2023 Santander | 185.00 | 3,015.50 | 762.20 |
| Gasoline | Gasoline | 7/20/2023 Santander | 55.68 | 907.58 | 229.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gasoline | Gasoline | 7/23/2023 | Santander | 124.58 | 2,030.65 | 513.27 |
| Gasoline | Gasoline | 7/26/2023 | Santander | 183.00 | 2,982.90 | 753.96 |
| Gasoline | Gasoline | 9/28/2023 | Santander | 395.00 | 6,438.50 | 1,627.40 |
| Telcel Cellphone service | Services | 9/29/2023 | Bajio | 246.39 | 4,016.16 | 1,015.13 |
| General Expenses Send to CJ | Gasoline | 10/6/2023 | Santander | 1300 | 21,190.00 | 5,356.00 |
| Farmacy | Farmacy | 10/10/2023 | Chase | 233.92 | 3,812.90 | 963.75 |
| Gasoline | Gasoline | 10/10/2023 | Chase | 165 | 2,689.50 | 679.80 |
| Laurel Pacific San diego | Grocery | 10/11/2023 | Chase | 117.98 | 1,923.07 | 486.08 |
| Farmacy | Farmacy | 10/12/2023 | Chase | 176.08 | 2,870.10 | 725.45 |
| Gasoline | Gasoline | 10/12/2023 | Chase | 79.92 | 1,302.70 | 329.27 |
| Gasoline | Gasoline | 10/12/2023 | Santander | 28.34 | 461.94 | 116.76 |
| Kumian Inn | Hotel | 10/12/2023 | Paypal | 264.66 | 4,313.96 | 1,090.40 |
| Roma Farmacy for medicine | Farmacy | 10/24/2023 | Chase | 183.14 | 2,985.18 | 754.54 |
| Gasoline | Gasoline | 10/24/2023 | Chase | 51.54 | 840.10 | 212.34 |
| Farmacy Gusher | Farmacy | 10/28/2023 | Chase | 116.04 | 1,891.49 | 478.10 |
| Gasoline | Gasoline | 10/28/2023 | Chase | 179.68 | 2,928.78 | 740.28 |
| Total Travel Expense | | | | 14,101.38 | 229,852.53 | |
| **Transportation** | | | | | | |
| Flight from San Diego to Oakland on Southwest confirmation 442XP4 | Transportation | 12/4/2022 | Holdings Visa | 323.98 | 5,280.87 | 1,334.80 |
| UBER from Tijuana to Border | Transportation | 12/4/2022 | Paypal | 42.03 | 685.09 | 173.16 |
| UBER from San Ysidro Border to SAN DIEGO | Transportation | 12/4/2022 | Paypal | 39.98 | 651.67 | 164.72 |
| San Diego Airport High Food Flying | Transportation | 12/4/2022 | Cashapp | 92.27 | 1,504.00 | 380.15 |
| Uber from Office to San Leandro meeting with Mayor SHENG | Transportation | 12/4/2022 | Chase | 83.97 | 1,368.71 | 345.96 |
| Flight from Oakland to San Diego on 12/14/2022 on Southwest Confirmation | Transportation | 12/14/2022 | Chase | 323.98 | 5,280.87 | 1,334.80 |
| UBER from Oakland Office to Oakland Southwest Terminal | Transportation | 12/14/2022 | Chase | 18.90 | 308.07 | 77.87 |
| Uber from San Diego Airport to Border | Transportation | 12/14/2022 | Chase | 44.75 | 729.43 | 184.37 |
| Uber CASH from Border | Transportation | 12/14/2022 | Cash | 50.00 | 815.00 | 206.00 |
| Southwest from San Diego to Oakland | Transportation | 1/7/2023 | Chase | 323.98 | 5,280.87 | 1,334.80 |
| Uber from Oakland to Office | Transportation | 1/7/2023 | Chase | 15.93 | 259.66 | 65.63 |
| Office to Sheng Event paid for LYFT service | Transportation | 1/10/2023 | Chase | 30.00 | 489.00 | 123.60 |
| Southwest from Oakland to San Diego | Transportation | 1/21/2023 | Chase | 323.98 | 5,280.87 | 1,334.80 |
| Uber from Office to OAKLAND airport | Transportation | 1/21/2023 | Chase | 43.00 | 700.90 | 177.16 |
| Uber from Rosarito to San Diego Airport | Transportation | 2/1/2023 | Cash | 125.00 | 2,037.50 | 515.00 |
| Southwest from San Diego to Oakland | Transportation | 2/1/2023 | Provident | 323.98 | 5,280.87 | 1,334.80 |
| Uber from Oakland Airport to Office | Transportation | 2/1/2023 | Chase | 20.44 | 333.17 | 84.21 |
| Southwest Airlines flight on 02/03/2023 from San Jose to San Diego | Transportation | 2/3/2023 | Paypal | 238.98 | 3,895.37 | 984.60 |
| San Diego Airport to Tijuana | Transportation | 2/3/2023 | Cash | 125.00 | 2,037.50 | 515.00 |
| Transportation for crossing TV's from San Diego to Tijuana | Transportation | 2/8/2023 | Remitly | 700.00 | 11,410.00 | 2,884.00 |
| Uber from Rosarito to San a Diego | Transportation | 2/16/2023 | Zelle | 200.00 | 3,260.00 | 824.00 |
| Southwest Airlines SAN Diego OAK | Transportation | 2/16/2023 | Chase | 328.98 | 5,362.37 | 1,355.40 |
| Uber from Oakland Airport to Office | Transportation | 2/16/2023 | Paypal | 17.92 | 292.10 | 73.83 |
| UBER from office to Milpitas VABA even | Transportation | 2/26/2023 | Chase | 43.66 | 711.66 | 179.88 |
| Uber from office to Skate for dinner with David and Mayor | Transportation | 3/9/2023 | Chase | 22.98 | 374.57 | 94.68 |
| Southwest Airlines for trip on 03/16/2023 from Oakland to San Diego | Transportation | 3/16/2023 | Chase | 328.98 | 5,362.37 | 1,355.40 |
| Uber ride from San Diego Airport to Rosarito House | Transportation | 3/17/2023 | Zelle | 125.00 | 2,037.50 | 515.00 |
| Southwest flight from San Diego to Oakland | Transportation | 3/26/2023 | Chase | 348.98 | 5,688.37 | 1,437.80 |
| Ride from Ensenada to San Diego at 5 am | Transportation | 3/26/3023 | Zelle | 250.00 | 4,075.00 | 1,030.00 |
| FLIGHT from San Diego to San Jose | Transportation | 3/26/2023 | Provident | 293.98 | 4,791.87 | 1,211.20 |
| Tickets from TIJ to MONTERREY to meet with suppliers | Transportation | 3/31/2023 | Paypal | 375.05 | 6,113.32 | 1,545.21 |
| Lyft from Office to Oakland Airport | Transportation | 3/31/2023 | Paypal | 25.00 | 407.50 | 103.00 |
| Flight from Oakland to San Diego | Transportation | 3/31/2023 | Chase | 234.98 | 3,830.17 | 968.12 |
| Uber from San Diego to Otay in Mexico | Transportation | 3/31/2023 | Zelle | 100.00 | 1,630.00 | 412.00 |



