# EXHIBIT 13

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2022 through December 30, 2022
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00053692 DRE 703 210 00523 NNNNNNNNNNN 1 000000000 D5 0000
CIUDAD HOLDINGS, LLC
[redacted]

00536920501000000025

## We're changing how we charge fees for ACH Payment Services

On March 1, 2023 we'll remove the $25 monthly subscription fee, and you'll only pay when you use the service.

Here's how the fees will change:

**Today: Monthly subscription cost + transaction fees**
- $25 per month monthly subscription cost
- First 25 payments each month at no additional cost
- After that, each payment costs an additional $0.15 each

**Starting March 1: Transaction fees only**
- First 10 payments each month: $2.50 each
- After that, each payment costs an additional $0.15 each

If you have questions, please call the number on this statement. We appreciate your business.

## CHECKING SUMMARY

Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$6,151.12** |
| Deposits and Additions | 18 | 172,844.30 |
| Checks Paid | 8 | -14,645.93 |
| ATM & Debit Card Withdrawals | 149 | -28,768.38 |
| Electronic Withdrawals | 63 | -44,046.33 |
| Other Withdrawals | 1 | -500.00 |
| Fees | 6 | -214.02 |
| **Ending Balance** | **245** | **$90,820.76** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | Payment Received 12/02 Remitly Refund Seattle WA Card 2830 | $403.99 |
| 12/05 | Card Purchase Return 12/03 Apple.Com/Bill 866-712-7753 CA Card 2830 | 12.99 |
| 12/05 | Card Purchase Return 12/04 Apple.Com/Bill 866-712-7753 CA Card 2830 | 12.99 |
| 12/05 | Card Purchase Return 12/04 Apple.Com/Bill 866-712-7753 CA Card 2830 | 8.99 |
| 12/05 | Deposit 1195833239 | 30,000.00 |
| 12/05 | Payment Received 12/03 Remitly Refund Seattle WA Card 2830 | 403.99 |
| 12/06 | Deposit 2046544137 | 790.44 |

CHASE

December 01, 2022 through December 30, 2022
Account Number: [redacted]

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/13 | Deposit 1195633156 | 140,000.00 |
| 12/15 | Card Purchase Return 12/14 Amzn Mktp US Amzn.Com/Bill WA Card 2830 | 55.11 |
| 12/16 | Card Purchase Return 12/15 Amazon.Com Amzn.Com/Bill WA Card 2830 | 130.10 |
| 12/16 | Card Purchase Return 12/15 Amazon.Com Amzn.Com/Bill WA Card 2830 | 93.68 |
| 12/16 | Card Purchase Return 12/15 Amazon.Com Amzn.Com/Bill WA Card 2830 | 65.05 |
| 12/16 | Card Purchase Return 12/15 Amazon.Com Amzn.Com/Bill WA Card 2830 | 65.05 |
| 12/16 | Card Purchase Return 12/15 Amazon.Com Amzn.Com/Bill WA Card 2830 | 59.79 |
| 12/16 | Card Purchase Return 12/15 Amazon.Com Amzn.Com/Bill WA Card 2830 | 48.91 |
| 12/16 | Card Purchase Return 12/15 Amzn Mktp US Amzn.Com/Bill WA Card 2830 | 33.73 |
| 12/16 | Card Purchase Return 12/15 Amazon.Com Amzn.Com/Bill WA Card 2830 | 19.83 |
| 12/27 | Payment Received 12/27 Remitly Refund Seattle WA Card 2830 | 639.66 |
| **Total Deposits and Additions** | | **$172,844.30** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1 ^ | | 12/27 | $864.18 |
| 2 ^ | | 12/27 | 1,279.41 |
| 3 ^ | | 12/20 | 54.96 |
| 4 ^ | | 12/27 | 1,262.44 |
| 5 ^ | | 12/27 | 1,184.94 |
| 1084 * ^ | | 12/19 | 5,000.00 |
| 30096 * ^ | 12/14 | 12/14 | 2,500.00 |
| 30097 ^ | 12/22 | 12/22 | 2,500.00 |
| **Total Checks Paid** | | | **$14,645.93** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | Card Purchase 12/01 Amazon.Com*Io3Ty4413 Amzn.Com/Bill WA Card 2830 | $18.89 |
| 12/01 | Card Purchase 12/01 Amazon.Com*Qj01U4Jn3 Amzn.Com/Bill WA Card 2830 | 15.59 |
| 12/01 | Recurring Card Purchase 11/30 Apple.Com/Bill 866-712-7753 CA Card 2830 | 2.99 |
| 12/01 | Card Purchase 12/01 Amzn Mktp US*OK6Do9C Amzn.Com/Bill WA Card 2830 | 107.46 |
| 12/01 | Card Purchase 12/01 Amzn Mktp US*1X16S0F Amzn.Com/Bill WA Card 2830 | 75.41 |
| 12/02 | Card Purchase 12/01 Amzn Mktp US*U351H0K Amzn.Com/Bill WA Card 2830 | 118.50 |
| 12/02 | Card Purchase 12/01 Amazon.Com*396Nx6Kj3 Amzn.Com/Bill WA Card 2830 | 36.73 |
| 12/02 | Card Purchase 12/01 Amzn Mktp US*AZ8Fq3T Amzn.Com/Bill WA Card 2830 | 53.85 |
| 12/02 | Card Purchase 12/01 Amzn Mktp US*An4lb1M Amzn.Com/Bill WA Card 2830 | 21.53 |
| 12/02 | Card Purchase 12/02 Amzn Mktp US*5C8R17A Amzn.Com/Bill WA Card 2830 | 56.00 |
| 12/02 | Card Purchase 12/02 Amzn Mktp US*E08C22V Amzn.Com/Bill WA Card 2830 | 301.68 |
| 12/02 | Card Purchase 12/02 Amazon.Com*Jg9I82Bi3 Amzn.Com/Bill WA Card 2830 | 55.61 |
| 12/02 | Card Purchase 12/02 Amzn Mktp US*4D1Qo25 Amzn.Com/Bill WA Card 2830 | 86.10 |
| 12/05 | Card Purchase 12/02 Amzn Mktp US*Ex29Q60 Amzn.Com/Bill WA Card 2830 | 67.01 |
| 12/05 | Card Purchase 12/03 Amzn Mktp US*Dz5Fa3M Amzn.Com/Bill WA Card 2830 | 6.95 |
| 12/05 | Card Purchase 12/04 Amazon.Com*G46NJ57Y3 Amzn.Com/Bill WA Card 2830 | 12.62 |

