# EXHIBIT 14

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 31, 2022 through January 31, 2023
Account Number: [redacted]

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00053934 DRE 703 210 03423 NNNNNNNNNNN 1 000000000 D5 0000
CIUDAD HOLDINGS, LLC
[redacted]

00539340401000000024

**We're changing how we charge fees for ACH Payment Services**

On March 1, 2023 we'll remove the $25 monthly subscription fee, and you'll only pay when you use the service.

Here's how the fees will change:

**Today: Monthly subscription cost + transaction fees**
- $25 per month monthly subscription cost
- First 25 payments each month at no additional cost
- After that, each payment costs an additional $0.15 each

**Starting March 1: Transaction fees only**
- First 10 payments each month: $2.50 each
- After that, each payment costs an additional $0.15 each

If you have questions, please call the number on this statement. We appreciate your business.

## CHECKING SUMMARY

Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$90,820.76** |
| Deposits and Additions | 8 | 2,915.67 |
| Checks Paid | 2 | -10,000.00 |
| ATM & Debit Card Withdrawals | 52 | -18,045.15 |
| Electronic Withdrawals | 72 | -42,576.16 |
| Fees | 6 | -35.47 |
| **Ending Balance** | **140** | **$23,079.65** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/17 | Card Purchase Return 01/16 Amazon.Com Amzn.Com/Bill WA Card 2830 | $158.76 |
| 01/17 | Card Purchase Return 01/16 Amazon.Com Amzn.Com/Bill WA Card 2830 | 154.34 |
| 01/17 | Card Purchase Return 01/16 Amazon.Com Amzn.Com/Bill WA Card 2830 | 139.36 |
| 01/17 | Card Purchase Return 01/16 Amazon.Com Amzn.Com/Bill WA Card 2830 | 99.21 |
| 01/17 | Card Purchase Return 01/17 Amzn Mktp US Amzn.Com/Bill WA Card 2830 | 11.01 |

CHASE

December 31, 2022 through January 31, 2023
Account Number: [redacted]

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/17 | Card Purchase Return 01/17 Amzn Mktp US Amzn.Com/Bill WA Card 2830 | 11.01 |
| 01/17 | Deposit 2046744083 | 1,502.00 |
| 01/18 | Payment Received 01/18 Paypal*Juarez Mario San Jose CA Card 2830 | 839.98 |
| **Total Deposits and Additions** | | **$2,915.67** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1086 ^ | | 01/04 | $5,000.00 |
| 1087 ^ | | 01/23 | 5,000.00 |
| **Total Checks Paid** | | | **$10,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/03 | Payment Sent | 12/30 Remitly* R1F4 Www.Remitly.C WA Card 2830 | $635.26 |
| 01/03 | Payment Sent | 12/31 Remitly* H42E Www.Remitly.C WA Card 2830 | 162.80 |
| 01/03 | Card Purchase | 01/01 Apple.Com/Bill 866-712-7753 CA Card 2830 | 35.98 |
| 01/03 | Card Purchase | 01/01 Vivaaerob 0000000! Www.Vivaaerob CA Card 2830 | 102.99 |
| 01/03 | Card Purchase | 01/02 Apple.Com/Bill 866-712-7753 CA Card 2830 | 27.98 |
| 01/03 | Payment Sent | 01/02 Remitly* Jfae Www.Remitly.C WA Card 2830 | 321.62 |
| 01/04 | Card Purchase<br>Mx Nu Peso<br>3891.27 X 0.05163353 (Exchg Rte) | 01/02 Viva Aerobus Cib Apodaca Card 2830 | 200.92 |
| 01/06 | Payment Sent | 01/05 Remitly* Q5F5 Www.Remitly.C WA Card 2830 | 270.66 |
| 01/06 | Payment Sent | 01/05 Remitly* Hb1C Www.Remitly.C WA Card 2830 | 43.99 |
| 01/09 | Card Purchase<br>Mx Nu Peso<br>399.94 X 0.05195779 (Exchg Rte) | 01/05 Uber* Trip Ciudad De Mex Card 2830 | 20.78 |
| 01/09 | Card Purchase | 01/07 Apple.Com/Bill 866-712-7753 CA Card 2830 | 14.99 |
| 01/09 | Card Purchase | 01/07 Apple.Com/Bill 866-712-7753 CA Card 2830 | 3.99 |
| 01/09 | Payment Sent | 01/07 Remitly* Hb24 Www.Remitly.C WA Card 2830 | 647.60 |
| 01/10 | Card Purchase | 01/10 Uber* Trip Www.Uber.Com CA Card 2830 | 15.93 |
| 01/10 | Card Purchase | 01/10 Uber Trip Help.Uber.Com CA Card 2830 | 8.99 |
| 01/11 | Card Purchase | 01/09 Southwes 526240650 800-435-9792 TX Card 2830 | 223.98 |
| 01/12 | Card Purchase | 01/12 Uber Trip Help.Uber.Com CA Card 2830 | 35.90 |
| 01/12 | Card Purchase | 01/12 Uber* Trip Www.Uber.Com CA Card 2830 | 5.00 |
| 01/12 | Payment Sent | 01/12 Remitly* N343 Www.Remitly.C WA Card 2830 | 524.30 |
| 01/17 | Payment Sent | 01/14 Remitly* J195 Www.Remitly.C WA Card 2830 | 660.79 |
| 01/17 | Card Purchase | 01/15 Apple.Com/Bill 866-712-7753 CA Card 2830 | 17.99 |
| 01/17 | Payment Sent | 01/15 Remitly* D949 Www.Remitly.C WA Card 2830 | 408.73 |
| 01/17 | Payment Sent | 01/15 Remitly* D248 Www.Remitly.C WA Card 2830 | 389.45 |
| 01/17 | Card Purchase With Pin | 01/15 T-Mobile 1 Stockton San Francisco CA Card 2830 | 497.84 |
| 01/17 | Card Purchase With Pin | 01/15 T-Mobile 1 Stockton San Francisco CA Card 2830 | 260.25 |
| 01/17 | Card Purchase With Pin | 01/15 T-Mobile 1 Stockton San Francisco CA Card 2830 | 1,454.23 |
| 01/17 | Card Purchase With Pin | 01/15 T-Mobile 1 Stockton San Francisco CA Card 2830 | 80.71 |
| 01/17 | Card Purchase With Pin | 01/15 T-Mobile 1 Stockton San Francisco CA Card 2830 | 410.35 |
| 01/17 | Recurring Card Purchase | 01/16 Apple.Com/Bill 866-712-7753 CA Card 2830 | 32.95 |

