# EXHIBIT 15

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

April 18, 2023 through May 08, 2023
Primary Account: [redacted]1581

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00066909 DRE 703 141 12923 NNNNNNNNNNN T 1 000000000 06 0000
MARIO JUAREZ
[redacted]

[redacted]

## ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | [redacted]1581 | $3,760.00 | $0.00 |
| Chase Private Client Savings | [redacted]20821 | 0.00 | 0.01 |
| Total | | $3,760.00 | $0.01 |
| TOTAL ASSETS | | $3,760.00 | $0.01 |

[redacted]

MARIO JUAREZ — Account Number: [redacted]1581

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $3,760.00 |
| Deposits and Additions | 2,000.00 |
| Electronic Withdrawals | -2,567.12 |
| Ending Balance | $3,192.88 |
| Annual Percentage Yield Earned This Period | 0.00% |

**CHASE PRIVATE CLIENT**

April 18, 2023 through May 08, 2023
Primary Account: [redacted]1581

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $3,760.00 |
| 04/18 | Online Transfer From Chk....5267 Transaction#: 17122988225 | 1,000.00 | 4,760.00 |
| 04/25 | Flight 3421 Vivabus .. 425 Res. QTE21Y | -138.85 | 4,621.15 |
| **04/26** | **Alam Penca ticket# 723891 debit** | **-79.29** | **4,541.86** |
| 05/01 | 05/01 Online Transfer To Chk... 1626 Transaction#: 17238461714 | -1,000.00 | 3,541.86 |
| 05/02 | SouthWest SDiego. Oakland 28931 | -348.98 | 3,192.88 |
| 05/02 | Online Transfer From Chk....5267 Transaction#: 17250790390 | 1,000.00 | 4,192.88 |
| 05/03 | Zelle Payment To Julie Wedge Jpm999W31Kuu | -1,000.00 | 3,192.88 |
| | Ending Balance | | $3,192.88 |

[redacted]

MARIO JUAREZ

Account Number: [redacted]0821

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Deposits and Additions | 1,000.01 |
| Electronic Withdrawals | -1,000.00 |
| Ending Balance | $0.01 |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $0.00 |
| 04/18 | Online Transfer From Chk....5267 Transaction#: 17123007477 | 1,000.00 | 1,000.00 |
| 05/01 | 05/01 Online Transfer To Chk... 1626 Transaction#: 17238439451 | -750.00 | 250.00 |
| 05/08 | 05/08 Online Transfer 17295349822 To Sable Credit Card And Check ##########3108 Transaction #: 17295349822 | -250.00 | 0.00 |
| 05/08 | Interest Payment | 0.01 | 0.01 |
| | Ending Balance | | $0.01 |

You earned a higher interest rate on your Chase Private Client Savings account during this statement period because you had a qualifying Chase Private Client Checking account.