CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, AND<br>ANDY HUNG DUONG,<br><br>Defendants. | CASE NO. 4:25-cr-0003-YGR<br><br>**JOINT PROPOSED LIMITING INSTRUCTION RE ANDY DUONG RECORDED STATEMENTS TO THE FBI ON JUNE 20, 2024** |

The government and the defense jointly propose that the Court give the below jury instruction regarding the recorded statements that Andy Duong gave to the FBI on June 20, 2024.

DATED: November 22, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_/s/_

ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys

**Joint Proposed Limiting Instruction Regarding Andy Duong's Statements to FBI on June 20, 2024**

You heard testimony and audio recordings regarding an interview Andy Duong gave to the FBI on June 20, 2024. The statements made to the FBI by Andy Duong on June 20, 2024, are admissible only against Andy Duong and cannot be considered as evidence against any other defendant.