Winston Y. Chan (SBN 214884)
Christine A. Bonomo (SBN 364178)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
Bryanna Walker (SBN 345454)
**COVINGTON & BURLING LLP**
415 Mission St., Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, California 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,<br><br>Defendants. | Case No. 4:25-CR-00003-YGR<br><br>**FACTUAL STIPULATION REGARDING ACORNS LATER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1, 4th Floor |

# FACTUAL STIPULATION

Defendants and the United States, by and through their counsel of record, hereby agree to the following factual stipulation: "An Acorns Later account is an automated retirement investment feature in the Acorns mobile and web-based applications that enables customers to open and manage various types of Individual Retirement Accounts (IRAs)."

**IT IS SO STIPULATED**

DATED: November 23, 2026

By: /s/
WINSTON Y. CHAN
CHRISTINE A. BONOMO
W. DOUGLAS SPRAGUE
BRYANNA WALKER
ERIK BABCOCK
Counsel for Defendant Andy Duong

/s/
EDWARD SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
THAO DONELLY
Counsel for Defendant David Duong

/s/
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao

/s/
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones

/s/
ABRAHAM FINE
MOLLY PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys