Winston Y Chan (SBN 214884)
Christine A. Bonomo (SBN 364178)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
Bryanna Walker (SBN 345454)
**COVINGTON & BURLING LLP**
415 Mission St., Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, California 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,<br><br>Defendants. | Case No. 4:25-CR-00003-YGR<br><br>**DEFENDANT ANDY HUNG DUONG'S NOTICE OF JOINDER IN DEFENDANT ANDRE JONES'S SUBMISSION OF ADDITIONAL *NAPUE* VIOLATIONS (DKT. 505)** |

**NOTICE**

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, before the Honorable Yvonne Gonzalez Rogers, Defendant Andy Hung Duong will and hereby does join, in its entirety, Defendant Andre Jones's Submission of Additional *Napue* Violations (Dkt. 505). Andy Duong joins each of these additional arguments for the reasons set forth in Jones's submission and, as with his prior Joinder in Defendant David Duong's Motion to Dismiss Regarding *Napue* Violations, *see* Dkt. 502 (joinder regarding Dkt. 499), moves to dismiss this case with prejudice.

***False testimony regarding the November 29, 2023, check (Section I):*** Andy Duong joins Jones's argument that Mario Juarez gave materially false testimony that he personally gave Jones the $35,000 Evolutionary Homes ("EH") check dated November 29, 2023, which the government knew was false yet failed to correct. *See* Dkt. 505 at 1–4.

***False testimony regarding payment to Samari Johnson (Section II):*** Andy Duong joins Jones's argument that Juarez gave materially false testimony that he paid Samari Johnson $15,000 to settle the false-checks matter, and that the government knew or should have known this testimony was false or deliberately failed to investigate it, including by declining to ask Johnson whether Juarez had ever paid him. *See* Dkt. 505 at 4–7.

***False testimony regarding prior statements to the government (Section III):*** Andy Duong joins Jones's argument that Juarez gave materially false testimony that he had previously told the government (i) that Sheng Thao was trailing her 2022 mayoral election opponent by 11 percentage points in the fall of 2022; (ii) that Thao and Jones told Juarez and the other alleged co-conspirators that they wanted to be "millionaires"; and (iii) that Thao lobbied Councilmembers Carroll Fife and Nikki Fortunato Bas to buy units from EH—none of which appears in the approximately 30 reports of Juarez's communications with the government. *See* Dkt. 505 at 7–9. The government did not correct any of these material false statements, although it could have done so on redirect or through its agents. *Id.* at 9.

For these reasons and those further outlined in Jones's submission and in Dkts. 499 and 502, Andy Duong respectfully requests that the Court dismiss with prejudice.

DATED: November 23, 2026

Respectfully submitted,

By: */s/ Winston Y. Chan*

Winston Y. Chan
Christine A. Bonomo
GIBSON, DUNN & CRUTCHER LLP

W. Douglas Sprague
Bryanna Walker
COVINGTON & BURLING LLP

Erik Babcock
LAW OFFICES OF ERIK BABCOCK

Attorneys for Defendant Andy Hung Duong