Winston Y. Chan (SBN 214884)
Christine A. Bonomo (SBN 364178)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
Bryanna Walker (SBN 345454)
**COVINGTON & BURLING LLP**
415 Mission St., Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, California 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,<br><br>Defendants. | Case No. 4:25-CR-00003-YGR<br><br>**FACTUAL STIPULATION REGARDING THE TESTIMONY OF IRS-CI SPECIAL AGENT CHRISTINE STEGNER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1, 4th Floor |

## FACTUAL STIPULATION

Defendants and the United States, by and through their counsel of record, hereby agree to the following factual stipulation: "After Special Agent Stegner testified in this case, the government recalled her to provide clarifying testimony. The government did so because the defense raised concerns with portions of her earlier testimony."

**IT IS SO STIPULATED**

DATED: November 24, 2026

By: /s/
WINSTON Y. CHAN
CHRISTINE A. BONOMO
W. DOUGLAS SPRAGUE
BRYANNA WALKER
ERIK BABCOCK
Counsel for Defendant Andy Duong

/s/
EDWARD SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
THAO DONELLY
Counsel for Defendant David Duong

/s/
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao

/s/
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones

/s/
ABRAHAM FINE
MOLLY PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys