Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, et al.,<br><br>Defendants. | Case No. CR 25-0003 YGR<br><br>**DEFENDANT DAVID DUONG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (ECF NOS. 375-2, 375-4, 375-6)** |

Defendant David Duong ("Defendant") respectfully requests this Court enter an order removing Docket Nos. 375-2, 375-4, and 375-6 from the ECF docket for this matter on the grounds that they were incorrectly filed publicly.

The documents e-filed on September 28, 2026 as ECF Nos. 375-2 (Exhibit 2 to the Declaration of Neal J. Stephens, consisting of discovery received from the government), 375-4 (Exhibit 4 to the Declaration of Neal J. Stephens, consisting of email communications between defense counsel and government counsel), and 375-6 (Exhibit 6 to the Declaration of Neal J. Stephens, consisting of a redacted discovery letter seeking Mario Juarez's financial records sent by defense counsel to government counsel on May 26, 2026) inadvertently omitted certain redactions of identifying information that should have been redacted at the time of filing.

Upon discovering the issue, defense counsel promptly notified the Court's Civil Case Docketing & Docket Correction department and the ECF Help Desk and understands that the Court has temporarily blocked public access to the inadvertently-filed documents. On November 24, 2026, Defendant filed a declaration submitting corrected redacted versions of Exhibits 2, 4, and 6. ECF No. 521.

Accordingly, Defendant respectfully requests the Court to remove the incorrectly-filed documents permanently from the Court's public docket and ECF.

Dated: November 25, 2026

JONES DAY

By: *Is/ Neal J. Stephens*

Edward W. Swanson
August Gugelmann
SWANSON & McNAMARA LLP

Neal J. Stephens
Jeffrey B. Schenk
Thao Donnelly
JONES DAY

Attorneys for David Trung Duong

NAI-5020023024v1