Trial Exhibit 599, Page 7

OAK-0290834

| | | | | | | |
|---|---|---|---|---|---|---|
| Travel from Monterrey to Tijuana on Volaris | Transportation | 4/2/2023 | Chase | 752.74 | 12,269.66 | 3,101.29 |
| Southwest Airlines from San Diego to Oakland | Transportation | 4/3/2023 | Chase | 348.98 | 5,688.37 | 1,437.80 |
| Lyft ride from Border San Ysidro to San Diego Airport | Transportation | 4/3/2023 | Cash | 32.00 | 521.60 | 131.84 |
| Lyft ride from Oakland Airport to office | Transportation | 4/3/2023 | Cash | 34.00 | 554.20 | 140.08 |
| Lyft ride from Joe Pho San Leandro to Office after meeting | Transportation | 4/3/2023 | Cash | 19.00 | 309.70 | 78.28 |
| Uber from office to Pete's Coffee for meeting with Andre Jones | Transportation | 4/3/2023 | Paypal | 10.32 | 168.22 | 42.52 |
| Uber from Peter Coffee to Joe Pho in San Leandro after meeting with AJ and to meet with AD | Transportation | 4/3/2023 | Paypal | 14.90 | 242.87 | 61.39 |
| Uber from Playas to Border crossing in San Ysidro | Transportation | 4/3/2023 | Cash | 241.24 | 3,932.21 | 993.91 |
| Southwest Airlines travel from Oakland to San Diego | Transportation | 4/3/2023 | Chase | 348.98 | 5,688.37 | 1,437.80 |
| Southwest Airlines from San a Diego to Oakland | Transportation | 4/3/2023 | Paypal | 348.98 | 5,688.37 | 1,437.80 |
| Uber from CBX Otay crossing in California to San Diego Airport | Transportation | 4/3/2023 | Paypal | 98.93 | 1,612.56 | 407.59 |
| Uber from Oakland Airport to Office | Transportation | 4/3/2023 | Paypal | 15.93 | 259.66 | 65.63 |
| CBX Border Crossing 04/10/2023 from Tijuana to Otay California | Transportation | 4/10/2023 | Sable | 25.50 | 415.65 | 105.06 |
| Andres Rendon for flight from Tijuana to GDL For pick up samples materials for production | Transportation | 4/25/2023 | Chase | 138.85 | 2,263.26 | 572.06 |
| Uber Hermes Ochoa to help get Pathfinder from San Ysidro to return U-Haul to San Diego and then cros | Transportation | 4/28/2023 | Zelle | 250.00 | 4,075.00 | 1,030.00 |
| Rental of car in GDL for Andrea Rendon for work in supplies | Transportation | 4/28/2023 | Remitly | 339.53 | 5,534.34 | 1,398.86 |
| Southwest for travel from San Diego to Oakland | Transportation | 5/2/2023 | Chase | 348.98 | 5,688.37 | 1,437.80 |
| Hermes Ochoa for Uber ride from Rosarito to San Diego Airport | Transportation | 5/2/2023 | Zelle | 175.00 | 2,852.50 | 721.00 |
| Southwest from SFO to LAX to pick up meeting with transport provider | Transportation | 5/9/2023 | Paypal | 198.98 | 3,243.37 | 819.80 |
| Southwest Airlines from San Diego | Transportation | 5/22/2023 | Chase | 353.98 | 5,769.87 | 1,458.40 |
| Uber for ride from SFO to OAK | Transportation | 5/22/2023 | Chase | 66.36 | 1,081.67 | 273.40 |