CHASE

December 01, 2022 through December 30, 2022
Account Number: [redacted]

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/05 | Card Purchase | 12/02 Amzn Mktp US*8E82Q4W Amzn.Com/Bill WA Card 2830 | 17.21 |
| 12/05 | Card Purchase | 12/03 Amzn Mktp US*Tb57773 Amzn.Com/Bill WA Card 2830 | 127.12 |
| 12/05 | Card Purchase | 12/03 Amazon.Com*Rl1E21Mp3 Amzn.Com/Bill WA Card 2830 | 12.37 |
| 12/05 | Card Purchase | 12/03 Amzn Mktp US*Qw1X61S Amzn.Com/Bill WA Card 2830 | 17.21 |
| 12/05 | Card Purchase | 12/04 Amzn Mktp US*2W4Vc2P Amzn.Com/Bill WA Card 2830 | 67.87 |
| 12/05 | Card Purchase | 12/03 Amzn Mktp US*Nq7Yw1B Amzn.Com/Bill WA Card 2830 | 25.09 |
| 12/05 | Payment Sent | 12/02 Remitly* Nf82 Www.Remitly.C WA Card 2830 | 429.75 |
| 12/05 | Card Purchase | 12/05 Amzn Mktp US*X72Yq17 Amzn.Com/Bill WA Card 2830 | 23.69 |
| 12/05 | Card Purchase | 12/05 Amzn Mktp US*437Nf5P Amzn.Com/Bill WA Card 2830 | 23.69 |
| 12/05 | Card Purchase | 12/05 Amzn Mktp US*Ce3X380 Amzn.Com/Bill WA Card 2830 | 23.16 |
| 12/05 | Card Purchase | 12/05 Amzn Mktp US*971500R Amzn.Com/Bill WA Card 2830 | 22.62 |
| 12/05 | Card Purchase | 12/05 Amzn Mktp US*Xl6OH0l Amzn.Com/Bill WA Card 2830 | 17.23 |
| 12/05 | Card Purchase | 12/04 Amzn Mktp US*Af5Ev6Y Amzn.Com/Bill WA Card 2830 | 133.50 |
| 12/05 | Payment Sent | 12/03 Remitly* N164 Www.Remitly.C WA Card 2830 | 216.87 |
| 12/05 | Payment Sent | 12/03 Remitly* F5C3 Www.Remitly.C WA Card 2830 | 403.99 |
| 12/05 | Payment Sent | 12/03 Remitly* Fe29 Www.Remitly.C WA Card 2830 | 403.99 |
| 12/05 | Payment Sent | 12/03 Remitly* E85E Www.Remitly.C WA Card 2830 | 389.82 |
| 12/05 | Card Purchase | 12/05 Amazon.Com*Wc9Qz8Tt3 Amzn.Com/Bill WA Card 2830 | 154.34 |
| 12/05 | Card Purchase | 12/05 Amzn Mktp US*Xl68l05 Amzn.Com/Bill WA Card 2830 | 49.52 |
| 12/05 | Card Purchase | 12/05 Apple.Com/Bill 866-712-7753 CA Card 2830 | 4.99 |
| 12/06 | Card Purchase | 12/05 Amazon.Com*Bk7Op4Ui3 Amzn.Com/Bill WA Card 2830 | 89.49 |
| 12/06 | Card Purchase | 12/05 Amazon.Com*Zv5Lv5063 Amzn.Com/Bill WA Card 2830 | 158.76 |
| 12/06 | Card Purchase | 12/05 Amzn Mktp US*Cq4Qn14 Amzn.Com/Bill WA Card 2830 | 86.19 |
| 12/06 | Card Purchase | 12/04 Southwes 526219422 800-435-9792 TX Card 2830 | 223.98 |
| 12/06 | Card Purchase | 12/05 Amzn Mktp US*Jh80P0S Amzn.Com/Bill WA Card 2830 | 32.30 |