CHASE

December 31, 2022 through January 31, 2023
Account Number: [redacted]

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/17 | Payment Sent | 01/16 Remitly* Sa31 Www.Remitly.C WA Card 2830 | 453.99 |
| 01/17 | Payment Sent | 01/16 Remitly* C8Ba Www.Remitly.C WA Card 2830 | 650.00 |
| 01/23 | Payment Sent | 01/20 Remitly* Ff87 Www.Remitly.C WA Card 2830 | 271.02 |
| 01/23 | Card Purchase | 01/21 Southwes 526241139 800-435-9792 TX Card 2830 | 223.98 |
| 01/23 | Card Purchase | 01/22 Uber Trip Help.Uber.Com CA Card 2830 | 26.66 |
| 01/23 | Card Purchase | 01/22 Tmobile*Postpaid Ivr 800-937-8997 WA Card 2830 | 1,100.00 |
| 01/23 | Card Purchase | 01/22 Tmobile*Postpaid Tel 800-937-8997 WA Card 2830 | 800.00 |
| 01/23 | Payment Sent | 01/23 Remitly* K2Bf Www.Remitly.C WA Card 2830 | 657.17 |
| 01/23 | Payment Sent | 01/23 Remitly* G35A Www.Remitly.C WA Card 2830 | 179.24 |
| 01/24 | Card Purchase | 01/24 Msft * E0100Lta0F 800-6427676 WA Card 2830 | 67.00 |
| 01/24 | Card Purchase | 01/24 Apple.Com/Bill 866-712-7753 CA Card 2830 | 10.99 |
| 01/25 | Card Purchase<br>Mx Nu Peso<br>35.00 X 0.05314286 (Exchg Rte) | 01/23 Uber* Trip Ciudad De Mex Card 2830 | 1.86 |
| 01/25 | Card Purchase<br>Mx Nu Peso<br>2541.94 X 0.05326640 (Exchg Rte) | 01/24 Mc Playas 2 Tijuana Bcn Card 2830 | 135.40 |
| 01/25 | Payment Sent | 01/25 Remitly* P55B Www.Remitly.C WA Card 2830 | 163.99 |
| 01/26 | Card Purchase<br>Mx Nu Peso<br>9210.00 X 0.05330510 (Exchg Rte) | 01/25 Aeromexico Web Pn Ciudad De Mex Card 2830 | 490.94 |
| 01/27 | Recurring Card Purchase | 01/26 Adobe *Acrobat Std 408-536-6000 CA Card 2830 | 12.99 |
| 01/27 | Recurring Card Purchase | 01/27 Apple.Com/Bill 866-712-7753 CA Card 2830 | 2.99 |
| 01/30 | Payment Sent | 01/28 Paypal *Juarez Mario Visa Direct CA Card 2830 | 1,000.00 |
| 01/30 | Payment Sent | 01/28 Remitly* A4E8 Www.Remitly.C WA Card 2830 | 836.54 |
| 01/30 | Recurring Card Purchase | 01/29 Apple.Com/Bill 866-712-7753 CA Card 2830 | 27.98 |
| 01/30 | Card Purchase | 01/29 Www Costco Com 800-955-2292 WA Card 2830 | 828.27 |
| 01/31 | Card Purchase | 01/31 Www Costco Com 800-955-2292 WA Card 2830 | 1,477.38 |
| 01/31 | Card Purchase | 01/31 Www Costco Com 800-955-2292 WA Card 2830 | 1,109.81 |
| **Total ATM & Debit Card Withdrawals** | | | **$18,045.15** |

## ATM & DEBIT CARD SUMMARY

| | | |
|---|---|---|
| Mario R Juarez Card 2830 | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $18,070.62 |
| | Total Card Deposits & Credits | $1,413.67 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $18,070.62 |
| | Total Card Deposits & Credits | $1,413.67 |