| Flight from TIJ to Monterrey on Viva Aerobus | Transportation | 5/26/2023 | Paypal | 399.73 | 6,515.60 | 1,646.89 |
| Flight from MONTERREY TO TIJ on Volaris | Transportation | 5/26/2023 | Paypal | 330.46 | 5,386.50 | 1,361.50 |
| U-Haul from Oakland to Mexico transport of pick up Frontier truck | Transportation | 5/28/2023 | Paypal | 348.30 | 5,677.29 | 1,435.00 |
| Southwest Airlines for plane from San Diego to Oakland | Transportation | 6/3/2023 | Chase | 198.98 | 3,243.37 | 819.80 |
| Hermes Ochoa for ride from Rosarito to San Diego Airport | Transportation | 6/3/2023 | Chase | 175.00 | 2,852.50 | 721.00 |
| Uber for trip from Oakland to Stockton | Transportation | 6/3/2023 | Paypal | 85.60 | 1,395.28 | 352.67 |
| Towing storage of Frontier and U-Haul | Transportation | 6/7/2023 | Chase | 550.00 | 8,965.00 | 2,266.00 |
| Hermes Ochoa to pay for towing service from Otay Mesa USA to Otay TJ Mexico | Transportation | 6/8/2023 | Zelle | 350.00 | 5,705.00 | 1,442.00 |
| Southwest Airlines for flight SAN OAK | Transportation | 6/15/2023 | Chase | 353.98 | 5,769.87 | 1,458.40 |
| Uber Driver to recover luggage left $100 cash, $150 tip on Zelle and $250 for location service to Daniel o | Transportation | 6/16/2023 | Zelle | 750.00 | 12,225.00 | 3,090.00 |
| Southwest Airlines from Oak to San Diego | Transportation | 6/16/2023 | Chase | 432.98 | 7,057.57 | 1,783.88 |
| Southwest Airlines flight # 4EC7DT from San Diego to Oakland | Transportation | 6/23/2023 | Chase | 353.98 | 5,769.87 | 1,458.40 |
| Hermes Ochoa for Uber ride and for errands in San Ysidro | Transportation | 6/25/2023 | Zelle | 150.00 | 2,445.00 | 618.00 |
| Flight Oak to San Diego | Transportation | 10/11/2023 | Paypal | 395.98 | 6,454.47 | 1,631.44 |
| Uber Playas tij to revolucion for a meeting | Transportation | 10/14/2023 | Bajio | 41.34 | 673.84 | 170.32 |
| Flight to CDMX for Gabriel for a meeting with a vendor | Transportation | 10/18/2023 | Chime | 342.56 | 5,583.73 | 1,411.35 |
| Uber Playas tij to Border | Transportation | 10/25/2023 | Santander | 12.34 | 201.14 | 50.84 |
| Southwest flight San Diego to Oak | Transportation | 10/25/2023 | Chase | 395.98 | 6,454.47 | 1,631.44 |
| LYFT Oakland airport to office | Transportation | 10/25/2023 | Chase | 37.57 | 612.39 | 154.79 |
| Uber Playas - border | Transportation | 10/30/2023 | Chase | 34.76 | 566.59 | 143.21 |
| Uber border to airport | Transportation | 10/30/2023 | Chase | 22.9 | 373.27 | 94.35 |
| Uber Oak airport to office | Transportation | 10/30/2023 | Chase | 121.23 | 1,976.05 | 499.47 |
| Southwest San Diego to Oakland | Transportation | 10/30/2023 | Chase | 395.98 | 6,454.47 | 1,631.44 |
| Total Transportation | | | | 16,428.49 | 267,784.39 | |
| **Total Expense** | | | | 83,605.86 | 1,325,639.99 | 344,456.13 |



Trial Exhibit 599, Page 8

OAK-0290835