| 12/06 | Card Purchase | 12/06 Amazon.Com*T15J866Y3 Amzn.Com/Bill WA Card 2830 | 39.66 |
| 12/06 | Payment Sent | 12/06 Remitly* Sf40 Www.Remitly.C WA Card 2830 | 1,000.00 |
| 12/07 | Card Purchase | 12/07 Comcast California 800-266-2278 CA Card 2830 | 750.00 |
| 12/07 | Card Purchase | 12/06 T-Mobile Web Payment 877-453-1304 WA Card 2830 | 500.00 |
| 12/07 | Card Purchase | 12/06 Weston Law Group PC 925-3623120 CA Card 2830 | 2,356.00 |
| 12/08 | Card Purchase | 12/08 Amzn Mktp US*Cx39V48 Amzn.Com/Bill WA Card 2830 | 81.66 |
| 12/08 | Card Purchase | 12/07 Amazon.Com*Sq7Cv7Bl3 Amzn.Com/Bill WA Card 2830 | 99.21 |
| 12/08 | Card Purchase | 12/07 Amazon.Com*7W3Rk0513 Amzn.Com/Bill WA Card 2830 | 15.07 |
| 12/08 | Card Purchase | 12/07 Uber Trip Help.Uber.Com CA Card 2830 | 21.94 |
| 12/08 | Card Purchase | 12/07 Uber* Trip Ciudad De Mex Card 2830 | 0.29 |
| 12/08 | Card Purchase | 12/07 Uber Trip Help.Uber.Com CA Card 2830 | 0.90 |
| 12/08 | Card Purchase | 12/08 Uber* Trip Www.Uber.Com CA Card 2830 | 13.97 |
| 12/08 | Payment Sent | 12/08 Paypal *Juarez Mario Visa Direct CA Card 2830 | 500.00 |
| 12/08 | Card Purchase | 12/08 Amazon.Com*Xl5lm2Mq3 Amzn.Com/Bill WA Card 2830 | 59.79 |
| 12/09 | Card Purchase | 12/08 Amzn Mktp US*5246986 Amzn.Com/Bill WA Card 2830 | 46.93 |
| 12/09 | Card Purchase | 12/09 Amazon.Com*KS3612143 Amzn.Com/Bill WA Card 2830 | 87.22 |
| 12/09 | Card Purchase | 12/08 Amzn Mktp US*3446N85 Amzn.Com/Bill WA Card 2830 | 107.63 |
| 12/09 | Card Purchase | 12/09 Amazon.Com*Jk3Xn0CD3 Amzn.Com/Bill WA Card 2830 | 149.77 |
| 12/09 | Card Purchase | 12/09 Uber Trip Help.Uber.Com CA Card 2830 | 9.93 |
| 12/09 | Card Purchase | 12/09 Uber Trip Help.Uber.Com CA Card 2830 | 17.96 |
| 12/09 | Payment Sent | 12/09 Paypal *Juarez Mario Visa Direct CA Card 2830 | 250.00 |
| 12/12 | Card Purchase | 12/10 Amzn Mktp US*906Vo55 Amzn.Com/Bill WA Card 2830 | 110.22 |
| 12/12 | Card Purchase | 12/10 Prime Video *Tg8Te82S 888-802-3080 WA Card 2830 | 19.99 |
| 12/12 | Payment Sent | 12/10 Remitly* Rdca Www.Remitly.C WA Card 2830 | 212.54 |
| 12/12 | Payment Sent | 12/10 Remitly* Hbfb Www.Remitly.C WA Card 2830 | 212.54 |
| 12/12 | Card Purchase | 12/10 Amazon.Com*Li3Df2Qa3 Amzn.Com/Bill WA Card 2830 | 48.91 |

10536920502000000065

CHASE

December 01, 2022 through December 30, 2022
Account Number: [redacted]

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/12 | Payment Sent | 12/10 Remitly* Jb68 Www.Remitly.C WA Card 2830 | 347.16 |
| 12/12 | Card Purchase | 12/12 Amzn Mktp US*851664J Amzn.Com/Bill WA Card 2830 | 75.31 |
| 12/12 | Card Purchase | 12/11 Amzn Mktp US*2A3642D Amzn.Com/Bill WA Card 2830 | 33.73 |
| 12/12 | Card Purchase | 12/11 Amzn Mktp US*Xr5Ap2W Amzn.Com/Bill WA Card 2830 | 127.12 |
| 12/12 | Card Purchase | 12/11 Amazon.Com*Ho8Ym34F3 Amzn.Com/Bill WA Card 2830 | 130.10 |
| 12/12 | Card Purchase | 12/11 Amazon.Com*Hq8Fx5NA3 Amzn.Com/Bill WA Card 2830 | 93.68 |
| 12/12 | Card Purchase | 12/11 Amazon.Com*Ww2Br0Zg3 Amzn.Com/Bill WA Card 2830 | 65.05 |
| 12/12 | Card Purchase | 12/11 Amazon.Com*F53Lj0I53 Amzn.Com/Bill WA Card 2830 | 65.05 |
| 12/12 | Card Purchase | 12/11 Amzn Mktp US*Hh6Vx4P Amzn.Com/Bill WA Card 2830 | 33.73 |
| 12/12 | Card Purchase | 12/12 Amzn Mktp US*Fv92E6Y Amzn.Com/Bill WA Card 2830 | 42.66 |
| 12/12 | Card Purchase | 12/12 Amzn Mktp US*LA43D2S Amzn.Com/Bill WA Card 2830 | 148.60 |
| 12/12 | Card Purchase | 12/12 Amzn Mktp US*592Sl6G Amzn.Com/Bill WA Card 2830 | 150.84 |
| 12/12 | Card Purchase | 12/12 Amazon.Com*7Y3Xr8On3 Amzn.Com/Bill WA Card 2830 | 19.83 |
| 12/12 | Card Purchase | 12/12 Amzn Mktp US*7Z09X8I Amzn.Com/Bill WA Card 2830 | 276.37 |
| 12/12 | Card Purchase | 12/12 Amzn Mktp US*Vo7C27S Amzn.Com/Bill WA Card 2830 | 253.56 |
| 12/13 | Card Purchase | 12/12 Amzn Mktp US*0Z74V5D Amzn.Com/Bill WA Card 2830 | 213.32 |
| 12/13 | Card Purchase | 12/12 Amzn Mktp US*5S4C556 Amzn.Com/Bill WA Card 2830 | 73.24 |
| 12/13 | Card Purchase | 12/12 Amzn Mktp US*X08of6N Amzn.Com/Bill WA Card 2830 | 73.24 |
| 12/13 | Card Purchase | 12/13 Amzn Mktp US*198SC9Y Amzn.Com/Bill WA Card 2830 | 36.62 |
| 12/13 | Card Purchase | 12/13 Amzn Mktp US*Cl2Qr5O Amzn.Com/Bill WA Card 2830 | 36.62 |
| 12/13 | Card Purchase | 12/12 Amazon.Com*Y79Zv27Y3 Amzn.Com/Bill WA Card 2830 | 204.71 |
| 12/14 | Card Purchase | 12/13 Amazon.Com*937NV5Vv3 Amzn.Com/Bill WA Card 2830 | 139.36 |
| 12/14 | Card Purchase | 12/13 Amzn Mktp US*US4N47R Amzn.Com/Bill WA Card 2830 | 11.01 |
| 12/14 | Card Purchase | 12/13 Amzn Mktp US*162Vc7P Amzn.Com/Bill WA Card 2830 | 11.01 |
| 12/14 | Card Purchase | 12/14 Amzn Mktp US*864856Y Amzn.Com/Bill WA Card 2830 | 174.51 |
| 12/14 | Card Purchase | 12/14 Amazon.Com*Kr9Zq6N53 Amzn.Com/Bill WA Card 2830 | 215.49 |
| 12/14 | Payment Sent | 12/14 Paypal *Juarez Mario Visa Direct CA Card 2830 | 500.00 |
| 12/15 | Card Purchase | 12/14 Amzn Mktp US*L61On1R Amzn.Com/Bill WA Card 2830 | 21.48 |
| 12/15 | Card Purchase | 12/15 Amzn Mktp US*Ba62519 Amzn.Com/Bill WA Card 2830 | 21.48 |
| 12/15 | Card Purchase | 12/14 Amazon.Com*B891B10K3 Amzn.Com/Bill WA Card 2830 | 57.45 |
| 12/15 | Card Purchase | 12/15 Amzn Mktp US*K22Uw72 Amzn.Com/Bill WA Card 2830 | 16.15 |
| 12/15 | Payment Sent | 12/14 Remitly* Fb18 Www.Remitly.C WA Card 2830 | 525.76 |
| 12/15 | Payment Sent | 12/14 Remitly* D6Be Www.Remitly.C WA Card 2830 | 161.72 |
| 12/15 | Card Purchase | 12/15 Uber Trip Help.Uber.Com CA Card 2830 | 21.01 |
| 12/15 | Payment Sent | 12/15 Remitly* A08E Www.Remitly.C WA Card 2830 | 577.73 |
| 12/15 | Payment Sent | 12/15 Paypal *Juarez Mario Visa Direct CA Card 2830 | 500.00 |
| 12/16 | Card Purchase | 12/15 Amzn Mktp US*IL0Vr74 Amzn.Com/Bill WA Card 2830 | 184.12 |
| 12/16 | Card Purchase | 12/15 Amzn Mktp US*Yc96U61 Amzn.Com/Bill WA Card 2830 | 184.12 |
| 12/16 | Card Purchase Mx Nu Peso 1467.76 X 0.05100970 (Exchg Rte) | 12/14 Viva Aerobus Cib Apodaca Card 2830 | 74.87 |
| 12/16 | Card Purchase | 12/14 Southwes 526219729 800-435-9792 TX Card 2830 | 223.98 |
| 12/16 | Card Purchase | 12/15 Amzn Mktp US*Zf59A2I Amzn.Com/Bill WA Card 2830 | 21.48 |
| 12/16 | Card Purchase | 12/15 Amzn Mktp US*N47Jt62 Amzn.Com/Bill WA Card 2830 | 21.48 |
| 12/16 | Card Purchase | 12/15 Amzn Mktp US*Ds0Tp40 Amzn.Com/Bill WA Card 2830 | 21.48 |
| 12/16 | Card Purchase | 12/15 Amzn Mktp US*Pw5Fo7E Amzn.Com/Bill WA Card 2830 | 18.31 |
| 12/16 | Card Purchase | 12/15 Uber Trip Help.Uber.Com CA Card 2830 | 44.75 |
| 12/16 | Card Purchase | 12/15 Amzn Mktp US*S88Ow20 Amzn.Com/Bill WA Card 2830 | 21.48 |
| 12/16 | Payment Sent | 12/15 Remitly* Aae5 Www.Remitly.C WA Card 2830 | 1,592.05 |
| 12/19 | Card Purchase | 12/17 Amzn Mktp US*L80Hx7Z Amzn.Com/Bill WA Card 2830 | 21.48 |
| 12/19 | Card Purchase | 12/18 Amzn Mktp US*C852B25 Amzn.Com/Bill WA Card 2830 | 21.48 |